UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0359 (RMU)
:
DOUGLAS JEMAL, :
NORMAN D. JEMAL, and :
BLAKE C. ESHERICK :
:
Defendant(s). :

**ORDER**

FILED
OCT 6 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 6th day of October 2005,

**ORDERED** that the arraignment in the above-captioned case scheduled for October 13, 2005 is hereby **VACATED** and **RESCHEDULED** for Monday, October 24, 2005 at 2:15 pm.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge