UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : Crim. No. 05-359-1, -2, -3 (RMU) |
| v. | : |
| | : |
| DOUGLAS JEMAL, et al. | : |

## ORDER

Upon consideration of the Government's representations, having given due consideration to policies favoring the confidentiality of returns and return information, and for good cause shown, it is this _____ of October, 2005, ORDERED

That the United States shall provide taxpayer returns and return information concerning Blake C. Esherick to the parties in the above-captioned case as required by Rule 16 of the Federal Rules of Criminal Procedure.

_____
Ricardo M. Urbina
United States District Judge