NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                             Criminal Number  05-0359-01 (RMU)

Douglas Jemal
_____
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Reid H. Weingarten (by BMH)_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Reid H. Weingarten   365893
(Attorney & Bar ID Number)

Steptoe & Johnson LLP
(Firm Name)

1330 Connecticut Avenue, NW
(Street Address)

Washington, DC  20036-1795
(City)        (State)        (Zip)

202-429-6238 / rweingarten@steptoe.com
(Telephone Number)

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of October, 2005, copies of the foregoing Notice of Appearance of Reid H. Weingarten, Notice of Appearance for Erik L. Kitchen, and Notice of Appearance of Brian M. Heberlig were served via facsimile, upon the following:

  Mark H. Dubester, Esq.
  Assistant United States Attorney
  555 Fourth Street, NW, Room 5917
  Washington, DC  20001
  Fax:  202-307-2304

  Paul Kemp, Esq.
  Venable LLP
  One Church Street, Fifth Floor
  Rockville, MD  20850
  Fax:  301-217-5617

  Stanley M. Brand, Esq.
  Brand Law Group
  923 Fifteenth Street, NW
  Washington, DC  20005
  Fax:  202-737-7565

  Michele A. Roberts, Esq.
  Akin Gump Strauss Hauer & Feld LLP
  1333 New Hampshire Avenue, NW
  Washington, DC  20036
  Fax:  202-887-4288

  Christopher B. Mead, Esq.
  London & Mead
  1225 Nineteenth Street, NW, Suite 320
  Washington, DC  20036
  Fax:  202-785-4280

        _____
        Brian M. Heberlig (D.C. Bar #455381)
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C.  20036-1795
        (202) 429-3000

        Counsel for Douglas Jemal