NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  05-0359-01 (RMU)

Douglas Jemal
_____
        (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA            ☒  RETAINED           ☐  FEDERAL PUBLIC DEFENDER

_____
*Erik L. Kitchen* (by RMK)
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Erik L. Kitchen   292847
(Attorney & Bar ID Number)

Steptoe & Johnson LLP
(Firm Name)

1330 Connecticut Avenue, NW
(Street Address)

Washington, DC  20036-1795
(City)          (State)        (Zip)

202-429-8132  /  ekitchen@steptoe.com
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2005, copies of the foregoing Notice of Appearance of Reid H. Weingarten, Notice of Appearance for Erik L. Kitchen, and Notice of Appearance of Brian M. Heberlig were served via facsimile, upon the following:

Mark H. Dubester, Esq.
Assistant United States Attorney
555 Fourth Street, NW, Room 5917
Washington, DC  20001
Fax:  202-307-2304

Paul Kemp, Esq.
Venable LLP
One Church Street, Fifth Floor
Rockville, MD  20850
Fax:  301-217-5617

Stanley M. Brand, Esq.
Brand Law Group
923 Fifteenth Street, NW
Washington, DC  20005
Fax:  202-737-7565

Michele A. Roberts, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Fax:  202-887-4288

Christopher B. Mead, Esq.
London & Mead
1225 Nineteenth Street, NW, Suite 320
Washington, DC  20036
Fax:  202-785-4280

_____
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Counsel for Douglas Jemal