UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :
                                      :
                v.                    :   Criminal Action No.: **05-359** (RMU)
                                      :
Jemal, Douglas, et al.,               :                **FILED**
                                      :
            Defendant(s).             :                OCT 24 2005

## CRIMINAL SCHEDULING ORDER[1]

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In order to manage this case in a manner consistent with the highest quality of justice, it is this **24th** day of **October** 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices   on or before   **12/22/05**   ;

Oppositions               on or before   **1/18/06**   ; and

Replies                   on or before   **2/1/06**    ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on **2/7/06**, at **1:45 pm** and
A motions hearing (First) on **March 7**, at **1:45**;

and it is   Second Motions Hearing March 20, 2006
            At 9:45 am.

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Jury Selection/Trial is scheduled for
September 8, 2006
at 10:00 am

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.