UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Crim. No. 05-359-1, -2, -3 (RMU) |
| v. | : | |
| DOUGLAS JEMAL, et al. | : | |

FILED
OCT 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's representations, having given due consideration to policies favoring the confidentiality of returns and return information, and for good cause shown, it is this _24_ of October, 2005, ORDERED

That the United States shall provide taxpayer returns and return information concerning Blake C. Esherick to the parties in the above-captioned case as required by Rule 16 of the Federal Rules of Criminal Procedure.

_____
Ricardo M. Urbina
United States District Judge

