NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

**FILED**

OCT 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                    Criminal Number  05-0359-01 (RMU)

**Douglas Jemal**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Christopher B. Mead 411598**
(Attorney & Bar ID Number)

London & Mead
(Firm Name)

**1225 19th St., N.W. #320**
(Street Address)

**Washington, D.C. 20036**
(City)     (State)     (Zip)

202-331-3334/cmead@londonandmead.com
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, copies of the foregoing Notice of Appearance of Christopher B. Mead were served by facsimile on:

Marc H. Dubester
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001
Fax: 202-307-2304

Reid H. Weingarten
Steptoe & Johnson, LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036-1795
Fax: 202-429-3902

Michele A. Roberts
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Fax: 202-887-4288

Paul Kemp
Venable, LLP
One Church Street, Fifth Floor
Rockville, MD 20850
Fax: 301-217-5617

Stanley M. Brand
Brand Law Group
923 Fifteenth St., N.W.
Washington, D.C. 20005
202-737-7565

Christopher B. Mead (D.C. Bar #411598)
London & Mead
1225 19th St., N.W. #320
Washington, D.C. 20036