\IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
v. )
)                Criminal Nos.  05-0359-01, 02 & 03
)                (RMU)
)
DOUGLAS JEMAL, et al., )
)
Defendants. )
)

## ORDER

This matter having come before this Court on the Joint Consent Motion to Amend

Conditions of Release, and it appearing that the United States does not oppose the motion, it is

this _10_ day of November, 2005,

**ORDERED THAT** Defendants Douglas Jemal and Norman Jemal are permitted to travel

to Israel on November 19, 2005, for purposes of a family trip; and

**FURTHER ORDERED** that Defendants Douglas Jemal and Norman Jemal are

authorized to retrieve their passports and passport information from the D.C. Pre-Trial Services

Agency; and

**FURTHER ORDERED** that Defendants Douglas Jemal and Norman Jemal return to the

United States and surrender their passports to the D.C. Pre-Trial Services Agency on or before

November 29, 2005.

The Honorable Ricardo M. Urbina
United States District Judge for the District of
Columbia