IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 1:05-359 (RMU)** |
| : | |
| **DOUGLAS JEMAL, et al.** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## NOTICE OF APPEARANCE

**CLERK OF THE COURT**:

Please enter the appearance of the following as co-counsel for Defendant DOUGLAS JEMAL in the above-captioned matter:

    Michele A. Roberts, Esq.
    D.C. Bar No. 337998
    AKIN GUMP STRAUSS HAUER & FELD LLP
    Robert S. Strauss Building
    1333 New Hampshire Avenue, NW
    Washington, DC 20036

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Michele Roberts, D.C. Bar No. 337998
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036
Phone: (202) 887-4000
Facsimile: (202) 887-4288

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance has been served by mail, postage pre-paid, this 16th day of November, 2005 upon:

AUSA Mark H. DuBester
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Reid H. Weingarten Esq.
Brian M. Heberlig, Esq.
Erik L. Kitchen, Esq.
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Christopher B. Mead, Esq.
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036

Paul Kemp, Esq.
Carol Elder Bruce, Esq.
Venable LLP
One Church Street
Fifth Floor
Rockville, MD  20850

Stan Brand, Esq.
Brand Law Group
923 15th Street, N.W.
Washington, D.C.  20005

_____
Michele A. Roberts