# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Reid H. Weingarten
202.429.6238
rweingarten@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

November 1, 2005

By Hand Delivery

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

    Re:    <u>United States v. Douglas Jemal, et al.</u>, Crim. No. 1:05-cr-0359 (RMU)
             <u>Defendants' First Request for Particulars Regarding Allegations In The Indictment</u>

Dear Mr. Dubester:

    On behalf of Defendants Douglas Jemal, Norman Jemal, and Blake Esherick ("Defendants"), we hereby request specification of certain charges and allegations in the Indictment to permit Defendants to prepare to defend the charges against them. We submit these requests in an effort to reach an agreement with the government short of motions practice.

    Our specific requests regarding the allegations in the Indictment are as follows:

    **A.**    <u>**Identities of Unnamed Co-Conspirators Or Participants In Alleged Criminal Activity**</u>

        1.    Identify (by name and other identifying information) each unnamed co-conspirator referred to in Count 1 of the Indictment (Count One, ¶ 13; Count One, Overt Acts ¶¶ 2, 5, 10, 12-15, 17) and each transaction in which such co-conspirator allegedly participated.

        2.    Identify (by name and other identifying information) Participant #1 and Participant #2 alleged to have participated in Count 5 of the Indictment (¶¶ 2-3, 6, 11, 13, 16, 18, 20-21) and each transaction in which such Participant allegedly participated.

STEPTOE & JOHNSON LLP

Mark H. Dubester, Esq.
November 1, 2005
Page 2

B. **Specification of Items of Value Allegedly Provided To Lorusso**

1. Identify each of the "other items of value not specified above" alleged in Count One of the Indictment (Count One, Manners and Means ¶ 15(l));

2. Identify any other "thing of value" that Defendants provided to Lorusso that is not alleged in the Indictment but which the government intends to prove at trial.

C. **Specification of "Official Acts" Allegedly Performed By Lorusso**

1. Identify each "other[]" official act allegedly performed by Lorusso on behalf of the Defendants, as alleged but not specifically enumerated in Count One of the Indictment (Count One, Manners and Means ¶ 16).

2. Identify each instance of Lorusso "[o]therwise taking steps of benefit to Douglas Development" as alleged in Count One of the Indictment (Count One, Manners and Means ¶ 16(g)).

3. Identify each of the "numerous routine actions involving the exercise of discretion in connection with the DC Government's relationship with Douglas Development" that Lorusso allegedly took on behalf of the Defendants (Count Two, ¶ (v));

4. Identify any other official action performed by Lorusso on behalf of the Defendants that is not alleged in the Indictment but which the government intends to prove at trial.

D. **Specification of Overt Acts**

1. Identify any overt act not alleged in the Indictment, including the nature of the act, the co-conspirator who engaged in the act, the date the act occurred and how the act furthered the alleged conspiracy.

E. **Other Requests for Specification**

1. Specify the amount of cash allegedly given to Lorusso in or about July or August 2001, and October 2001 (Count One, Manners and Means ¶¶ 15(b), 15(d), Overt Acts ¶¶ 4, 8; Count Two, ¶¶ (b), (d)).

2. Specify the "several dates in 2001 and 2002" and "[v]arious unknown dates" on which limousine service was provided to Lorusso (Count One, Manner and Means ¶ 15(i); Count Two, ¶ (j));

STEPTOE & JOHNSON LLP

Mark H. Dubester, Esq.
November 1, 2005
Page 3

    3.    Specify the "several dates in 2001 and 2002" on which tickets were provided and made available to Lorusso for events at the MCI Center (Count One, Manners and Means ¶ 15(j)), to the extent they include events in addition to those set forth in Overt Act 12 of Count One;

    4.    Specify the dates in "late 2002" and the alleged "steps" that were taken to purchase furniture from Global Furniture Resources, Inc. (Count One, Manners and Means ¶ 15(k));

    5.    Of the alleged "variety of invoices" submitted to the D.C. government in furtherance of the conspiracy alleged in Count One, specify those that are not identified in the Indictment (Count One, Manners and Means ¶ 16(e));

    6.    Specify the details of the alleged agreement in or about late 2002 to purchase furniture from International Builders, Inc. (Count One, Overt Acts ¶ 17));

    7.    Specify the "several dates in 2001, 2002 and 2003" on which checks made payable to Defendant Esherick's ex-wife were prepared and the amounts thereof (Count One, Overt Acts ¶ 18; Count Six, ¶ 6(A)(1)(i); Count Seven, ¶ 3(A)(1)(i); Count Eight, ¶ 3(C)(1)(i)).

    8.    Specify the "several dates in 2001, 2002 and 2003" on which checks made payable to Defendant Esherick were prepared and the amounts thereof (Count One, Overt Acts ¶ 19; Count Six, ¶ 6(A)(1)(ii); Count Seven, ¶ (3)(A)(1)(ii); Count Eight, ¶ 3(C)(1)(ii)).

    9.    Specify the "[u]nknown date in 2002" on which Mr. Lorusso was offered a "custom-made suit" and who made the offer (Count Two, ¶ (k)).

As you are aware, our deadline for filing pretrial motions is December 22, 2005. Accordingly, please advise us by November 23, 2005, whether the government will provide this requested information so that we can determine whether it will be necessary to move for a bill of particulars.

STEPTOE & JOHNSON LLP

Mark H. Dubester, Esq.
November 1, 2005
Page 4

Thank you for your consideration.

          Sincerely,

          Reid H. Weingarten
          Brian M. Heberlig
          Steptoe & Johnson LLP
          1330 Connecticut Avenue, N.W.
          Washington, D.C. 20036-1795
          (202) 429-3000

          Counsel for Douglas Jemal

          Stan Brand
          Ross Nabatoff
          The Brand Law Group
          923 Fifteenth Street, N.W.
          Washington, D.C. 20005
          (202) 662-9700

          Counsel for Norman Jemal

          Paul Kemp
          Carol Elder Bruce
          Venable LLP
          575 7th Street, N.W.
          Washington, D.C. 20004
          (202) 344-4400

          Counsel for Blake Esherick