

**ATTACHMENT 2**

