UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01,-02,-03 (RMU) |
| | : | |
| DOUGLAS JEMAL, et al | : | |

**ORDER**

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and for good cause shown, it is this ____ day of _____, 2006, **ORDERED**

That the United States may issue Rule 17(c) subpoenas <u>duces tecum</u> to the following entities requiring the production of the indicated records in advance of trial:

- <u>Bank of America</u> - for the credit card application and statements for Blake C. Esherick's "US Airways VISA Platinum" card through the end of December 2004;

- <u>BB&T Bank</u> - for specified transaction items from the personal bank account of Blake C. Esherick;

- <u>James Madison University</u> - for the academic transcript and degree information for Blake C. Esherick.

The United States shall inform the defense promptly of its receipt of these records, and shall make them available for inspection at that time.

_____
Ricardo M. Urbina
United States District Judge