# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Brian M. Heberlig
202.429.8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

January 6, 2006

By Electronic & U.S. Mail

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

> Re: United States v. Douglas Jemal, et al., Crim. No. 05-cr-0359 (RMU)
> Defendants' Request for Particulars Regarding Allegations In The
> Government's Notice Of Intent To Introduce Evidence Under Fed.R.Evid 404(b)

Dear Mr. Dubester:

On behalf of Defendants Douglas Jemal, Norman Jemal, and Blake Esherick ("Defendants"), we hereby request specification of certain allegations in the Government's Notice Of Intent To Introduce Evidence Under Fed.R.Evid. 404(b) ("404(b) Notice") to permit Defendants to respond adequately to the 404(b) Notice and/or prepare a defense.

Our specific requests regarding the allegations in the 404(b) Notice are as follows:

1. Identify all of Defendants' "discussions with Lorusso of means of committing fraud against the DC Government," as alleged in Section I.B of the 404(b) Notice (p. 3), including the participants in and substance of the discussions;

2. Identify the items that Defendants allegedly provided to "Lorusso's direct subordinate, to whom they sent certain invoices for approval for payment, as well as to [sic] former city official with whom they had dealings related to 77 P Street," as alleged in section I.B of the 404(b) Notice. (p. 3). In the government's Discovery Letter #3, you identified these two

Mark H. Dubester, Esq.
January 6, 2006
Page 2

        individuals as Faith Scott and former Deputy Mayor Eric Price, and alleged that Defendants gave one item of value to each individual: a ticket to an MCI Center event to Ms. Scott, and a cellphone to Mr. Price. Please clarify whether the government alleges that these individuals received additional items of value from Defendants (and, if so, identify those items), or whether the representation in the 404(b) Notice that the individuals received item**s** of value from Defendants was an error;

3. Identify which "claims in the PG County submission were false, and as repeated in the claim to the DC Government, were again false," as alleged in section I.D of the 404(b) Notice. (p. 10);

4. Identify the manner in which "[b]oth the DC Government claim and the PG County claim inflate the labor costs supposedly incurred by DDC improving the impound lot," as alleged in section I.D of the 404(b) Notice, and identify all DDC employees, contractors or sub-contractors involved in the allegedly inflated labor costs. (p. 11);

5. Identify which "costs for which reimbursement was claimed from the DC Government had nothing to do with the impound lot but instead; involved demolition of the warehouse," and which "invoices submitted to the DC Government for reimbursement were also presented to the insurance company, to support the insurance claims for warehouse fire damage," as alleged in section I.D of the 404(b) Notice. (pp. 11-12);

6. Identify all "other 'double billings'- where the same invoice was submitted to both the DC Government . . . and the insurance company . . . and as a result of which DDC received double reimbursement," as alleged in section I.D of the 404(b) Notice. (p. 12);

7. Identify the "claims made to the insurance company in the form of invoices which in fact were not paid at all by DDC," as alleged in section I.D of the 404(b) Notice. (p. 12);

8. Identify all invoices from MTD to DDC which represent that MTD was entitled to payments for "construction management" services for the "Woodies" building project, as alleged in section II.C.2 of the 404(b) Notice. (p.30); and

9. Specify the co-conspirators who made "deceptive statements" to Douglas Jemal's partner describing MTD, and the substance of those statements, as alleged in section II.C.2 of the 404(b) Notice. (p. 30).

STEPTOE & JOHNSON LLP

Mark H. Dubester, Esq.
January 6, 2006
Page 3

    Given the fact that Defendants' response to the 404(b) Notice is due January 18, 2006, we would appreciate a response to this letter as soon as possible. Thank you for your consideration.

    Sincerely,

*[signature]*

Reid H. Weingarten
Erik L. Kitchen
Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334

Counsel for Douglas Jemal


Stan Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700

Counsel for Norman Jemal

STEPTOE & JOHNSON LLP

Mark H. Dubester, Esq.
January 6, 2006
Page 4

                                Paul Kemp
                                Carol Elder Bruce
                                Venable LLP
                                575 7th Street, N.W.
                                Washington, D.C. 20004
                                (202) 344-4400

                                Counsel for Blake Esherick