UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) )  ) |
| v. | ) Crim. No. 05-359-1, -2, -3 (RMU) ) |
| DOUGLAS JEMAL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO RESCHEDULE TRIAL DATE

Defendants Douglas Jemal, Norman D. Jemal, and Blake Esherick ("Defendants"), respectfully request that the Court reschedule the trial in this matter, in which jury selection is currently set for September 8, 2006, to the first available trial date on the Court's calendar. The grounds in support of this motion are set forth in the attached Memorandum, as well as in the Declaration of Douglas Jemal submitted herewith. A proposed Order is attached.

Defendants respectfully request an opportunity to address these matters at the interim status conference scheduled for February 7, 2006, at 1:45 p.m.

           Respectfully submitted,

           _____
           Reid H. Weingarten (D.C. Bar #365893)
           Erik L. Kitchen (D.C. Bar #292847)
           Brian M. Heberlig (D.C. Bar #455381)
           Steptoe & Johnson LLP
           1330 Connecticut Avenue, N.W.
           Washington, D.C. 20036-1795
           (202) 429-3000

        Michele A. Roberts
        Akin Gump Strauss Hauer & Feld LLP
        1333 New Hampshire Avenue, N.W.
        Washington, D.C.  20036
        (202) 887-4306

        Christopher B. Mead
        London & Mead
        1225 19th Street, N.W.
        Suite 320
        Washington, D.C.  20036
        (202) 331-3334

        Counsel for Douglas Jemal


        Stanley M. Brand
        Ross Nabatoff
        The Brand Law Group
        923 Fifteenth Street, N.W.
        Washington, D.C.  20005
        (202) 662-9700

        Counsel for Norman Jemal


        Paul Kemp
        Carol Elder Bruce
        Venable LLP
        575 7th Street, N.W.
        Washington, D.C.  20004
        (202) 344-4400

        Counsel for Blake Esherick


Dated:  February 3, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 05-359-1, -2, -3 (RMU) |
| DOUGLAS JEMAL, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANTS' MOTION TO RESCHEDULE TRIAL DATE**

**I.   INTRODUCTION**

Defendants Douglas Jemal, Norman D. Jemal, and Blake Esherick ("Defendants") respectfully request that the Court reschedule the trial in this matter, in which jury selection is currently set for September 8, 2006, to the first available trial date on the Court's calendar. Defendants seek to expedite the commencement of trial because (1) the pending charges have severely restricted Defendants' ability to obtain real estate financing and threaten to cause irreparable damage to Defendants' business interests if trial does not take place until September 2006, and (2) Defendants' counsel have eliminated prior trial conflicts that prevented Defendants from accepting the February 2006 trial date that the Court offered the parties at arraignment.

Defendants submit that their interests in avoiding serious financial harm outweigh any objection by the government that it needs additional time to prepare for trial given the government's resources, the length of time the government spent investigating this case prior to indictment, and the fact that the government previously represented to the Court that "trial preparation should not be onerous" in the filing it made prior to arraignment requesting that the

Court set a trial date.  See Government's Memorandum In Aid Of Scheduling And Request For Order Permitting Disclosure Of Tax Information To Defense Under Rule 16 Of The Federal Rules Of Criminal Procedure at 4.

## II.    DISCUSSION

The government's investigation of this matter arose out of a series of public hearings held between approximately the Fall of 2002 and the Summer of 2003 by the D.C. City Council relating in part to the relationship between Defendants, Douglas Development Corporation ("DDC") and Michael Lorusso, the former Deputy Director of the D.C. Office of Property Management.  At the last of these hearings, on July 10, 2003, Councilmember Jim Graham stated that the Federal Bureau of Investigation and the U.S. Attorney's Office had commenced investigations.  These hearings generated a significant amount of publicity regarding these matters.

On August 12, 2004, DDC received its first grand jury subpoena *duces tecum*.  DDC received several other grand jury subpoenas in 2004 and 2005 in connection with the investigation.  On February 23, 2005, the government executed search warrants at DDC and the residences of Blake Esherick and another DDC employee.  The execution of these search warrants also received significant media attention.

On September 27, 2005, the grand jury returned the current Indictment.  The Court arraigned Defendants on October 24, 2005.  At arraignment, the Court gave the parties two options for the trial date:  February 2006 or September 2006.  Defendants requested the September 2006 trial date due to previously-scheduled trial conflicts of lead counsel for Defendants Douglas Jemal and Blake Esherick that rendered counsel unavailable to try this case in February 2006.  The Court ordered the trial to begin with jury selection on September 8, 2006.

The Court also set a motions schedule at arraignment. Pursuant to that schedule, the briefing of pretrial motions was completed with the filing of reply memoranda on February 1, 2006.

Since the date of arraignment, the prior trial conflicts of lead counsel for Douglas Jemal and Blake Esherick have been eliminated. Douglas Jemal's lead counsel, Reid Weingarten, was scheduled to begin an approximately four- to six-month trial in United States v. Causey, Skilling & Lay, No. H-04-025 (S.D. Tex.) on January 17, 2006. However, on December 28, 2005, Mr. Weingarten's client entered a guilty plea that resolved the matter for his client, which resulted in a continuance of the trial for the remaining defendants until January 30, 2006. Accordingly, Mr. Weingarten is no longer unavailable to try this case in the Spring of 2006.

Blake Esherick's lead counsel, Paul Kemp, was scheduled to begin a lengthy trial in United States v. Thomas, *et al.*, No. CCB-04-0232 (D. Md.), on January 30, 2006. However, on January 27, 2005, Mr. Kemp's client agreed to enter a guilty plea that will resolve the matter for his client, which resulted in a continuance of the trial for the remaining defendants until June 6, 2006  Accordingly, Mr. Kemp is also no longer unavailable to try this case in the Spring of 2006.

Counsel for Douglas Jemal, Mr. Weingarten, spoke with AUSA Mark Dubester to determine whether the government is willing to consent to the relief requested in this motion. Mr. Dubester indicated that the government was willing to try the case in late-Spring 2006. During the week of January 23, 2006, Messrs. Weingarten and Dubester spoke with one of the Court's clerks via telephone to determine whether the Court could try this case in May 2006. According to the clerk, the Court is not available to try this case in April, May or June 2006. However, the clerk indicated that the Court may have time available in March 2006.

Defendants urge this Court to reschedule this trial for the first available trial date on the Court's calendar, even if the only available date is as early as March 2006.[1]  As set forth above, lead counsel for Defendants Douglas Jemal and Blake Esherick no longer have the trial conflicts that prevented them from trying the case in February 2006.  More importantly, however, Defendants have suffered serious harm to their real estate business, DDC, as a result of the City Council and government investigations, which generated a substantial amount of negative publicity.  The damage to Defendants' business interests has increased substantially since the Indictment was returned on September 27, 2005.  As set forth in greater detail in the Declaration of Douglas Jemal submitted herewith, the pending charges have made it extremely difficult for DDC to obtain real estate financing -- the lifeblood of their business.  Defendants have grave concerns that the damage to their business interests could become irreparable if the trial does not take place until September 2006.

Accordingly, for the foregoing reasons and those set forth in the Declaration of Douglas Jemal, Defendants respectfully urge the Court to reschedule trial in this matter to the

---

[1] The government has indicated that it will oppose this request to schedule the trial in March 2006.

first available trial date on the Court's calendar. Defendants will be prepared to address all scheduling issues at the interim status conference scheduled for February 7, 2006, at 1:45.

                        Respectfully submitted,

                        _____
                        Reid H. Weingarten (D.C. Bar #365893)
                        Erik L. Kitchen (D.C. Bar #292847)
                        Brian M. Heberlig (D.C. Bar #455381)
                        Steptoe & Johnson LLP
                        1330 Connecticut Avenue, N.W.
                        Washington, D.C. 20036-1795
                        (202) 429-3000


                        Michele A. Roberts
                        Akin Gump Strauss Hauer & Feld LLP
                        1333 New Hampshire Avenue, N.W.
                        Washington, D.C. 20036
                        (202) 887-4306

                        Christopher B. Mead
                        London & Mead
                        1225 19th Street, N.W.
                        Suite 320
                        Washington, D.C. 20036
                        (202) 331-3334

                        Counsel for Douglas Jemal


                        Stanley M. Brand
                        Ross Nabatoff
                        The Brand Law Group
                        923 Fifteenth Street, N.W.
                        Washington, D.C. 20005
                        (202) 662-9700

                        Counsel for Norman Jemal

>Paul Kemp
>Carol Elder Bruce
>Venable LLP
>575 7th Street, N.W.
>Washington, D.C. 20004
>(202) 344-4400
>
>Counsel for Blake Esherick

Dated: February 3, 2006