UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : Crim. No. 05-359-1, -2, -3 (RMU) |
| v. | : |
| | : |
| DOUGLAS JEMAL, et al. | : |

## ORDER

Upon consideration of the Government's representations, having given due consideration to policies favoring the confidentiality of returns and return information, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure and for good cause shown, it is this _____ of March, 2006, ORDERED

That the United States is authorized to disclose taxpayer returns and return information concerning Douglas Develoment Corporation's Chief Financial Officer and Vice President for Construction to the defendants as part of the discovery in this case.

_____
Ricardo M. Urbina
United States District Judge