# EXHIBIT B

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Columbia

United States of America

**v.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:    Custodian of Records
Office of Property Management
441 4th Street, NW, Suite 1100 South
Washington, DC 20001

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
|  | DATE AND TIME |
|  | 4/19/2006 9:00 am |

☑   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk |  |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten       Steptoe & Johnson, LLP
Brian Heberlig         1330 Connecticut Ave., NW
(202) 429-3000         Washington, DC 20036

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES    ☐ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.    OPM refers to the Office of Property Management and its employees and agents.

2.    DDC refers to Douglas Development Corporation and its employees and agents.

3.    YOU and YOUR are defined to include you, OPM and any employee or agent of

OPM.

4.    The term "document" is used in the broadest sense permitted by law, and

includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts,

photographs, telephone records, audio or visual tapes, e-mail, information stored in computers,

and any other data compilations from which information can be obtained, translated, if

necessary, through detection devices into reasonably usable form, including all drafts and non-

identical copies of documents in the possession, custody, or control of OPM or its agents,

employees, attorneys, investigators, or consultants.

5.    Unless otherwise specified, the document requests in this subpoena call for all

documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached
Criminal Subpoena.

## DOCUMENTS REQUESTED

1.      All documents relating to 77 P Street N.E., Washington, D.C.;

2.      All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.      All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

      1.     I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of OPM, responsive to the subpoena.

      2.     True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

      3.     Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

      I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed at _____ on _____, 2006.


                                          _____
                                          Signature of Custodian of Records

                                        _____
                                          Name of Custodian of Records

AO89  (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                     Columbia

United States of America

**V.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:
Custodian of Records
Office of the Deputy Mayor for Planning and Economic Development
John A. Wilson Building
1350 Pennsylvania Avenue, NW, Suite 317
Washington, DC 20004

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall
remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with
this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten        Steptoe & Johnson, LLP
Brian Heberlig         1330 Connecticut Ave., NW
(202) 429-3000           Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES    ☐ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____

                                  DATE

    _____

    SIGNATURE OF SERVER

    _____

    ADDRESS OF SERVER

    _____

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      Office of the Deputy Mayor refers to the Office of the Deputy Mayor for Planning and Economic Development and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, the Office of the Deputy Mayor and any employee or agent of the Office of the Deputy Mayor.

4.      The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of the Office of the Deputy Mayor or its agents, employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.      All documents relating to 77 P Street N.E., Washington, D.C.;

2.      All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.      All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

      1.    I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of the Office of the Deputy Mayor, responsive to the subpoena.

      2.    True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

      3.    Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

      I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed at _____ on _____, 2006.

 

                          _____

                          Signature of Custodian of Records

                          _____

                          Name of Custodian of Records

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia _____

United States of America

**V.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:    Custodian of Records
Office of the Chief Financial Officer
1350 Pennsylvania Avenue, NW, Room 203
Washington, DC 20004

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten     Steptoe & Johnson, LLP
Brian Heberlig       1330 Connecticut Ave., NW
(202) 429-3000       Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES     ☐ NO     AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      Office of the Chief Financial Officer refers to the Office of the Chief Financial Officer and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, the Office of the Chief Financial Officer and any employee or agent of the Office of the Chief Financial Officer.

4.      The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of the Office of the Chief Financial Officer or its agents, employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.    All documents relating to 77 P Street N.E., Washington, D.C.;

2.    All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.    All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

      1.     I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of the Office of the Chief Financial Officer, responsive to the subpoena.

      2.     True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

      3.     Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.


                                       _____
                                       Signature of Custodian of Records


                                       _____
                                       Name of Custodian of Records

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF                                  Columbia

United States of America

**V.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

## SUBPOENA IN A
## CRIMINAL CASE

Case Number:   05-359-1, -2, -3 (RMU)

TO:     Custodian of Records
Department of Public Works
2000 14th Street, NW, 6th Floor
Washington, DC 20009

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | **DATE AND TIME** |
| | 4/19/2006 9:00 am |

☑   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten        Steptoe & Johnson, LLP
Brian Heberlig          1330 Connecticut Ave., NW
(202) 429-3000          Washington, DC 20036

AO89 (Rev 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS |
| | | ☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER
_____

ADDRESS OF SERVER
_____

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      DPW refers to the Department of Public Works and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, DPW and any employee or agent of

DPW.

4.      The term "document" is used in the broadest sense permitted by law, and

includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts,

photographs, telephone records, audio or visual tapes, e-mail, information stored in computers,

and any other data compilations from which information can be obtained, translated, if

necessary, through detection devices into reasonably usable form, including all drafts and non-

identical copies of documents in the possession, custody, or control of DPW or its agents,

employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all

documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached
Criminal Subpoena.

## DOCUMENTS REQUESTED

1.      All documents relating to 77 P Street N.E., Washington, D.C.;

2.      All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.      All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

      1.     I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of DPW, responsive to the subpoena.

      2.     True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

      3.     Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

      I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed at _____ on _____, 2006.


                               _____
                               Signature of Custodian of Records


                               _____
                               Name of Custodian of Records

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Columbia

United States of America

**SUBPOENA IN A CRIMINAL CASE**

V.

Douglas Jemal, Norman D. Jemal and
Blake Esherick

Case Number:   05-359-1, -2, -3 (RMU)

TO:   Custodian of Records
      Office of the Attorney General
      John A. Wilson Building
      1350 Pennsylvania Avenue, NW, Suite 409
      Washington, DC 20004

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
    or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall
    remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with
this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten       Steptoe & Johnson, LLP
Brian Heberlig        1330 Connecticut Ave., NW
(202) 429-3000          Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES    ☐ NO    AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____
                           DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      Office of the Attorney General refers to the Office of the Attorney General (formerly the Office of the Corporation Counsel) and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, the Office of the Attorney General and any employee or agent of the Office of the Attorney General.

4.      The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of the Office of the Attorney General or its agents, employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.    All documents relating to 77 P Street N.E., Washington, D.C.;

2.    All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.    All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

     1.     I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of the Office of the Attorney General, responsive to the subpoena.

     2.     True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

     3.     Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.


                         _____
                         Signature of Custodian of Records

                         _____
                         Name of Custodian of Records

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia _____

United States of America

**v.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:   Custodian of Records
District Department of Transportation
2000 14th Street, NW, 6th Floor
Washington, DC 20009

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten      Steptoe & Johnson, LLP
Brian Heberlig       1330 Connecticut Ave., NW
(202) 429-3000       Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER
_____

ADDRESS OF SERVER
_____

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      DDOT refers to the District Department of Transportation and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, DDOT and any employee or agent of DDOT.

4.      The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of DDOT or its agents, employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.     All documents relating to 77 P Street N.E., Washington, D.C.;

2.     All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.     All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

1.      I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of DDOT, responsive to the subpoena.

2.      True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

3.      Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.


_____
Signature of Custodian of Records


_____
Name of Custodian of Records

- 3 -

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia _____

United States of America

**V.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:    Custodian of Records
       Department of Human Services
       64 New York Avenue NE
       6th Floor
       Washington, DC 20002

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
    or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall
    remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with
this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten       Steptoe & Johnson, LLP
Brian Heberlig        1330 Connecticut Ave., NW
(202) 429-3000          Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES  ☐ NO  AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.     DHS refers to the Department of Health Services and its employees and agents.

2.     DDC refers to Douglas Development Corporation and its employees and agents.

3.     YOU and YOUR are defined to include you, DHS and any employee or agent of DHS.

4.     The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of DHS or its agents, employees, attorneys, investigators, or consultants.

5.     Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.  All documents relating to 77 P Street N.E., Washington, D.C.;

2.  All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.  All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

## DECLARATION

1.      I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of DHS, responsive to the subpoena.

2.      True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

3.      Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.


_____
Signature of Custodian of Records

_____
Name of Custodian of Records

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia _____

United States of America

**V.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:    Custodian of Records
Department of Health
825 North Capitol Street, NE
Washington, DC 20002

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑    YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten        Steptoe & Johnson, LLP
Brian Heberlig          1330 Connecticut Ave., NW
(202) 429-3000          Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES   ☐ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.     Department of Health refers to the Department of Health and its employees and agents.

2.     DDC refers to Douglas Development Corporation and its employees and agents.

3.     YOU and YOUR are defined to include you, the Department of Health and any employee or agent of the Department of Health.

4.     The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of the Department of Health or its agents, employees, attorneys, investigators, or consultants.

5.     Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.    All documents relating to 77 P Street N.E., Washington, D.C.;

2.    All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.    All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

1.    I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of the Department of Health, responsive to the subpoena.

2.    True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

3.    Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.


_____
Signature of Custodian of Records


_____
Name of Custodian of Records

- 3 -

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia _____

United States of America

**V.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:  05-359-1, -2, -3 (RMU)

TO:     Custodian of Records
        Department of Mental Health
        77 P Street, NE
        4th Floor
        Washington, DC 20002

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
   or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall
   remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| --- | --- |
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with
this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten       Steptoe & Johnson, LLP
Brian Heberlig        1330 Connecticut Ave., NW
(202) 429-3000        Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | DATE | PLACE |
| **SERVED ON (PRINT NAME)** | | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES   ☐ NO   AMOUNT $ _____ |
| **SERVED BY (PRINT NAME)** | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      Department of Mental Health refers to the Department of Mental Health and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, the Department of Mental Health and any employee or agent of the Department of Mental Health.

4.      The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of the Department of Mental Health or its agents, employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.    All documents relating to 77 P Street N.E., Washington, D.C.;

2.    All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.    All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

      1.     I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of the Department of Mental Health, responsive to the subpoena.

      2.     True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

      3.     Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.

                             _____
                             Signature of Custodian of Records

                             _____
                             Name of Custodian of Records

⊕ AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia

United States of America

**v.**

Douglas Jemal, Norman D. Jemal and
Blake Esherick

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:   05-359-1, -2, -3 (RMU)

TO:   Custodian of Records
Department of Employment Services
609 H Street, NE
Washington, DC 20002

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall
remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with
this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten      Steptoe & Johnson, LLP
Brian Heberlig       1330 Connecticut Ave., NW
(202) 429-3000       Washington, DC 20036

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES    ☐ NO    AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
　　　　　　　　　　　　DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.      DOES refers to the Department of Employment Services and its employees and agents.

2.      DDC refers to Douglas Development Corporation and its employees and agents.

3.      YOU and YOUR are defined to include you, DOES and any employee or agent of the DOES.

4.      The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of DOES or its agents, employees, attorneys, investigators, or consultants.

5.      Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.      All documents relating to 77 P Street N.E., Washington, D.C.;

2.      All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.      All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

1.    I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of DOES, responsive to the subpoena.

2.    True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

3.    Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed at _____ on _____, 2006.


_____
Signature of Custodian of Records


_____
Name of Custodian of Records

AO89  (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Columbia _____

United States of America

## V.

Douglas Jemal, Norman D. Jemal and
Blake Esherick

### SUBPOENA IN A
### CRIMINAL CASE

Case Number:   05-359-1, -2, -3 (RMU)

TO:    Custodian of Records
Executive Office of the Mayor
John A. Wilson Building
1350 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall
remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| See Attachment A for instructions on how to comply with this subpoena. | Hon. Ricardo Urbina |
| | DATE AND TIME |
| | 4/19/2006 9:00 am |

☑  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A for Requested Materials, Instructions and Definitions, as well as a Declaration of Compliance with
this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Reid Weingarten    Steptoe & Johnson, LLP
Brian Heberlig     1330 Connecticut Ave., NW
(202) 429-3000       Washington, DC 20036

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER
_____

ADDRESS OF SERVER
_____

ADDITIONAL INFORMATION

## ATTACHMENT A

### DEFINITIONS

1.    Executive Office of the Mayor refers to the Executive Office of the Mayor and its employees and agents.

2.    DDC refers to Douglas Development Corporation and its employees and agents.

3.    YOU and YOUR are defined to include you, the Executive Office of the Mayor and any employee or agent of the Executive Office of the Mayor.

4.    The term "document" is used in the broadest sense permitted by law, and includes, without limitation, any writings, notes, non-identical drafts, drawings, graphs, charts, photographs, telephone records, audio or visual tapes, e-mail, information stored in computers, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form, including all drafts and non-identical copies of documents in the possession, custody, or control of the Executive Office of the Mayor or its agents, employees, attorneys, investigators, or consultants.

5.    Unless otherwise specified, the document requests in this subpoena call for all documents from January 2001 through December 2002.

### INSTRUCTIONS

YOU are required to submit all materials described below in YOUR custody and control to:

Brian M. Heberlig
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8134
*Counsel for Douglas Jemal*

Please produce the below-described materials within thirty (30) days of service of the attached Criminal Subpoena.

## DOCUMENTS REQUESTED

1.    All documents relating to 77 P Street N.E., Washington, D.C.;

2.    All documents relating to 4800 Addison Road, Capitol Heights, Maryland; and

3.    All documents relating to the potential sale of 438 Massachusetts Avenue, N.W.,

to Douglas Jemal or an entity owned by Douglas Jemal.

**DECLARATION**

     1.     I have undertaken a review of all DOCUMENTS (as defined in ATTACHMENT A) in my possession, custody and control, or in the possession, custody and control of the Executive Office of the Mayor, responsive to the subpoena.

     2.     True and correct copies of DOCUMENTS responsive to the subpoena are submitted herewith.

     3.     Other than the DOCUMENTS produced herein, I know of no other documents responsive to the subpoena.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at _____ on _____, 2006.


_____
Signature of Custodian of Records


_____
Name of Custodian of Records