UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01,-02, 0-3 (RMU) |
| | : | |
| DOUGLAS JEMAL, et al | : | |

## ORDER

Upon consideration of the Defendants' Motion for Early Return Subpoenas under Rule 17(c) and the Government's Opposition thereto, and upon consideration of the entire record, this Court finds that the defendants have not met the legal standards to support the issuance of Rule 17(c) subpoenas. In particular, the defendants' subpoenas are over-broad, they do not describe the documents to be produced with specificity, the representations in the Defendants' Motion makes clear that the defendants seek to engage in a "fishing expedition" and further, this search encompasses a quest for documents of dubious relevance.

WHEREFORE, it is this _____ of March, 2006, hereby ORDERED that the Defendants' Motion for Early Return of Subpoenas under Rule 17(c) is DENIED.

_____
Ricardo M. Urbina
United States District Judge