UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-359-01,-02, 0-3 (RMU) |
| : | |
| DOUGLAS JEMAL, et al : | |

### ORDER

Upon consideration of the Defendants' Motion for Discovery and the Government's Opposition thereto, and upon consideration of the entire record, it is this _____ of March, 2006

ORDERED that the defendants requests for discovery of the emails and deposition testimony of Michael Lorusso is DENIED.

As to the defendants' request for Lorusso's District of Columbia credit card records, it is further ORDERED that the Government shall have 45 days to review the credit card records. At that time, the Government shall disclose to the defendants the records, in whole or in part, with such information as the Government may be able to obtain which reasonably bears on Lorusso's potential misuse of the Government's credit card.

_____
Ricardo M. Urbina
United States District Judge