UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 05-0359 (RMU)
:
DOUGLAS JEMAL,  :
NORMAN D. JEMAL, and  :
BLAKE C. ESHERICK  :
:
Defendant(s).  :

**FILED**
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this **20th** day of **March** 2006,

ORDERED that a **pretrial conference** ~~hearing~~ in the above-captioned case shall take place on **August 8, 2006** at **3:15**, and interim status conference on August 24, 2006 @ 11:15.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge