UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 05-359-01, -2, -3 (RMU) |
| | : | |
| **DOUGLAS JEMAL, ET AL.** | : | |

## NOTICE OF ASSIGNMENT OF CO-COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mark H. Dubester, telephone number 514-7896, and Assistant United States Attorney Timothy G. Lynch, telephone number (202) 353-4862, and that this serves as a notice of the appearance of Timothy G. Lynch in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Timothy G. Lynch
Assistant United States Attorney
D.C. Bar No. 456506
555 4th Street, N.W., Room 5233
Washington, D.C. 20530
(202) 353-4862

CERTIFICATE OF SERVICE

      I hereby certify that, this 5th day of June, 2006, I caused to be served by electronic filing a copy of the foregoing, to:

| | |
|---|---|
| Michele A. Roberts, Esquire<br>Counsel for Douglas Jemal<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036 | Paul F. Kemp, Esquire<br>Carol Elder Bruce, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>One Church Street,<br>Rockville, MD 20850 |
| Reid H. Weingarten, Esquire<br>Erik L. Kitchen, Esquire<br>Brian M. Heberlig, Esquire<br>Counsel for Douglas Jemal<br>Steptoe and Johnson<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795 | Stanley McK. Brand, Esquire<br>Ross A. Nabatoff, Esquire<br>Counsel for Norman D. Jemal<br>Brand Law Group<br>923 15th Street, NW<br>Washington, D.C. 20005 |
| Christopher B. Mead, Esquire<br>Counsel for Douglas Jemal<br>London & Mead<br>1225 19th Street, NW, Suite 320<br>Washington, D.C. 20036 | |

_____
Timothy G. Lynch
Assistant United States Attorney
D.C. Bar No. 456506
555 Fourth Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862