UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>DOUGLAS JEMAL, et al., )<br>)<br>       Defendants. )<br>) | Crim. No. 05-0359-1, -2, -3 (RMU) |

ORDER

Upon consideration of Defendants Douglas Jemal's and Blake Esherick's Renewed Motion to Sever Counts Six, Seven, and Eight, the Government's Opposition, and Defendants' Reply thereto, it is HEREBY ORDERED that Defendants' motion is GRANTED, and Counts Six through Eight are SEVERED from the remaining charges in the Indictment.

    SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Stan Brand
Brand & Frulla
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004