UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| v. ) | **Crim. No. 05-0359-1, -2, -3 (RMU)** |
| ) | |
| **DOUGLAS JEMAL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Upon consideration of the Defendants' Motion *In Limine* To Exclude Evidence of Prior, Unrelated, Settled Vendor/Contractor Lawsuits, the Government's Opposition and Defendants' Reply thereto, it is hereby ORDERED that the Motion be and hereby is GRANTED, and it is further ORDERED that during the course of the trial of this matter before the jury the United States shall not present evidence referring to the vendor/contractor lawsuits (or their settlement) that are the subject of Government Exhibits 690, 691, 692, 693, 694, 695, 696, 697, or 698.

SO ORDERED.

                                                                                 Ricardo M. Urbina
                                                                                 UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Stan Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004