UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 
: 
v. : Crim. No. 05-359-01, -2, -3 (RMU)
: 
DOUGLAS JEMAL, ET AL. :

## ORDER

The Court, having reviewed the government's motion in limine to limit and control the direct examination of any character witnesses, and any oppositions and replies thereto, it is this ___ day of _____ 2006, hereby

ORDERED THAT the government's motion is hereby granted; and it is further

ORDERED THAT defense counsel are to prepare any defense character witnesses adequately so that they know not to testify about specific instances of conduct; and it further

ORDERED THAT such witnesses will be admonished outside the presence of the jury not to testify about specific instances of conduct; and it further

ORDERED THAT failure on the part of such witnesses to comply with this Order shall mean, at the very least, that any remaining direct examinations of defense character witnesses that are allowed will occur only through leading questions.

                                                     Honorable Ricardo M. Urbina
                                                     United States District Judge