UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01, -2, -3 (RMU) |
| | : | |
| DOUGLAS JEMAL, ET AL. | : | |

**ORDER**

The Court, having reviewed the government's motion in limine to preclude the defendants from suggesting to the jury, through argument or evidence, that there was no bribery, conspiracy, or fraud because Michael Lorusso lacked power to make government decisions or take government actions, and any oppositions and replies thereto, it is this ___ day of _____ 2006, hereby

ORDERED THAT the government's motion is hereby granted; and it is further

ORDERED THAT the defense will not argue or suggest that it is a defense that Lorusso lacked the ability to accomplish, by himself, some of the acts taken by the D.C. government; and it is further

ORDERED THAT the defense will not elicit testimony or other evidence that would, by its natural terms, tend to support such an argument, without a proffer by the defense and without leave of the Court.

_____
Honorable Ricardo M. Urbina
United States District Judge