UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.        : | Crim. No. 05-359-01, -2, -3 (RMU) |
| : | |
| DOUGLAS JEMAL, ET AL.   : | |

## ORDER

The Court, having reviewed the government's unopposed motion for leave to file the four motions in limine it filed on Monday, July 10, 2006, the time for filing those motions having expired, it is this ___ day of _____ 2006, hereby

ORDERED THAT the government's motion is hereby granted.

                                                      Honorable Ricardo M. Urbina
                                                      United States District Judge