UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Crim. No. 05-359-01, -2, -3 (RMU) |
| : | |
| DOUGLAS JEMAL, ET AL.  : | |

### ORDER

The Court, having considered Defendants Douglas Jemal's and Blake Esherick's Renewed Motion to Sever Counts Six, Seven and Eight, the Government's Opposition thereto, and the entire record in this case, it is this ___ day of _____, 2006 hereby

ORDERED THAT the defendants' motion is hereby DENIED.

_____
Honorable Ricardo M. Urbina
United States District Judge