UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01, -2, -3 (RMU) |
| | : | |
| DOUGLAS JEMAL, ET AL. | : | |

ORDER

The Court, having considered <u>Defendants Defendants' Motion in Limine to Exclude Evidence of Amended Tax Returns or W-2 Forms</u>, the Government's <u>Opposition</u> thereto, and the entire record in this case, it is this ___ day of _____, 2006 hereby

ORDERED THAT the defendants' motion is hereby DENIED.

_____
Honorable Ricardo M. Urbina
United States District Judge