UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Crim. No. 05-359-01, -2, -3 (RMU)** |
| | : | |
| DOUGLAS JEMAL, ET AL. | : | |

## ORDER

The Court, having reviewed the defendants' (1) motion in limine to exclude evidence of prior related civil lawsuit and settlement, and (2) motion in limine to exclude evidence of prior, unrelated settled vendor/contractor lawsuits, the government's opposition thereto, and any replies and hearings thereon, and having determined (a) that Rule 408 of the Federal Rules of Evidence does not apply to criminal cases, and (b) that the government's intended uses of settlement evidence in this case is for purposes not excluded under Rule 408, it is this ___ day of _____ 2006, hereby

ORDERED THAT the defendants' motions are denied.

_____
Honorable Ricardo M. Urbina
United States District Judge