

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

July 18, 2006

Hon. Ricardo M. Urbina
United States District Judge
United States District Court House
3rd Street and Constitution Avenue, N.W.
Washington, D.C. 20001

<u>In re: United States v. Jemal, Crim. No. 05-359 (RMU)</u>

Dear Judge Urbina:

     Enclosed with this letter are 8 compact discs containing copies of the marked exhibits that the government has produced to the defense in this case. Because document production has been ongoing, and because some of the numbering ranges overlap, the documents are not strictly sequential among the discs. Attached to this letter is a log which references the various exhibits to the specific disc by approximate production date. In some few instances, the same exhibit is linked to two discs; this occurred where the government replaced in a later production the document that had previously been marked.

     As is evident from the exhibit list, numerous exhibits contain personal identifying information, including social security numbers, bank account information, credit card numbers, loan account numbers and copies of tax returns of Douglas Jemal, Norman Jemal, and Blake C. Esherick. The exhibits even contain checking account information, credit card account records, social security numbers, and addresses of third party witnesses. Because of our substantial privacy concerns, these discs are being provided directly to the Court.

     In addition to the exhibits provided at this time, the government has provided the defense copies of exhibits which have been produced in the <u>Brownell</u> case, as well as exhibits that may relate to other "404(b) evidence" associated with Douglas Development Corporation's Construction Vice President. These documents were not given "US v. Jemal" exhibit stickers. These documents are not at this time set forth on the exhibit list in the Joint Pretrial Statement, and the discs containing these documents are not at this time being provided to the Court, although the will be happy to provide such discs to the Court if it requests.

    The government shall provide the Court an updated exhibit list, along with discs with all the government documents in sequential order, prior to trial.

Sincerely,

Mark H. Dubester  
Assistant United States Attorney

cc:  All Counsel