## UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 3A | 1 |
| 4 | 1 |
| 4A | 1 |
| 5 | 1 |
| 5A | 1 |
| 6 | 1 |
| 7 | 1 |
| 6A | 1 |
| 8 | 1 |
| 8A | 1 |
| 9 | Not Yet Marked |
| 10 | 1 |
| 10A | 1 |
| 11 | 1 |
| 12 | 1 |
| 13 | 1 |
| 13A | 1 |
| 14 | 1 |
| 14A | 1 |
| 15 | 1 |
| 15A | 1 |
| 16 | 1 |
| 16A | 1 |
| 17 | 1 |
| 17A | 1 |
| 18 | 1 |
| 18A | 1 |
| 19 | 1 |
| 20 | 2, 3 |
| 21 | 2 |
| 22 | 2 |
| 23 | 2 |
| 24 | 2 |
| 25 | 2 |
| 26 | 2 |
| 27 | 2 |
| 28 | 2 |
| 29 | 2 |

| Discovery Production No. | Approximate Date of Production |
|---|---|
| 1 | 10/19/2005 |
| 2 | 11/14/2005 |
| 3 | 12/15/2005 |
| 4 | 3/1/2006 |
| 5 | 3/1/2006 |
| 6 | 5/9/2006 |
| 7 | 6/1/2006 |
| 8 | 6/16/2006 |

NB: Discovery Product No. 5 consists of Exhibits from U.S. v. Brownell

NB: Current discovery production numbers do not correspond to original numbering

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 30 | 2, 6 |
| 31 | 2 |
| 32 | 2, 6 |
| 33 | 2, 7 |
| 34 | 2, 3 |
| 35 | 2, 6 |
| 35A | 1 |
| 36 | 1 |
| 36A | 1 |
| 37 | 1 |
| 37A | 1 |
| 38 | 1, 6 |
| 38A | 1 |
| 38B | 1 |
| 38C | 1 |
| 38D | 1, 7 |
| 38E | 7 |
| 38F | 1, 7 |
| 39 | 1 |
| 40 | 1 |
| 40A | 1 |
| 41 | 1 |
| 41A | 1 |
| 42 | 2 |
| 42A | 2 |
| 43 | 1, 6 |
| 43A | 1 |
| 44 | 1, 6 |
| 44A | 1 |
| 45 | 1 |
| 46 | 1 |
| 47 | 1 |
| 48 | 1 |
| 49 | 1 |
| 50 | 1 |
| 50A | 1 |
| 51 | 1 |
| 52 | 1 |
| 53 | 1 |
| 53A | 1 |
| 54 | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 54A | 1 |
| 55 | 1 |
| 56 | 1 |
| 57 | 1, 7 |
| 58 | 1, 8 |
| 60 | 1 |
| 60A | 1 |
| 61 | 1 |
| 61A | 1 |
| 62 | 1 |
| 63 | 2 |
| 64 | 1, 8 |
| 65 | 1 |
| 65A | 1 |
| 66 | 1 |
| 67 | 1 |
| 68 | 1, 4 |
| 69 | 1, 4 |
| 70 | 1 |
| 71 | 1 |
| 72 | 1 |
| 73 | 1 |
| 74 | 1 |
| 75 | 1 |
| 76 | 1 |
| 77 | 1 |
| 78 | 1 |
| 79 | 1 |
| 80 | 1 |
| 81 | 1 |
| 82 | 1 |
| 83 | 1 |
| 84 | 1, 4 |
| 85 | 1 |
| 86 | 1 |
| 87 | 1 |
| 88 | 1 |
| 89 | 1 |
| 90 | 1, 3 |
| 91 | 1 |
| 91A | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 92 | 1 |
| 93 | 1 |
| 94 | 1 |
| 95 | 1 |
| 96 | 1 |
| 96A | 1 |
| 96B | 1 |
| 96C | 1 |
| 97 | 1 |
| 98 | 1 |
| 98A | 1 |
| 98B | 1 |
| 98C | 1 |
| 99 | 1 |
| 100 | 1 |
| 101 | 1 |
| 102 | 1 |
| 103 | 1 |
| 104 | 1 |
| 105 | 1 |
| 106 | 1 |
| 107 | 1 |
| 108 | 1 |
| 109 | 1 |
| 110 | 1 |
| 111 | 1 |
| 112 | 1 |
| 113 | 1 |
| 114 | 1 |
| 115 | 1 |
| 116 | 1 |
| 117 | 1 |
| 118 | 1 |
| 119 | 1 |
| 120 | 1 |
| 121 | 1 |
| 121(A) | 1 |
| 121(B) | 1 |
| 121(C) | 1 |
| 121(D) | 1 |
| 121(E) | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 122 | 1 |
| 123(A) | 1 |
| 123(B) | 1 |
| 123(C) | 1 |
| 123(D) | 1 |
| 123(E) | 1 |
| 124 | 1 |
| 124A | 1 |
| 124B | 1 |
| 124C | 1 |
| 125A | 1 |
| 126A | 1 |
| 126B | 1 |
| 126C | 1 |
| 126D | 1 |
| 126(E) | 1 |
| 127 | 1 |
| 128 | 1 |
| 129 | 1 |
| 130 | 1 |
| 131 | 1 |
| 132 | 1 |
| 133 | 1 |
| 134 | 1 |
| 135 | 1 |
| 136 | 1, 8 |
| 137 | 1, 8 |
| 138-149 | 1 |
| 150 | 1 |
| 150A-V | 1 |
| 151 | 1 |
| 151A-O | 1 |
| 152 | 1 |
| 152A | 1 |
| 153 | 1 |
| 154 | 1 |
| 155 | 1 |
| 156A | 1 |
| 156B | 1 |
| 157 | 1 |
| 158A-F | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 159A-K | 1 |
| 160 | 1 |
| 161 | 1 |
| 162A-D | 1 |
| 163 | 1 |
| 163A-H | 1 |
| 164 | 1 |
| 164A-L | 1 |
| 165 | 1 |
| 165A-L | 1 |
| 166 | 1 |
| 167A-U | 1 |
| 168A-D | 1 |
| 169 | 1 |
| 170A-L | 2 |
| 171A-L | 1, 3 |
| 172 A-L | 1, 3 |
| 173A-L | 2 |
| 174A-L | 1 |
| 175 A-L | 1 |
| 176A-L | 2 |
| 177A-L | 1, 3 |
| 178 A-L | 1, 3 |
| 179 | 1 |
| 180 | 1 |
| 181 | 1 |
| 182 | 1 |
| 183 | 1 |
| 184 | 1 |
| 185 | 1 |
| 186 | 1 |
| 187 | 1 |
| 188 | 1 |
| 189 | 1 |
| 190 | 1 |
| 191 | 1 |
| 192 | 1 |
| 193 | 1 |
| 194 | 1 |
| 195 | 1 |
| 196 | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 197A | 1 |
| 197B | 1 |
| 198 | 7 |
| 199 | Not Yet Marked |
| 200A | 2 |
| 200B | 2 |
| 201A-E | 2 |
| 202 | 2 |
| 203 | 2 |
| 204 | 2 |
| 205 | 2 |
| 206 | 2 |
| 207 | 2 |
| 208 | 2 |
| 209 | 2 |
| 210 | 2 |
| 211 | 2 |
| 212 | 2 |
| 213 | 2 |
| 214 | Not Yet Marked |
| 215 | Not Yet Marked |
| 216 | Not Yet Marked |
| 217 | 8 |
| 218A-L | 3 |
| 219A-M | 3 |
| 220A-L | 3 |
| 221A-L | 3 |
| 222A-L | 3 |
| 223A-L | Not Yet Marked |
| 224A-L | 3 |
| 225A-L | 3 |
| 226A-L | 3 |
| 227A-L | 3 |
| 228A-L | 3 |
| 229A-L | Not Yet Marked |
| 230 | 1 |
| 231 | 1 |
| 232 | 1 |
| 233 | 1 |
| 234 | 1 |
| 235 | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 236 | 1 |
| 237 | 1 |
| 238 | 1 |
| 239 | 1 |
| 240 | 1 |
| 241 | 1 |
| 242 | 1 |
| 243 | 1 |
| 244 | 1, 2 |
| 245 | 1, 2 |
| 246 | 1, 2 |
| 247 | 1 |
| 248 | 1 |
| 249 | 1 |
| 250 | 1 |
| 251 | 1 |
| 252 | 1 |
| 253 | 1 |
| 254 | 1 |
| 255 | 1 |
| 256 | 1 |
| 257 | 1 |
| 258 | 1 |
| 259 | 1 |
| 260 | 1 |
| 261 | 1 |
| 262 | 1, 4 |
| 263 | 1, 4 |
| 264 | 1, 4 |
| 265 | 1 |
| 266 | 1 |
| 267 | 1 |
| 268 | 1 |
| 269 | 1 |
| 270A-F | 1 |
| 271 | 1 |
| 272 | 1 |
| 273 | 1 |
| 274 | 1 |
| 275 | 1 |
| 276 | 1 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 277 | 1 |
| 278 | 1 |
| 279 | 1 |
| 280 | 1 |
| 281 | 1 |
| 282 | 1 |
| 283 | 1 |
| 284 | 1 |
| 285 | 1 |
| 300 | 3 |
| 301 | 3 |
| 302 | 3 |
| 303 | 3 |
| 304 | 3 |
| 305 | 3 |
| 306 | 3 |
| 307 | 3 |
| 308 | 3 |
| 309 | 3 |
| 310 | 3 |
| 311 | 3 |
| 312 | 3 |
| 313 | 3 |
| 314 | 3 |
| 315 | 3 |
| 316 | 3 |
| 317 | 3 |
| 318 | 3 |
| 319 | 3 |
| 320 | 3 |
| 321 | 3 |
| 322 | 3 |
| 323 | 3 |
| 324 | 3 |
| 325 | 3 |
| 326 | 3 |
| 327 | 3 |
| 328 | 3 |
| 329 | 3 |
| 330 | 3 |
| 331 | 3 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 332 | 3 |
| 333 | 3 |
| 334 | 3 |
| 335 | 3 |
| 336 | 3 |
| 337 | 3 |
| 338 | 3 |
| 339 | 3 |
| 340 | 3 |
| 341 | 3 |
| 342 | 3 |
| 343 | 3 |
| 344 | 3 |
| 345 | 3 |
| 346 | 3 |
| 347 | 3 |
| 348 | 3 |
| 349 | 3 |
| 350 | 2 |
| 351 | 2 |
| 352 | 2 |
| 353 | 2 |
| 354 | 2 |
| 355 | 2 |
| 356 | 2 |
| 357 | 2 |
| 358 | 2 |
| 359 | 2 |
| 360 | 2 |
| 361 | 2 |
| 362 | 2 |
| 363 | 2 |
| 363 | 2 |
| 365 | 2 |
| 366 | 2 |
| 367 | 2 |
| 368 | 2 |
| 369 | 2 |
| 370 | 2 |
| 371 | 2 |
| 372 | 2 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 373 | 2 |
| 374 | 2 |
| 375 | 2 |
| 376 | 2 |
| 377 | 2 |
| 378 | 2 |
| 379 | 2 |
| 380 | 2 |
| 381 | 2 |
| 382 | 2 |
| 383 | 2 |
| 384 | 2 |
| 385 | 2 |
| 386 | 2 |
| 387 | 2 |
| 388 | 2 |
| 389 | 2 |
| 390 | 2 |
| 391 | 2 |
| 392 | 2 |
| 393 | 2 |
| 394 | 2 |
| 395 | 2 |
| 396 | 2 |
| 397 | 2 |
| 398 | 2 |
| 399 | 2 |
| 400 | 2 |
| 401 | 2 |
| 402 | 2 |
| 403 | 2 |
| 404 | 2 |
| 405 | 2 |
| 406 | 2 |
| 407 | 2 |
| 408 | 2 |
| 409 | 2 |
| 410 | 2 |
| 411 | 2 |
| 412 | 2 |
| 413 | 2 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 414 | 2 |
| 415 | 2 |
| 416 | 2 |
| 417 | 2 |
| 418 | 2 |
| 419 | 2 |
| 420 | 2 |
| 421 | 2 |
| 422 | 2 |
| 423 | 2 |
| 424 | 2 |
| 425 | 2 |
| 426 | 2 |
| 427 | 2 |
| 428 | 2 |
| 429 | 2 |
| 430 | 2 |
| 431 | Not Yet Marked |
| 432 | Not Yet Marked |
| 433 | Not Yet Marked |
| 434 | Not Yet Marked |
| 435 | Not Yet Marked |
| 436 | Not Yet Marked |
| 437 | Not Yet Marked |
| 438 | Not Yet Marked |
| 450 | Not Yet Marked |
| 451 | 3 |
| 452 | 3 |
| 453 | 3 |
| 454 | 3 |
| 455 | 3 |
| 456 | 3 |
| 457 | 3 |
| 458 | 3 |
| 459 | 3 |
| 460 | 3 |
| 461 | 3 |
| 462 | 3 |
| 463 | 3 |
| 464 | 3 |
| 465 | 3 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 466 | 8 |
| 467 | 8 |
| 468 | 8 |
| 469 | 8 |
| 470 | 8 |
| 471 | 8 |
| 472 | 8 |
| 473 | 8 |
| 474 | 8 |
| 475 | 8 |
| 476 | 8 |
| 500 | 1 |
| 501 | 7 |
| 502 | 8 |
| 503 | 8 |
| 504 | 8 |
| 505 | 8 |
| 506 | 8 |
| 507 | Not Yet Marked |
| 508-524 | Not Yet Marked |
| 525 | 1 |
| 526 | 1 |
| 527 | 1 |
| 528 | 1 |
| 529 | 1 |
| 530 | 1 |
| 531A-Z | 4 |
| 532 | 8 |
| 533 | 8 |
| 534 | 8 |
| 535 | 8 |
| 536A | 8 |
| 536B | 8 |
| 536C | 8 |
| 537 | 8 |
| 550 | 4 |
| 551 | 4 |
| 552 | 4 |
| 553 | 4 |
| 554 | 4 |
| 555 | 4 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 556 | 4 |
| 557 | 4 |
| 558 | 4 |
| 559 | 4 |
| 560 | 4 |
| 561 | 4 |
| 562 | 4 |
| 563 | 4 |
| 564 | 8 |
| 576 | Not Yet Marked |
| 600 | 3 |
| 601 | 3 |
| 602 | 3 |
| 603 | 3 |
| 604 | 3 |
| 605 | 3 |
| 606 | 3 |
| 607 | 3 |
| 608 | 3 |
| 609 | 3 |
| 610 | 3 |
| 611 | 3 |
| 612 | 3 |
| 613 | 3 |
| 614 | 3 |
| 615 | 3 |
| 616 | 3 |
| 617 | 3 |
| 618 | 3 |
| 619 | 3 |
| 620 | 3 |
| 621 | 3 |
| 622 | 3 |
| 623 | 3 |
| 624 | 3 |
| 625 | 3 |
| 626 | 3 |
| 627 | 3 |
| 628 | 3 |
| 629 | 3 |
| 630 | 3 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 631 | 3 |
| 632 | 3 |
| 633 | 3 |
| 633 | 3 |
| 634 | 3 |
| 635 | 3 |
| 636 | 3 |
| 637 | 3 |
| 638 | 3 |
| 639 | 3 |
| 640 | 3 |
| 641 | 3 |
| 642 | 3 |
| 643 | 3 |
| 644 | 3 |
| 645 | 3 |
| 646 | 3 |
| 647 | 3 |
| 648 | 3 |
| 649 | 8 |
| 650 | 7, 8 |
| 651 | 8 |
| 653-689 | Not Yet Marked |
| 690 | 7 |
| 691 | 7 |
| 692 | 7 |
| 693 | 7 |
| 694 | 7 |
| 695 | 7 |
| 696 | 7 |
| 697 | 7 |
| 698 | 7 |
| 699 | 4 |
| 700 | 3 |
| 701 | 3 |
| 702 | 3 |
| 703 | 3 |
| 704 | 3 |
| 705 | 3 |
| 706 | 3 |
| 707 | 3 |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 708 | 3 |
| 709 | 3 |
| 710 | 3 |
| 711 | 3 |
| 712 | 3 |
| 713 | 3 |
| 714 | 3 |
| 715 | 3 |
| 716 | 3 |
| 717 | 3 |
| 718 | 3 |
| 719 | 3 |
| 720 | 3 |
| 721 | 3 |
| 722 | 3 |
| 723 | 3 |
| 724 | 3 |
| 725 | 3 |
| 726 | 3 |
| 727 | 3 |
| 728 | 3 |
| 729 | 3 |
| 730 | 3 |
| 731 | 3 |
| 732 | 3 |
| 733 | 3 |
| 734 | 3 |
| 735 | 3 |
| 736 | 3 |
| 737 | 3 |
| 738 | 3 |
| 739 | 3 |
| 740 | 3 |
| 741 | 3 |
| 742 | 3 |
| 743 | 3 |
| 750 | Not Yet Marked |
| 751 | Not Yet Marked |
| 752 | Not Yet Marked |
| 753 | Not Yet Marked |
| 754 | Not Yet Marked |

UNITED STATES v. JEMAL et al.

| Exh. No. | Discovery Production No. |
|---|---|
| 755 | Not Yet Marked |
| 756 | Not Yet Marked |