UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,           )<br>                          )<br>     v.                   )<br>                          )<br>DOUGLAS JEMAL, et al.,    )<br>                          )<br>          Defendants.     )<br>                          ) | Crim. No.  05-0359-1, -2, -3 (RMU) |

NOTICE REGARDING BULKY EXHIBIT ATTACHMENTS TO
JOINT PRETRIAL STATEMENT

Defendants Douglas Jemal, Norman D. Jemal, and Blake Esherick ("Defendants"), through counsel, hereby notify the Court that Defendants filed six compact disks containing Defendants' trial exhibits as attachments to the Joint Pretrial Statement with the Clerk of the Court on July 18, 2006.  The first compact disk contains the bulk of Defendants' exhibits.  Defense Exhibits 558, 648, 649, 650 and 651 are each located on subsequent individual compact disks.  These exhibits are in electronic format only and are being maintained in the case file in the Clerk's Office.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334

Counsel for Douglas Jemal


Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700

Counsel for Norman Jemal


Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400

Counsel for Blake Esherick

Dated:  July 20, 2006