# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA

| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | |
| DOUGLAS JEMAL | CASE NUMBER: 05-0359 (RMU) |

TO: Douglas Development Corporation
c/o its attorney, Christopher Mead, Esq.

[X] YOU ARE HEREBY COMMANDED to appear and testify before the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA United States Courthouse Third & Constitution Avenue, N.W. Washington, D.C. 20530 | 30 New Annex |
| | DATE AND TIME |
| | Friday September 8, 2006 @ 10:00a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**SEE ATTACHMENT**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
NANCY MAYER-WHITTINGTON
(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

DATE    June 8, 2006

USAO #  2005R02111

asp

Mark Dubester, Assistant U.S. Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20530   (202) 514-7986

## Attachment to June 8, 2006 Subpoena to Douglas Development Corporation

1) Provide the <u>originals</u> of the following documents, identified by "Bates Number," which have been marked as Government Exhibits (GX):

    a) DDC 039613 through 039692, specifically to include 039655 (GX 463)

        NOTE: If this set of documents is contained within a broader collection, please produce the entire collection.

    b) DDC 039695 (GX 465)

2) Provide all records, to include check stubs, check request forms, and copies (front and back) related to the following checks (see attached "General Ledger" pages):

|   | Date | Ck. No. | Account | Payee | Amount |
|---|------|---------|---------|-------|--------|
| a) | 6/26/00 | 84900 | Operating | Blake Esherick | $2,000 |
| b) | 9/00 | 1007 | Payroll | Blake Esherick | $1,500 |
| c) | 12/00 | 1026 | Payroll | Blake Esherick | $5,000 |

3) Provide all records which itemize and/or otherwise provide the calculations for all components of the additional income reflected in the amended W-2s for Blake Esherick issued for calendar years 2001, 2002, 2003 and 2004 (see attached).

4) Provide the pay stubs, and all other records such as check request forms, accounting documents and other related documents, which relate to, or otherwise reflect the basis for, the following payments to Blake Esherick.

    a) June 6, 2005      $245,040.16 (see attached)
    b) May 20, 2005      $104,908.51 (see attached)
    c) April 22, 2005      $ 29,047.15 (see attached)

Said documents are to include, but not be limited to, documents which itemize any loans or advances for which the listed check was intended to provide funds sufficient for Esherick to repay, and documents which set forth any amounts or expenses incurred by Esherick for which said checks were intended to be reimbursements.

5) Provide a copy of the 2005 W-2 for Blake Esherick.