UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
     :
         v.      :      Crim. No. 05-359-01,-02, 0-3 (RMU)
     :
DOUGLAS JEMAL, et al      :

## ORDER

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and for good cause shown, it is this _____ day of _____, 2006, **ORDERED**

That the United States may issue the Rule 17(c) subpoenas <u>duces tecum</u> to Douglas Development and Jeffrey Hotek, as described and identified in its underlying Motion, with production of said documents due August 11, 2006.

_____
Ricardo M. Urbina
United States District Judge