IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | Criminal No. 05-359 |
| : | |
| DOUGLAS JEMAL : | |
| NORMAN D. JEMAL : | |
| BLAKE ESHERICK : | |
| : | |
| Defendants.  : | |

## DEFENDANTS' EXPERT DISCLOSURE
## OF
## BRUCE G. DUBINSKY, MST, CPA, CVA, CFE

Pursuant to this Court's order requiring disclosure of expert witnesses, the Defendants disclose the following:

1. Name of Expert Witness:   Bruce G. Dubinsky, MST, CPA, CVA, CFE

2. Business Address:   4520 East West Highway, #640
   Bethesda, Maryland 20814
   Tel. (301) 657-4111

3. Mr. Dubinsky is a Certified Public Accountant duly licensed in the state of Maryland as well as the District of Columbia. His licenses to practice Public Accounting are in good standing. As such, he is authorized to practice before the Internal Revenue Service. In addition, Mr. Dubinsky has a Master's of Science degree in Taxation from Georgetown University. He also holds several other professional designations. Mr. Dubinsky is the director of the Forensic Accounting and Dispute Analysis Practice for the certified public accounting firm of Klausner Dubinsky + Associates, P.C. in Bethesda, Maryland. He has qualified as an expert witness in civil and criminal matters involving a variety of topics including but not limited to federal tax matters. A complete copy of Mr. Dubinsky's current curriculum vitae is attached to this Disclosure.

4.  Mr. Dubinsky is expected to testify at trial and offer expert opinions on the following matters pursuant to allegations of Tax Evasion (26 U.S.C. § 7201) as contained in Counts Six through Eight of the Indictment[1]:

    a. Details concerning specific transactions related to the Indictment, including the accounting and tax treatment by the Defendants, Douglas Development Corporation ("DDC") and DDC's independent Certified Public Accounting firm, Grossberg Company, LLP;

    b. The proper tax treatment of specific items referenced in the Indictment pursuant to relevant sections of the Internal Revenue Code of 1986,[2] as amended, and final, temporary and proposed Regulations issued thereunder. His analysis and testimony may also include discussion of various United States court decisions involving Federal taxation matters, administrative Rulings, Treasury Decisions, General Counsel Memoranda and other authoritative documents as they pertain to relevant issues central to the government's allegations as set forth in the Indictment;

    c. The tax effect of each specific item contained in the Indictment for Federal income and gift tax purposes and the resulting net effect taking into consideration any available credits or exclusions or other amounts to offset the tax, interest, penalties, and other adjustments;

    d. Professional Standards associated with performance of services by Certified Public Accountants as well as the applicable governing rules for tax preparers practicing before the Internal Revenue Service;

    e. Various definitions contained in the Internal Revenue Code as they relate to the relevant issues raised in connection with the government's allegations as set forth in the Indictment;

---

[1] The Grand Jury was sworn in September 30, 2004, returning a True Bill of Indictment and a criminal proceeding hereinafter known as United States of America v. Douglas Jemal, Norman D. Jemal, and Blake Esherick. Mr. Dubinsky has been engaged exclusively to address certain matters contained in Counts Six through Eight of the charging document. For clarity and ease of readership, the relevant sections of the charging document are collectively referred to as "the Indictment."

[2] Title 26, United States Code.

      f. Review of the calculation of taxes allegedly owed as calculated by the Internal Revenue Service and the U.S. Government, if the Government ever provides a final version of the calculation to the Defendants.

5. Mr. Dubinsky is also expected to offer rebuttal testimony as to any matters raised by the government during its case-in-chief relating to those topical areas for which Mr. Dubinsky is qualified as an expert witness, which may include:

    a. Accounting matters;
    b. Taxation matters;
    c. Forensic accounting matters;
    d. Investment matters;
    e. Ethics and Professional standards of care for Certified Public Accountants; and
    f. Accounting practices as related to the real estate development / management / construction industry.

Mr. Dubinsky's opinions and testimony may address other matters not yet contemplated or fully developed due to the ongoing nature of the discovery in this case, particularly in the tax area.