UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01,-02,-03 (RMU) |
| | : | |
| DOUGLAS JEMAL, et al | : | |

## ORDER

Having considered the Government's Motion in Limine to Preclude the Defendants' Proposed Expert Testimony of Bruce G. Dubinsky, the Defendants' Opposition thereto, and for good cause shown, it is this ____ day of _____, 2006, **ORDERED**

That the defense expert Bruce G. Dubinsky may not testify as to legal principles;

That the defense must provide the government no less than two weeks prior to trial any specific additional proffer as to any proposed testimony related to all matters as to which the defendants seek to have Mr. Dubinsky testify; and

That because there does not appear to be any other information set forth in the defense notice of expert testimony of Mr. Dubinsky that appears relevant at this time, the defense may not otherwise refer, either directly or in substance, to anticipated expert testimony related to tax issues in their opening statements without leave of the Court.

_____
Ricardo M. Urbina
United States District Judge