UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :     Crim. No. 05-359-01,-02, 0-3 (RMU)
                                  :
DOUGLAS JEMAL, et al

ORDER

Upon consideration of the Government's Motion <u>in Limine</u> to Exclude Proposed Expert Testimony of Richard Watkins, the Defendants' Opposition thereto and for good cause shown, it is this _____ of _____, 2006 ORDERED

That Mr. Watkins shall not be permitted to testify as to the opinions one, two, three and five set forth in the "Expert Disclosure [of Richard Watkins]."

---

Ricardo M. Urbina
United States District Judge