# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

MARK J. MACDOUGALL
(202) 887-4510/fax (202) 887-4288
mmacdougall@akingump.com

July 16, 2003

**PRIVILEGED & CONFIDENTIAL/ATTORNEY WORK PRODUCT**

Mr. Fernando Villegas
President
International Builders Inc.
1424 K Street, N.W.
Suite 500
Washington, D.C. 20005

Dear Mr. Villegas:

I am writing to you in your individual capacity, as well as in your capacities as President of International Builders Inc. and Global Furniture Resources, LLC, to confirm our discussions and your understanding with regard to Akin Gump's representation of yourself and Douglas Jemal.

As you know, on July 7, 2003, Mr. Jemal sought to engage one of my partners to represent him in connection with ongoing investigations relating to the lease of office space, acquisition of furniture and other equipment by the District of Columbia, as well as the conduct of certain present and former government officials. These investigations are currently being conducted by the District of Columbia Council, the Federal Bureau of Investigation, and possibly other government agencies.

Based upon our current understanding of the facts, as well as our discussions with you, there did not appear to be any activity in which you and Mr. Jemal participated that would present a conflict of interest. We also understand that a representative of Mr. Jemal spoke with you directly on July 7 or 8, 2003 and that you expressed your willingness to waive a potential conflict of interest with regard to Akin Gump's representation of Mr. Jemal.

As we have discussed, however, facts could later emerge to suggest, or opposing parties (potentially including the Department of Justice) could assert, that a conflict of interest exists with regard to the representation of both yourself and Mr. Jemal by Akin Gump. We have explained to you that in the event of such a development, our professional responsibilities could require us to withdraw as counsel to Mr. Jemal, yourself, or both. Moreover, as we have also discussed, a court could enter an order in response to a motion by the government or an opposing party in a civil action to disqualify Akin Gump as counsel to yourself, Mr. Jemal, or both. Under these circumstances, Akin Gump could no longer provide you with legal representation or counsel.

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / www.akingump.com

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Mr. Fernando Villegas
Page 2
July 16, 2003

While you have indicated that you are prepared to go forward, with these understandings, we have arranged for you to confer with Phillip Inglima, Esq. of Baach Robinson & Lewis PLLC for the purpose of obtaining independent advice with regard to this matter. By your signature below, please confirm that you understand the risks described in this letter, have had the opportunity to confer with Mr. Inglima, have waived any potential conflict of interest that may exist, and are prepared to proceed as described herein.

Sincerely,

Mark J. MacDougall
Anthony W. Swisher

Fernando Villegas, Individually
President, International Builders Inc.
President, Global Furniture Resources, LLC

cc: Phillip T. Inglima, Esq.