UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | **FILED** |
| BLAKE C. ESHERICK : | |
| : | AUG 2 - 2006 |
| Defendants. : | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

<u>O R D E R</u>

On August 1, 2006, the government filed a motion asking the court to address a potential conflict-of-interest issue for defense counsel Michele Roberts at the August 8, 2006 pretrial conference. After considering the issues raised in the government's motion,[1] it is this 2nd day of August 2006, hereby

**ORDERED** that defendant Douglas Jemal file a response to the government's motion on or before the close of business on Thursday, August 3, 2006, and it is

**FURTHER ORDERED** that the government submit a proposed waiver for defendant Douglas Jemal that addresses its concerns.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] The court is mindful of the possibility that Fernando Villegas, Ms. Roberts' former client, will, in all likelihood, take the stand and be cross-examined by a member of Douglas Jemal's defense team, potentially creating a conflict of interest. For example, even if Mr. Villegas is not cross-examined by Ms. Roberts, her position as counsel who may be consulted on matters of cross-examination creates an actual or apparent conflict of interest.