UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 05-0359-1, -2, -3 (RMU) |
| DOUGLAS JEMAL, et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**To The Clerk Of This Court And All Parties Of Record**:

Pursuant to LCvR 83.6(b) of the Local Rules, Lawrence B. Bernard, Esq. hereby withdraws as one of the counsel for Defendant Blake C. Esherick in the above-captioned case.

Carol Elder Bruce, Esq. and Paul Kemp, Esq. of Venable LLP will continue as counsel for Defendant Blake C. Esherick in the above-captioned case.

Respectfully submitted,

_/s/ Lawrence B. Bernard_
Lawrence B. Bernard  (D.C. Bar No. 181636)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4854
Facsimile:  (202) 344-8300

*Counsel for Defendant*
*Blake C. Esherick*

Date:  August 9, 2006

#775183/DC2
063270-224156

        */s/ Paul F. Kemp*
Paul F. Kemp (D.C. Bar # 922773)

        */s/ Carol Elder Bruce*
Carol Elder Bruce (D.C. Bar #202200)

Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

**Counsel for Defendant**
**Blake C. Esherick**

Date: August 9, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August 2006, a true and complete copy of the foregoing *Notice of Withdrawal of Appearance* was served by the Court's DCD/ECF electronic filing system pursuant to LCvR 5.4(d)(1) on the following:

Mark H. Dubester, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

*Counsel for Plaintiff*

Michele A. Roberts, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Counsel for Defendant Douglas Jemal*

Stanley M. Brand, Esquire
Ross A. Nabatoff, Esquire
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant Norman Jemal*

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

*Counsel for Defendant Douglas Jemal*

Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036

*Counsel for Defendant Douglas Jemal*

_____
Teresa E. Huguley