UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 05-0359-1, -2, -3 (RMU) |
| | ) |
| DOUGLAS JEMAL, et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE

**CLERK OF THE COURT:**

Please enter the appearance of the following attorney as co-counsel for Defendant DOUGLAS JEMAL in the above-captioned matter:

> Jeffrey M. King, Esq.
> D.C. Bar No. 461644
> Akin Gump Strauss Hauer & Feld LLP
> Robert S. Strauss Building
> 1333 New Hampshire Avenue, NW
> Washington, D.C. 20036.

> Respectfully submitted,
>
> /s/ Jeffrey M. King
>
> Michele Roberts, D.C. Bar No. 337998
> Jeffrey M. King, D.C. Bar No. 461644
> Akin Gump Strauss Hauer & Feld LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
> (202) 887-4000

Dated: August 8, 2006.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice Of Appearance has been served this 8th day of August, 2006, via hand delivery and U.S. mail, upon:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Brian Heberlig
Steptoe & Johnson
1330 Connecticut Avenue, NW
Washington, DC 20036

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004

Jeffrey M. King