## DECLARATION OF TRAVIS KLISIEWECZ

1.     My name is Travis Klisiewecz.  I have been employed by Douglas Development Corporation ("DDC") since approximately June of 2002 as a lease administrator.  I am generally familiar with DDC's leasing and accounting records.

2.     I am aware that DDC received various subpoenas from the Grand Jury seeking records of DDC on various topics, including records which may be stored in electronic form (such as computer data).  Those subpoenas are dated August 12, 2004, December 3, 2004, December 27, 2004, January 27, 2005, and April 13, 2005.

3.     I am aware that originals and copies of documents have been produced by agents of DDC to the Grand Jury pursuant to the above-listed subpoenas.

4.     In particular, I am aware that DDC has produced the following original documents that correspond to copies with Bates labels:

- DDC 033363 – 033561
- DDC 033597 – 033614
- DDC 040721 – 041225
- DDC 040579 – 040582
- DDC 040587 – 040597
- DDC 040603 – 040652
- DDC 009793 – 010295
- DDC 042199 – 042287
- DDC 042316 – 042506
- DDC 044585 – 044602
- DDC 044616 – 044633

GOVERNMENT EXHIBIT

**No. 97**

- DDC 044707 – 045006
- DDC 045307 – 045581
- DDC 046786 – 046842
- DDC 046864 – 046866
- DDC 035722 – 035736
- DDC 035768 – 035771
- DDC 035870 – 035876
- DDC 036351 – 036374
- DDC 046872 – 047236
- DDC 047241 – 047330
- DDC 039757 – 039814
- DDC 040217 – 040234
- DDC 033006 – 033025
- DDC 033335 – 033361
- DDC 000548 – 000563
- DDC 000662 – 000696
- DDC 000863 – 000885
- DDC 044634 – 044705
- DDC 046843 – 046844
- DDC 047380 – 047439
- DDC 047873 – 047961
- DDC 047962 – 047993
- DDC 048066-048071.

The above referenced originals are documents that were in the possession, custody or control of DDC and have been produced by DDC in response to the subpoenas described above.

5.    I am also aware that DDC has produced copies of certain DDC documents. Those copies bear the following Bates numbers:

- DDC 041825 – 042198
- DDC 042288 – 042315
- DDC 042507 – 044374
- DDC 026040 – 027371
- DDC 038946 – 038947
- DDC 039202 – 039319
- DDC 039397 – 039407
- DDC 039998 – 040065
- DDC 046872 – 047330
- DDC 031764 - 032906
- DDC 047440-047872
- DDC 047994-048065
- DDC 048072.

The above referenced documents are copies of documents that were in the possession, custody or control of DDC and have been produced by DDC in response to the subpoenas described above.

6.    I am aware that the Grand Jury's April 13, 2005 subpoena requested all records relating to two checks (check numbers 1058 and 1081) drawn on DDC's payroll account number 60130601. I am aware that in response to the subpoena, DDC produced to the Grand Jury a document Bates labeled DDC 048072 (a copy of the cancelled check number 1058) and DDC 047981 (the corresponding check stub). DDC previously produced at DDC 030503 a bank

statement containing the check number as well. I am further aware that DDC produced DDC 047988 (the corresponding check stub for check number 1081) and previously produced a "mini" copy of the cancelled check attached to the bank statement at DDC 030565. Because the payroll account checks are not written in duplicate or triplicate and the original cancelled check is not returned to DDC (except in "mini" copy form attached to a bank statement), DDC is not aware of any additional documents for DDC to produce relating to either check number 1058 or 1081.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2005.

T. Klisiewecz

Travis Klisiewecz