ATTACHMENT E

UNITED STATES v. JEMAL ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 5 | Fidelity Bank Records | All | Counts Six through Eight: to show Douglas Jemal and Norman Jemal's ownership of 7804 Radnor Road (where Esherick resided rent-free) | | |
| 6 | ADP Records - Employer and employee W-2s 2002 | All | Count Six through Eight: to show Blake Esherick's salary and how it relates to other DDC employees' salaries | | |
| 7 | ADP Records - Employer and employee W-2s 2003 | All | Same | | |
| 10 | Bellagio Hotel Records for 2001 | All | Counts One through Eight: to show things of value (hotel accommodations) given to Lorusso and relationship between Douglas Jemal and Esherick, and to corroborate Lorusso | | |
| 11 | Bellagio Hotel Records for 2002 | All | Same | | |

UNITED STATES v. JEMAL ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 13 | Records from J Brown Jewelers | Page containing watch purchase for Lorrusso dated August 2001 | Counts One through Eight: to show thing of value (Rolex watch) given to Lorusso and relationship between Esherick and Douglas and Norman Jemal, and to corroborate Lorusso | | |
| 14 | Records from the Boot Barn | All | Counts One through Eight: to show thing of value (two pairs of expensive cowboy boots) given to Lorusso and relationship between Esherick and Douglas and Norman Jemal, and to corroborate Lorusso | | |
| 15 | Records from the Barbary Coast Hotel | All | Counts One through Eight: to show things of value (hotel accommodations) given to Lorusso and relationship between Esherick and Douglas and Norman Jemal, and to corroborate Lorusso | | |
| 16 | Records from Domains | Invoices (not the cover letter) | Counts One through Three: to corroborate expected Lorusso testimony about cash transaction between Lorusso and Esherick | | |

-2-

UNITED STATES v. JEMAL, ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 17 | HBL Records | All | Counts One through Eight: to show thing of value (car repairs to Lorusso's Audi) provided to Lorusso, to show relationship between Esherick and Douglas Jemal, and to corroborate Lorusso | | |
| 18 | Sabra Amex | Monthly statements showing payment or charges for (1) repair of Lorusso's Rolex at J. Brown Jewelers (Oct. 1, 2001, statement); (2) repair of Lorusso's Audi at HBL (Nov. 1, 2001, statement); (3) entertainment of Lorusso at MCI Center (Dec. 2, 2001, and Jan. 1, 2002, statements). | Counts One through Eight: to show things of value (Rolex watch, car repairs, and MCI Center tickets) given to Lorusso and relationship between Esherick and Douglas and Norman Jemal, and to corroborate Lorusso | | |
| 36 | BBT Esherick Bank Records - 2001 | All | Counts Six through Eight: to show Esherick's income and expenses | | |
| 37 | BBT Esherick records - 2000 | All | Same | | |
| 38 | Eagle Bank records - Esherick | Records through Statement of Jan. 15, 2004 | Same | | |

-3-

UNITED STATES v. JEMAL ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 38B | Eagle Bank Deposit Items | Same | Same | | |
| 38D | Eagle Bank, new items per Rule 17(c) subpoena | Same | Same | | |
| 39 | Eagle Bank Credit Application records | All | Same | | |
| 40 | Adams Bank Records - ESHERICK | All | Same | | |
| 41 | Cap One Credit Card - ESHERICK | All | Same | | |
| 42 | BBT records - less than $250 - | All | Same | | |
| 43 | BBT small Items, rule 17(c) subpoena | All | Same | | |
| 44 | Bank of America (Rule 17c) credit card records | Credit Applications dated May 4, 2000, and Jan. 3, 2001 | Same | | |

-4-

UNITED STATES v. JEMAL ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 54 | MTD Records - Adams National Bank | All | Count Five: to show proceeds of fraud scheme | | |
| 55 | Articles of Incorporation - MTD | All | Count Five: to show formation of company used to obtain funds from lender through fraud | | |
| 58 | Specified DDC payroll account records for 2000 | Two checks to Esherick | Counts Six through Eight: to show income to Esherick | | |
| 60 | D. Jemal Amex | Statements through Jan. 20, 2004 | Counts One through Eight: to corroborate Lorusso by showing payments for, e.g., trips to Las Vegas, repeated dinners at Capital Grille, and cowboy boot purchases at Boot Barn | | |
| 62 | N. Jemal- Adams Bank Jemal Records | All | Counts One through Three and Six through Eight: to show payments on Amex card for things of value given to Lorusso and to show payments to Fidelity for home in which Esherick lived rent-free | | |

-5-

UNITED STATES v. JEMAL, ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 63 | D. Jemal Adams Bank Checks | Check No. 6581 showing payment to Amex on Boot Barn purchase | Counts One through Eight: to show things of value given to Lorusso and relationship between Douglas Jemal and Esherick, and to corroborate Lorusso | | |
| 65 | N. Jemal Amex Account xxx 26004 | All | Counts One through Eight: to show things of value given to Lorusso (e.g., Rolex and trip to Las Vegas) and relationship between Norman Jemal and Esherick | | |
| 66 | N. Jemal Amex Acct. xxx 21003 | All | Counts One through Eight: to show numerous charges relevant to May 2002 trip to Las Vegas and other travel for Lorusso | | |
| 68 | HSBC, CAYRE-JEMAL GATEWAY RECORDS | All | Counts One through Five: to show financial circumstances associated with 77 P Street | | |

-6-

UNITED STATES v. JEMAL, ET AL.

| Exh. No. | Description | Portion of Document Offered | Relevance Proffer | Admitted | Not Admitted at this Time |
|---|---|---|---|---|---|
| 91 | Prime Pay - 1999 W-2s | All | Counts One through Eight: to show Esherick's salary and how it compares to other DDC employees' salaries | | |
| 92 | Prime Pay - 2000 W-2s | All | Same | | |
| 93 | Prime Pay - 2001 W-2s | All | Same | | |

-7-