UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL ET AL. : | |

## ORDER

The Court, having reviewed the government's motion for a pretrial ruling on (1) the admissibility of certain exhibits the Court has already ruled are authentic business records under Rule 902(11) and (2) the authenticity of Douglas Development Corporation documents produced to the government by Douglas Development Corporation through defense counsel, records custodians, or both, and any oppositions and replies thereto, it is this ___ day of _____ 2006, hereby

**ORDERED** that the government's motion is hereby granted as shown by the rulings marked on Attachment E; and it is further

**ORDERED** that the government may formally move the admission of the exhibits checked on Attachment E following opening statements; and it is further

**ORDERED** that Government exhibits 100 through 198 and 450 through 496, as identified with particularity in Attachment C to the government's motion, are authentic; that is, that they are documents, or true copies of documents, that came from Douglas Development pursuant to grand jury subpoenas.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge