# EXHIBIT A

## Heberlig, Brian

**From:** Heberlig, Brian
**Sent:** Monday, August 14, 2006 11:18 AM
**To:** 'Dubester, Mark (USADC)'
**Cc:** Lynch, Timothy (USADC)
**Subject:** Meeting Tomorrow

Mark:

In anticipation of our meeting tomorrow, I wanted to let you know what the Defendants would like to obtain from the government. The Defendants are prepared to consider any reasonable stipulations (which I understand you will be sending over sometime today) and will provide a witness list to the government. In exchange, we would like:

1) A witness list to be provided immediately;

2) Jencks materials for all government witnesses to be provided immediately (we are already inside 30 days, which has been the standard Jencks disclosure deadline in our experience in cases of this magnitude);

3) FBI 302s and/or grand jury transcripts relating to the *Brady* and *Giglio* disclosures contained in the government's Discovery Letter #11, without which the disclosures are incomplete (to include information on Grace Carr, Barbara Turner and Mary Myers, as well as any investigatory materials relating to the investigation of Mr. Lorusso's unauthorized credit card use by the FBI and/or the D.C. Auditor);

4) The "rough notes" of the interviews of Mr. Lorusso (including the September 8, 9 and 21, 2004 and November 8 and 10, 2004 interviews); and

5) Mr. Lorusso's plea agreement (the omission of which from the initial Jencks disclosures we assume was an oversight).

I will look out for the proposed stipulations today. Please let me know what time you would like to meet tomorrow. Thank you.

Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8134 (phone)
(202) 261-0558 (fax)
bheberlig@steptoe.com
www.steptoe.com

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is attorney-client privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.