UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Crim. Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL ET AL.  : | |

## GOVERNMENT'S REQUEST FOR
## CLARIFICATION OF COURT ORDER OF AUGUST 8, 2006

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court clarify two aspects of its Order of August 8, 2006 relating to the government's use of evidence of certain financial transactions in 2004 and 2005.

### I. Admissibility of Blake Esherick's 2003 Return

Count Eight of the Indictment charges Blake Esherick and Douglas Jemal with tax evasion for the 2003 calendar year. Accordingly, Mr. Esherick's 2003 federal income tax return is directly relevant to that count of the Indictment. Here, Mr. Esherick's 2003 federal income tax return was due April 2004 but was filed (overdue) in June of 2005. Even though the 2003 return was filed in 2005, it constitutes a natural and inherent part of the proof of the tax evasion alleged for calendar year 2003, and only peripherally relates (if at all) to post-2003 financial activities of the defendants. This document does not appear to constitute the sort of post-2003 evidence the Court intended to exclude. The government therefore requests that the Court permit the government to use the 2003 return as evidence in its case-in-chief.

## II. Admissibility of 2004 and 2005 Conduct of Defendants Esherick and Jemal

This Court also indicated in its August 8, 2006, rulings that the government may seek to admit post-2003 conduct related to tax evasion for impeachment purposes, but not in its case-in-chief.[1] The government requests that the Court clarify whether the government may also seek to admit such evidence in rebuttal or if the defendants were otherwise to "open the door" to the admission of such evidence.

WHEREFORE, we request the Court sign the accompanying Order clarifying the two issues raised in this pleading.

                            KENNETH L. WAINSTEIN
                            DC Bar No. 451058.
                            UNITED STATES ATTORNEY

By: _____
       MARK H. DUBESTER, D.C. Bar No. 339655
       TIMOTHY G. LYNCH, D.C. Bar No. 456506
       ASSISTANT UNITED STATES ATTORNEY
       555 Fourth Street, N.W., Room 5917
       Washington, D.C. 20530
       Ph. (202) 514-7986

---

[1] It is government counsel's recollection this Court used the term "impeachment" only. The government has requested the transcript.

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 18th day of August, 2006, I caused to be served by electronic filing a copy of the foregoing motion and following proposed order to:

Michele A. Roberts, Esquire
Jeffery M. King, Esquire
Counsel for Douglas Jemal
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

Paul F. Kemp, Esquire
Counsel for Blake C. Esherick
Venable LLP
One Church Street, Fifth Floor
Rockville, MD 20850

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Counsel for Douglas Jemal
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Carol Elder Bruce, Esquire
Lawrence B. Bernard, Esquire
Counsel for Blake C. Esherick
Venable LLP
575 Seventh Street, NW
Washington, D.C. 20004

Christopher B. Mead, Esquire
Counsel for Douglas Jemal
London & Mead
1225 19th Street, NW, Suite 320
Washington, D.C. 20036

Stanley McK. Brand, Esquire
Ross A. Nabatoff, Esquire
Counsel for Norman D. Jemal
Brand Law Group
923 15th Street, NW
Washington, D.C. 20005

_____
Timothy G. Lynch
Assistant United States Attorney