UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL ET AL. | : | |

### ORDER

Upon consideration of the Government's Motion for Clarification, any opposition or reply thereto, and the entire record in this case, and for good cause shown, it is this ____ day of _____, 2006,

**ORDERED** that the admission of defendant Blake Esherick's 2003 federal income tax return is not precluded by the Court's August 8, 2006 Order; and it is further

**ORDERED** that the Government may introduce evidence of 2004 and 2005 financial conduct of the defendants Blake Esherick and Douglas Jemal in impeachment or rebuttal, or if the door is otherwise opened by the defendants for which such evidence would be fairly admitted in response.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge