UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal Action No.: 05-359 (RMU)** |
| | : | |
| **DOUGLAS JEMAL ET AL.** | : | |

## ORDER

The Court, having reviewed the defendants' motion to compel the government to produce a witness list and all Jencks materials immediately, the government's opposition, and any reply thereto, it is this ___ day of _____ 2006, hereby

**ORDERED** that the defendants' motion is denied.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge