UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL ET AL. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS' REQUEST FOR A JURY INSTRUCTION REQUIRING SPECIFIC UNANIMITY AS TO THE MAILING OR WIRE IN FURTHERANCE OF THE MAIL AND WIRE FRAUD CHARGES.**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully responds to defendants' request for a unanimity instruction for the mail and wire fraud counts.

The government, in its objections to Defendants Proposed Jury Instruction No. 34, did not oppose defendants' request for a unanimity instruction; it simply contended that the defendants' language—"the government [must prove] the same means or methods"—was ambiguous. The government still agrees that "(1) the jury should be instructed on being unanimous on at least one theory [mail fraud to defraud or mail fraud to deprive the City of its right to Lorusso's honest services] and (2) the jury should be instructed on being unanimous on at least one mailing." See Joint Pretrial Statement at 299.

Accordingly, the government recommends that the Court use the following unanimity language with respect to the mail fraud count:

> "The Indictment charges the defendants with committing the offense of mail fraud in two, different ways: first, by devising a scheme to obtain money from the District of Columbia through false

representations; and second, by devising a scheme to deprive the District of Columbia and its citizens of their right to the honest services of Michael Lorusso. Those are the two theories on which the defendants are charged with mail fraud. For you to find a defendant guilty of mail fraud, you must be unanimous on one or both of the theories: that is, you must all agree that the defendant is guilty because (a) he devised a scheme to obtain money from the City through false representations; or (b) he devised a scheme to deprive the City of its right to Lorusso's honest services; or (c) he devised both types of schemes.

"Furthermore, the Indictment alleges that the defendants used the mails in furtherance of their scheme, and it sets forth sixteen specific uses of the mails on various dates. For you to find a defendant guilty of mail fraud—regardless of which of the theories you use—you must all agree that at least one of the charged mailings occurred."

As to the wire fraud count, the government recommends similar unanimity language:

"The Indictment alleges that the defendants used the wires in furtherance of their scheme, and it sets forth three separate uses of the wires. For you to find a defendant guilty of wire fraud, you must all agree that at least one of the charged uses of the wires occurred."

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
Mark H. Dubester, D.C. Bar No. 339655
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorneys
555 4th Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862

CERTIFICATE OF SERVICE

    I hereby certify that, on this 29th day of August, 2006, I caused to be served by electronic filing a copy of the foregoing opposition and following proposed order to:

Michele A. Roberts, Esquire
Jeffery M. King, Esquire
Counsel for Douglas Jemal
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

Paul F. Kemp, Esquire
Counsel for Blake C. Esherick
Venable LLP
One Church Street, Fifth Floor
Rockville, MD 20850

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Counsel for Douglas Jemal
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Carol Elder Bruce, Esquire
Lawrence B. Bernard, Esquire
Counsel for Blake C. Esherick
Venable LLP
575 Seventh Street, NW
Washington, D.C. 20004

Christopher B. Mead, Esquire
Counsel for Douglas Jemal
London & Mead
1225 19th Street, NW, Suite 320
Washington, D.C. 20036

Stanley McK. Brand, Esquire
Ross A. Nabatoff, Esquire
Counsel for Norman D. Jemal
Brand Law Group
923 15th Street, NW
Washington, D.C. 20005

_/s/ Timothy Lynch_
Timothy G. Lynch
Assistant United States Attorney