UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :
                                      :
            v.                        :     Crim. No. 05-359-01,-02, 0-3 (RMU)
                                      :
DOUGLAS JEMAL, et al                  :

## ORDER

Upon consideration of the Government's Motion for Jury Instruction on Unanimity, it is this ____ day of _____, 2006,

**ORDERED** that subject to further consideration upon the completion of the trial, the Court intends to instruct the jury as to the requirement of a unanimous verdict as proposed by the government.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge