UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) ) ) | |
| v. | ) ) | Crim. No.  05-0359-1, -2, -3 (RMU) |
| **DOUGLAS JEMAL, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Upon consideration of the Government's Motion For Jury Instruction On Unanimity, and the Defendants' response thereto, it is hereby ORDERED that the Court will provide the jury with the following instruction on unanimity as it relates to the bribery charge:

> The Indictment alleges that the defendants corruptly provided the public official with numerous things of value with intent to influence him in the performance of numerous official acts.  In order to convict, you must unanimously agree upon (1) the thing or things of value given to the public official, and (2) the future official act or acts that the defendant or defendants intended to influence by corruptly providing such a thing or things of value.

SO ORDERED.

                                                      Ricardo M. Urbina
                                                      UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

- 2 -

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Stan Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004