**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| **v.** ) | **Crim. No.  05-0359-1, -2, -3 (RMU)** |
| ) | |
| **DOUGLAS JEMAL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' RESPONSE TO THE GOVERNMENT'S
MOTION FOR JURY INSTRUCTION ON UNANIMITY**

Defendants agree with the government that the Court should instruct the jury that

it must be unanimous on both the thing or things of value given to Michael Lorusso and the

official act or acts that the Defendants intended to influence by corruptly providing such a thing

or things of value.  However, Defendants respectfully propose the following instruction on

unanimity:

> The Indictment alleges that the defendants corruptly provided the
> public official with numerous things of value with intent to
> influence him in the performance of numerous official acts.  In
> order to convict, you must unanimously agree upon (1) the thing or
> things of value given to the public official, and (2) the future
> official act or acts that the defendant or defendants intended to
> influence by corruptly providing such a thing or things of value.

Defendants' proposed instruction is more explicit than the government's proposed instruction in

making clear that there must be a nexus between the specific thing or things of value provided to

the public official and the official act or acts that the defendant thereby sought to corruptly

influence.  See United States v. Sun-Diamond, 526 U.S. 398, 414 (1999).  Defendants' proposed

instruction also makes clear that the official act (or acts) that the defendant sought to influence

was to occur in the future, an accurate statement of the law.  See <u>United States v. Shaffer</u>, 183

F.3d 833, 841 (D.C. Cir. 1999) (explaining that the bribery statute applies to a gift, offer,

promise or demand in exchange for "some action in the future").

      For the foregoing reasons, the Court should provide the Defendants' proposed

unanimity instruction on bribery.  A proposed Order is attached.

      Respectfully submitted,

_____

Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334

Counsel for Douglas Jemal


Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C.  20005
(202) 662-9700

Counsel for Norman Jemal

- 2 -

Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C.  20004
(202) 344-4400

Counsel for Blake Esherick

Dated: August 31, 2006