UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendants.  : | |

**O R D E R**

On September 3, 2006, the government filed a motion to amend the Court's Order regarding the procedure for filing motions in limine during trial. After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the government's motion is granted.

**FURTHER ORDERED** that parties filing motions in limine during trial must certify in the first paragraph of such motions that they met and conferred with opposing counsel but were unable to resolve the issue without litigation.

**FURTHER ORDERED** that such meet and confer sessions be complete by no later than 9:00 p.m. on the night before a motion is filed; that fair notice be given at that time of the legal issue(s) to be raised; and that this requirement may be met through face-to-face discussions, conference calls, or email communications to all parties.

**FURTHER ORDERED** that motions in limine during trial be sent by email to the Court's law clerks and courtroom deputy clerk.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge