# GOVERNMENT'S WITNESS LIST

1. Abbott, Jennifer
2. Balmford, Craig
3. Black, Benjamin
4. Boot Barn Representative
5. Brennan, Helen
6. Brown, Darlene
7. Brown, Fred
8. Bizet, Trish
9. Burr, Carla
10. Cayre, Joseph
11. Chadwick, Thomas
12. Clark, Kevin
13. Cois, George
14. Devine, Glen
15. Dinardo, Keith
16. FBI chain-of-custody witnesses (as necessary)
17. Figueroa, Jolie
18. Francis, Nathan
19. Francis, Thomas
20. Frazier, Bruce
21. Frazier, Sean
22. Galentine, Galen

23. Garnett, David

24. Geris, William

25. Gilbert, Steve

26. Gill, Barbara

27. Goldfarb, Saul

28. Green, George

29. Greenberg, Judith

30. Gutierrez, Charles

31. Haupt, Ralph

32. Herman, Ellen

33. Holmes, Steve

34. Hotaling, Leslie

35. Hotek, Jeff

36. Howland, William

37. Hwang, Susy

38. I.R.S. Service Center Representative

39. Jacobs, Amina

40. Jiang, Lily

41. Jodoin, Robert

42. Kaufman, Kenneth

43. Koskinen, John

44. Jones, Charles

45. Licon-Jordan, Susan

46. Loesberg, Mark

47. Lorossuo, Michael

48. McIlwrath, Kelly

49. Mallus, Mark

50. Medding, David

51. Morris, Donald

52. Myers, George

53. Myers, James

54. OPM Representative

55. Payne, Ricardo

56. Peterson, Jan

57. Potkin, Lane

58. Quinn, Sabra

59. Roberts, Timothy

60. Rodenheiser, Glen

61. Rosenkranz, Eric

62. Roubin, Sandra

63. Rowe, Michael

64. Santelis, Eldiberto

65. Sekela, Andrew

66. Selzer, Kathy

67. Serrano, Betty

68. Shields, Thomas

69. Spivey, John

70. Stalker, Donald

71. Steinkamp, Lenora

72. Swaggerty, Richard

73. Tillery, Herbert

74. Thomas, Marie

75. Villegas, Fred

76. Zimmerman, Jeff