UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0359 (RMU) |
| DOUGLAS JEMAL, NORMAN D. JEMAL, and BLAKE C. ESHERICK | : Doc. No.: 115 |
| Defendants. | : |

FILED
SEP 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this 5th day of August 2006, hereby

**ORDERED** that the government's opposition to defendant Esherick's motion in limine to preclude the government from asserting that Blake Esherick created and submitted the $38,000 invoice is due on or before 5 p.m. on August 6, 2006.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge