UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| v. | ) ) | Crim. No.  05-0359-1, -2, -3 (RMU) |
| DOUGLAS JEMAL, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of the Defendants' Motion *In Limine* To Preclude The Government From Mentioning Certain Things Of Value That Michael Lorusso Received From Fernando Villegas In The Government's Opening Statement, the Government's Opposition thereto, and the record in this case, it is hereby ORDERED that the Motion be and hereby is GRANTED, and it is further ORDERED that the government must not mention in its opening statement to the jury that Michael Lorusso received from Fernando Villegas a wrist-watch or a trip to Florida (or that Villegas gave those things of value to Lorusso).

SO ORDERED.

                                                                              Ricardo M. Urbina
                                                                              UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Timothy Lynch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917

- 2 -

Washington, D.C. 20001
Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Stan Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004