UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendants. : | |

## ORDER

On September 7, 2006, the defendants filed a motion in limine to preclude the government from mentioning certain things of value that Michael Lorusso received from Fernando Villegas in the government's opening statement. After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the defendants' motion is denied, inasmuch as the government represents that it will limit its description in its opening statement of the things of value Mr. Lorusso received from Mr. Villegas to general terms—"money, luxury goods, and luxury items."

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge