UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | Doc. No.: 145 |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK, : | **FILED** |
| : | |
| Defendants. : | SEP 1 3 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

On September 13, 2006, the defendants filed a motion for the court to compel the government to provide defense counsel with a list of exhibits it intends to introduce prior to the day the government intends to introduce the exhibits. After considering the issues raised in the parties' briefs, it is this 13th day of September 2006, hereby

**ORDERED** that the defendants' motion is granted, and it is

**FURTHER ORDERED** that the government provide, by 7:00 p.m. each day, a list of exhibits it intends to introduce at trial the following day.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge