**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

   VS.

                                    CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

<u>**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**</u>

When ~~the~~ more than one check is submitted on the same day for payment how are they cleared? (by date or amount)