Credit Application OK

AMOUNT REQUESTED: $5,000—

NAME (First, Last, Middle): Blake C. Esherick
TELEPHONE NO.: 301-229-5128
SOCIAL SEC. NO.: 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
ADDRESS: 7804 Radnor Rd
CITY: Bethesda   STATE: Md.   ZIP: 20817
DO YOU ☐ OWN ☐ RENT $ _____
HOW LONG: _____
EMPLOYER (Company Name & Address): Douglas Development
HOW LONG: 3 years
BUSINESS PHONE: 301-984-8400   EXT: _____
POSITION OR TITLE: Leasing Director
SALARY PER MONTH GROSS: $6,666.67   NET: $

Alimony, child support, or separate maintenance income need not be revealed if you do not wish it considered as a basis for repaying this obligation.

SOURCES OF OTHER INCOME: _____
AMOUNT PER MONTH: $ _____

JOINT APPLICATION OR OTHER PARTY INFORMATION
Complete only if: for joint credit, for individual credit relying on income or assets from other sources.

NAME (Last, Middle, First): _____
TELEPHONE NO.: _____
SOCIAL SEC. NO.: _____
ADDRESS: _____
CITY: _____   STATE: _____   ZIP: _____
DO YOU ☐ OWN ☐ RENT
HOW LONG: _____
EMPLOYER (Company Name & Address): _____
HOW LONG: _____
BUSINESS PHONE: _____ EXT: _____
POSITION OR TITLE: _____
SALARY PER MONTH GROSS: $ _____ NET: $ _____

Alimony, child support, or separate maintenance income need not be revealed if you do not wish it considered as a basis for repaying this obligation.

SOURCES OF OTHER INCOME: _____
AMOUNT PER MONTH: $ _____

SIGNATURE: [signed]   DATE: 2/24/00
APPLICANT'S SIGNATURE

OTHER SIGNATURE (Where Applicable)   DATE

GOVERNMENT EXHIBIT
No. 39

## YOU ARE PRE-APPROVED FOR THE DIVIDEND MILES® VISA® CARD

☑ *Yes, I want to accept the Dividend Miles Visa card and earn 2,500 bonus Dividend Miles the first time I use the card.*

Social Security Number: 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
Home Phone: 301-229-5128
Birth Date: 9/17/63
Employer/Business Name: DOUGLAS DEVELOPMENT
Business Phone: 301-984-8400
Gross Household Income: $115,000 ☒ Annual
Mother's Maiden Name: LATHAM
E-Mail Address: besherick@douglasdev.com

Applicant Signature: [signed]
Date: 5/15/00

**PAYMENT PROTECTION PLAN**

Authorized User:
First Name | Middle Initial | Last Name

MAY 19 2000

UP0400-031-304-375
Blake Esherick
5523 Roosevelt St.
Bethesda, MD 20817-3781

M4581304369 103 714
My Dividend Miles account number is: 092D0X2
(Please verify Dividend Miles account number.)

Offer Expires: June 12, 2000
Credit Line Up To $4,500

Call 1-800-974-4442 to accept your card!

GOVERNMENT EXHIBIT
No. 44
U.S. v. Jemal - Cr. No. 05-359 (RMU)

## DIVIDEND MILES® VISA® CARD REQUEST CERTIFICATE   JAN 12 2001

**Yes,** I want a Dividend Miles Visa card and 2,500 bonus miles the first time I use the card.

Return before: February 14, 2001
Credit line up to $5,000

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    9/12/63    301-229-5129
Social Security Number    Birth Date    Home Phone

LATHAM    besherick@Douglasdev.com
Mother's Maiden Name    E-Mail Address (optional)

DOUGLAS DEVELOPMENT    (202) 638-6300
Employer/Business Name    Business Phone    ☐ Monthly ☒ Annual

$ 150,000
Gross Household Income¹

¹ Income from alimony, child support, or separate maintenance payments need not be revealed if you do not wish us to consider it as a basis for repayment.

☐ Please consider me for a Dividend Miles Visa Gold card, with a higher line of credit.

By signing below, you agree to the authorizations, terms and conditions on the reverse side.

X [signature]    01/08/01 ³
Applicant Signature    Date

**PAYMENT PROTECTION PLAN**
Initial below to enroll in the optional Payment Protection Plan that can pay your monthly minimum payment if you become disabled, unemployed, or take an unpaid leave of absence. This plan can also pay your balance in the event of death. I have read and agree to the benefits and exclusions on the reverse side.

YES ____
Initial Here

U11200-010-778-606
Blake Esherick
7804 Radnor Rd
Bethesda, MD 20817-6284

15 380778596 204 934
Your Dividend Miles account number is: 092D0X2
(Please verify Dividend Miles account number.)

Authorized User (I request an additional card for the following person who is authorized to use my account.)

_____    _____    _____
First Name    Middle Initial    Last Name

Detach here and mail back in the envelope provided or go to www.myusairwaysvisa.com

THE US AIRWAYS® VISA® PLATINUM CARD

**Pre-qualified Response Certificate**

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     262-362-4173
Social Security Number     Home Phone

9/17/63     202-658-6200
Birth Date     Business Phone

$ |2|0|0|,|0|0|0|.|0|0|     LATHAM
Gross Yearly Household Income     Mother's Maiden Name

E-mail address (optional)

Income from alimony, child support, or separate maintenance payments need not be revealed if you do not wish to consider it as a basis for repayment.

By signing below, you agree to the authorization, terms, and conditions on the reverse side.

X _[signature]_      8/16/04
Applicant Signature     Date

Authorized User (You request an additional card for the following person who is authorized to use your account.)

First Name     Middle Initial     Last Name

To get your card faster go to www.myusairwaysvisa.com

UR0604-006-707-673
Blake C. Esherick
6001 Nevada Ave. NW
Washington, DC 20015-2527

AUG 2 6 2004

D0136712668 V72 344

Your Dividend Miles account number is: 092D0X2
(Please verify Dividend Miles account number.)

Offer expires: **August 23, 2004**
Credit line up to: **$20,000**

Yes, I am signing below to acknowledge receipt of the Cardholder Security Plan® Terms and Conditions on the enclosed insert and I want to help protect my account with the optional Cardholder Security Plan. This plan can credit my credit card account up to 12 monthly payments in the event of disability, unemployment or unpaid family leave of absence, or up to $10,000 in the event of accidental death.

Sign here for the Cardholder Security Plan

010280     DRCD04-04

## Balance Transfer Option (NO BALANCE TRANSFER FEES)
(save with a low 5.9% APR** on your balances until they're paid off)

Fill in the information below to transfer balances from your higher-rate credit cards before October 1, 2004 and you'll save with a low 5.9% fixed APR until those balances are paid off!** Each balance transfer listed below must be at least $100. Allow 4 weeks to process. Please read the balance transfer information on the reverse side.

[1] Transfer From Account Number |_|_|_|_| |_|_|_|_| |_|_|_|_| |_|_|_|_|     [2] Transfer From Account Number |_|_|_|_| |_|_|_|_| |_|_|_|_| |_|_|_|_|

Pay to _____    Amount to Transfer |_|_|_|_|_|.|_|_|    Pay to _____    Amount to Transfer |_|_|_|_|_|.|_|_|

**See the enclosed insert and reverse side of this letter for important information regarding this offer. Balance transfers will not earn Dividend Miles.    CPP-4-04-04

Circuit Court for __Montgomery County__                    Case No. ____FL____
                    City or County

Blake C. Esherick                v.          Barbara A. Gill

# FINANCIAL STATEMENT
### (Short)
(DOM REL 30)

I, _____Blake C. Esherick_____, state that:
                    My name

I am the mother/father or _____
        Circle One              State Relationship (for example, aunt, grandfather, guardian, etc.)
of the minor child(ren):

__Taylor G. Esherick__     __09-11-93__     _____     _____
Name                       Date of Birth    Name          Date of Birth

__Douglas V. Esherick__    __04-12-96__     _____    _____
Name                       Date of Birth    Name          Date of Birth

_____                _____        _____    _____
Name                      Date of Birth     Name          Date of Birth

The following is a list of my income and expenses (see below*):
*See definitions on back before filling out.*

| | |
|---|---|
| Total monthly income (before taxes) | $ 12,500 |
| Child support I am paying for my other child(ren) each month | $ |
| Monthly health insurance premium for this child(ren) | $ — |
| Alimony I am paying each month to _____ | $ |
| Alimony I am receiving each month from _____ | $ |
| Work-related monthly child care expenses for this child(ren) | $ |
| Extraordinary monthly medical expenses for this child(ren) | $ |
| School and transportation expenses for this child(ren) | $ |

*To figure the monthly amount of expenses, weekly expenses should be multiplied by 4.3 and yearly expenses should be divided by 12. If you do not pay the same amount each month for any of the categories listed, figure what your average monthly expense is.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

__8/25/03__                                    ___[signature]___
    Date                                           Signature

Total Monthly Income: Include income from all sources including self-employment, rent, royalties,

Page 1 of 2

DR 30 - Revised 6 Nov 2000

**GOVERNMENT EXHIBIT**
**No. 47**

Bank of America | Credit Cards | Confirm your Information         file:///E|/BlakeEsherick/Export/Confirm[1][87834].htm


MyNewCard Header

**GOVERNMENT EXHIBIT**
**No. 553**
Cr. # 05-359 (RMU) U.S. v. Jemal

### Verify Your Application Information

Please verify that the information below is accurate. To make changes, select "Edit Application Form" and/or "Edit Balance Transfer Form" to input your new information before submitting your application. You might want to save or print this page for your records.

I certify that I am of legal contracting age; that I have read and agreed to all of the authorizations, terms and conditions[1], and disclosures on this site.

**Yes**, please [ Submit ] my application for an instant response.

*Application Form Information*

| | |
|---|---|
| Name **Blake C Esherick** | Home Phone **(202) 362-4173** |
| Address **6001 Nevada Avenue, Nw** | Employer **Douglas Development** |
| City **Washington** | Business Phone **(202) 638-6300** |
| State **DC** | E-mail Address **besherick@douglasdev** |
| Zip Code **20015** | Gross Income **$150,000** |
| Social Security Number **215880740** | Mother's Maiden Name **Latham** |
| Date of Birth **09 /17 /1963** | |
| Dividend Miles account number **\*\*\*\*0X2** | |
| Additional Cardholder Name | |

[ Edit Application For ]

**OPTIONAL Cardholder Security Plan**
Cardholder Security Plan™ **No**

[ Edit Security Plan ]

**OPTIONAL Balance Transfer Information**
Account

File: Confirm[1].htm
Full Path: QWF3\Part_1\NONAME-NTFS\Documents and Settings\besherick\Local Settings\Temporary Internet Files\Content.IE5\OX2V4LMJ\Confirm[1].htm
Modified: 8/25/2003 6:36:25 PM
Item Number: 87,834
MD5: 8433C68D5C35013E6BA5323D5B602F86
Exported as:: Confirm[1][87834].htm

1 of 2