**From:** Christopher B. Mead
**Sent:** Thursday, July 27, 2006 10:11 PM
**To:** 'Dubester, Mark (USADC)'
**Cc:** Christopher B. Mead
**Subject:** confirming Bruton issue

Mark—

This will confirm that in our call tonight, you agreed that you would not refer to Blake Esherick's Maryland testimony in your opening statement, or attempt to introduce it, without raising the potential Bruton issues with the Court and giving us a chance to respond. Please let me know immediately if your position changes, so that we can file an appropriate motion.

Chris

Christopher B. Mead

London & Mead

1225 19th Street, N.W.

Suite 320

Washington, D.C. 20036

202-331-3334; fax 202-785-4280

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.