UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

[handwritten, partially illegible:]

Bradey Is it a past practice of yours to just sign documents without reading them?

If so why?

CR 05-0359
US v Douglas Jemal,
et Al

[signature]

FILED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Besides Mr. Esherick, who else did she received instruction or information when it came to invoices that she created or submitted.

↑ Prepared ↑

(don't know right term to use)

CR 05-0359
USA v Douglas Jemal, et al.