**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

SEP 2 0 2006

**UNITED STATES OF AMERICA**

    **VS.**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DOUGLAS JEMAL, ET AL.**

**CRIMINAL NO. 05-0359**

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

~~[illegible scribbled text]~~

~~[illegible scribbled text]~~

Is the timing and Material expence included in the tenants Improvment Allowance, As terms of the leasing agreement?

CR 05-0359
US v Douglas Jemal
et Al

**FILED**

SEP 2 0 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

     VS.

                                **CRIMINAL NO. 05-0359**

DOUGLAS JEMAL, ET AL.

QUESTION(S) FROM JURY TO WITNESS & THE COURT

What does the Phrase
"above normal" mean to you in
General terms.

CR06 0359
US v Douglas Jemal,
Et Al

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**VS.**

**DOUGLAS JEMAL, ET AL.**

**CRIMINAL NO. 05-0359**

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Once you complete a job, is it in the contract that you come out and service the sprinklers, or do you come out on a as need basis? If no contract exist,
If so, on a as needed basis,
are they changes that are billable?

How long from the time of the call to repair

CR05-0359
US v Douglas Jemal,
Et A.

5 questions