UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

On September 22, 2006, defendants filed motions in limine to preclude the government from introducing evidence concerning certain financial matters. . After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the defendants' motions are denied.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge