# DDC Efforts to Lease 4800 Addison Road



| | | |
|---|---|---|
| **SPINELLO**<br>14,400 sq.ft. | **3/99**<br>$800/mo.<br>($.67 per sq.ft.) | |
| **THOMAS TOURS**<br>3 acres plus garage | **12/99**<br>$10,000/mo.<br>($.92 per sq.ft.) | $120,000/yr. |
| **CAPITAL DISPATCH**<br>3 acres plus garage | **5/00**<br>$3,500 -<br>$7,000/mo.<br>($.64 per sq.ft.) | $42,000 -<br>$84,000/yr. |
| **AGGREGATE DIRT (offer)**<br>3.5 acres plus garage | **4/01**<br>$7,500/mo.<br>($.59 per sq.ft.) | $90,000/yr. |
| **DISTRICT OF COLUMBIA**<br>**5** acres plus garage | **5/01**<br>**$51,723/mo.**<br>**($2.75 per sq.ft.)** | **$620,675/yr.** |
| **DISTRICT OF COLUMBIA**<br>**8** acres plus garage | **Summer 01** (amended)<br>**$83,187.50/mo.** **$998,250/yr.**<br>**($2.75 per sq.ft.)** | |
| **CONNEX**<br>4 acres plus garage | **2/05**<br>$12,500/mo.<br>($.86 per sq.ft.) | $150,000/year |

GX 137
GX 231
GX 426
GX 501
GX 464  also GX 247
GX 275
GX 230