UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

~~What was the interest rate for the loan to Douglas Jemal 2 mil~~

Mr Caire spoke about a Gateway project in his testimony. What "Gatway" Project? I am on the Board of Directors of the Anacostia Economic Development Corporation, that has interest in the "Gateway Project" located at Martin Luther King Jr Ave and Good Hope Road, S.E. If the same project, is this a problem for me as a juror?

No Problem - It's a different project.

J. Urbina

CR04-0359
US v Douglas Jemal, et al