UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0359 (RMU)
:
DOUGLAS JEMAL, :
NORMAN D. JEMAL, and :
BLAKE C. ESHERICK, :
:
Defendants. :

**ORDER**

FILED
SEP 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 27th day of September, 2006 hereby

**ORDERED** that the proponent of a motion will notify the court of the issue treated by that motion by 9:00 p.m. on the day prior to filing the motion. Counsel shall notify chambers by calling 202-354-3398, law clerk Macrui Dostourian.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge