## Christopher B. Mead

| | |
|---|---|
| **From:** | Christopher B. Mead |
| **Sent:** | Friday, September 22, 2006 2:56 PM |
| **To:** | 'Dubester, Mark (USADC)'; 'Lynch, Timothy (USADC)' |
| **Cc:** | Christopher B. Mead; Weingarten, Reid; bheberlig@steptoe.com; 'Ayers, Robert'; Roberts, Michele; rnabatoff@brandlawgroup.com; sbrand@brandlawgroup.com; Kemp, Paul F.; Bruce, Carol Elder; 'Zusman, Mara B.' |
| **Subject:** | Lorusso--Brady, Rule 3.8, Giglio loose ends |
| **Attachments:** | Christopher B. Mead.vcf |

Gentlemen:

    Because you have told us to anticipate Mr. Lorusso's testimony next week, we have some pressing discovery needs. We already sent you a list of the bank account statements you have provided us for Mr. Lorusso; we want to ensure that you have provided us with all financial information in your possession related to Mr. Lorusso, including bank accounts, credit card statements, etc. If he has sent a financial statement to the Probation office, or made any statements to the probation office about the offense, we request those.

    Your discovery letters and motion responses have made references to factual assertions (and, indeed, whole subject matters) that we have not seen in the 302s, agent notes, or grand jury testimony for Mr. Lorusso that you have provided. It is apparent to us that you have met more often with Mr. Lorusso, and we request all notes from those sessions.

    I have previously asked you for the grand jury exhibits from Deb Koepper's grand jury testimony, and you promised to provide them. We need them ASAP to prepare for cross of Mr. Lorusso. Similarly, if there are any other statements or testimony from witnesses that you do not intend to call, but who have provided information bearing on the credibility or conduct of Mr. Lorusso, we ask that you provide those. We ask that you double check for any statements by Mr. Lorusso that are inconsistent with his anticipated testimony.

    If you are unwilling to provide any of this requested information, please advise us promptly, so that we may file an appropriate motion with the Court before Mr. Lorusso takes the stand.

Have a nice weekend.

Chris

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
202-331-3334; fax 202-785-4280

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.