**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

On September 29, 2006, the defendants filed a motion to compel the government to comply with its obligations under *Brady, Giglio* and Rule 3.8. After considering the issues raised in the parties' briefs, it is this ____ day of _____ 2006, hereby

**ORDERED** that the defendants' motion is granted, and that by 5 p.m. on Monday, October 2, 2006, the Government will produce the following information to the defense:

1. All notes of interviews with Michael Lorusso, including sessions for the purpose of trial preparation;

2. All witness statements or testimony or other information related to conduct by Mr. Lorusso related to his credibility, participation in criminal or fraudulent conduct, or his financial affairs, including information in the possession of any relevant federal law enforcement authorities, including but not limited to the SEC, the U.S. Attorney's Office for the District of Massachusetts, the FBI, and the IRS;

3. The "full and complete accounting of all assets" required of Mr. Lorusso under his plea agreement;

4. A comprehensive statement by Government counsel of the way in which the

    Government calculated Mr. Lorusso's sentencing guidelines to arrive at a final offense level of 25 before consideration of a cooperation departure, and a statement of all guidelines concessions made by the Government in arriving at that offense level;

5. The following financial information related to Mr. Lorusso: any claims for business expenses submitted to the District government, any bank account or other financial information not previously produced, and any information related to his ownership or management of offshore accounts;

6. The Government must state in writing whether Mr. Lorusso has either admitted or denied agreeing to perform and/or actually performing any official acts in exchange for any things of value from the Defendants, and specify any official acts described in the Indictment that Mr. Lorusso either admits or denies agreeing to perform, or actually performing, in exchange for any things of value from the Defendants.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge