UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.                                                                    CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

9-28-06

Judge Urbina,

I would like to request an early dismissal on Friday October 6th at approximately 3:00 pm. I would like to attend the Holy Convocation at The House of The Lord Church in Brooklyn, NY that evening. It is an annual event at the church, church members travel from across the U.S. to attend. Please grant this request, as it is for religious reasons. Thank you for your consideration.

Sincerely,
Juror #9

Case 1:05-cr-00359-RMU   Document 196   Filed 09/28/2006   Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

1- WHAT ARE THE DATES THAT DC USED 4800 ADDISON ROAD?
   START              AND        END        DATES
   FIRST CAR IN              LAST CAR OUT

* ~~WHEN WAS THE~~ [crossed out]

* ~~WHAT IS THE DATE OF THE DC IMPOUND LOT LIST OF INVOICE~~  4-88 ? [crossed out]
   GOVT DOCUMENT # 249

CR 05-0359
USA
v.
Douglas Jemal, Et Al.