UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. 05-359 (RMU) |
| DOUGLAS JEMAL, NORMAN D. JEMAL, and BLAKE C. ESHERICK | : |
| Defendants. | : |

## ORDER

On September 29, 2006, defendants filed a motion in limine to compel certain discovery related to Michael Lorusso. The government has made certain representations as to the acts it shall take in response to the motion, including acts that must necessarily take place during the week of October 2, 2006. After considering the issues raised in the parties' briefs, it is this ____ day of October 2006, hereby

**ORDERED** that the defendant's motion is denied, subject to the defendants' being permitted to renew the claims set forth in Parts B and E of their Motion, depending on the government's future disclosures.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge