UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. 05-359 (RMU) |
| DOUGLAS JEMAL,<br>NORMAN D. JEMAL, and<br>BLAKE C. ESHERICK | : |
| Defendants. | : |

## O R D E R

In consideration of the Government's Motion for Miscellaneous Relief, the defendants' opposition thereto, the Government's Response, and upon the consideration of the entire record, it is this ____ day of October 2006, hereby

**ORDERED** that the Government may call Saul Goldfarb for 10 minutes of testimony; and it is hereby

**ORDERED** that Government's Exhibits 239, 23 and 247 are admitted; and it is hereby

**ORDERED** that the defense must stay within the scope of the direct testimony of Special Agent Charles Jones, to include, but not be limited to, the following: if the direct examination of Agent Jones does not elicit his opinions or conclusions as to whether certain categories of benefits provided by Douglas Development to Blake Esherick are income, the defendants shall not cross-examine him as to any such opinions; and it is hereby

**ORDERED** that the government may elicit testimony as to the fair market rental value of $3000 for 6001 Nevada Avenue by means of summary leading questions as proposed in its pleading. If the defendants cross-examine Agent Jones as to the basis for that figure, he may testify as to all the facts and circumstances that support his conclusion, including the fact that this

was the amount first paid by Esherick in 2005, after the commencement of the criminal tax investigation, and that Esherick filed amended returns that, among other things, accounted for the value of housing he received.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge