# Exhibit A

Case 1:05-cr-00359-RMU     Document 222-2     Filed 10/10/2006     Page 1 of 2

| | |
|---|---|
| From: | Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov] |
| Sent: | Monday, October 09, 2006 7:55 PM |
| To: | Weingarten, Reid; Roberts, Michele; bheberlig@steptoe.com; Kemp, Paul F.; Bruce, Carol Elder; sbrand@brandlawgroup.com; rnabatoff@brandlawgroup.com; King, Jeffrey; Zusman, Mara B.; rayers@steptoe.com; cmead@londonandmead.com |
| Cc: | Lynch, Timothy (USADC) |
| Subject: | Meet and conver matters. |

Counsel:

Counsel --

Issues to consider for the "meet and confer."

1) For Agent Jones, as noted in our prior email, we are going to use him as a summary witness only -- we will not ask him "opinions" or "conclusions" to either the law or the facts -- and thus it is our view that the scope of the cross, which we request be limited to the scope of direct, not include examination about bases for his )unelicited) opinions.

2) The government intends on eliciting from Jones an approximate fair rental value of 6001 Nevada at $3000 per month. He relied on the fact that search records and bank records revealed that in 2005, Esherick commenced paying Douglas Jemal $3000 a month. I propose the following:

> Q. Agent Jones, did you locate any checks payable from Esherick to Douglas Jemal for 2003 that would correspond to rent for 6001 Nevada Avenue?
> A. No.
>
>> Q. On the basis of all the facts and circumstances, did you conclude that an
>
> approximate rental value to Mr. Esherick of 6001 Nevada Avenue in 2003 was approximately $3000 per month?
> A. Yes.

This would avoid us having to elicit anything about the post-2003 conduct of the defendants. However, if Jones were challenged, he would be forced to truthfully explain his thinking.

3) We are going to ask Jones to do some simple math calculations to convert dollars per acre per month to dollars per square foot per year.

OTHER:

4) We are going to seek leave to call Saul Goldfarb -- but not tomorrow -- in light of the joined litigation over the reasonableness of the Addison Road lease terms. I am confident you will agree that this is reasonable at this time.

Mark

10/10/2006