## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| v. | ) | Crim. No. 05-359-1, -2, -3 (RMU) |
| **DOUGLAS JEMAL, et al.,** | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the defendants' Motion *In Limine* To Prevent The Government From Eliciting Irrelevant, Speculative and Time Consuming Testimony From D.C. Government Officials, it this _____ day of _____, 2006,

**ORDERED** that defendants' Motion *In Limine* To Prevent The Government From Eliciting Irrelevant, Speculative and Time Consuming Testimony From D.C. Government Officials be and hereby is granted, and;

**FURTHER ORDERED** that Government counsel may not ask John Koskinen or any other similar government official hypothetical questions about what they would have done "had they known" about the things of value that the defendants allegedly provided to Mr. Lorusso.

Ricardo M. Urbina
United States District Judge