UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Why was the $1700.00 given to Blake that you have taken out of your personal account and loan it to Mr. Roberson?

You stated in your testimony that Mr. Roberson paid the $1700.00 back and then you gave it to Blake. Why?

Also, Mr. Lapusso stated that he received a check from Mr. Butterworth for $3,400.00 & deposit in account on 4/03/02 but check was written 9/19/_.

CR 05-0359
US v Douglas Jemal
et Al.

1 - WHEN DID BUILD-OUT FOR NEW ECONOMY ACT GET DONE?

HOW MUCH DID BUILD-OUT COST?

~~[crossed out]~~

~~DID IT ALL EQUAL THE $63,999.00~~

2 - WHO WAS DEPUTY DIRECTOR OPM BEFORE MICHAEL LORUSSO? / AND AFTER

WHAT WAS THE RELATIONSHIP of THOSE PERSON(S) TO DOUGLAS DEVELOPMENT? ANY PERSONAL FRIENDSHIPS DEVELOPED TO HIS KNOWLEGE?

3 - WHAT PERSONAL DEBT CAUSED Mr. LORUSSO'S NEED FOR SO MUCH ADDITIONAL FUNDS ABOVE HIS SALARY.

CR 05-0359 US v. Douglas

Jemal et A.

"Questions for ~~Mr~~ Lorusso"

① What is a hedge fund?

② What is a "Ponzi" scheme?

③ ~~Did it ever occur to you that what you were doing for "DDC" was unethical? If so, when you realized it, why didn't you stop?~~

④ As a Government Official, why did you feel the need to abuse your position of power?

CR 05-0359
US v. Douglas Jemal

Questions for the Witness