UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | Document No.:   219 |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK, : | |
| : | |
| Defendants. : | |

FILED

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

**GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S
MOTION FOR MISCELLANEOUS RELIEF**

On October 10, 2006, the government filed a motion requesting a number of evidentiary rulings. First, the government requests permission to call a witness, Saul Goldfarb, to testify as to his client's efforts to lease the property at 4800 Addison Road. Second, the government seeks admission of three search documents. Last, the government has notified the court and the defendants of its intent to pose leading questions as to the rental value of the 6001 Nevada Avenue property.[1] Upon consideration of the issues raised in the government's motion, the defendants' oppositions and the government's reply, it is this 10th day of October, 2006, hereby

**ORDERED** that the government's request to call Saul Goldfarb is **DENIED** pursuant to Federal Rule of Evidence 403, and it is

**FURTHER ORDERED** that the government's request to admit Government Exhibits 239, 243, and 247 is **DENIED** pursuant to Federal Rule of Evidence 403, and it is

---

[1] The government also requests that the defendants limit their cross-examination of its summary witness, IRS Special Agent Charles Jones, to the scope of the direct examination. Based on the parties' representations that they resolved the issues pertaining to Jones' cross-examination, the court refrains from ruling on that particular request.

**ORDERED** that the government's request to elicit testimony as to the fair market rental value of $3,000 for 6001 Nevada Avenue by means of summary leading questions as proposed in its motion is **GRANTED**.

**SO ORDERED.**

					_____
					Ricardo M. Urbina
					United States District Judge