**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**UNITED STATES,**              )
                                )
        **v.**                  )        **Crim. No.  05-359-1, -2, -3 (RMU)**
                                )
**DOUGLAS JEMAL, ET AL.,**      )
                                )
            **Defendants.**     )
_____)

**<u>ORDER</u>**

       Upon consideration of Defendants' Rule 29 Motion To Dismiss The Scheme To Defraud The DC Government Of Money Alleged In Count Three, the Government's Opposition and Defendants' Reply thereto, it is HEREBY ORDERED that Defendants' motion is GRANTED, and a judgment of acquittal is ORDERED on Count Three of the Indictment.

       SO ORDERED.


_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE


copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Stanley M. Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004