UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

On October 14, 2006, defendants filed seven motions for judgment of acquittal and one motion to dismiss counts three and five. After considering the issues raised in the parties' briefs, it is this ____ day of October 2006, hereby

**ORDERED** that the defendants' motions are denied.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge