UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 13 2006

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL NO. 05-0359

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

① How did you come to meet Michael Lorusso?

② With a successful business prior to meeting (him) M. Lorusso why did you get involved with his acts?

③ Did he ever "Demand" certain gifts or acts from you in exchange for the acts or for things that he would do for you?

CR 05-0359
US v Douglas Jemal

1- DID THE IRS DISCOVER ANY OF THESE TAX FILING ERRORS BEFORE THE INVESTIGATION OF MR. ESHWICK AND DOUGLAS DEVELOPMENT BEGAN.

CR 05-0359
US v Douglas Jemal



Does one have to declare loans as income to the IRS?

How much money can be given as a "gift" without having to declare it as income?

CR OT 0359

US v Douglas Jemal