UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Was the money repaid as of yet?

CR 05-0359
US v Douglas Jemal,
ET AL.