UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 05-359-1, -2, -3 (RMU) |
| ) | |
| DOUGLAS JEMAL, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of defendants' Motion to Reconsider This Court's Ruling Excluding the Roverson Bank Records and the opposition thereto, it is this 18th day of October, 2006, hereby

**ORDERED** that defendants' motion is hereby **GRANTED**, and it is

**FURTHER ORDERED** that the August 2001 and October 2001 Riggs Bank records for Roberson International Inc. and Roberson Trucking Inc. are admitted into evidence.

**SO ORDERED.**

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE