UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 05-359-1, -2, -3 (RMU) |
| ) | |
| DOUGLAS JEMAL, et al., ) | |
| ) | |
| Defendants. ) | |

### REPLY IN SUPPORT OF
### DEFENDANTS' MOTION TO RECONSIDER THIS
### COURT'S RULING EXCLUDING THE ROBERSON BANK RECORDS

Defendants want to make one thing clear–the Roberson bank records are proof of their innocence. They directly contradict Lorusso's testimony about cash transactions. Within the next four hours, this Court will hear an Assistant U.S. Attorney tell the jury in closing argument that the August 29, 2001 $6,000 cash deposit to Lorusso's Citibank account corroborates Lorusso's testimony that he received cash from Blake Esherick a month earlier, and that Lorusso had no other sources of cash at the time. The Court will hear an Assistant U.S. Attorney ask the jury to believe Lorusso's story about returning $5,000 in cash to Blake Esherick in October, 2001 from money that Steve Roberson repaid him. Those arguments are easily disproved by the Roberson bank records. Re-opening the record will take five minutes. Wrongful convictions based on the testimony of a liar will devastate Defendants' lives forever.

If the Government has responses on the merits to the Roberson allegations, it may present them to the jury. If it contends the bank records do not disprove Lorusso's testimony, surely the prosecution should not fear the jury seeing them. After a six-week trial, this Court should not

make the same mistake that the Government did–rushing to judgment against the Jemals, while ignoring evidence of Lorusso's real partner in crime.

## CONCLUSION

For the foregoing reasons, the Roberson bank records should be admitted.

Respectfully submitted,


Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Michele A. Roberts
Jeffrey M. King
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334

Counsel for Douglas Jemal

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700

Counsel for Norman Jemal

Paul Kemp

Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400

Counsel for Blake Esherick

Dated: October 18, 2006