UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
              v.              :   Criminal Action No.: 05-0359 (RMU)
                              :
DOUGLAS JEMAL,                :
NORMAN D. JEMAL, and          :
BLAKE C. ESHERICK,            :
                              :
              Defendants.     :

**ORDER**

    Upon further research and examination of the case law relevant to the issue of when and under what circumstances an instruction on a lesser-included offense is appropriate, the court concludes that it will give a jury instruction on Payment of Unlawful Gratuities and Conspiracy to Pay Unlawful Gratuities.

    Additionally, the court will include an instruction on a claim of right defense on the mail fraud and wire fraud charges. The instruction will use the defendants' proposed language, with the exception of the third sentence, stating "However, if a defendant knowingly submits . . . he is not guilty of wire or mail fraud."

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge