## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                v.              :      Criminal Action No.: 05-0359 (RMU)

DOUGLAS JEMAL,            :
NORMAN D. JEMAL, and     :
BLAKE C. ESHERICK,      :

          Defendants.     :

**FILED**

OCT 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

### GRANTING THE DEFENDANTS' MOTION TO ALTER THE SCHEDULE FOR CLOSING ARGUMENTS

At 6:04 p.m. on October 19, 2006, the defendants filed an unopposed request, via email, that the court alter the agreed-upon schedule for closing arguments to allow the defense to deliver closing arguments until 3:00 p.m. on Friday, October 20, 2006 and then to continue with the defendants' closing arguments and the government's rebuttal on Monday, October 23, 2006. Upon consideration of the defendants' request, it is hereby

**ORDERED** that the defendants' request to alter the schedule for closing arguments is **GRANTED**.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge