

"bheberlig@steptoe.com"
<bheberlig@steptoe.com>
10/19/2006 06:04 PM

To  Macrui_Dostourian@dcd.uscourts.gov,
Amanda_Luck@dcd.uscourts.gov

cc  "Weingarten, Reid" <RWeingarten@steptoe.com>, "Ayers, Robert" <rayers@steptoe.com>, "Roberts, Michele" <mroberts@AKINGUMP.com>, jking@akingump.com, "Dubester, Mark (USADC)" <Mark.Dubester@usdoj.gov>, "Christopher B. Mead" <cmead@londonandmead.com>, "Kemp, Paul F." <PFKemp@Venable.com>, "Bruce, Carol Elder" <CEBruce@Venable.com>, rnabatoff@brandlawgroup.com, sbrand@brand-frulla.com, MBZusman@venable.com, "Lynch, Timothy (USADC)" <Timothy.Lynch2@usdoj.gov>

bcc

Subject  Jemal -- Timing Issues

FILED
OCT 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Macrui and Amanda:

After reviewing the material that he has left to cover in his closing, Mr. Weingarten thinks it is likely that he will not finish until sometime after the lunch break -- probably around 3:00 p.m. On behalf of the Defendants, we respectfully request that the Court excuse the jury for the day when Mr. Weingarten finishes. Then, Mr. Kemp and Ms. Nabatoff would deliver their closings first thing Monday morning, followed by the government's rebuttal. I have spoken with government counsel and they have no objection to this proposal. Please let us know if it is acceptable to the Court.

Thank you for your consideration.

Brian Heberlig