# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :   Criminal Action No.: 05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :   Document No.:       274
NORMAN D. JEMAL, and              :
BLAKE C. ESHERICK,                :
                                  :
          Defendants.             :

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On October 21, 2006, the defendants filed a motion to strike testimony suggesting that the SEC determined that Mr. Lorusso had not broken the law and to prohibit government counsel from making the same argument in its rebuttal. After consideration of the issues raised in the defendants' motion, the government's opposition and the defendants' reply, the court denies the motion. First, the defendants' motion is untimely because it was filed 10 days after Lorusso testified regarding the SEC investigation. Second, despite the defendants' argument that Mr. Lorusso's testimony "suggest[s] a hearsay element," the testimony does not constitute hearsay because it is based on Lorusso's personal knowledge.

Third, defense counsel had ample opportunity to explore Mr. Lorusso's dealings with the SEC on their cross-examination and never sought leave to reexplore the area through re-cross-examination. Last, there is no reason to believe that Mr. Lorusso spoke untruthfully when he indicated that, to his knowledge, the SEC had not instituted proceedings against him.

Accordingly, it is this 23rd day of October, 2006, hereby

**ORDERED** that the defendants' motion is denied.

**SO ORDERED**.

*[signature]*
Ricardo M. Urbina
United States District Judge