UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

JURY NOTE

> We are ready to adjourn for today.
> What time should we be here tomorrow?
>
> May we have 15 paper cups

Date: 10/24/06
Time: 4:35 PM

Foreperson