
Note 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                             Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

JURY NOTE

We Have Started    10:19 AM    10/25/06

Date: 10-25-06

Time: 10:19

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

## JURY NOTE

> THE JURY WOULD LIKE TO BREAK FOR LUNCH AT 12:30 PM.

Date: 10-25-06

Time: 12:10 PM

Foreperson

note 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

## JURY NOTE

The jury wishes to Ajurn for today, and will reconvene on 10/26/06 @ 10:00 am.

Date: October 25, 2006
Time: 4:00 pm

#10

Foreperson