**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES,** )  )  | |
| **v.** ) ) | **Crim. No.  05-359-1, -3 (RMU)** |
| **DOUGLAS JEMAL,** *et al.,* ) ) | |
| **Defendants.** ) ) | |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE POST-TRIAL MOTIONS**

Defendants Douglas Jemal and Blake Esherick ("Defendants"), through counsel, hereby move this Court, for an extension of time to file post-trial motions.  The government does not oppose this motion.

Federal Rule of Criminal Procedure 29(c) provides that "A defendant may move for a judgment of acquittal, or renew such a motion, within 7 days after a guilty verdict or after the court discharges the jury, whichever is later."  Fed. R. Crim. P. 29(c).  On October 26, 2006, following the verdicts in this case, Defendants moved orally for an extension of time in which to file a Rule 29 motion for judgment of acquittal on the counts of conviction.  The Court granted this request and set the following schedule for Defendants' Rule 29 motion(s):  (a) November 15, 2006 -- Defendants' Motion(s) due; (b) November 29, 2006 -- Government's Opposition(s) due; and (c) December 6, 2006 -- Defendants' Reply Memoranda due.  Defendants do not seek to alter these dates and submit herewith a proposed Order confirming the Court's schedule.

By this motion, Defendants also seek an extension of time in which to file a motion for a new trial, pursuant to Federal Rule of Criminal Procedure 33.  Rule 33(a) provides: "Upon the defendant's motion, the court may vacate any judgment and grant a new trial if the

interest of justice so requires."  Fed. R. Crim. P. 33(a).  Defendants anticipate filing a Rule 33

motion seeking a new trial as alternative relief if the Court does not grant Defendants' Rule 29

motion.  Rule 33(b)(2) provides:  "Any motion for a new trial grounded on any reason other than

newly discovered evidence must be filed within 7 days after the verdict or finding of guilty."

Fed. R. Crim. P. 33(b)(2).

The D.C. Circuit has held, in connection with a former version of Rule 33, that if

a district court "fails to 'fix' a new due date for the motion during that [7 day] period, the court

loses jurisdiction and cannot grant such a motion at a later time."  United States v. Marquez, 291

F.3d 23, 25 (D.C. Cir. 2002).  According to the Advisory Committee Notes, Rule 33 was

amended in 2005 to "to remove the requirement that the court must act within seven days after a

verdict or finding of guilty if it sets another time for filing a motion for a new trial."  Rule 33

(advisory committee notes).  Nonetheless, to the extent any ambiguity remains, Defendants

respectfully request that the Court grant this motion for an extension within the seven day period

-- or before November 2, 2006.

Defendants' seek this extension of time because the trial in this matter lasted six

weeks and the record is voluminous.  Defendants need the additional time to review the record

and research potential grounds for a new trial.

For the foregoing reasons, Defendants respectfully request that the Court grant

this motion and extend the deadline for the filing of any Rule 33 motion(s) in the same manner as

the Court extended the deadline for the post-trial Rule 29 motions:  (a) November 15, 2006 --

Defendants' Rule 33 Motion(s) due; (b) November 29, 2006 -- Government's Opposition(s) to

Rule 33 Motion due; and (c) December 6, 2006 -- Defendants' Reply Memoranda in Support of

Rule 33 Motion(s) due.

As stated above, the government has informed undersigned counsel that it does

not oppose this motion.  A proposed Order is attached.

Respectfully submitted,


_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
 (202) 429-3000

Michele A. Roberts
Jeffrey M. King
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334

Counsel for Douglas Jemal


Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400

Counsel for Blake Esherick


Dated:  October 30, 2006