UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 05-359-1, -3 (RMU) |
| ) | |
| DOUGLAS JEMAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion For An Extension Of Time To File Post-Trial Motions, and the entire record in this matter, the Court hereby GRANTS Defendants' motion and sets the following schedule for the filing of post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33:

➢ November 15, 2006 -- Defendants' Motion(s) due;

➢ November 29, 2006 -- Government's Opposition(s) due; and

➢ December 6, 2006 -- Defendants' Reply Memoranda due.

SO ORDERED.

_____
The Honorable Ricardo M. Urbina
United States District Judge

Copies to:

Mark H. Dubester
Assistant U.S. Attorney
441 4th Street
Washington, DC

Reid H. Weingarten
Steptoe & Johnson
1330 Connecticut Ave., N.W.
Washington, D.C.

Paul F. Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C.