UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
        v.                          :   Criminal Action No.: 05-0359 (RMU)
                                    :   #1 + #3
DOUGLAS JEMAL,                      :   Document No.:       297
NORMAN D. JEMAL, and                :
BLAKE C. ESHERICK,                  :
                                    :
        Defendants.                 :

**FILED**

OCT 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this 31st day of October, 2006, hereby

**ORDERED** that the defendants' unopposed motion for extension of time is **GRANTED**, and it is

**FURTHER ORDERED** that any post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33 shall be filed according to the following schedule:

- Defendants' motion is due on or before November 15, 2006

- Government's opposition is due on or before November 29, 2006

- Defendants' reply is due on or before December 6, 2006

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge