UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 05-0359-1, -2, -3 (RMU) |
| ) | |
| DOUGLAS JEMAL, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DOUGLAS JEMAL'S UNOPPOSED MOTION TO EXTEND
THE DATE ON WHICH THE PRE-SENTENCE REPORT IS DUE**

Defendant Douglas Jemal, through counsel, respectfully requests that the Court revise its October 26, 2006 Sentencing Scheduling Order to extend from 30 days to 75 days (from the date of the Court's referral) the date on which the probation officer must disclose the draft pre-sentence investigation report to the parties.

The requested 45 day extension would not change the date of sentencing scheduled for April 16, 2007 (nor is either party, by this motion, requesting any change in the sentencing date).

Undersigned counsel represents to the Court that she has spoken to counsel for the government about this motion for extension and that the government has stated that it does not object to the requested extension as long as the sentencing date is not changed. The probation officer assigned to this case is aware that counsel is filing this motion and has indicated that she has no opposition.

Accordingly, Mr. Jemal respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/ Michele A. Roberts_____
Michele A. Roberts (D.C. Bar #337998)
Jeffrey M. King (D.C. Bar #461644)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306

Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Christopher B. Mead
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
(202) 331-3334

Counsel for Douglas Jemal

Dated: November 8, 2006