# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | Crim. No.  05-0359-1, -2, -3 (RMU) |
| | ) | |
| **DOUGLAS JEMAL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of Defendant Douglas Jemal's Unopposed Motion To Extend the Date On Which The Pre-Sentence Report Is Due, it is hereby ORDERED that the October 26, 2006 Sentencing Scheduling Order entered in this case is amended to extend the deadline by which the probation officer assigned to this case must disclose the draft pre-sentence report to the parties from 30 days following the date of referral to 75 days following the date of referral.  It is further ORDERED that the remaining schedule set forth in the October 26, 2006 Sentencing Scheduling Order shall remain as set forth therein, including the sentencing set for April 16, 2007 at 10:00 am.

SO ORDERED.

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Timothy Lynch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Christopher B. Mead
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036