UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Action No.: 05-0359 (RMU) |
| | : |
| DOUGLAS JEMAL, | : Document No.:   299 |
| NORMAN D. JEMAL, and | : |
| BLAKE C. ESHERICK, | : |
| | : |
| Defendants. | : |

**FILED**
NOV 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant Douglas Jemal's unopposed motion to extend the date on which the pre-sentence investigation report is due, it is this 13th day of November, 2006, hereby

**ORDERED** that the October 26, 2006 sentencing scheduling order is amended to extend the deadline by which the probation officer assigned to this case must disclose the draft pre-sentence report to the parties from 30 days following the date of referral to 75 days following the date of referral, and it is

**FURTHER ORDERED** that the remaining schedule set forth in the October 26, 2006 sentencing scheduling order shall remain as set forth therein.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge