UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) |  |
| v. | ) ) | Crim. No.  05-0359-1, -3 (RMU) |
| DOUGLAS JEMAL, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

Upon consideration of the Defendants' Motion For Judgment Of Acquittal On Count Four Of The Indictment Or, In The Alternative, For A New Trial Because The Verdict Is Against The Weight Of The Evidence, the Government's Opposition and any Reply thereto, it is hereby ORDERED that the Motion be and hereby is GRANTED.

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Timothy Lynch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

- 2 -

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004