UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL and : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendants. : | |

### ORDER

On November 15, 2006, defendants filed a motion for a new trial on Count Four of the Indictment. After considering the issues raised in the parties' briefs, it is this ____ day of December 2006, hereby

**ORDERED** that the defendants' motion is denied.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge