**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Action No. 05-359 (RMU)** |
| | : | |
| **DOUGLAS JEMAL ET AL.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO FILE OPPOSITION**
**TO DEFENDANTS' MOTION FOR JUDGEMENT OF ACQUITTAL**
**IN EXCESS OF 20 PAGES**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court permit the Government to file its opposition to the defendants' motion for judgement of acquittal in excess of 20 pages. The defendants' motion raised issues that required marshaling a substantial amount of evidence in response. Despite its best efforts, the government was unable to respond to the defendants' contentions in 20 pages. The Government's opposition to the defendants' new trial motion will be under 20 pages.

Defense counsel do not object to this motion.

WHEREFORE, the government respectfully requests this motion be granted.

RESPECTFULLY SUBMITTED,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____

Mark H. Dubester, D.C. Bar No. 339655
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorneys
555 4th Street, NW, Room 5233
Washington, D.C. 20530
(202) 514-7986