UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
           v.                  :     Criminal Action No. 05-359 (RMU)
                               :
DOUGLAS JEMAL,                 :
BLAKE C. ESHERICK              :
                               :
           Defendants.         :

## O R D E R

Upon consideration of the Government's Unopposed Motion to File Opposition to Defendants Motion for Judgment of Acquittal in Excess of 20 pages, and upon consideration of the entire record, it is this _____ day of _____, 2006 hereby

**ORDERED** that the Government motion is **GRANTED**.

**SO ORDERED.**

                               _____
                               Ricardo M. Urbina
                               United States District Judge