# ⬛ DOUGLAS DEVELOPMENT CORPORATION

December 18, 2002

Via fax #:   212-726-0742 / 718-338-6081 & regular mail

Joe Cayre
Midtown Equities
417 Fifth Avenue
9th Floor
New York, NY 10016

Dear Joe:

Attached is an updated schedule regarding the anticipated release dates for the holdback on the 77 P Street loan. I have discussed the completion dates with Paul and the move-in dates with Blake and these are their best estimates at this point.

Obviously these dates have moved back somewhat from the dates we estimated in November, around the closing date of the loan. You should be aware that this is a tenant buildout based on tenant preferences and tenant plans. The reason the basement and sixth floor are not already complete is that the tenant changed their mind during the buildout regarding the location of certain items. These changes, naturally, delayed our construction and moved back their completion and occupancy dates.

You should be aware that we are building this space with no permits, without final plans, and with triple the normal supervision in order to expedite the process and get the tenants in as quickly as possible. No one else would have even started the build out yet.

We have accelerated this process as if we were the ones receiving all of the build out funds, when we in fact realize that all of it is going to you. We will continue to work as quickly as possible to have the space built and occupied and will keep you updated regarding the timing as we get closer to the completion dates.

Please call me if you have any questions or need any further information at this point.

Sincerely,

Jack Brownell

**GOVERNMENT EXHIBIT**
**No. 197b**

DDC 001840

702 H STREET, NW, SUITE 400
WASHINGTON, DC 20001 • (202) 638-6300 • FAX (202) 638-0303
www.douglasdevelopment.com

197-0004
197-0004