UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.  05-359,-01,-03 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| BLAKE C. ESHERICK, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION TO FILE AMENDED OPPOSITION
TO DEFENDANTS' MOTION FOR JUDGMENT OF ACQUITTAL**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court permit the Government to file an amended opposition to the defendants' motion for judgment of acquittal.  The amended pleading corrects the following minor typographical errors: 1) on  page 5, it adds "Cayre" after "to" on line 3 of the first full paragraph and corrects the transcript page cite from "21243" to "2143;"  2) on page 6, it substitutes "874-882" for "864-882" as the transcript page cite at the end of the second full paragraph, and 3) on page 14, it deletes the words "his signature" on line 9 of the first full paragraph.  The pleading is captioned as an amended pleading.

WHEREFORE, the government respectfully requests this motion be granted.

RESPECTFULLY SUBMITTED,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
Mark H. Dubester, D.C. Bar No. 339655
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorneys
555 4th Street, NW, Room 5233
Washington, D.C. 20530
(202) 514-7986