UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 05-359, -01,-03 (RMU) |
| | : | |
| **DOUGLAS JEMAL,** | : | |
| **BLAKE C. ESHERICK** | : | |
| | : | |
| **Defendants.** | : | |

**O R D E R**

_____Upon consideration of the Government's Motion to File Amended Opposition to Defendants' Motion for Judgment of Acquittal, and upon consideration of the entire record, it is this ____ day of _____, 2006 hereby

**ORDERED** that the Government's motion is **GRANTED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge