

# Real Estate Services, LLC
## 202.638.6300

Sales

Leasing

Construction
Management

Consulting

Address

Area

**File: MTD Real Estate.ppt**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Marketing\SABRAMKT\Letterheads\MTD Real Estate.ppt
Modified: 8/28/2002 3:08:38 PM
Item Number: 40,594
Exported as:: MTD Real Estate[40594].ppt

GOVERNMENT EXHIBIT
**No. 320**
Cr. # 05-359 (RMU) U.S. v. Jemal