


# Real Estate Services, LLC
## 202. 347.0004

Sales

Leasing

Construction
Management

Consulting

**File: MTD Real Estate2.ppt**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Marketing\SABRAMKT\Letterheads\MTD Real Estate2.ppt
Modified: 9/17/2002 8:46:10 AM
Item Number: 40,599
Exported as:: MTD Real Estate2[40599].ppt

702 H Street, NW
Suite 402
Washington, DC 20001

**GOVERNMENT EXHIBIT**
**No. 321**
Cr. # 05-359 (RMU) U.S. v. Jemal

321-0001
321-0001