

# Real Estate Services, LLC
## 202. 347.0004

Sales

Leasing

Construction
Management

Consulting

Mr. Blake C. Esherick  
Cayre/Jemal's Gateway, LLC  
C/O Douglas Development Corp.  
702 H Street, NW  
Suite 400  
Washington, DC 2001

November 1, 2002  
Invoice # 100089

---

### INVOICE

Leasing commission for representation of DC Department of Transportation at 77 P Street, NE as follows:

| | | | |
|---|---|---|---|
| Year 1 | $ 1,400,000.00 | Year 6 | $ 1,435,305.00 |
| Year 2 | $ 1,326,000.00 | Year 7 | $ 1,464,011.00 |
| Year 3 | $ 1,352,520.00 | Year 8 | $ 1,493,291.00 |
| Year 4 | $ 1,379,570.00 | Year 9 | $ 1,523,157.00 |
| Year 5 | $ 1,407,162.00 | Year 10 | $ 1,553,620.00 |

GOVERNMENT EXHIBIT  
**No. 341**  
Cr. # 05-359 (RMU) U.S. v. Jemal

Total Aggregate Rental     $14,334,636.00  
Commission Rate                         3%

Total Commission            $430,039.08  
DUE IMMEDIATELY

**File: 77 P street invoice.ppt**  
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\Jolie\77 P St\77 P street invoice.ppt  
Modified: 11/21/2002 4:07:14 PM  
Item Number: 242,829  
Exported as:: 77 P street invoice[242829].ppt

Federal Tax Identification Number: <u>68-0518934</u>

6856 Eastern Ave., NW ✦ Suite 217 ✦ Washington, DC 20012