# DOUGLAS DEVELOPMENT CORPORATION

November 18, 2002

Via fax #:   212-726-9732/718-338-6081

To:   Joe Cayre

From:  Jack Brownell

Re:   77 P Street refinance

I have attached two schedules which should show you how the funds flow on the 77 P Street refinance. The first basically is a summary of the settlement sheet (this will change slightly as the numbers are finalized). Note that $7 million is being held back to fund the remaining tenant improvement and leasing commissions (all of these are to outside brokers).

The second schedule shows the timing and release of the $19 million holdback. As you can see, at the end of the day, you get $17.1 million ($16.2 per the schedule plus a $936k repayment from Douglas on Square 670). These funds should all be sent to you over the next 30-60 days, as the work is completed and the tenants occupy.

Please call me if you have any questions or would like me to take you through the schedule.

**GOVERNMENT EXHIBIT**

**No. 197a**

DDC 001844

702 H STREET, NW, SUITE 400
WASHINGTON, DC 20001 • (202) 638-6300 • FAX (202) 638-0303
www.douglasdevelopment.com