UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **UNITED STATES,** ) | |
| ) | |
| v. ) | Crim. No.  05-0359-1, -3 (RMU) |
| ) | |
| **DOUGLAS JEMAL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### ORDER

Upon consideration of the Defendants' Motion To Reschedule Sentencing Hearings, the Government's Opposition and any Reply thereto, it is hereby ORDERED that the Motion be and hereby is GRANTED.  The sentencing hearings in this matter are rescheduled as follows:

- March 15, 2007, 10:00 a.m. -- Joint Hearing on Sentencing Guidelines Issues;

- April 16, 2007, 10:00 a.m. -- Defendant Douglas Jemal's sentencing;

- _____ -- Defendant Blake Esherick's sentencing.

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Timothy Lynch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

- 2 -

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004