UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01, -3 (RMU) |
| | : | |
| DOUGLAS JEMAL, et al | : | |

ORDER

Upon consideration of the Defendants' Motion to Reschedule Sentencing Hearings, the Government's Opposition thereto, and the entire record, it is this ___ day of _____, 2007, hereby

**ORDERED** that any memoranda in aid of sentencing be submitted no later than Monday, March 5, 2007, any oppositions by Friday, March 9, 2007, and any replies thereto on Monday, March 12, 2007, and it is further

**ORDERED** that defendant Blake Esherick's sentencing will go forward as scheduled on Marcy 15, 2007, and it is further

**ORDERED** that defendant Douglas Jemal's sentencing is hereby scheduled for _____, 2007 at _____.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge