UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>)<br>   v.  )<br>)<br>**DOUGLAS JEMAL**, *et al.*,  )<br>)<br>          **Defendants.** )<br>) | Crim. No.  05-0359-1, -3 (RMU) |

**REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO RESCHEDULE SENTENCING HEARINGS**

Defendants respectfully disagree with the government's claim that there are "remarkably few legal issues" to resolve in connection with the sentencing hearings in this case. For instance, the disputed issue of whether an enhancement for "intended loss" applies is a critical issue with the potential to swing the advisory Guidelines range a full 14 levels. The Court should grant Defendants' motion to permit a full and fair consideration of this and other important issues.

Defendants submit this reply memorandum to address the government's request to postpone the deadlines for the submission of sentencing memoranda in this case. Currently, based on the disclosure of the draft PSIR to counsel for Mr. Jemal on January 16, 2007, the sentencing memoranda in the Jemal case are due on February 19, 2007 under the Court's scheduling order. The sentencing memoranda in the Esherick case are due a couple of days earlier based on the disclosure of the draft PSIR to counsel for Mr. Esherick on January 12, 2007. Without filing any motion for an extension, the government requests in its opposition that the Court require the government and both Defendants to submit their sentencing memoranda on

- 2 -

March 5, 2007, oppositions on March 9, 2007, and any reply memoranda on March 12, 2007 -- a mere three days before Mr. Esherick's currently scheduled sentencing hearing. In support of this request, the government contends that it will be in trial in the <u>Brownell</u> matter when sentencing memoranda would otherwise be due under the existing scheduling order.

      Defendants are prepared to meet the deadlines set forth in the Court's original scheduling order. Defendants further note that if the government truly believes there are "remarkably few legal issues" to be resolved in these cases, there is no reason why the government could not meet the original schedule. Nonetheless, as a professional courtesy, Defendants do not oppose the government's request for an extension.

      However, if the Court grants the government's request, there is even greater reason to postpone Mr. Esherick's sentencing and instead hold a hearing on the disputed legal issues on March 15, 2007 at 10:00 a.m.[1] Under the government's proposal, the legal issues regarding sentencing will not be fully briefed until three days prior to that date. Defendants respectfully submit that the Court would benefit from hearing argument regarding those issues on March 15, 2007. Defendants further submit that holding the Esherick sentencing only a few

---

[1] Defendants also still seek oral argument on their post-trial motions for a judgment of acquittal and for a new trial. Although Defendants would prefer that the Court set a date for oral argument as soon as possible, the Court could alternatively hear oral argument on the post-trial motions on March 15, 2007 as well.

days after the briefs have been submitted to the Court does not allow enough time for careful consideration of the important legal issues at stake.

                          Respectfully submitted,

                          _____
                          Reid H. Weingarten (D.C. Bar #365893)
                          Brian M. Heberlig (D.C. Bar #455381)
                          Steptoe & Johnson LLP
                          1330 Connecticut Avenue, N.W.
                          Washington, D.C.  20036-1795
                           (202) 429-3000

                          Michele A. Roberts
                          Jeffrey M. King
                          Akin Gump Strauss Hauer & Feld LLP
                          1333 New Hampshire Avenue, N.W.
                          Washington, D.C.  20036
                          (202) 887-4306

                          Christopher B. Mead
                          London & Mead
                          1225 19th Street, N.W.
                          Suite 320
                          Washington, D.C.  20036
                          (202) 331-3334

                          Counsel for Douglas Jemal

                          Paul Kemp
                          Carol Elder Bruce
                          Venable LLP
                          575 7th Street, N.W.
                          Washington, D.C.  20004
                          (202) 344-4400

                          Counsel for Blake Esherick

Dated:  January 23, 2007

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, a copy of the foregoing motion was served on the government by the ECF filing system, and to Probation Officer Renee Moses-Gregory by email at: Renee_Moses-Gregory@dcp.uscourts.gov.

_____
Brian M. Heberlig

- 4 -