UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | Document No.:    319 |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK, | : | |
| | : | |
| Defendants. | : | |

FILED
FEB 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the defendants' motion to reschedule hearings, the government's opposition, and the defendants' reply, it is this 5th of February, 2007, hereby

**ORDERED** that the defendants' motion is **DENIED** without prejudice;[1] and it is

**FURTHER ORDERED** that the government's request to postpone the deadlines for submission of the sentencing memoranda is **DENIED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] The defendants have failed to show good cause for granting the motion. Although the defendants state that "there will be several contested issues," they only address one contested issue. Further, the defendants do not state why these issues cannot be addressed at the sentencing hearing.