Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 03-16-2005 |
| Source: | CLERK OF THE COURT, PRINCE GEORGE'S COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 03-21-2005 |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 00290852006 |
| Filing Date: | 09/29/2006 |
| Case Type: | CIVIL |
| Case Category: | 99999 |
| Filing Office: | PRINCE GEORGE'S COUNTY DISTRICT COURT |
| Venue: | PRINCE GEORGE'S, **MD** |

## PARTY INFORMATION

| | |
|---|---|
| Demand: | $15,502.74 |
| Plaintiff: | BAPTISTE, RICHARD |
| | 12812 GLASGOW |
| | FORT WASHINGTON, MD |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Attorney:*

FANNING, WILLIAM C JR

PO BOX 398

LA PLATA, MD 20646

301-753-8444


Defendant:                    **DOUGLAS DEVELOPMENT** CORP

11611 OLD GEORGETOWN RD #200

ROCKVILLE, MD 20852

**ADDITIONAL COMPLAINT**


Demand:                       $15,502.74


Plaintiff:                    BAPTISTE, MARGARET

12812 GLASGOW COURT

FORT WASHINGTON, MD


Defendant:                    **DOUGLAS DEVELOPMENT** CORP

11611 OLD GEORGETOWN RD #200

ROCKVILLE, MD 20852


**ADDITIONAL INFORMATION**


Film Code:                    A061002 0000015503

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**LAWSUIT RECORDS**

Current Date:                    02/20/2007

Court Current Through:           02-16-2007

Source:                          CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD**

Database Last Updated:           02-20-2007

**CASE INFORMATION**

Case Number:                     00165332004

Filing Date:                     07/19/2004

Case Type:                       CONTRACT

Case Category:                   32000

Filing Office:                   MONTGOMERY COUNTY DISTRICT COURT

Venue:                           MONTGOMERY, **MD**

**PARTY INFORMATION**

Demand:                          $1,000.00

Plaintiff:                       LICHTMAN COMMUNICATIONS, INC.

                                 C/O 7881 BEECHCRAFT AVENUE

                                 SUITE B1

                                 GAITHERSBURG, MD

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Defendant:                    **DOUGLAS DEVELOPMENT** CORPORATION

                              C/O SERVE: LEIBNER AND POTKIN, PC

                              4530 WISCONSIN AV, #350

                              WASHINGTON, DC 20016


**ADDITIONAL INFORMATION**


Film Code:                    A040806 0000100000


            Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
            to order copies of documents related to this or other matters.
                              Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record.  The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 00267812003 |
| Filing Date: | 12/11/2003 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

**PARTY INFORMATION**

| | |
|---|---|
| Demand: | $9,999.00 |

Plaintiff:        RASEVIC SNOW SERVICES, INC

C/O 5200 RIVER ROAD

BUILDING NO 6

BETHESDA, MD

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Attorney:*

HORTON, A BENJAMIN ESQ

WASHINGTON, DC 20006


Defendant:                    **DOUGLAS DEVELOPMENT** CORPORATION

C/O SERVE: LEIBNER AND POTKIN, P.C.

4530 WISCONSIN AV, STE 350

WASHINGTON, DC 20016


**ADDITIONAL INFORMATION**


Film Code:                    A040102 0000999900

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 03-16-2005 |
| Source: | CLERK OF THE COURT, PRINCE GEORGE'S COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 03-21-2005 |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 00367072003 |
| Filing Date: | 10/27/2003 |
| | |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 02/04/2004 |
| | |
| Filing Office: | PRINCE GEORGE'S COUNTY DISTRICT COURT |
| Venue: | PRINCE GEORGE'S, **MD** |

## PARTY INFORMATION

| | |
|---|---|
| Demand: | $21,394.13 |
| Status: | CLOSED |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



DISMISSAL RULE 3-506 - 02/04/2004

Plaintiff:                        MILLSTONE COPORATION

                                  9800 FALLARD TE,

                                  UPPER MARLBORO, MD


                                  *Attorney:*

                                  RITTER, L DAVID

                                  UPPER MARLBORO, MD 20773


Defendant:                        **DOUGLAS DEVELOPMENT** CORP

                                  11611 OLD GEORGETOWN RD, #200

                                  ROCKVILLE, MD 20852


                                  *Party Status:*
                                  CLOSED

                                  DISMISSAL RULE 3-506 - 02/04/2004


                                  *Attorney:*

                                  LEIBNER, ROBERT F

                                  WASHINGTON, DC 20016




**ADDITIONAL INFORMATION**


Film Code:                        C040204 0002139413


Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD |
| Database Last Updated: | 02-20-2007 |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 00230412003 |
| Filing Date: | 10/21/2003 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, MD |

## PARTY INFORMATION

| | |
|---|---|
| Demand: | $22,298.57 |
| Plaintiff: | J.P. SEWOROOTERS, INC. |
| | 5350 ODELL RD, |
| | BELTSVILLE, MD |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Attorney:*

JENKINS, DONN K

ROCKVILLE, MD 20850


Defendant:                          **DOUGLAS DEVELOPMENT** CORP.

                                    C/O W/S/O LANE H. POTKIN

                                    7602 ELMORE RD

                                    BETHESDA, MD 20814


### ADDITIONAL INFORMATION


Film Code:                          C040310 0002229857

            Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
            to order copies of documents related to this or other matters.
                            Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record.  The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

END OF DOCUMENT

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 09-30-2003 |
| Source: | CLERK OF THE COURT, DISTRICT OF COLUMBIA SMALL CLAIMS COURT, **DC** |
| Database Last Updated: | 02-16-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 09794-02 |
| Filing Date: | 06/14/2002 |
| Demand: | $4,316.00 |
| Status: | DISMISSED - 09/22/2002 |
| Filing Office: | DISTRICT OF COLUMBIA SMALL CLAIMS COURT |
| | 500 INDIANA AVE NW |
| | WASHINGTON, **DC** 20001 |
| Venue: | DISTRICT OF COLUMBIA, **DC** |

### PARTY INFORMATION

| | |
|---|---|
| Plaintiff: | WASHINGTON GAS LIGHT CO INC |
| Defendant: | **DOUGLAS DEVELOPMENT** CORP |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

4813 ANNAPOLIS RD

BLADENSBURG, MD 20710

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or
released prior to today's date.*

*The fact that a business is named as a suit defendant does not necessarily imply a
claim for money or performance against that business. Some lawsuits are actions
to clear title to property and businesses may be named as parties because they
themselves have a lien or claim against the property. This situation is a
possibility particularly if there are multiple suit defendants.*

END OF DOCUMENT

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 00233172001 |
| Filing Date: | 11/07/2001 |
| Case Type: | TORT |
| Case Category: | 56000 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

### PARTY INFORMATION

| | |
|---|---|
| Demand: | $17,240.00 |
| Plaintiff: | DHI CONSTRUCTION CORP |
| | 11420 SPUR WHEEL LN, |
| | POTOMAC, MD |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



*Attorney:*

SISSMAN, RICHARD M ESQUIRE

ROCKVILLE, MD 20852

Defendant:                    **DOUGLAS DEVELOPMENT** CORP

C/O SERVE: LANE POTKIN R/A

7602 ELMORE RD

BETHESDA, MD

*Attorney:*

LEIBNER, ROBERT F

WASHINGTON, DC 20016

### ADDITIONAL COMPLAINT

Demand:                       $17,240.00

Plaintiff:                    DHI CONSTRUCTION CORP

11420 SPUR WHEEL LN,

POTOMAC, MD

*Attorney:*

SISSMAN, RICHARD M ESQUIRE

ROCKVILLE, MD 20852

Defendant:                    JEMAL, DOUGLAS

11611 OLD GEORGETOWN RD, #200

ROCKVILLE, MD 20852

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



*Attorney:*

LEIBNER, ROBERT F

WASHINGTON, DC 20016

## ADDITIONAL COMPLAINT

Demand:                    $25,000.00

Plaintiff:                 **DOUGLAS DEVELOPMENT** CORP

                           C/O SERVE: LANE POTKIN R/A

                           7602 ELMORE RD,

                           BETHESDA, MD

                           *Attorney:*

                           LEIBNER, ROBERT F

                           WASHINGTON, DC 20016

Defendant:                 DHI CONSTRUCTION CORP

                           11420 SPUR WHEEL LN

                           POTOMAC, MD 20854

                           *Attorney:*

                           SISSMAN, RICHARD M ESQUIRE

                           ROCKVILLE, MD 20852

## ADDITIONAL INFORMATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 00150972001 |
| Filing Date: | 07/10/2001 |
| | |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 02/06/2002 |
| | |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

### PARTY INFORMATION

| | |
|---|---|
| Demand: | $8,000.00 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 - 02/06/2002 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Plaintiff:                          MANAGEMENT RECRUITERS OF FREDERICK,INC.

                                    4 EAST ST.

                                    FREDERICK, MD


                                    *Attorney:*

                                    MARSDEN, ELLIOTT JAY

                                    BALTIMORE, MD 21201



Defendant:                          **DOUGLAS DEVELOPMENT** CORP.

                                    C/O 11611 OLD GEORGETOWN RD.

                                    STE: 200

                                    ROCKVILE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-506 - 02/06/2002


                                    *Attorney:*

                                    LEIBNER, ROBERT F

                                    WASHINGTON, DC 20016




                           **ADDITIONAL INFORMATION**


Film Code:                          C020206 0000800000


                    Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                  to order copies of documents related to this or other matters.
                                 Additional charges apply.

       *The preceding public record data is for information purposes only and is not the*

                    ® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

Current Date:                    02/20/2007

Court Current Through:           02-16-2007

Source:                          CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD**

Database Last Updated:           02-20-2007

### CASE INFORMATION

Case Number:                     00036322001

Filing Date:                     02/22/2001


Case Type:                       CONTRACT

Case Category:                   32000


Filing Office:                   MONTGOMERY COUNTY DISTRICT COURT

Venue:                           MONTGOMERY, **MD**

### PARTY INFORMATION

Demand:                          $7,980.00


Plaintiff:                       FISHER & STRACHAN, INC.

                                 11820 COAKLEY CI,

                                 ROCKVILLE, MD


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Attorney:*

MCCARTHY, ROBERT M

BETHESDA, MD 20814


Defendant:                    **DOUGLAS DEVELOPMENT** CORPORATION

702 H ST, NW SUITE 400

WASHINGTON, DC 20001

### ADDITIONAL COMPLAINT


Demand:                    $7,980.00


Plaintiff:                    FISHER & STRACHAN, INC.

11820 COAKLEY CI,

ROCKVILLE, MD


*Attorney:*

MCCARTHY, ROBERT M

BETHESDA, MD 20814


Defendant:                    TWO Z LLC

14 W LENNOX ST

CHEVY CHASE, MD 20815


### ADDITIONAL INFORMATION


Film Code:                    A010226 0000798000

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 00257812000 |
| Filing Date: | 10/10/2000 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 03/07/2001 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

### PARTY INFORMATION

| | |
|---|---|
| Demand: | $9,821.75 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 - 03/07/2001 |

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Plaintiff:                          BRUNDAGE-BONE & BLANCHET,LLC

                                    9585 LYNN BUFF CT,

                                    LAUREL, MD


                                    *Attorney:*

                                    CROSSAN, JAMES E

                                    BALTIMORE, MD 21201-2725


Defendant:                          **DOUGLAS DEVELOPMENT** CORP.

                                    C/O SERVE ON: RESIDENT AGENT LANE H. POTKIN

                                    7602 ELMORE RD

                                    BETHESDA, MD 20814


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-506 - 03/07/2001



                          **ADDITIONAL INFORMATION**


Film Code:                          C010307 0000982175


                    Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                     to order copies of documents related to this or other matters.
                                    Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT

                    ® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 00147221999 |
| Filing Date: | 06/30/1999 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | JUDGMENT IN FAVOR OF PLNT |
| Disposition Date: | 11/09/1999 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

**PARTY INFORMATION**

| | |
|---|---|
| Demand: | $7,155.00 |
| Status: | CLOSED |
| | JUDGMENT IN FAVOR OF PLNT - 11/09/1999 |

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Plaintiff:                          TATE ENGINEERING SYSTEMS INC

                                    8533 A TERMINAL RD,

                                    LORTON, VA


                                    *Attorney:*

                                    BACON, JAMES T ESQUIRE

                                    FAIRFAX, VA 22030


Defendant:                          **DOUGLAS DEVELOPMENT** CORP.

                                    C/O C/O PAUL MILLSTEIN VICE PRES.

                                    11611 OLD GEORGETOWN RD, #200

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    JUDGMENT IN FAVOR OF PLNT - 11/09/1999



### ADDITIONAL INFORMATION


Film Code:                          A990712 0000715500


                Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                 to order copies of documents related to this or other matters.
                               Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT




© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

⟨23⟩

Westlaw.

**LAWSUIT RECORDS**

Current Date:                  02/20/2007

Court Current Through:         02-16-2007

Source:                        CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD**

Database Last Updated:         02-20-2007

### CASE INFORMATION

Case Number:                   00101181999

Filing Date:                   05/06/1999

Case Type:                     CONTRACT

Case Category:                 32000

Status:                        CLOSED

                               DISMISSAL RULE 3-506

Disposition Date:              10/19/1999

Filing Office:                 MONTGOMERY COUNTY DISTRICT COURT

Venue:                         MONTGOMERY, **MD**

### PARTY INFORMATION

Demand:                        $5,000.00

Status:                        CLOSED

                               DISMISSAL RULE 3-506 - 10/19/1999

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Plaintiff:                          RECOVAR GROUP LLC

                                    11821 PARKLAWN DR, SUITE 310

                                    ROCKVILLE, MD


                                    *Attorney:*

                                    GARNES, GLENN K ESQ

                                    HYATTSVILLE, MD 20783


Defendant:                          **DOUGLAS DEVELOPMENT** CORP.

                                    11611 OLD GEORGETOWN RD

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-506 - 10/19/1999


                                    *Attorney:*

                                    LEIBNER, ROBERT F

                                    WASHINGTON, DC 20016




                          **ADDITIONAL INFORMATION**


Film Code:                          C991019 0000500000


                    Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                 to order copies of documents related to this or other matters.
                                    Additional charges apply.

   *The preceding public record data is for information purposes only and is not the
   official record.  The fact that a party is named as defendant does not necessarily
   imply a claim for money or performance against that party.*

                    ® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 00000691999 |
| Filing Date: | 01/08/1999 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

**PARTY INFORMATION**

| | |
|---|---|
| Demand: | $23,863.60 |
| Plaintiff: | REALTY INFORMATION GROUP, INC. |
| | 4600 E WEST HY, |
| | BETHESDA, MD |

® 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Attorney:*

KIND, RICHARD M

BALTIMORE, MD 21208

Defendant:                    **DOUGLAS DEVELOPMENT** CORP.

C/O SERVE ON PRESIDENT: NORMAN JEMAL

11611 OLD GEORGETOWN RD, #200

ROCKVILLE, MD 20852

### ADDITIONAL INFORMATION

Film Code:                    C991207 0002386360

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

