Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD |
| Database Last Updated: | 02-20-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 00311891998 |
| Filing Date: | 12/30/1998 |

| | |
|---|---|
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 07/09/1999 |

| | |
|---|---|
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, MD |

### PARTY INFORMATION

| | |
|---|---|
| Demand: | $4,902.42 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 - 07/09/1999 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Plaintiff:                          AA RENTAL CORP

                                    2305 RHODE ISLAND AV,

                                    WASHINGTON, DC


                                    *Attorney:*

                                    COLLINS, PHILIP J

                                    BETHESDA, MD 20817


Defendant:                          **DOUGLAS DEVELOPMENT** CORP.

                                    11611 OLD GEORGETOWN RD

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-506 - 07/09/1999


                                    *Attorney:*

                                    LEIBNER, ROB

                                    WASHINGTON, DC 20016




                          **ADDITIONAL INFORMATION**


Film Code:                          C990709 0000490242


                    Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                    to order copies of documents related to this or other matters.
                                Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record.  The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

                    © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(29)

Westlaw.

**LAWSUIT RECORDS**

Current Date:                 02/20/2007

Court Current Through:        02-09-2007

Source:                       CLERK OF THE COURT, MONMOUTH COUNTY SPECIAL CIVIL PART, NJ

Database Last Updated:        02-20-2007

### CASE INFORMATION

Case Number:                  DC-007169-1998

Filing Date:                  07/06/1998


Case Type:                    CONTRC-REG

Case Category:                32000

Status:                       CLOSED

                              SETTLED

Disposition Date:             10/20/1998


Filing Office:                MONMOUTH COUNTY SPECIAL CIVIL PART

Venue:                        MONMOUTH, NJ

### PARTY INFORMATION

Demand:                       $9,339.64

Status:                       CLOSED

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(30)

Plaintiff:                          ENVIRONMENTAL LOGIC CORP


                                    *Attorney:*

                                    JOHNSON & JOHNSON

                                    973-593-8000

                                    *Lic. No.: 9735938000*


Defendant:                          **DOUGLAS DEVELOPMENT**

                                    900 OCEAN AVE

                                    LONG BRANCH, NJ 07740


                                    *Party Status:*
                                    CLOSED

                                    SETTLED - 10/20/1998


Defendant:                          T/A DOUGLAS PROPERTIES

                                    900 OCEAN AVE

                                    LONG BRANCH, NJ 07740


                                    *Party Status:*
                                    CLOSED

                                    SETTLED - 10/20/1998


                Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                to order copies of documents related to this or other matters.
                                    Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD |
| Database Last Updated: | 02-20-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 001692498 |
| Filing Date: | 06/23/1998 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, MD |

### PARTY INFORMATION

| | |
|---|---|
| Demand: | $8,320.00 |

Plaintiff:           FOULKE ASSOC. INC.

                     323 W FRONT ST,

                     MEDIA, PA

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(32)

*Attorney:*

GALLAGHER, EDWARD M

ELKTON, MD 21921


Defendant:                    **DOUGLAS DEVELOPMENT** CORP.

1161 OLD GEORGETOWN RD, #200

ROCKVILLE, MD 20852


*Attorney:*

LEIBNER, ROBERT F

WASHINGTON, DC 20016


**ADDITIONAL INFORMATION**


Film Code:              A980707 A980707


Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record. The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 02-20-2007 |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | 00106561998 |
| Filing Date: | 04/29/1998 |
| | |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | JUDGMENT ENTERED |
| | |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, **MD** |

### PARTY INFORMATION

| | |
|---|---|
| Demand: | $1,500.00 |
| | |
| Plaintiff: | KORTH COMPANIES, INC., THE |
| | 9101 A GAITHER RD, |
| | GAITHERSBURG, MD |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*Attorney:*

CAMPBELL, MICHAEL G ESQ

ROCKVILLE, MD 20850


Defendant:                    **DOUGLAS DEVELOPMENT** CORP.

11611 OLD GEORGETOWN RD

ROCKVILLE, MD 20852


*Attorney:*

LEIBNER, ROBERT F

WASHINGTON, DC 20016


### ADDITIONAL INFORMATION


Film Code:              C990125 0000150000


        Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
         to order copies of documents related to this or other matters.
                        Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record. The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD |
| Database Last Updated: | 02-20-2007 |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 003003497 |
| Filing Date: | 10/31/1997 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 03/11/1998 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, MD |

## PARTY INFORMATION

| | |
|---|---|
| Demand: | $2,705.00 |
| Plaintiff: | CARRIER CORP |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

P.O.BOX 4808

SYRACUSE, NY

*Attorney:*

FRIEDMAN, EDWARD J

BALTIMORE, MD 21201

Defendant:                      **DOUGLAS DEVELOPMENT** CORP

C/O SERVE : PRESIDENT JEMAL, DOUGLAS

11611 OLD GEORGETOWN RD

ROCKVILLE, MD 20852

*Party Status:*
CLOSED

DISMISSAL RULE 3-506 - 03/11/1998

*Attorney:*

LEIBNER, ROBERT F

WASHINGTON, DC 20016

**ADDITIONAL INFORMATION**

Film Code:                      C980311 C980311

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record.  The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**LAWSUIT RECORDS**

Current Date:                02/20/2007

Court Current Through:       02-16-2007

Source:                      CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD

Database Last Updated:       02-20-2007

### CASE INFORMATION

Case Number:                 001306597

Filing Date:                 04/30/1997

Case Type:                   CONTRACT

Case Category:               32000

Status:                      CLOSED

                             DISMISSAL RULE 3-506

Disposition Date:            08/19/1997

Filing Office:               MONTGOMERY COUNTY DISTRICT COURT

Venue:                       MONTGOMERY, MD

### PARTY INFORMATION

Demand:                      $6,192.39

Plaintiff:                   RICHARD DONNALLY ASSOC.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



9401 KEY WEST AV,

ROCKVILLE, MD


*Attorney:*

WEITZMAN, MITCHELL B

WASHINGTON, DC 20036


Defendant:                    **DOUGLAS DEVELOPMENT**

11611 OLD GEORGETOWN RD, #200

ROCKVILLE, MD 20852


*Party Status:*
CLOSED

DISMISSAL RULE 3-506 - 08/19/1997


*Attorney:*

LEIBNER, ROBERT F

WASHINGTON, DC 20016


**ADDITIONAL INFORMATION**


Film Code:                    C970819 C970819


Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record. The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 03-16-2005 |
| Source: | CLERK OF THE COURT, PRINCE GEORGE'S COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 03-21-2005 |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 000550497 |
| Filing Date: | 03/19/1997 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 04/15/1997 |
| Filing Office: | PRINCE GEORGE'S COUNTY DISTRICT COURT |
| Venue: | PRINCE GEORGE'S, **MD** |

**PARTY INFORMATION**

| | |
|---|---|
| Demand: | $6,327.20 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Plaintiff:                          ASSOCIATED BLDG MAINTENANCE CO INC

                                    2124 PRIEST BRIDGE DR, STE 11

                                    CROFTON, MD


                                    *Attorney:*

                                    MARKEY, STEPHEN A III

                                    BALTIMORE, MD 21201


Defendant:                          **DOUGLAS DEVELOPMENT** CORP

                                    C/O SERVE ON DOUGLAS JEMAL

                                    11611 OLD GEORGETOWN RD, #200

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-506 - 04/15/1997



                              **ADDITIONAL INFORMATION**


Film Code:                          C970415 C970415


                Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                    to order copies of documents related to this or other matters.
                                  Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record.  The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

END OF DOCUMENT



© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 03-16-2005 |
| Source: | CLERK OF THE COURT, PRINCE GEORGE'S COUNTY DISTRICT COURT, **MD** |
| Database Last Updated: | 03-21-2005 |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 000860397 |
| Filing Date: | 03/10/1997 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Status: | CLOSED |
| | DISMISSAL RULE 3-506 |
| Disposition Date: | 05/13/1997 |
| Filing Office: | PRINCE GEORGE'S COUNTY DISTRICT COURT |
| Venue: | PRINCE GEORGE'S, **MD** |

**PARTY INFORMATION**

| | |
|---|---|
| Demand: | $1,769.43 |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(42)

Plaintiff:                          BRANCH GROUP, INC.

                                    C/O D/B/A BRANCH ELECTRIC SUPPLY

                                    1049 PRINCE GEORGES BV,

                                    UPPER MARLBORO, MD


                                    *Attorney:*

                                    CARAVAGGIO, JILL D

                                    BETHESDA, MD 20814


Plaintiff:                             T/A D/B/A BRANCH ELECTRIC SUPPLY

                                    C/O BRANCH GROUP, INC.

                                    1049 PRINCE GEORGES BV,

                                    UPPER MARLBORO, MD


Defendant:                           **DOUGLAS DEVELOPMENT** CORP.

                                    C/O SERVE: JACK BRAUNELL, TREAS

                                    11611 OLD GEORGETOWN RD, #200

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-506 - 05/13/1997

                                         **ADDITIONAL COMPLAINT**


Demand:                              $1,769.43


Plaintiff:                          BRANCH GROUP, INC.

                                    C/O D/B/A BRANCH ELECTRIC SUPPLY

                                    1049 PRINCE GEORGES BV,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

UPPER MARLBORO, MD


*Attorney:*

CARAVAGGIO, JILL D

BETHESDA, MD 20814


Plaintiff:                 T/A D/B/A BRANCH ELECTRIC SUPPLY

                           C/O BRANCH GROUP, INC.

                           1049 PRINCE GEORGES BV,

                           UPPER MARLBORO, MD


Defendant:                 MILLSTEIN, PAUL

                           1315 BRIGGS CHANEY RD

                           SILVER SPRING, MD 20904


*Party Status:*
CLOSED

DISMISSAL RULE 3-506 - 05/13/1997

**ADDITIONAL COMPLAINT**


Demand:                    $1,769.43


Plaintiff:                 BRANCH GROUP, INC.

                           C/O D/B/A BRANCH ELECTRIC SUPPLY

                           1049 PRINCE GEORGES BV,

                           UPPER MARLBORO, MD


*Attorney:*

CARAVAGGIO, JILL D

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

BETHESDA, MD 20814


Plaintiff:                          T/A D/B/A BRANCH ELECTRIC SUPPLY

                                    C/O BRANCH GROUP, INC.

                                    1049 PRINCE GEORGES BV,

                                    UPPER MARLBORO, MD


Defendant:                           BRAUNELL, JACK

                                    6151 TUCKERMAN LN

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED


                                    DISMISSAL RULE 3-506 - 05/13/1997


                                **ADDITIONAL INFORMATION**


Film Code:                          C970513 C970513              .

                        Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                        to order copies of documents related to this or other matters.
                                    Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

                                    .



Westlaw.

**LAWSUIT RECORDS**

Current Date:                 02/20/2007

Court Current Through:        02-13-2007

Source:                       CLERK OF THE COURT, ANNE ARUNDEL COUNTY DISTRICT COURT, MD

Database Last Updated:        02-20-2007

### CASE INFORMATION

Case Number:                  001211196

Filing Date:                  10/25/1996

Case Type:                    CONTRACT

Case Category:                32000

Status:                       CLOSED

                              DISMISSAL RULE 3-507

Disposition Date:             05/13/1998

Filing Office:                ANNE ARUNDEL COUNTY DISTRICT COURT

Venue:                        ANNE ARUNDEL, MD

### PARTY INFORMATION

Demand:                       $3,983.20

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Plaintiff:                          BALTIMORE DOOR AND FRAME CO INC

                                    2320 MONUMENTAL AV,

                                    BALTIMORE, MD


                                    *Attorney:*

                                    APPLEFELD, DAVID B

                                    BALTIMORE, MD 21202


Defendant:                          **DOUGLAS DEVELOPMENT** CORP

                                    C/O S/O DOUGLAS JEMAL

                                    11611 OLD GEORGETOWN RD

                                    ROCKVILLE, MD 20852


                                    *Party Status:*
                                    CLOSED

                                    DISMISSAL RULE 3-507 - 05/13/1998


### ADDITIONAL INFORMATION


Film Code:                          C980513 C980513


                Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                to order copies of documents related to this or other matters.
                                Additional charges apply.

*The preceding public record data is for information purposes only and is not the
official record.  The fact that a party is named as defendant does not necessarily
imply a claim for money or performance against that party.*

END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

Current Date:                02/20/2007

Court Current Through:       02-16-2007

Source:                      CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD

Database Last Updated:       02-20-2007

### CASE INFORMATION

Case Number:                 002420696

Filing Date:                 10/08/1996

Case Type:                   CONTRACT

Case Category:               32000

Status:                      CLOSED

                             DISMISSAL RULE 3-506

Disposition Date:            12/11/1996

Filing Office:               MONTGOMERY COUNTY DISTRICT COURT

Venue:                       MONTGOMERY, MD

### PARTY INFORMATION

Demand:                      $759.50

Plaintiff:                   LONG FENCE CO., INC.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

8545 EDGEWORTH DR,

CAPITAL HEIGHTS, MD

*Attorney:*

KISSLER, TRACY S

BETHESDA, MD 20814


Defendant:                 ROBERTS, TIM

C/O T/A DOUGLAS DEVELOPMENT CORP.

11611 OLD GEORGETOWN RD, #200

ROCKVILLE, MD 20852


Defendant:                 T/A T/A **DOUGLAS DEVELOPMENT** CORP.

C/O ROBERTS, TIM

11611 OLD GEORGETOWN RD, #200

ROCKVILLE, MD 20852


### ADDITIONAL INFORMATION


Film Code:                 C961211 C961211


Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT


© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

| | |
|---|---|
| Current Date: | 02/20/2007 |
| Court Current Through: | 02-16-2007 |
| Source: | CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD |
| Database Last Updated: | 02-20-2007 |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 001967696 |
| Filing Date: | 08/26/1996 |
| Case Type: | CONTRACT |
| Case Category: | 32000 |
| Filing Office: | MONTGOMERY COUNTY DISTRICT COURT |
| Venue: | MONTGOMERY, MD |

## PARTY INFORMATION

| | |
|---|---|
| Demand: | $1,028.08 |
| Plaintiff: | POTOMAC ELECTRIC POWER COMPANY |
| | 1900 PENNSYLVANIA AV, N W |
| | WASHINGTON, DC |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



*Attorney:*

HOLTZ, H EDWARD ESQ

UPPER MARLBORO, MD 20772

Defendant:                    **DOUGLAS DEVELOPMENT** CORP.

11611 OLD GEORGETOWN RD

ROCKVILLE, MD 20852

**ADDITIONAL INFORMATION**

Film Code:                    A960828 A960828

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

**LAWSUIT RECORDS**

Current Date:                02/20/2007

Court Current Through:       02-16-2007

Source:                      CLERK OF THE COURT, MONTGOMERY COUNTY DISTRICT COURT, MD

Database Last Updated:       02-20-2007

## CASE INFORMATION

Case Number:                 00117781995

Filing Date:                 06/13/1995

Case Type:                   CONTRACT

Case Category:               32000

Status:                      CLOSED

                             DISMISSAL RULE 3-507

Disposition Date:            06/12/2002

Filing Office:               MONTGOMERY COUNTY DISTRICT COURT

Venue:                       MONTGOMERY, MD

## PARTY INFORMATION

Demand:                      $3,435.72

Status:                      CLOSED

                             DISMISSAL RULE 3-507 - 06/12/2002

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(52)

Plaintiff:                    J T ENTERPRISE

                              9219 BEACHWAY LN,

                              SPRINGFIELD, VA


                              Attorney:

                              LOWE, GARLAND E

                              SILVER SPRING, MD 20910


Defendant:                    **DOUGLAS DEVELOPMENT** CORP.

                              C/O R/A DOUGLAS S CYMEK

                              1923 YORK RD

                              TIMONIUM, MD 21093


                              Party Status:
                              CLOSED

                              DISMISSAL RULE 3-507 - 06/12/2002


                              Attorney:

                              LEIBNER, ROBERT F

                              WASHINGTON, DC 20016


                         **ADDITIONAL COMPLAINT**


Demand:                       $3,435.72

Status:                       CLOSED

                              DISMISSAL RULE 3-507 - 06/12/2002


Plaintiff:                    J T ENTERPRISE

                              9219 BEACHWAY LN,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

53

SPRINGFIELD, VA


*Attorney:*

LOWE, GARLAND E

SILVER SPRING, MD 20910


Defendant:                          SOUTH CHARLES REALTY CORP.

C/O R/A PRENTICE HALL CORP. SYSTEM MD

11 E CHASE ST

BALTIMORE, MD 21202


*Party Status:*
CLOSED

DISMISSAL RULE 3-507 - 06/12/2002


*Attorney:*

DANEMAN, DAVID

BALTIMORE, MD 21201


### ADDITIONAL INFORMATION


Film Code:                     C020612 0000343572

        Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
       to order copies of documents related to this or other matters.
                    Additional charges apply.

*The preceding public record data is for information purposes only and is not the*
*official record.  The fact that a party is named as defendant does not necessarily*
*imply a claim for money or performance against that party.*

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

