# THE KEYSTONE PLUS CONSTRUCTION CORPORATION
## DEMOLITION DIVISION

703-541-9283        7808 Cinder Bed Road, Lorton, VA 22079        FAX 703-541-9288

*703-924-7270 CARLOS*

December 07, 2000

Douglas Development Corporation
702 H Street, NW Suite 400
Washington, DC 20001

Attn: Mr. Paul Millstein            Re: Services Rendered
                                    Subj: Payment of Debt

Gentlemen:

*425,000*

Be advised that your offer of $450,000.00 has been accepted. By agreeing to this, the settlement of $448,000.00 has afforded you a substantial discount ($78,348.00 plus interest paid of $51,000.00 equaling $129,348.00). *+ 25,000*

In the effort to ease your payment of this debt, it is understood that the below payment schedule was proposed by Douglas Development:

*ASAP*
| 12/08/00 | $ 50,000.00 |
| ~~12/20/00~~ | 50,000.00 |
| Balance | Mid January or sooner |

Should this be acceptable, indicate by signature below and return this agreement. We in return have done the same.

Douglas Development
Agreed and accepted: _[signature]_        Date: 12/07
Print Name: Paul Millstein

In the interest of Carlos and Orlando Perdomo
Agreed and accepted: _[signature]_        Date: 12/7/00
Carlos Perdomo

GOVERNMENT EXHIBIT
No. 541a
U.S. v. Jemal - Cr. No. 05-359 (RMU)

541-0001
541-0001

# THE KEYSTONE PLUS CONSTRUCTION CORPORATION
## DEMOLITION DIVISION

703-541-9283     7808 Cinder Bed Road, Lorton, VA 22079     FAX 703-541-9288

January 16, 2001

Douglas Development Corporation
702 H Street, NW, Suite 400
Washington, DC 20001

Attn: Mr. Paul Millstein            Re: Agreement to Pay Debt

                                    Subj: Debt Due and Payable

Gentlemen:

   Pursuant to our agreement dated December 07, 2000, the indicated parties agreed to a specific payment schedule. Within this agreement Douglas Development Corporation agreed to pay the indicated debt in-full by or before the middle of January.

   The above obligation to pay this debt in full, totaling $375,000.00, is now due and payable. Please contact this office in which to arrange for our pick-up of the check. We thank you for your cooperation.

                                    Sincerely,

                                    Orlando Perdomo

cc: Carlos Perdomo
    Sandra Roubin
    File

541-0003
541-0003

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW  SUITE 400
WASHINGTON, DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO: 89553

DATE: 03/15/01

VOID AFTER 180 DAYS
*******$59,000.00

PAY FIFTY-NINE THOUSAND AND NO/100 DOLLARS

260397820 004 0896 1951 00 26

TO THE ORDER OF
KEYSTONE ENVIRONMENTAL SERVICES
5412 OAKWOOD RD
ALEXANDRIA, VA 22310

RETURNED UNPAID
NSF
EAGLEBANK
65-329/550

AUTHORIZED SIGNATURE

⑆089553⑆ ⑉055003298⑉  ⑆000059000000⑆

3/27/01 Redeposited

# BB&T

NOTICE OF RETURNED DEPOSITED ITEM         03-21-01
         FOR ACCOUNT                PAGE   1 OF 1
BB&T OF MARYLAND

WE HAVE CHARGED YOUR ACCOUNT   $59,000.00 FOR THE ITEM RETURNED UNPAID
LISTED BELOW

LOCATION/MAKER NAME            REASON                      AMOUNT
                               NON-SUFFICIENT FUNDS        $59,000.00

R-37001
KEYSTONE ENVIRONMENTAL SERVICES LLC
5412 OAKWOOD RD
ALEXANDRIA VA  22310-1003

06008-00102

541-0006
541-0006

| 726-732 7TH ST | | | Vendor # KEYSTO | CHECK: 91718 |
|---|---|---|---|---|
| GL Account # Invoice # | Inv.Date | Co-Pro Description | | Amount to Pay |
| 1555-    - | 05/29/01 | 39-001 CHINATOWN | | 50,000.00 |
| | | | TOTAL | 50,000.00 |

*Per Douglas- Do not deposit check !!!*

---

**DOUGLAS DEVELOPMENT CORP.**
702 H ST, NW. SUITE 400
WASHINGTON, DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO: 91718

POWER CHECK

DATE: 05/29/01
VOID AFTER 180 DAYS
*******$50,000.00

PAY  FIFTY THOUSAND AND NO/100 DOLLARS

TO THE ORDER OF:
KEYSTONE ENVIRONMENTAL SERVICES
5412 OAKWOOD RD
ALEXANDRIA, VA 22310

[signature]
AUTHORIZED SIGNATURE

⑊091718⑊  ⑊055003298⑊

541-0009
541-0009

# BB&T
## NOTICE OF HOLD

Notification Date of Returned Check 6-19-01

Account Number: _____

Amount of Deposit: $ __50,000.00__    Banking Date of Deposit: __6-13-01__

We are delaying the availability of $ __50,000.00__ of the funds you deposited.
(In the event of a Case by Case Hold, the first $100 deposited on any banking day must be available no later than the business day following the banking day of deposit.)

Branch/City: __Bethesda, MD__

Employee: __Darlene Brown__

### Case by Case/2 and 5 day Hold
### (no reason for hold is required)
These funds will be available on the:
- ☐ (local check) **second business day** after the banking day of your deposit.
- ☐ (nonlocal check) **fifth business day** after the banking day of your deposit.

### Safeguard Exception Hold
### (when hold is for more than 2 or 5 days)
### (always check both below [1] date of availability and [2] reason for longer hold)
1. These funds will be available on the:
   - ☑ (local check) **seventh business day** after the ~~banking day of your deposit.~~ notification date of returned check
   - ☐ (nonlocal check) **eleventh business day** after the banking day of your deposit.
   - ☐ (Deposits to New Accounts of **low risk items** in excess of $5,000) **ninth business day after the banking day of your deposit.**

2. Your funds are being held for one of the following reasons:
   - ☐ **New Account** (30 days or less) (The first $5,000 of deposits on any one banking day of low risk items such as U.S. Treasury checks, state or local government checks, "on us" checks, U.S. Postal Service Money Orders, cashiers', certified or tellers' checks, or travelers checks must be available no later than the first business day after the date of deposit. The excess over $5,000 may be held but must be available no later than the ninth business day after the baking day of deposit.)
   - ☐ **Large Deposit** (Aggregate deposits in excess of $5,000 on any banking day may be held, $5,000.00 is subject to Case by Case Hold.)
   - ☐ **Redeposited Check(s)**
   - ☐ **Repeated Overdrafts**
   - ☑ **Reasonable Cause to Doubt Collectibility/Reason:** __we received notice that the check is being returned unpaid.__
   - ☐ **Emergency Conditions**

If you did not receive this notice at the time you made the deposit and the check you deposited is paid we will refund to you any fees for overdrafts or returned checks that result solely from the additional delay that we are imposing. To obtain a refund of such fees, contact your customer service representative at your local branch.

F0008000511 (Rev. 02/16/00)        White - Customer        Copy - Deposit Compliance

541-0010

541-0010

```
BB&T                 NOTICE OF RETURNED DEPOSITED ITEM
                             FOR ACCOUNT                                    PAGE    1 OF   1
BB&T OF MARYLAND

WE HAVE CHARGED YOUR ACCOUNT     $50,000.00 FOR THE ITEM RETURNED UNPAID
LISTED BELOW

LOCATION/MAKER NAME          REASON                              AMOUNT
                             PAYMENT STOPPED                     $50,000.00


                         R-12301
        KEYSTONE ENVIRONMENTAL SERVICES LLC
        PO BOX 10398
        ALEXANDRIA VA  22310-0398


                                          06016-00085
```

DOUGLAS DEVELOPMENT CORP.          EAGLEBANK                         65-329
702 H ST, NW  SUITE 400            BETHESDA, MD 20814                 550
WASHINGTON, DC  20001                                          NO:  91719
202-638-6300

Returned Unpaid By
EagleBank Bethesda, MD
65-329/650

DATE 06/12/01        VOID AFTER 180 DAYS    *******$50,000.00

PAY  FIFTY THOUSAND AND NO/100 DOLLARS

☐ Insufficient Funds   ☐ Signature
☐ Endorsement          ☑ Payment Stopped
☐ Account Closed
☐ Refer to Maker

TO THE ORDER OF:
KEYSTONE ENVIRONMENTAL SERVICES
5412 OAKWOOD RD
ALEXANDRIA, VA 22310

                                          [signature]
                                          AUTHORIZED SIGNATURE

⑈091719⑈ ⑆0550329⑈ C

541-0012
541-0012

**BB&T**

NOTICE OF INSUFFICIENT FUNDS

BB&T OF MARYLAND

PAGE  1 OF  1
CHECK NO.        AMOUNT
ITEMS PAID
                 $50,000.00

ON 06-20-01    1 ITEM(S) TOTALING    $50,000.00
WAS/WERE PRESENTED FOR PAYMENT. OF THESE,
    1 ITEM(S) FOR     $50,000.00 WERE PAID AND
    0 ITEM(S) FOR          $.00 WERE RETURNED.
YOUR ACCOUNT                 WAS CHARGED A
NON AUTOMATED NSF FEE OF     $30.00
WE APPRECIATE YOUR BUSINESS.
                                12301
         KEYSTONE ENVIRONMENTAL SERVICES LLC
         PO BOX 10398
         ALEXANDRIA VA  22310-0398

**BB&T**

NOTICE OF RETURNED DEPOSITED ITEM
         FOR ACCOUNT                                06-20-01
BB&T OF MARYLAND                          PAGE   1 OF  1

WE HAVE CHARGED YOUR ACCOUNT    $50,000.00 FOR THE ITEM RETURNED UNPAID
LISTED BELOW

LOCATION/MAKER NAME             REASON                         AMOUNT
                                PAYMENT STOPPED          $50,000.00

                        R-12301
KEYSTONE ENVIRONMENTAL SERVICES LLC
PO BOX 10398
ALEXANDRIA VA  22310-0398

**GOVERNMENT EXHIBIT**
**No. 541 e**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

06016-00085

DOUGLAS DEVELOPMENT CORP.              EAGLEBANK
702 H ST, NW  SUITE 400                BETHESDA, MD 20814            65-329
WASHINGTON, DC  20001                                                 550
202-638-6300                                                   NO:  91719

Returned Unpaid By
EagleBank Bethesda, MD          DATE            VOID JUN 20 2001
65-329/650                      06/12/01        *******$50,000.00

PAY FIFTY THOUSAND AND 00/100
[ ] Insufficient Funds   [ ] Uncollected Funds
[ ] Endorsement          [ ] Signature
[ ] Account Closed       [✓] Payment Stopped
[ ] Refer to Maker

TO THE    KEYSTONE ENVIRONMENTAL SERVICES
ORDER     5412 OAKWOOD RD
OF        ALEXANDRIA, VA 22310

                                          /s/ Douglas Jemal
                                          AUTHORIZED SIGNATURE

⑆091719⑆ ⑈055 3298⑈ ⌷                          ⑆000 5000000⑆

541-0014

541-0014

| 726-732 7TH ST | | | Vendor # KEYSTO | CHECK: 91718 |
|---|---|---|---|---|
| GL Account # Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
| 1555- - | 05/29/01 | 39-001 | CHINATOWN | 50,000.00 |
| | | | TOTAL | 50,000.00 |

*Hold check per Douglas*

**GOVERNMENT EXHIBIT**
**No. 541 h**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

---

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW SUITE 400
WASHINGTON, DC 20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329/550

NO: 91718

DATE: 05/29/01
VOID AFTER 180 DAYS
*******$50,000.00

PAY FIFTY THOUSAND AND NO/100 DOLLARS

TO THE ORDER OF: KEYSTONE ENVIRONMENTAL SERVICES
5412 OAKWOOD RD
ALEXANDRIA, VA 22310

AUTHORIZED SIGNATURE

⑈091718⑈ ⑆055003298⑈

541-0017

541-0017



Check 92947 Date 9/4 Amount $50,000.00

① Check deposited 8/14/01
② Bank returned check 8/20/01
③ Check returned to Douglas
④ Douglas used check to purchase bank check # 13294 dated 9/4/01

GOVERNMENT EXHIBIT No. 5411
U.S. v. Jemal - Cr. No. 05-359 (RMU)

541-0023

541-0023

Douglas Development Corp                                          Keystone Environmental Service

| DATE | INVOICE NO | DESCRIPTION | | INVOICE AMOUNT |
|---|---|---|---|---|
| 6-17-03 | 061703-039 | CHINATOWN I | 039-00-17225 | 15094.25 |
| | | | P/R | |
| | | 6/18/03 | | |

| CHECK DATE | 6-17-03 | CHECK NUMBER | 109186 | TOTAL > | 15094.25 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

USE WITH COMPANION ENVELOPE #44-005

---

**Douglas Development Corp**
702 H Street, NW
Suite 400
Washington, DC 20001
202-638-6300

Eagle Bank
7815 Woodmont Avenue
Bethesda, MD 20814

65-329 / 550

DATE: June 17, 2003    CHECK NO. 109186    AMOUNT: $*****15,094.25

Pay: ***********************Fifteen thousand ninety-four dollars and 25 cents

PAY TO THE ORDER OF:
Keystone Environmental Service
5412 Oakwood Rd
Alexandria, VA 22310

PAYMENT IN FULL OF
12/07/00 SETTLEMENT AGREEMENT

Authorized Signature

⑆000109186⑆ ⑈055003298⑈

---

10-22049

Drau $2800.⁰⁰

**GOVERNMENT EXHIBIT**
**No. 541 n**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

541-0027
541-0027

**BB&T**     NOTICE OF RETURNED DEPOSITED ITEM                          04-23-01
                        FOR ACCOUNT                              PAGE  1 OF 1
BB&T OF VIRGINIA

WE HAVE CHARGED YOUR ACCOUNT    $25,000.00 FOR THE ITEM RETURNED UNPAID
LISTED BELOW

LOCATION/MAKER NAME              REASON                            AMOUNT
                                 NON-SUFFICIENT FUNDS           $25,000.00

                        R-12405
        NECO CONSTRUCTION AND MANAGEMENT CORP
        7808 CINDERBED RD
        LORTON VA   22079-1020

**GOVERNMENT EXHIBIT**
**No. 540 e**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

06023-00141

540-0018
540-0018

```
DOUGLAS DEVELOPMENT CORP.                              EAGLEBANK              65-329
702 H ST, NW  SUITE 400          RETURNED UNPAID       BETHESDA, MD 208        550
WASHINGTON, DC  20001                  NSF                                NO:  90546
202-638-6300                        EAGLEBANK
                                     65-329/550
                                                    ┌──────────┐  ┌─────────────────────┐
                                                    │   DATE   │  │ VOID AFTER 180 DAYS │
                                                    │ 04/11/01 │  │ *******$25,000.00   │
                                                    └──────────┘  └─────────────────────┘

   PAY  TWENTY-FIVE THOUSAND AND NO/100 DOLLARS

                                         280376375 060 0884 1652 00 28

 TO THE   NECCO
 ORDER    5408 OAKWOOD ROAD
 OF       ALEXANDRIA, VA 22310                              [signature]
                                                         AUTHORIZED SIGNATURE

        ⑈090546⑈  ⑆055003298⑆                                 ⑈000 2500000⑈
```

```
BB&T
                        NOTICE OF INSUFFICIENT FUNDS
BB&T OF VIRGINIA
                                                      PAGE    1 OF   1
                                                   CHECK NO.        AMOUNT
                                                      ITEMS PAID
ON 04-23-01    2 ITEM(S) TOTALING      $570.25        3054          $280.00
WAS/WERE PRESENTED FOR PAYMENT. OF THESE,             3044          $290.25
    2 ITEM(S) FOR        $570.25 WERE PAID AND
    0 ITEM(S) FOR          $.00 WERE RETURNED.
TO COVER THE COST OF HANDLING THE ITEM(S) YOUR
ACCOUNT  5136993,307      WAS CHARGED       $60.00

                                    12405             RECEIVED
        NECO CONSTRUCTION AND MANAGEMENT CORP
        7808 CINDERBED RD                            APR 3 0 2001
        LORTON VA   22079-1020
                                                    NECO CONSTRUCTION
```

Redeposited 5/3/01 ALP A/C

GOVERNMENT EXHIBIT
No. 540 o
U.S. v. Jemal - Cr. No. 05-359 (RMU)

540-0033
540-0033