# R.D.ZIMMERMAN CO.

4800 ADDISION ROAD
89-001

| INVOICES | INVOICE # | DATE | AMOUNT |
|---|---|---|---|
| | 2812 | 11/31/01 | 27,756.00 |
| | 2813 | 11/30/01 | 3,636.00 |
| | 2814 | 11/30/01 | 600.00 |
| | 2825 | 12/27/01 | 41,942.50 |
| | 1831 | 1/3/02 | 26,607.00 |
| | 2835 | 1/4/02 | 31,570.00 |
| | 2836 | 1/24/02 | 37,351.50 |
| | 2838 | 1/25/02 | 24,964.00 |
| INVOICE TOTAL | | | 194,427.00 |
| DISCOUNT | | | (40,000.00) |
| TOTAL DUE | | | 154,427.00 |
| PAYMENT | 2/4/02 | CK# | (20,971.25) |
| **BALANCE DUE** | | | 133,455.75 |
| PAYMENT | 2/4/02 | CK# | (20,971.25) |
| **BALANCE DUE** | | | 112,484.50 |
| PAYMENT | 2/4/02 | CK# | (20,971.25) |
| **BALANCE DUE** | | | 91,513.25 |
| PAYMENT | 2/4/02 | CK# | (20,971.25) |
| **BALANCE DUE** | | | 70,542.00 |

4800 ADDISON ROAD Vendor # RDZCON CHECK: 98719

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 1555- - | 2837 | 01/24/02 | 89-001 | 4800 ADDISON | 4,613.20 |
| | | | | TOTAL | 4,613.20 |

Credit taken as follows:

| | |
|---|---|
| Invoice #2836 | $15,699.75 |
| Invoice #2837 | 23,971.80 |
| Invoice #2838 | 328.45 |
| Total | $40,000.00 |

GOVERNMENT EXHIBIT
No. 531X
Cr. # 05-359 (RMU) U.S. v. Jemal

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW SUITE 400
WASHINGTON, DC 20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329/550

NO: 98719

POWER CHECK

DATE 04/03/02

VOID AFTER 180 DAYS ********$4,613.20

PAY FOUR THOUSAND SIX HUNDRED THIRTEEN AND 20/100 DOLLARS

TO THE ORDER OF R.D. ZIMMERMAN CONSTRUCTION COMPANY
PO BOX 554
CHESTER,, MD 21619

AUTHORIZED SIGNATURE

⑈098719⑈ ⑆055003298⑆ 0200008118⑈

531-0137