Case 1:05-cr-00359-RMU    Document 327-6    Filed 02/20/2007    Page 1 of 4

DEC-28-2006  14:22    FBI: NURA TSS CART                +1 202 324 9812  P.11
Case 1:06-cr-00077-RMU    Document 26    Filed 01/05/2007    Page 1 of 1

December 30, 1993

To: Douglas

From: Jack

Attached per our discussion of Sunday, December 5 is a quarterly bonus check of $2,500. Please note the following:

1) Payment in this manner is 100% non-traceable as compensation, thereby eliminating tax burdens on both sides.

2) Although I am very happy here and feel well taken care of, after almost 3.5 years I believe a base pay increase is both reasonable and merited. As you know, accounting is very expensive and I save you a fortune in fees and also a lot in taxes through aggressive or creative accounting.

3) A pay increase will allow me to purchase items myself rather than coming to you with my hand out every time I need something.

4) It is my intention to save some money to someday invest in the business.

I hope you feel, as I do, that you are getting a bargain.

Thanks.

**File: DJCOMP**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\DJCOMP
Cre: 2/23/2005 1:58:20 PM
Mod: 12/30/1993 3:59:04 PM
Item #: 252024
Exported as: DJCOMP[252024]

| PERSONNEL | HOURS | | | EARNINGS | | | | GROSS | STATUTORY DEDUCTIONS | | VOLUNTARY DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | Hours 3&4 | Reg | O/T | Earnings 3&4 | Earnings 5 | | Federal | State/Local | | | |

TAXABLE ANALYSIS
FEDERAL TAXABLES:             6,557.95 FIT        6,739.96 FUTA       6,739.96 SS EE       6,739.96 MED EE       6,739.96 MED ER
STATE INCOME TAXABLES:        6,557.95 DC
SUI/DI TAXABLES:              6,761.59 DC

MILLSTEIN, PAUL
File:  000107
Dept:  000150
Rate:  6730.77

                40.00              6,730.77                                           6,730.77    1,173.00 FIT    423.00 MD    4520.22 W CHECK1    100.00 - A EERMBR    Voucher#
                                                                                                   409.95 SS                     90.00 D DEDUCT                           010006
                                                                                                    95.87 MED                   107.81 H MED                              □
                                                                                                                                                                          .00

Dept:  000150
Rate:  6730.77
                                    825.00                                             825.00      761.88 FIT                                10.92 F DENT    Voucher#
                                                                                                    51.15 SS                                                  010007
                                                                                                    11.97 MED                                                 Pay 2
                                                                                                                                                              □
                                                                                                                                                              .00

Paul

Re:
Salary
Increases

1/1/05  $3082.69 to $6730.77

Blake

1/1/05  $1350.00 to $5769.23
1/1/05  $5769.23 to $6730.77

DDC 48616

(2)

| PERSONNEL | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T Hours 3&4 | Reg | O/T Earnings 3&4 | Earnings 5 | | Federal | State/Local | | |
| BROWNELL, JOHN | 40.00 | | 2,344.23 | | | 2,344.23 | 423.55 FIT<br>142.98 SS<br>33.44 MED | 156.06 MD | 1476.26 W CHECK1<br>73.85 K 401K$  38.09 H MED | Voucher#<br>010001<br>☐<br>.00 |
| File: 000061<br>Dept: 000100<br>Rate: 2344.23 | | | | | | | | | | |
| Dept: 000100<br>Rate: 2344.23 | | | | | 568.00 | 568.00 | 24.53 FIT<br>35.22 SS<br>8.24 MED | 23.75 MD | 476.26 W CHECK1 | Voucher#<br>010002<br>☐ Pay 2<br>.00 |

Handwritten: 1/22/05 #2344.23 to $576.23

Handwritten: JACK

Handwritten: 2x 1/4/05

DDC 48617

GOVERNMENT EXHIBIT
No. 125
U.S. v. Brownell

(3)

**EAGLEBANK** Bethesda, MD 20814
DEPOSIT TICKET
DATE 6-3-05

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECK 1 | 245040 | 16 |
| 2 | 232846 | 97 |
| 3 | 1147421 | 98 |

TOTAL $ 1625309.11

65-329/550
TOTAL ITEMS 3
PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

DOUGLAS DEVELOPMENT CORP.
702 H STREET NW, STE. 400
WASHINGTON, DC 20001

⑇055003298⑇  020000118″009

GOVERNMENT EXHIBIT No. 146
U.S. Brownell -Cr.# 06-0077 (RMU)

---

MARY E. BOND-MILLSTEIN
PAUL MILLSTEIN
16610 OAK HILL ROAD
SILVER SPRING, MD 20905
PH. 301-476-7769

5283
Date 6/3/05
65-109/550

Pay to the Order of Douglas Development Corp. | $1,147,421.98
One million, one hundred forty seven thousand, four hundred twenty one 98/100 Dollars

SANDY SPRING BANK
17801 GEORGIA AVE., OLNEY, MD 20832

For loan repayment
Mary C Bond Millstein

⑇055001096⑇ 300461106⑇ 5283

---

NAME John E. Brownell
ACCOUNT NO. 60732006
                                                   601444
                                                   16-131/540
Pay to the order of Douglas Development Corp   Date _____   $ 232,846.97
Two Hundred Thirty Two Thousand Eight Hundred Forty Six 97/100 Dollars

ADAMS NATIONAL BANK
Washington, D.C. 20006

FOR Loan Repayment

⑇601444⑇ ⑇054001314⑇ 006073200⑇

---

BLAKE ESHERICK
STEFANIE ESHERICK
6001 NEVADA AVE. NW
WASHINGTON, DC 20015

1500
65-329/550
0109005784
DATE 6/3/05

PAY TO THE ORDER OF Douglas Development Corporation  $245,040.16
Two Hundred Forty Five Thousand Forty Dollars and 16/100 Dollars

EAGLEBANK
Bethesda, MD 20814
MEMO loan repayment
Stefanie Esherick

⑇055003298⑇ 1500 010000578⑇

DDC 48619

BR_146-0001