December 12, 2000

David Eisemann
AllFirst Bank
25 South Charles Street
Baltimore, MD 21201

Dear David:

Below is a brief discussion of each of the fourteen "negative cash flow" properties listed on my "Master" Douglas Development Spreadsheet.

1) *The Woodies Building* - as you know, this property has had some zoning issues, namely, we have been seeking a zoning modification to allow us to lease the upper floors as office space. Initially, we faced some opposition from a certain downtown housing activist, who wanted to see the space developed for residential uses. As we discussed on our tour, we believe we have found a solution to this situation, by doing residential developments at 910-916 F Street and Square 517 (5th & Mass.), properties that we recently purchased or have under contract. We have a zoning hearing in December and believe this situation will be resolved at that time. You should also note that HSBC just extended our loan for eighteen months (at libor + 125, no points).

2) *Peoples Warehouse* - this property will probably be the next building in the New York Avenue Corridor to lease, CB Richard Ellis, who is marketing the property for us, has had a lot of showings with interested tenants over the last sixty days. A government agency may take half the building, or perhaps the whole building, with an anticipated lease execution date as early as this September. We have just closed a loan with Fremont Investment & Loan for a $38 million interim facility which provides funds for the completion of the project as well as for future tenant improvements and leasing commissions. The loan also funds all debt service and carrying costs.

3) *901 7th Street* - the former Marlo Building just up the street from our office, this property is currently under renovation. The net rentable area is approximately 32,000 square feet, it will be leased as retail on the lower floors with office above. Due to its strategic location, half way between the new convention center and the MCI Arena, we are anticipating a rather brief lease up period after the completion of the renovations.

Loren Geisler

①

November 16, 2000
Page 2

4) *10289 Aerospace Road* - we executed last month with CSC for the entire building (72,762 square feet) at $17.50 per square foot (and they pay their own electric).

5) *700-702 7th Street* (the correct addresses are actually 700 7th Street and 707-709 G Street) - this is the section of our Chinatown block that is directly across the street from the MCI Arena. We will begin renovating these buildings in the next few months in a fashion similar to the way we have done the sections that are already completed. Since we have no vacancy in the office space on this block that has been renovated, we are confident that the upper floors of this property will lease quickly. Since we just signed a lease (see attached) with Fuddrucker's for $80 per square foot on the other end of the block (the farthest building from the MCI Arena), we are confident that we will get top dollar for this prime retail corner. KeyBank is incorporating this property into their loan to consolidate the financing for the entire block (see attached).

6) *4800 Addison Road* - this is a 350,000 square foot former Marriott food distribution center located on 35 acres of land. We only owe $1.3 million on the property and are marketing the land and the building to a variety of users.

7) *Jemal's Kent Narrows* - we bought this 100,000 square foot waterfront complex last year for $2.5 million from the FDIC. There is a lot of development and redevelopment underway in this area and Jemal's Kent Narrows could be leased in a variety of ways, including office uses or a sportsman's center.

8) *450 H Street* - two blocks east of our office, this 31,000 building is well suited to a single tenant user. Given the lack of vacancy in the East End, we anticipate making a deal or deals on this building in the next six months.

9) *Oxon Hill Road* - this building was built in the early nineties as a corporate headquarters by a company that subsequently got bought and moved. It is adjacent to the new HarborPlace development that is being built by the Peterson Companies. We feel it is inevitable that the value of the property will increase tremendously as the HarborPlace development progresses. We have recently leased the Peterson Companies space at the building (2,400 feet for $5,000 per month).

10) *1115 F Street* - we saw this building on our tour, it is the green building at the corner of 12th & F Streets. It is fully leased, to Polly Esther's and the DC National Guard, but still has negative cash flow of $187,000. Note that of the $187,000 shortfall, $133,000 is principal curtailments on the loan with MetLife. This property is a development site on this block along with 1107 F Street. As we discussed on our tour, when we complete this assemblage we can construct a 250,000 square foot office building on this block.

Loren Geisler
November 16, 2000
Page 3

11)     *8728 Colesville Road* - this property is located right across the street from the new Silver Spring Town Center that is being constructed. Asking rents for office space in this building have risen above $20 psf and, given the Town Center and the new Discovery Campus being constructed, they are likely to keep rising steeply over the next few years. We have noted an increased level of interest in this space and have several leases under negotiation.

12)     *1107-1109 F Street* - part of the assemblage on F Street. If we can find a retailer to do a short term (3 year or less) lease with no TI's we would lease this out on an interim basis. See 1115 F Street above.

13      *825-829 7th Street* - we walked by this project on our tour, it's just down from the former Marlo building. This is the one where we are currently replicating the original glass storefronts on the properties. The second and third floor will be leased as office space and the first floor as retail.

14)     *919 F Street* - a "spike" piece across from the property where we will be doing our residential development on F Street. We would execute a shorter term lease on the property, or at least one with a redevelopment clause. The more likely scenario is to sell it to Akridge, whose project on the block just got approved.

Please call me if you have any questions or would like any further information at this time.


Sincerely,



Jack Brownell

| MONTH | PROPERTY | LOCATION | PURCHASE/REFINANCE | AMOUNT |
|---|---|---|---|---|
| JANUARY | | | | |
| | 4TH & 5TH & MASS AVE, NW | WASHINGTON, DC | "Purch Settlement"/PURCHASE | 2,200,000 |
| | 702 7TH STREET, NW | WASHINGTON, DC | "Settlement"/PURCHASE | 824,000 |
| | 1330 U STREET, NW | WASHINGTON, DC | "Loan Settlement"/REFINANCE | 1,000,000 |
| | 6910 RICHMOND HIGHWAY | ALEXANDRIA, VA | "Financing"/REFINANCE | 1,500,000 |
| | 425 BRIGHTSEAT ROAD | LANDOVER, MD | "Century Bank Advance"/REFINANCE | 600,000 |
| FEBRUARY | | | | |
| | 704-718 7TH STREET, NW | WASHINGTON, DC | "Settlement"/REFINANCE | 8,625,000 |
| | 726-738 7TH STREET, NW | WASHINGTON, DC | "Settlement"/REFINANCE | 8,625,000 |
| | 720 CARLISLE STREET | HANOVER, PA | REFINANCE | 500,000 |
| MARCH | | | | |
| | 1216 18TH STREET, NW | WASHINGTON, DC | REFINANCE | 2,300,000 |
| | 1212-14 18TH STREET, NW | WASHINGTON, DC | REFINANCE | 3,300,000 |
| APRIL | | | | |
| | 2715 M STREET, NW | WASHINGTON, DC | "Loan Settlement"/REFINANCE | 500,000 |
| MAY | | | | |
| | 1536 U STREET, NW | WASHINGTON, DC | "Purch Settlmt"/PURCHASE | 1,750,000 |
| | 8507 OXON HILL ROAD | OXON HILL, MD | REFINANCE | 1,575,000 |
| | 100 WEST FRANKLIN STREET | RICHMOND, VA | REFINANCE | 1,575,000 |
| | 1023 31ST STREET, NW | WASHINGTON, DC | REFINANCE | 1,500,000 |
| | 6910 RICHMOND HIGHWAY | ALEXANDRIA, VA | "Nussbaum Draw"/Refinance | 1,500,000 |
| JUNE | | | | |
| | 7TH & L STREET, NW | WASHINGTON, DC | "Settlmt"/PURCHASE | 5,430,000 |
| | 4TH & 5TH & MASS AVE, NW | WASHINGTON, DC | "Loan"/REFINANCE | 1,700,000 |
| | 2715 M STREET, NW | WASHINGTON, DC | REFINANCE | 3,500,000 |
| | 1023 31ST STREET, NW | WASHINGTON, DC | "Loan"/REFINANCE | 250,000 |
| JULY | | | | |
| | 9402 MARLBORO PIKE | UPPER MARLBORO, MD | "Purchase Settlement"/PURCHASE | 1,140,000 |
| | 4800 ADDISON ROAD | CAPITOL HEIGHTS, MD | "Addditional Adance on Mtge F 50"/REFINANCE | 1,500,000 |
| AUGUST | | | | |
| | 919 F STREET, NW | WASHINGTON, DC | REFINANCE | 800,000 |
| | 4800 ADDISON ROAD | CAPITOL HEIGHTS, MD | "Loan Settlement"/REFINANCE | 1,000,000 |
| SEPTEMBER | | | | |
| | 112 S WASHINGTON STREET | ALEXANDRIA, VA | "Settlement"/PURCHASE | 1,200,000 |
| OCTOBER | | | | |
| | 902 N STREET, NW | WASHINGTON, DC | PURCHASE | 412,500 |
| | 450 H STREET, NW | WASHINGTON, DC | REFINANCE | 3,087,200 |
| NOVEMBER | | | | |
| | 1330 U STREET, NW | WASHINGTON, DC | "Loan Settlement"/REFINANCE | 1,110,000 |
| | 8715-19 COLESVILLE ROAD | SILVER SPRING, MD | REFINANCE | 500,000 |
| | 641 S STREET, NW | WASHINGTON, DC | "Loan Settlement"/REFINANCE | 2,500,000 |
| | 6910 RICHMOND HIGHWAY | ALEXANDRIA, VA | REFINANCE | 4,500,000 |
| DECEMBER | | | | |
| | 629 EAST MAIN STREET | RICHMOND, VA | "Settlement"/PURCHASE | 3,870,000 |
| | 3330-60 NEW YORK AVENUE, NE | WASHINGTON, DC | "Settlement"/PURCHASE | 3,550,000 |
| | 901 7TH STREET, NW | WASHINGTON, DC | REFINANCE | 6,485,275 |
| | 2715 M STREET, NW | WASHINGTON, DC | REFINANCE | 250,000 |
| | 4813-4907 ANNAPOLIS ROAD | BLADENSBURG, MD | REFINANCE | 719,311 |
| | 1107 F STREET, NW | WASHINGTON, DC | REFINANCE | 1,431,596 |
| | 1328-48 FLORIDA AVENUE, NW | WASHINGTON, DC | REFINANCE | 4,701,093 |
| | 450 H STREET, NW | WASHINGTON, DC | "Draw"/REFINANCE | 402,148 |
| | TOTAL FUNDED IN 2001 | | | 87,913,123 |



(4)

# DOUGLAS DEVELOPMENT CORP
## 2002 FINANCINGS

| PROPERTY | LENDER | TYPE | AMOUNT |
|---|---|---|---:|
| 77 P STREET | MORGAN STANLEY | PERMANENT | 67,000,000 |
| 111 MASSACHUSETTS AVE | MERRILL LYNCH | INTERIM | 62,000,000 |
| 1025 F STREET | HSBC BANK | CONSTRUCTION | 42,000,000 |
| ATLANTIC/PACIFIC DEV SITE | CARRAMERICA | MEZZANINE | 22,500,000 |
| ATLANTIC/PACIFIC DEV SITE | PNC BANK | INTERIM | 21,000,000 |
| 910-916 F STREET | KEYBANK | CONSTRUCTION | 19,856,500 |
| SQUARE 517 | ARMY AIR FORCE MAA | INTERIM | 12,900,000 |
| 5457 TWIN KNOLLS ROAD | CITIZENS BANK | PURCHASE | 5,750,000 |
| 700/702 7TH STREET | FARMERS & MECHANICS | CONSTRUCTION | 5,600,000 |
| 4235 28TH AVE (SCUDERI BLDG) | CHINATRUST BANK | CONSTRUCTION | 5,600,000 |
| 12101 INDIAN CREEK CT | GE CAPITAL | PERMANENT | 4,800,000 |
| 450 H STREET | CIBC | PERMANENT | 4,800,000 |
| 4321 HARTWICK ROAD | MORGAN STANLEY | PERMANENT | 4,600,000 |
| 1023 31ST STREET | CIBC | INTERIM | 4,300,000 |
| 1424 K STREET | EQUITABLE BANK | INTERIM | 4,200,000 |
| 8TH & MAIN STREET | SOUTHERN FINANCIAL | PURCHASE | 3,400,000 |
| 8715 COLESVILLE ROAD | CHINATRUST BANK | FIXED | 3,300,000 |
| 6200 BALTIMORE AVENUE | CHINATRUST BANK | FIXED | 3,100,000 |
| 920-928 RHODE ISLAND AVE | ADAMS NATIONAL BANK | PURCH/CONST | 2,800,000 |
| 9111 EDMONSTON ROAD | SANDY SPRING BANK | FIXED | 2,700,000 |
| 806 CHANNING PLACE | ARMY AIR FORCE MAA | INTERIM | 2,325,000 |
| 119-125 NORTH WASHINGTON ST | RIGGS BANK | FIXED | 2,250,000 |
| 649 NEW YORK AVENUE | OBA BANK | PURCHASE | 1,750,000 |
| 640 NEW YORK AVE | ROYAL BANK OF PA | INTERIM | 1,700,000 |
| RIVERDALE PARK | RESOURCE BANK | PURCH/CONST | 1,250,000 |
| 825-829 7TH STREET | OBA BANK | INTERIM | 1,250,000 |
| 425 BRIGHTSEAT ROAD | UNITED BANK | ADDIT'L FUNDING | 900,000 |
| 331/341 N MARKET STREET | FARMERS & MECHANICS | PURCH/CONST | 900,000 |
| JEMAL'S BAY 50 | ROYAL BANK OF PA | INTERIM | 800,000 |
| 1100 6TH STREET | VIRGINIA COMMERCE | PURCH/CONST | 800,000 |
| 709-711 EAST FRANKLIN ST | SOUTHERN FINANCIAL | PURCHASE | 520,000 |
| 1428-1430 NORTH CAPITOL ST | ADAMS NATIONAL BANK | PURCHASE | 247,000 |
| 713 H STREET | RESOURCE BANK | INTERIM | 125,000 |
| | TOTALS | | 317,023,500 |

GOVERNMENT EXHIBIT

No. 243



# ▣ DOUGLAS DEVELOPMENT CORPORATION

May 15, 2000

Stuart A. Turow, Esquire
Wilkes, Artis, Chartered
1666 K Street, NW
Suite 300
Washington, DC 20006



Re:   Woodies
      1025 F Street, NW
      Square 346, Lot 805

Dear Stuart:

As you are aware, I purchased the Woodies property at 1025 F Street, NW in March 1999 for $28.2 million.

At the time of my purchase, I was under the expectation that I could develop the property as follows:

a.   construct four stories of residential use on top of the existing Woodies building;

b.   utilize the basement, ground floor and floors two and three for retail/entertainment uses; and

c.   utilize the remaining portion of the building between the retail/entertainment and the newly constructed residential use, for office purposes.

Prior to my purchase, I had preliminary contacts with District officials who encouraged me to proceed with my plan. Subsequent to my purchase, citizen opposition arose and city support has now subsided.

It is now clear to me, given the position of the District and neighborhood opposition, that my expectations for development of the site, which were the basis for my $28.2 million purchase price, were mistaken for a variety of reasons. First, I found out that the proposed four stories of residential use to be constructed is not permitted under the 1910 Height Act. Only two floors would be permitted, but that is not economically feasible as it does not create enough critical mass. Second, office use is not now permitted under the Zoning Regulations. Third, I have beeen unable to find any museum, arts, entertainment, retail or residential uses that will occupy the building.

11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MD 20852 • (301) 984-8400 • FAX (301) 770-0950



Stuart A. Turow, Esquire
May 10, 2000
Page 2


Accordingly, based on these impediments to my development plan, that I was not aware of at the time of my purchase, I would not have paid $28.2 million for this property. I hope that this responds to your inquiry.


Sincerely,

Douglas Jemal

**DOUGLAS DEVELOPMENT CORPORA[TION]**
702 H STREET, NW, SUITE 400, WASHINGTON DC 20001   202.638.6300   202.63[...]

HOME | ABOUT US | OUR PROJECTS | AVAILABLE PROPERTIES | CURRENT TENANTS | NEWS ROOM | AWA[RDS]

# NEWS ROOM

**SERVICE REQUEST**

If you are a current tenant and have a **service request**, you may email us or call (202) 638-6300.

If this is an after hours emergency, please call (202) 638-6300 and follow the prompts.

Date : April 13, 2006
Press : Washington Business Journal.com
Website : http://www.bizjournals.com/washington/stories/2006/04/10/d[...]

### West Elm grabs $4.9M in incentives for new store in D.C.
*by Sean Madigan*
*Senior Staff Reporter*

D.C. put up $30 million of incentives for downtown retail attractions nearly three yea[rs ago,] the District has finally gotten someone to take a piece of it. City officials announced [they] have reached an agreement with furniture retailer West Elm to open a 37,000-squar[e store in] Douglas Jemal's Woodies building. The city will give the California company $4.9 mill[ion in tax] increment financing (TIF) to help the retailer cover build-out costs. A portion of the r[evenue] generated by the store will be used to pay back the debt.

The city started its retail TIF program in July 2003 to try and attract new retailers do[wntown.] Boosters say the city's central office district lacks vibrancy and merchants that cater [to people who live] downtown rather than customers who work in nearby buildings. To date, the progra[m has not been] effective in attracting new retailers. A handful of retailers flirted with the program, b[ut for various] reasons the deals fell through.

Some smaller retailers, officials concede, don't qualify for enough of a subsidy to jus[tify the] loan transaction fees. Officials also have struggled to get buy-in from banks. Jemal's [other] retail tenant, H&M, was awarded $2.9 million in retroactive incentives from the fund [almost] four years Jemal reached a deal with the Swedish retailer.

West Elm, meanwhile, is exactly the kind of tenant city officials want. The company [has] another store in the city and only recently entered the Washington market. Officials [say the] mid-priced furniture seller will draw shoppers downtown and keep a fraction of the h[undreds] of dollars in retail spending that flows from city residents to the suburbs.

Jemal is shopping the Woodies building, which he bought in 1999 from the Washingt[on Post for $28] million. Industry experts say the building could fetch as much as $250 million today, [since it has] been renovated and leased to major retailers and office tenants.

Home | About Us | Our Projects | Current Tenants | News Room | Awards | Contact [Us]

**DOUGLAS DEVELOPMENT CORPORATION**
702 H Street, NW, Suite 400, Washington DC 20001   T 202.638.6300   F 202.638.0303

Site Credit

(8)

http://www.douglasdevelopment.com/news/041306_bizjournal.html

# DOUGLAS DEVELOPMENT CORPORA[TION]
702 H STREET, NW, SUITE 400, WASHINGTON DC 20001   202.638.6300   202.63[...]

HOME | ABOUT US | OUR PROJECTS | AVAILABLE PROPERTIES | CURRENT TENANTS | NEWS ROOM | AWA[RDS]

# NEWS ROOM

**SERVICE REQUEST**

If you are a current tenant and have a **service request**, you may email us or call (202) 638-6300.

If this is an after hours emergency, please call (202) 638-6300 and follow the prompts.

Date : Year 2003
Press : Capital Columns VOL II, ISSUE II

### H&M is Coming to Town

Cothing chain H&M will open two stores in the District of Columbia in 2003. The stor[e ...] the former Woodward & Lothrop Building downtown and at the Shops at Georgetow[n ...] downtown location will be one of only two company flagship stores in the country.

The announcement was made during the Downtown DC Business Improvement Distr[ict] BID) fourth annual winter festival of lights celebration to promote the revitalization o[f ...] Mayor Williams was joined by the owner of the Woodward & Lothrop Building, develo[per ...] for the announcement.

"The opening of the H&M downtown gives us the chance to recreate F Street as it on[ce ...] Mayor Williams. "There is much to celebrate this holiday season, and we look forwar[d ...] energy in this neighborhood as other retailers follow H&M downtown."

"The city is negotiating a financing package that will allow H&M to use a percentage [of ...] taxes to reconfigure the Woodies space to fit its needs," said Eric Price, Deputy May[or ...] Economic Development. "H&M has promised to target District residents for the 100 j[obs ...] District stores will create." "The DC Department of Employment is currently working [with ...] unemployed residents for those jobs," he added.

The H&M retail stores sell high-fashion low-priced clothing and apparel for men, wom[en ...] as well as a maternity line. The other stores in the region will be located at Arundel [Mills ...] and at Tysons Corner Center, the Dulles Town Center, Manassas Mall and Potomac M[ills ...]

Home | About Us | Our Projects | Current Tenants | News Room | Awards | Contact [Us]

**DOUGLAS DEVELOPMENT CORPORATION**
702 H Street, NW, Suite 400, Washington DC 20001   T 202.638.6300   F 202.638.0303

Site Credit



http://www.douglasdevelopment.com/news/woodies03.html

FOCUS - 3 of 4 DOCUMENTS

Copyright 2006 American City Business Journals, Inc.
All Rights Reserved

**WASHINGTON BUSINESS JOURNAL**

Washington Business Journal (Washington DC)

April 12, 2006 Wednesday

**LENGTH:** 335 words

**HEADLINE:** West Elm grabs $4.9M in incentives for new store in D.C.

**BYLINE:** Sean Madigan

**BODY:**

D.C. put up $30 million of incentives for downtown retail attractions nearly three years ago and now the District has finally gotten someone to take a piece of it.

City officials announced Wednesday they have reached an agreement with furniture retailer West Elm to open a 37,000-square-foot store in Douglas Jemal's Woodies building. The city will give the California company $4.9 million in tax increment financing (TIF) to help the retailer cover build-out costs. A portion of the new sales taxes generated by the store will be used to pay back the debt.

The city started its retail TIF program in July 2003 to try and attract new retailers downtown. Retail boosters say the city's central office district lacks vibrancy and merchants that cater to folks who live downtown rather than customers who work in nearby buildings. To date, the program hasn't been very effective in attracting new retailers. A handful of retailers flirted with the program, but for various reasons the deals fell through.

Some smaller retailers, officials concede, don't qualify for enough of a subsidy to justify the cost of the loan transaction fees. Officials also have struggled to get buy-in from banks. Jemal's major Woodies retail tenant, H&M, was awarded $2.9 million in retroactive incentives from the fund in March -- almost four years Jemal reached a deal with the Swedish retailer.

West Elm, meanwhile, is exactly the kind of tenant city officials want. The company doesn't have another store in the city and only recently entered the Washington market. Officials are banking on the mid-priced furniture seller will draw shoppers downtown and keep a fraction of the hundreds of millions of dollars in retail spending that flows from city residents to the suburbs.

Jemal is shopping the Woodies building, which he bought in 1999 from the Washington Opera for $28 million. Industry experts say the building could fetch as much as $250 million today, now that it has been renovated and leased to major retailers and office tenants.

**LOAD-DATE:** August 14, 2006