UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>DOUGLAS JEMAL, *et al.*, )<br>)<br>Defendants. )<br>) | Crim. No.  05-0359-1 (RMU) |

**DEFENDANT DOUGLAS JEMAL'S MOTION FOR A
DOWNWARD DEPARTURE FROM THE SENTENCING GUIDELINES RANGE**

Defendant Douglas Jemal, through counsel, hereby moves this Court, pursuant to U.S.S.G. § 5K2.0 and applicable authority, for a downward departure from the advisory Sentencing Guidelines range determined by the Court on the following grounds: (1) this no-loss fraud involving a single private business transaction is far outside the "heartland" wire fraud offense, (2) incarcerating Mr. Jemal would have a calamitous effect on Douglas Development, resulting in substantial collateral harm to innocent third-party employees and independent contractors, and (3) Mr. Jemal has engaged in extraordinary post-offense rehabilitation by committing to implement a comprehensive compliance program and set of internal controls designed to ensure that Douglas Development personnel understand all applicable laws, regulations and ethics provisions, and properly document and support all invoices prepared by the Company.  For the reasons set forth in the Sentencing Memorandum of Douglas Jemal, submitted herewith, the Court should grant Mr. Jemal a downward departure.

      Mr. Jemal respectfully requests oral argument on this motion.  A proposed Order is attached.

      Respectfully submitted,

      /s/ Reid H. Weingarten

Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
 (202) 429-3000

Michele A. Roberts
Jeffrey M. King
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334

Counsel for Douglas Jemal

Dated:  February 21, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, a copy of the foregoing Defendant Douglas Jemal's Motion For A Downward Departure From The Sentencing Guidelines Range was served on the government by the ECF filing system, and to Probation Officer Renee Moses-Gregory by email at:  Renee_Moses-Gregory@dcp.uscourts.gov.

_____
Brian M. Heberlig