UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| v. ) | Crim. No. 05-0359-1 (RMU) |
| ) | |
| **DOUGLAS JEMAL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF FILING REGARDING BULKY EXHIBIT ATTACHMENTS
TO DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF
DEFENDANT DOUGLAS JEMAL'S SENTENCING MEMORANDUM
AND MEMORANDUM OF LAW REGARDING LOSS ENHANCEMENT**

Defendant Douglas Jemal, through counsel, hereby notifies the Court that Defendant filed one compact diskette containing Defendant's Exhibits to the Declaration Of Brian M. Heberlig In Support Of Defendant Douglas Jemal's Sentencing Memorandum And Memorandum Of Law Regarding Loss Enhancement with the Clerk of the Court on February 21, 2007.  These exhibits are in both electronic and paper format and are being maintained in the case file in the Clerk's Office.  An additional copy of the exhibits in both electronic and paper format have been provided to The Honorable Ricardo M. Urbina via hand delivery.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334

Counsel for Douglas Jemal

Dated: February 21, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, a copy of the foregoing Notice Of Filing Regarding Bulky Exhibit Attachments To Declaration Of Brian M. Heberlig In Support Of Defendant Douglas Jemal's Sentencing Memorandum And Memorandum Of Law Regarding Loss Enhancement was served on the government by the ECF filing system, and to Probation Officer Renee Moses-Gregory by email at:  Renee_Moses-Gregory@dcp.uscourts.gov.

_____
Brian M. Heberlig