## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) |
| DOUGLAS JEMAL, ET AL., | ) |
| | ) |
| Defendants. | ) |

Crim. No. 05-359-1 (RMU)

### DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF
### DEFENDANT DOUGLAS JEMAL'S SENTENCING MEMORANDUM
### AND MEMORANDUM OF LAW REGARDING LOSS ENHANCEMENT

Pursuant to 28 U.S.C. § 1746, I, Brian M. Heberlig, hereby declare:

1.    I am an attorney representing the Defendant, Douglas Jemal, in this case.

2.    I am submitting this declaration in support of Defendant Douglas Jemal's

(1) Sentencing Memorandum, and (2) Memorandum of Law Regarding Loss Enhancement.

3.    Attached as Exhibit 1 is a copy of a letter from Joyce Jemal to the

Honorable Ricardo M. Urbina, undated.

4.    Attached as Exhibit 2 is a copy of a letter from Sally Shalom to the

Honorable Ricardo M. Urbina, dated January 28, 2007.

5.    Attached as Exhibit 3 is a copy of a letter from Monette Jemal Mishan to

the Honorable Ricardo M. Urbina, dated January 29, 2007.

6.    Attached as Exhibit 4 is a copy of a letter from Norman Jemal to the Honorable Ricardo M. Urbina, dated January 30, 2007.

7.    Attached as Exhibit 5 is a copy of a letter from Jennifer Jemal Sitt to the Honorable Ricardo M. Urbina, dated January 2007.

8.    Attached as Exhibit 6 is a copy of a letter from Kim Jemal Cayre to the Honorable Ricardo M. Urbina, undated.

9.    Attached as Exhibit 7 is a copy of a letter from Matthew Jemal to the Honorable Ricardo M. Urbina, dated January 31, 2007.

10.    Attached as Exhibit 8 is a copy of a letter from Lawrence Jemal to the Honorable Ricardo M. Urbina, dated January 16, 2007.

11.    Attached as Exhibit 9 is a copy of a letter from Francine Benun to the Honorable Ricardo M. Urbina, dated January 29, 2007.

12.    Attached as Exhibit 10 is a copy of a letter from Jacqueline Anzarouth to the Honorable Ricardo M. Urbina, undated.

13.    Attached as Exhibit 11 is a copy of a letter from Jack Benun to the Honorable Ricardo M. Urbina, dated January 29, 2007.

14.    Attached as Exhibit 12 is a copy of a letter from Edward Anzarouth to the Honorable Ricardo M. Urbina, undated.

15.    Attached as Exhibit 13 is a copy of a letter from Pamela Jemal to the Honorable Ricardo M. Urbina, dated January 19, 2007.

16.     Attached as Exhibit 14 is a copy of a letter from Paulette Jemal to the Honorable Ricardo M. Urbina, dated January 29, 2007.

17.     Attached as Exhibit 15 is a copy of a letter from James Shalom to the Honorable Ricardo M. Urbina, dated January 31, 2007.

18.     Attached as Exhibit 16 is a copy of a letter from Hank Shalom to the Honorable Ricardo M. Urbina, dated January 31, 2007.

19.     Attached as Exhibit 17 is a copy of a letter from Jack Sitt to the Honorable Ricardo M. Urbina, dated January 29, 2007.

20.     Attached as Exhibit 18 is a copy of a letter from Douglas Sitt to the Honorable Ricardo M. Urbina, undated.

21.     Attached as Exhibit 19 is a copy of a letter from Douglas Mishan to the Honorable Ricardo M. Urbina, dated October 17, 2006.

22.     Attached as Exhibit 20 is a copy of a letter from Louise Sitt to the Honorable Ricardo M. Urbina, undated.

23.     Attached as Exhibit 21 is a copy of a letter from Vivienne Shalom to the Honorable Ricardo M. Urbina, dated January 29, 2007.

24.     Attached as Exhibit 22 is a copy of a letter from Douglas Shalom to the Honorable Ricardo M. Urbina, dated January 30, 2007.

25.     Attached as Exhibit 23 is a copy of a letter from Mark J. Benun to the Honorable Ricardo M. Urbina, dated February 1, 2007.

26.    Attached as Exhibit 24 is a copy of a letter from Gregory M. Jemal to the Honorable Ricardo M. Urbina, dated January 25, 2007.

27.    Attached as Exhibit 25 is a copy of a letter from Sarah Gindi to the Honorable Ricardo M. Urbina, dated February 2, 2007.

28.    Attached as Exhibit 26 is a copy of a letter from Isaac J. Sitt to the Honorable Ricardo M. Urbina, undated.

29.    Attached as Exhibit 27 is a copy of a letter from Elliot Shalom to the Honorable Ricardo M. Urbina, dated January 31, 2007.

30.    Attached as Exhibit 28 is a copy of a letter from Joseph J. Sitt to the Honorable Ricardo M. Urbina, dated January 17, 2007.

31.    Attached as Exhibit 29 is a copy of a letter from Henry Shalom to the Honorable Ricardo M. Urbina, dated January 17, 2007.

32.    Attached as Exhibit 30 is a copy of a letter from Billy and Alice Shalom to the Honorable Ricardo M. Urbina, dated January 27, 2007.

33.    Attached as Exhibit 31 is a copy of a letter from Isaac G. Shalom to the Honorable Ricardo M. Urbina, dated February 1, 2007.

34.    Attached as Exhibit 32 is a copy of a letter from Joe Cayre to the Honorable Ricardo M. Urbina, dated January 30, 2007.

35.    Attached as Exhibit 33 is a copy of a letter from Robert F. Leibner to the Honorable Ricardo M. Urbina, dated February 1, 2007.

36.    Attached as Exhibit 34 is a copy of a letter from Lane Potkin to the Honorable Ricardo M. Urbina, dated February 1, 2007.

37.    Attached as Exhibit 35 is a copy of a letter from Rabbi Eli Ben-Haim to the Honorable Ricardo M. Urbina, dated January 24, 2007.

38.    Attached as Exhibit 36 is a copy of a letter from Father Pierce Klemmt to the Honorable Ricardo M. Urbina, dated January 25, 2007.

39.    Attached as Exhibit 37 is a copy of a letter from Thomas Ponton and Bill McGregor to the Honorable Ricardo M. Urbina, dated January 23, 2007.

40.    Attached as Exhibit 38 is a copy of a letter from Rev. James M. Dickerson to the Honorable Ricardo M. Urbina, dated January 29, 2007.

41.    Attached as Exhibit 39 is a copy of a letter from Kimberly Capelli to the Honorable Ricardo M. Urbina, dated January 12, 2007.

42.    Attached as Exhibit 40 is a copy of a letter from Jolie Figueroa to the Honorable Ricardo M. Urbina, dated February 1, 2007.

43.    Attached as Exhibit 41 is a copy of a letter from Felicia Apollon to the Honorable Ricardo M. Urbina, dated January 11, 2007.

44.    Attached as Exhibit 42 is a copy of a letter from Samuel Lewis to the Honorable Ricardo M. Urbina, dated January 30, 2007.

45.    Attached as Exhibit 43 is a copy of a letter from Darlene Brown to the Honorable Ricardo M. Urbina, dated January 25, 2007.

46.    Attached as Exhibit 44 is a copy of a letter from Jeremiah M. Allen to the Honorable Ricardo M. Urbina, dated February 1, 2007.

47.    Attached as Exhibit 45 is a copy of a letter from Zeynep F. Ulusu to the Honorable Ricardo M. Urbina, dated January 25, 2007.

48.    Attached as Exhibit 46 is a copy of a letter from Jerome Robinson to the Honorable Ricardo M. Urbina, dated January 23, 2007.

49.    Attached as Exhibit 47 is a copy of a letter from Jan Peterson to the Honorable Ricardo M. Urbina, dated January 25, 2007.

50.    Attached as Exhibit 48 is a copy of a letter from Liyan Jiang to the Honorable Ricardo M. Urbina, dated January 25, 2007.

51.    Attached as Exhibit 49 is a copy of a letter from Howard Dymond to the Honorable Ricardo M. Urbina, dated January 23, 2007.

52.    Attached as Exhibit 50 is a copy of a letter from Murray Stempel, III to the Honorable Ricardo M. Urbina, dated January 24, 2007.

53.    Attached as Exhibit 51 is a copy of a letter from Robert R. Tabas to the Honorable Ricardo M. Urbina, dated January 22, 2007.

54.    Attached as Exhibit 52 is a copy of a letter from Mark T. Palmer to the Honorable Ricardo M. Urbina, dated January 29, 2007.

55.    Attached as Exhibit 53 is a copy of a letter from Douglas L. Cooper to the Honorable Ricardo M. Urbina, dated January 29, 2007.

56.     Attached as Exhibit 54 is a copy of a letter from Douglas L. Davidson to the Honorable Ricardo M. Urbina, dated January 30, 2007.

57.     Attached as Exhibit 55 is a copy of a letter from H.L. Ward to the Honorable Ricardo M. Urbina, dated January 25, 2007.

58.     Attached as Exhibit 56 is a copy of a letter from Timothy L. Leon and Douglas B. Cochrane to the Honorable Ricardo M. Urbina, dated January 29, 2007.

59.     Attached as Exhibit 57 is a copy of a letter from Patricia A. Mitchell to the Honorable Ricardo M. Urbina, dated January 31, 2007.

60.     Attached as Exhibit 58 is a copy of a letter from William R. Lynch, III to the Honorable Ricardo M. Urbina, dated January 31, 2007.

61.     Attached as Exhibit 59 is a copy of a letter from Bruce J. Wilmarth to the Honorable Ricardo M. Urbina, dated February 1, 2007.

62.     Attached as Exhibit 60 is a copy of a letter from Kurtis J. Marx to the Honorable Ricardo M. Urbina, dated February 5, 2007.

63.     Attached as Exhibit 61 is a copy of a letter from Kate Walsh Carr to the Honorable Ricardo M. Urbina, dated January 25, 2007.

64.     Attached as Exhibit 62 is a copy of a letter from John Scheurer to the Honorable Ricardo M. Urbina, dated February 1, 2007.

65.     Attached as Exhibit 63 is a copy of a letter from Jameson Cahill to the Honorable Ricardo M. Urbina, dated January 30, 2007.

66.     Attached as Exhibit 64 is a copy of a letter from Patrick J. Clancy to the Honorable Ricardo M. Urbina, dated January 31, 2007.

67.     Attached as Exhibit 65 is a copy of a letter from Eric S. Kassoff to the Honorable Ricardo M. Urbina, dated January 30, 2007.

68.     Attached as Exhibit 66 is a copy of a letter from Joel Schaefer to the Honorable Ricardo M. Urbina, dated January 29, 2007.

69.     Attached as Exhibit 67 is a copy of a letter from Aimee Occhetti to the Honorable Ricardo M. Urbina, dated February 1, 2007.

70.     Attached as Exhibit 68 is a copy of a letter from Jack Evans to the Honorable Ricardo M. Urbina, dated February 1, 2007.

71.     Attached as Exhibit 69 is a copy of a letter from Al Hajj Mahdi Leroy J. Thorpe, Jr. to the Honorable Ricardo M. Urbina, dated January 27, 2007.

72.     Attached as Exhibit 70 is a copy of a letter from Charles K. Barber to the Honorable Ricardo M. Urbina, dated January 19, 2007.

73.     Attached as Exhibit 71 is a copy of a letter from Carey C. Majeski to the Honorable Ricardo M. Urbina, dated January 19, 2007.

74.     Attached as Exhibit 72 is a copy of a letter from Pamela Kahn to the Honorable Ricardo M. Urbina, dated January 12, 2007.

75.     Attached as Exhibit 73 is a copy of a letter from Richard H. Bradley to the Honorable Ricardo M. Urbina, dated January 18, 2007.

76.    Attached as Exhibit 74 is a copy of a letter from Ellen M. McCarthy to the Honorable Ricardo M. Urbina, dated January 29, 2007.

77.    Attached as Exhibit 75 is a copy of a letter from Charles C. Wilkes to the Honorable Ricardo M. Urbina, dated January 30, 2007.

78.    Attached as Exhibit 76 is a copy of a letter from Steve Moore to the Honorable Ricardo M. Urbina, dated January 31, 2007.

79.    Attached as Exhibit 77 is a copy of a letter from Frank Spingler to the Honorable Ricardo M. Urbina, dated February 1, 2007.

80.    Attached as Exhibit 78 is a copy of a letter from Cherita Whiting, undated.

81.    Attached as Exhibit 79 is a copy of a letter from Alexander M. Padro to the Honorable Ricardo M. Urbina, dated February 8, 2007.

82.    Attached as Exhibit 80 is a copy of a letter from Nathan Fishkin to the Honorable Ricardo M. Urbina, dated January 29, 2007.

83.    Attached as Exhibit 81 is a copy of a letter from Nicholas T. Goldsborough to the Honorable Ricardo M. Urbina, dated February 6, 2007.

84.    Attached as Exhibit 82 is a copy of a letter from Michael S. Devine to the Honorable Ricardo M. Urbina, undated.

85.    Attached as Exhibit 83 is a copy of a letter from Debra D. Yogodzinski to the Honorable Ricardo M. Urbina, dated January 30, 2007.

86.     Attached as Exhibit 84 is a copy of a letter from Edward Pinkard to the Honorable Ricardo M. Urbina, dated February 1, 2007.

87.     Attached as Exhibit 85 is a copy of a letter from Michael Witkes to the Honorable Ricardo M. Urbina, dated February 1, 2007.

88.     Attached as Exhibit 86 is a copy of a letter from Frances Phillips to the Honorable Ricardo M. Urbina, dated January 28, 2007.

89.     Attached as Exhibit 87 is a copy of a letter from John A. Cutler to the Honorable Ricardo M. Urbina, dated January 25, 2007.

90.     Attached as Exhibit 88 is a copy of a letter from Wayne A. Beall to the Honorable Ricardo M. Urbina, dated January 26, 2007.

91.     Attached as Exhibit 89 is a copy of a letter from Michael D. Wallach to the Honorable Ricardo M. Urbina, dated January 23, 2007.

92.     Attached as Exhibit 90 is a copy of a letter from Albert R. Hopkins, Jr. to the Honorable Ricardo M. Urbina, dated January 22, 2007.

93.     Attached as Exhibit 91 is a copy of a letter from Harry I. Franco to the Honorable Ricardo M. Urbina, dated January 30, 2007.

94.     Attached as Exhibit 92 is a copy of a letter from Gregg Todd, Terri Paddy and Sandra Dove to the Honorable Ricardo M. Urbina, dated January 25, 2007.

95.     Attached as Exhibit 93 is a copy of a letter from Patrick Musselman dated January 26, 2007.

96.    Attached as Exhibit 94 is a copy of a letter from John Henry King to the Honorable Ricardo M. Urbina, dated January 31, 2007.

97.    Attached as Exhibit 95 is a copy of a letter from M. Anthony Gould to the Honorable Ricardo M. Urbina, dated January 11, 2007.

98.    Attached as Exhibit 96 is a copy of a letter from Robert H. Plante, Jr. to the Honorable Ricardo M. Urbina, dated January 12, 2007.

99.    Attached as Exhibit 97 is a copy of a letter from George Winkler to the Honorable Ricardo M. Urbina, dated January 30, 2007.

100.    Attached as Exhibit 98 is a copy of a letter from Jared Kushner to the Honorable Ricardo M. Urbina, dated January 29, 2007.

101.    Attached as Exhibit 99 is a copy of a letter from Michael Weaver to the Honorable Ricardo M. Urbina, dated January 29, 2007.

102.    Attached as Exhibit 100 is a copy of a letter from Fabio Beggiato to the Honorable Ricardo M. Urbina, dated January 19, 2007.

103.    Attached as Exhibit 101 is a copy of a letter from Gary Block to the Honorable Ricardo M. Urbina, dated January 29, 2007.

104.    Attached as Exhibit 102 is a copy of a letter from Joseph L. Jerome to the Honorable Ricardo M. Urbina, dated January 31, 2007.

105.    Attached as Exhibit 103 is a copy of a letter from Mitchell E. Levy to the Honorable Ricardo M. Urbina, dated January 31, 2007.

106.    Attached as Exhibit 104 is a copy of a letter from Robert B. Young, Jr. to the Honorable Ricardo M. Urbina, dated February 1, 2007.

107.    Attached as Exhibit 105 is a copy of a letter from Richard S. Cohen to the Honorable Ricardo M. Urbina, dated February 1, 2007.

108.    Attached as Exhibit 106 is a copy of a letter from Timothy B. Roberts to the Honorable Ricardo M. Urbina, dated January 31, 2007.

109.    Attached as Exhibit 107 is a copy of a letter from Magic Kayhan to the Honorable Ricardo M. Urbina, dated January 31, 2007.

110.    Attached as Exhibit 108 is a copy of a letter from Marshall Katz to the Honorable Ricardo M. Urbina, dated January 31, 2007.

111.    Attached as Exhibit 109 is a copy of a letter from Marvin Fabrikant to the Honorable Ricardo M. Urbina, dated February 1, 2007.

112.    Attached as Exhibit 110 is a copy of a letter from Jerome D. Postal to the Honorable Ricardo M. Urbina, dated January 11, 2007.

113.    Attached as Exhibit 111 is a copy of a letter from Donald M. Schaaf to the Honorable Ricardo M. Urbina, dated January 12, 2007.

114.    Attached as Exhibit 112 is a copy of a letter from Roger M. Lebbin to the Honorable Ricardo M. Urbina, dated January 15, 2007.

115.    Attached as Exhibit 113 is a copy of a letter from Richard K. Devaney to the Honorable Ricardo M. Urbina, dated January 25, 2007.

116.    Attached as Exhibit 114 is a copy of a letter from Frank Ferrogine to the Honorable Ricardo M. Urbina, dated January 24, 2007.

117.    Attached as Exhibit 115 is a copy of a letter from Mark D. Ein to the Honorable Ricardo M. Urbina, dated January 25, 2007.

118.    Attached as Exhibit 116 is a copy of a letter from Yama Jewayni to the Honorable Ricardo M. Urbina, undated.

119.    Attached as Exhibit 117 is a copy of a letter from Sam Lloyd to the Honorable Ricardo M. Urbina, undated.

120.    Attached as Exhibit 118 is a copy of a letter from Maurice Breton to the Honorable Ricardo M. Urbina, dated January 25, 2007.

121.    Attached as Exhibit 119 is a copy of a letter from Sue Conley to the Honorable Ricardo M. Urbina, dated February 1, 2007.

122.    Attached as Exhibit 120 is a copy of a letter from Peter Fenn to the Honorable Ricardo M. Urbina, undated.

123.    Attached as Exhibit 121 is a copy of a letter from Greta Perry to the Honorable Ricardo M. Urbina, dated January 15, 2007.

124.    Attached as Exhibit 122 is a copy of a letter from James C. Myers to the Honorable Ricardo M. Urbina, dated January 15, 2007.

125.    Attached as Exhibit 123 is a copy of a letter from Dennis J. Cotter to the Honorable Ricardo M. Urbina, dated January 16, 2007.

126.    Attached as Exhibit 124 is a copy of a letter from Michael D. Maizel to the Honorable Ricardo M. Urbina, dated January 16, 2007.

127.    Attached as Exhibit 125 is a copy of a letter from Ronda S. McCrea to the Honorable Ricardo M. Urbina, dated January 19, 2007.

128.    Attached as Exhibit 126 is a copy of a letter from W. Mack Wells to the Honorable Ricardo M. Urbina, dated January 22, 2007.

129.    Attached as Exhibit 127 is a copy of a letter from Joel E. Cotton to the Honorable Ricardo M. Urbina, undated.

130.    Attached as Exhibit 128 is a copy of a letter from Dennis O. Kane to the Honorable Ricardo M. Urbina, dated January 21, 2007.

131.    Attached as Exhibit 129 is a copy of a letter from Shalom Baranes to the Honorable Ricardo M. Urbina, dated January 29, 2007.

132.    Attached as Exhibit 130 is a copy of a letter from Silvia D. Silverman to the Honorable Ricardo M. Urbina, dated January 29, 2007.

133.    Attached as Exhibit 131 is a copy of a letter from Emily Hotaling Eig and Laura Harris Hughes to the Honorable Ricardo M. Urbina, dated January 22, 2007.

134.    Attached as Exhibit 132 is a copy of a letter from Ike L. Singh to the Honorable Ricardo M. Urbina, dated January 29, 2007.

135.    Attached as Exhibit 133 is a copy of a letter from Christopher J. Donatelli to the Honorable Ricardo M. Urbina, dated January 29, 2007.

136.    Attached as Exhibit 134 is a copy of a letter from Edward Aaronson to the Honorable Ricardo M. Urbina, dated January 23, 2007.

137.    Attached as Exhibit 135 is a copy of a letter from Brian R. Smith to the Honorable Ricardo M. Urbina, dated January 30, 2007.

138.    Attached as Exhibit 136 is a copy of a letter from Michael Scelzi to the Honorable Ricardo M. Urbina, dated January 29, 2007.

139.    Attached as Exhibit 137 is a copy of a letter from Andrew T. Schwartz to the Honorable Ricardo M. Urbina, dated January 29, 2007.

140.    Attached as Exhibit 138 is a copy of a letter from Ernest Stanley, Jr. to the Honorable Ricardo M. Urbina, dated January 30, 2007.

141.    Attached as Exhibit 139 is a copy of a letter from John M. Kane to the Honorable Ricardo M. Urbina, dated January 22, 2007.

142.    Attached as Exhibit 140 is a copy of a letter from Robert F. Dorsey to the Honorable Ricardo M. Urbina, dated January 30, 2007.

143.    Attached as Exhibit 141 is a copy of a letter from Thomas Gnecco to the Honorable Ricardo M. Urbina, dated January 31, 2007.

144.    Attached as Exhibit 142 is a copy of a letter from George Myers to the Honorable Ricardo M. Urbina, dated January 31, 2007.

145.    Attached as Exhibit 143 is a copy of a letter from James G. Davis to the Honorable Ricardo M. Urbina, dated February 1, 2007.

146.    Attached as Exhibit 144 is a copy of a letter from Paul S. Devrouax to the Honorable Ricardo M. Urbina, dated January 31, 2007.

147.    Attached as Exhibit 145 is a copy of a letter from H. Alan Brangman to the Honorable Ricardo M. Urbina, dated February 1, 2007.

148.    Attached as Exhibit 146 is a copy of a letter from John A. Fowler to the Honorable Ricardo M. Urbina, undated.

149.    Attached as Exhibit 147 is a copy of a letter from Lyles Carr to the Honorable Ricardo M. Urbina, dated January 30, 2007.

150.    Attached as Exhibit 148 is a copy of a letter from Thomas W. Wilbur to the Honorable Ricardo M. Urbina, dated January 15, 2007.

151.    Attached as Exhibit 149 is a copy of a letter from Matthew J. Klein to the Honorable Ricardo M. Urbina, dated January 12, 2007.

152.    Attached as Exhibit 150 is a copy of a letter from Woolf Siman to the Honorable Ricardo M. Urbina, dated January 13, 2007.

153.    Attached as Exhibit 151 is a copy of a letter from Sherry A. Cushman to the Honorable Ricardo M. Urbina, dated January 11, 2007.

154.    Attached as Exhibit 152 is a copy of a letter from Beverly Mayo Dietz to the Honorable Ricardo M. Urbina, dated January 16, 2007.

155.    Attached as Exhibit 153 is a copy of a letter from Jackson Prentice to the Honorable Ricardo M. Urbina, dated January 16, 2007.

156.    Attached as Exhibit 154 is a copy of a letter from Dennis Duffy to the Honorable Ricardo M. Urbina, dated January 16, 2007.

157.    Attached as Exhibit 155 is a copy of a letter from Ellen Herman to the Honorable Ricardo M. Urbina, dated January 17, 2007.

158.    Attached as Exhibit 156 is a copy of a letter from Raymond A. Ritchey to the Honorable Ricardo M. Urbina, dated January 16, 2007.

159.    Attached as Exhibit 157 is a copy of a letter from John Smariga to the Honorable Ricardo M. Urbina, dated January 17, 2007.

160.    Attached as Exhibit 158 is a copy of a letter from Steve C. Gerdon to the Honorable Ricardo M. Urbina, dated January 18, 2007.

161.    Attached as Exhibit 159 is a copy of an email from James Connelly dated January 23, 2007.

162.    Attached as Exhibit 160 is a copy of a letter from Leonard A. Greenberg to the Honorable Ricardo M. Urbina, dated January 22, 2007.

163.    Attached as Exhibit 161 is a copy of a letter from Margo D. Smith to the Honorable Ricardo M. Urbina, dated January 23, 2007.

164.    Attached as Exhibit 162 is a copy of a letter from S. Alexander Green and Roy L. Ayers to the Honorable Ricardo M. Urbina, dated January 22, 2007.

165.    Attached as Exhibit 163 is a copy of a letter from Don Deutsch, Jr. to the Honorable Ricardo M. Urbina, dated January 25, 2007.

166.    Attached as Exhibit 164 is a copy of a letter from Kenneth H. Michael to the Honorable Ricardo M. Urbina, dated January 25, 2007.

167.    Attached as Exhibit 165 is a copy of a letter from Susan Arrowsmith to the Honorable Ricardo M. Urbina, dated January 27, 2007.

168.    Attached as Exhibit 166 is a copy of a letter from William M. Collins to the Honorable Ricardo M. Urbina, dated January 27, 2007.

169.    Attached as Exhibit 167 is a copy of a letter from Brian R. Raher to the Honorable Ricardo M. Urbina, undated.

170.    Attached as Exhibit 168 is a copy of a letter from Greg Fazakerley to the Honorable Ricardo M. Urbina, dated January 27, 2007.

171.    Attached as Exhibit 169 is a copy of a letter from Susan Boren to the Honorable Ricardo M. Urbina, dated January 29, 2007.

172.    Attached as Exhibit 170 is a copy of a letter from Robert N. Weinstock to the Honorable Ricardo M. Urbina, dated January 12, 2007.

173.    Attached as Exhibit 171 is a copy of a letter from Armond Spikell and Richard S. Lake to the Honorable Ricardo M. Urbina, dated January 29, 2007.

174.    Attached as Exhibit 172 is a copy of a letter from Donald A McDonnell to the Honorable Ricardo M. Urbina, dated January 30, 2007.

175.    Attached as Exhibit 173 is a copy of a letter from William B. Alsup, III to the Honorable Ricardo M. Urbina, dated January 30, 2007.

176.    Attached as Exhibit 174 is a copy of a letter from Merrick T. Malone to the Honorable Ricardo M. Urbina, dated January 31, 2007.

177.    Attached as Exhibit 175 is a copy of a letter from Edward P. Roberts, James L. Thomas, Jr., and Timothy D. Allison to the Honorable Ricardo M. Urbina, dated January 31, 2007.

178.    Attached as Exhibit 176 is a copy of a letter from Freddie Lewis Archer to the Honorable Ricardo M. Urbina, dated January 31, 2007.

179.    Attached as Exhibit 177 is a copy of a letter from Wendy Feldman Block to the Honorable Ricardo M. Urbina, dated January 31, 2007.

180.    Attached as Exhibit 178 is a copy of a letter from James P. Cassidy to the Honorable Ricardo M. Urbina, dated February 1, 2007.

181.    Attached as Exhibit 179 is a copy of a letter from Jim Abdo, Eric Price and Toby Millman to the Honorable Ricardo M. Urbina, dated February 6, 2007.

182.    Attached as Exhibit 180 is a copy of a letter from Margaret E. Hirl to the Honorable Ricardo M. Urbina, dated January 23, 2007.

183.    Attached as Exhibit 181 is a copy of a letter from Lamont H. Hoffman to the Honorable Ricardo M. Urbina, dated January 31, 2007.

184.    Attached as Exhibit 182 is a copy of a letter from Bruce Baschuk to the Honorable Ricardo M. Urbina, dated February 1, 2007.

185.    Attached as Exhibit 183 is a copy of a letter from Stephen C. Combs to the Honorable Ricardo M. Urbina, dated February 1, 2007.

186.    Attached as Exhibit 184 is a copy of a letter from W. Christopher Smith, Jr. to the Honorable Ricardo M. Urbina, dated January 18, 2007.

187.    Attached as Exhibit 185 is a copy of a letter from Stuart A. Turow to the Honorable Ricardo M. Urbina, dated January 12, 2007.

188.    Attached as Exhibit 186 is a copy of a letter from Norman M. Glasgow, Jr. to the Honorable Ricardo M. Urbina, dated January 12, 2007.

189.    Attached as Exhibit 187 is a copy of a letter from William V. Meyers to the Honorable Ricardo M. Urbina, dated January 12, 2007.

190.    Attached as Exhibit 188 is a copy of a letter from Jeffrey B. Fisher to the Honorable Ricardo M. Urbina, dated January 15, 2007.

191.    Attached as Exhibit 189 is a copy of a letter from Edward V. Gregorowicz to the Honorable Ricardo M. Urbina, dated January 17, 2007.

192.    Attached as Exhibit 190 is a copy of a letter from Jeffrey H. Gelman to the Honorable Ricardo M. Urbina, dated January 18, 2007.

193.    Attached as Exhibit 191 is a copy of a letter from Richard F. Levin to the Honorable Ricardo M. Urbina, dated January 12, 2007.

194.    Attached as Exhibit 192 is a copy of a letter from C. Richard Beyda to the Honorable Ricardo M. Urbina, dated January 25, 2007.

195.    Attached as Exhibit 193 is a copy of a letter from Dimitri P. Mallios to the Honorable Ricardo M. Urbina, dated January 25, 2007.

196.    Attached as Exhibit 194 is a copy of a letter from Frederick L. Klein to the Honorable Ricardo M. Urbina, dated January 29, 2007.

197.    Attached as Exhibit 195 is a copy of a letter from Richard K. Reed to the Honorable Ricardo M. Urbina, dated January 30, 2007.

198.    Attached as Exhibit 196 is a copy of a letter from Priscilla Labovitz to the Honorable Ricardo M. Urbina, dated January 29, 2007.

199.    Attached as Exhibit 197 is a copy of a letter from Debra D. Yogodzinski to the Honorable Ricardo M. Urbina, dated January 30, 2007.

200.    Attached as Exhibit 198 is a copy of a letter from Norman D. Rivera to the Honorable Ricardo M. Urbina, dated January 29, 2007.

201.    Attached as Exhibit 199 is a copy of a letter from Dennis M. Horn to the Honorable Ricardo M. Urbina, dated January 30, 2007.

202.    Attached as Exhibit 200 is a copy of a letter from Gerald E. Wedren to the Honorable Ricardo M. Urbina, dated February 2, 2007.

203.    Attached as Exhibit 201 is a copy of a letter from Douglas J. Patton to the Honorable Ricardo M. Urbina, dated February 6, 2007.

204.    Attached as Exhibit 202 is a copy of a letter from Harold Brazil to the Honorable Ricardo M. Urbina, dated February 14, 2007.

205.    Attached as Exhibit 203 is a copy of Section 9-43.100 of the United States Attorney's Manual relating to Mail Fraud and Wire Fraud.

206.    Attached as Exhibit 204 is a copy of a personal guaranty of Douglas and Joyce Jemal relating to a loan from WashingtonFirst Bank to Jemal's Columbia National L.L.C.

207.    Attached as Exhibit 205 is a copy of Steptoe & Johnson LLP partner Jeffrey E. McFadden's professional biography.

208.    Attached as Exhibit 206 is a copy of the relevant portion of the Morgan Stanley Dean Witter Capital I Trust 2002-IQ3 prospectus for the loan securitization pool that included the loan on the 77 P Street property.

209.    Attached as Exhibit 207 is a copy of the 2003 Douglas Development Corp. 77 P Street Tenant Lease Construction Costs Ledger.

210.    Attached as Exhibit 208 is a copy of the 2003 Douglas Development Corp. 77 P Street Tenant Lease Commission Costs Ledger.

211.    Attached as Exhibit 209 is a copy of Government Exhibit 411-0002 (list of invoices included in first draw application from Morgan Stanley tenant improvements reserve).

212.    Attached as Exhibit 210 is a copy of James G. Davis Construction Corp. billing invoices relating to tenant improvements construction completed at 77 P Street in 2003.

213.    Attached as Exhibit 211 is a copy of a letter from Tony Cheng to the Honorable Ricardo M. Urbina, dated February 5, 2007.

214.    Attached as Exhibit 212 is a copy of a letter from Karen Williams Gooden to the Honorable Ricardo M. Urbina, dated February 20, 2007.


Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 21, 2007.

_____
Brian M. Heberlig

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, a copy of the foregoing Declaration of Brian

M. Heberlig in Support Of Defendant Douglas Jemal's Sentencing Memorandum And

Memorandum Of Law Regarding Loss Enhancement was served on the government by the ECF

filing system, and to Probation Officer Renee Moses-Gregory by email at: Renee_Moses-

Gregory@dcp.uscourts.gov.


Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
 (202) 429-3000

Counsel for Douglas Jemal