Dear Honorable Judge Urbina,

My name is Joyce Jemal, wife of 43 years to Douglas Jemal. We both grew up in Brooklyn. We have raised six children together and have 18 grandchildren and one more on the way; we are a very tight family.

Douglas is from a family of eight children, he left school at the age of 14 or 15 to help support his family. Their electric was shut off and they had to sell their home. He worked at many jobs to help feed his family and contribute money to pay his bills.

We had our first daughter, Sally who was born on Feb 22, Washington's Birthday. This is what brought us to Washington, DC. Douglas' retail store was on 7th & F Street, Bargain town was looted and destroyed during the riots and death of Martin Luther King Jr. but his love for this city and his passion kept him here. This is home, he is proud of the revival of this town. When he looks out his windows and sees thriving stores and the people in the streets it gives him great satisfaction.

He is one of the most honest, straight, respected loved people I have encountered. He does countless amounts of charity. He is called upon by friends to mediate other people's differences because he is so fair and logical. He is not into the rat race of other people; his family and good health are his priorities.

I beg for you to consider all the good he has done in the past for Washington. I need him home, with my children, and grandchildren. Our lives have been turned upside down and inside out, it has been a living hell. Please end it for us by exercising your judgment to be lenient towards Douglas. He would never defraud anyone.

Sincerely,

Joyce Jemal

Exhibit 1

Sally Shalom
920 Park Avenue
New York, NY 10028

January 28, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue
NW Washington DC 20001

Dear Honorable Judge Urbina,

 I am writing in regards to my father, Douglas Jemal.  My name is Sally Shalom and I am
the eldest of his six children.  I was born February 22nd the same date as George
Washington.  Being a man of great sentimentality my father viewed this as a sign and
decided to try his luck out in Washington. My father was by no means successful upon
arrival; his success would come after years of both hard work and devotion to the district.
It is the purpose of this letter to provide you with insight as to what kind of person my
father really is.

Growing up, my father was always tough and strong on the outside.  He would work
countless hours; by the time he came home I was usually asleep.  My father was always
strict but ethical. We had various chores like cleaning the dog cage before school, fixing
our beds and cleaning the house. He taught me to be honest, respectful, and to love my
fellow man. While life was not easy for my father, he never complained because he
believes in what he does. My father contains a soul that is pure and real. What you see
when you encounter my father is a man who lives for his work and his children, but you
also see a love for the city of Washington that is unsurpassed.  When my father opened
his first business endeavor, Bargain-Town, DC was a very different place. Upon
venturing into real estate development, my father operated on the ideal of serving
Washington's best interest.  Though a businessman, my father always put emphasis on
the historical preservation of buildings, as well as the service tenants would provide for
the local community.  I have walked through the streets countless times and I am in awe
of what was, and what exists today in downtown Washington. While the city has changed
tremendously, my father remains the same man he has always been, hardworking and
dedicated to doing well, not only for the city, but also for his family, and community. Be
it his best friend or a homeless man on the street, my father will greet them the same –

Exhibit 2

with a smile and a hug. There is a magnetic quality about my father, those who know him are drawn to him and his love has always extended outward.

My father has treated for and attended to animals his whole life, around the house; dogs run wild and have a pen larger than my home. My father always taught us to care for and feed the animals before ourselves, I never quite understood why. I later came to the understanding that my father is a man with different qualities that also extend to people. He has given to many charity organizations, his time and insight as well as financial support, but it is the small man that goes unnoticed that he would extend his biggest devotion. He has shoveled the snow from his 80-year-old neighbors home in the winter. He has picked up trash in the street. He has delivered pizza to the nuns at the church. The stories about my father are endless, he is a man with a heart of gold and my love for him is so strong and our time together so special that I never want to be apart from him.

My father has taken a straight path continuously and followed it throughout his life. While I am aware of the conviction and sentencing scheduled for April 16, 2007 I feel compelled to express my support for my father, for he would never commit a crime nor do a fellow harm. I would never question the fact that my father is and remains innocent for his nature is pure. As we grope in darkness trying to make some sense out of our lives over the past year, I look to my father for strength and it is with strong conviction that I write this letter for there is no wrongdoing, to please ask for your pardon on the charges against Douglas Jemal. For without my father around there will be a big loss to our family and community.

Yours truly,

Sally Shalom

**MONETTE JEMAL MISHAN**

**January 29, 2007**

**The Honorable Ricardo M. Urbina**
**United States District Court for the District of Columbia**
**333 Constitution Avenue**
**N.W., Washington, D.C. 20001**

I am writing to you today on behalf of my father, Douglas Jemal. I can always speak proudly and highly about my father. Today, at the age of thirty-nine, will never doubt my father Douglas' integrity or honesty. I will maintain firm on my knowledge that it is truly unlikely as well as inconsistent of my father's character to commit any unlawful acts or events. I am fully aware of the conviction that my father faces on the date of April 16, 2007.

I was born in Silver Springs, Maryland in October 1967. I resided there until the age of fourteen. I recall visiting the District growing up numerous times, day outings with the family, shopping excursions, touring, and class trips. I felt so fortunate to be living so near an area with so much culture to offer. I have so many fond memories of my childhood growing up in the late sixties and early seventies.

Exhibit 3

Returning to D.C. Today, I see a completely different place as I remember it to be. The District has gone through an evolution of such magnitude. Today it is a place the District should be quite honored to call it its Capital of The United States! It became, over time a beautiful, revitalized and rejuvenated district. It is magnificent with its architecture and beauty. I deeply regret missing out on being in Washington D.C. all these years that it transformed into this masterpiece, but I take tremendous pride in my name. After all, the name Jemal dominates several pieces of real estate in the D.C. area. Douglas Jemal has played such a vast part of the revitalization of the District that was long lost since the terrible riots in 1967. He treaded waters that no other would dare to tread. I guess that my dad believed in the District. Years and years of hard work, dedication, sacrifices to be made were put into this labor. But it turned out to be a labor of love for Douglas Jemal. He had a dream, just like Martin Luther King Jr. had a dream. He couldn't bear to see the District left the way it was after the riots and would not turn his back or give up on his dream either. He believed in this place and I am certain, until recently that the District believed in him.

What brought me back to Washington, D.C. was for the trial of Douglas Jemal and Norman Jemal vs. The

United States. I was there in order to offer my support to my father and my brother. My sisters and myself all left our husbands and children behind to be with our father and brother in time of need. My father made it very clear to us that he did not want us to attend the trial. We felt that he feared the impact of such a trial will have on us and what worse than that, to see him in such a way. Clad in suit and tie is not the image we are used to seeing Douglas Jemal.

Little did my father expect was to see his daughters staked out in the front of his office building on the first morning of the trial. I can honestly say that it is the first time in my life that I ever disobeyed him by showing up that morning. However his anger at the thought of us comeing the night before the trial vanished into a memorable smile that he had on his face when he saw all of his daughters. "Your all hear? Well come on in to the courtroom, Gangsta girls". Gangstas is a name that he calls us. We stick together through thick and thin. Through the good times and the bad. This is something that we were taught throughout our lifetime by our father. There is certainly something in each of us that is a trait that we inherited from our father, Douglas Jemal.

Douglas Jemal is truly the "The Real Thing"! He is "The Real Deal"! Yes, his character is larger than life in the most humble kind of way. There is no card that is hidden or unturned on the table. They are all out in the open, facing you straight on. Never in my wildest of dreams did I ever vision my fathers back against his children sitting in a courtroom for seven weeks, unable to turn around to us, his Gangsta girls and make us feel good. His cards are all out; open, for all to see. They are exposed, just like him during the trial. He is a gentleman true to his word. Gentleman in every aspect of the word. Gentle with his kind and giving heart, and he is a man, a real man who walks with pride. He is pride without arrogance.

After all the weeks that passed during the trial, I don't think it took a jury, colleagues, witnesses, friends, family, press or any one for that matter to see that Douglas Jemal is a man that can do no evil to hurt anyone or anything. He is innocent. Witness after witness got on the stand and all claimed to have a sincere friendship towards my father and would gladly want to do business with him again in the future. This says a lot about my father's character.

Let me describe my dad's character on a more personal level. My dad is a man that works so hard each

and everyday of his life. But, n o matter what, he would never disappoint his family on a Friday night to come home and be with his family for dinner. Friday night is our favorite night of the week because we are always together, husbands, wives, children, and grandchildren. What we have is envied by most around us. We have a love and togetherness that is indescribable. We truly enjoy each other's company. No matter what the weather conditions are outside or how much traffic my dad has to sit in to get home to his family, he never ever disappoints us. He is always there no matter what.

We all look forward to the weekends. When I see my father walking in the door, I feel a comfort, I look at him  and it is as if an angel passed through my doorway. I , not for one moment resent all the years that my father has devoted to work and the long hours he sacrificed being away from us. I don't resent the fact that we didn't get to sit at the dinner table together every night. Instead, I can proud fully say that he has been an inspiration to me. He is my hero and my mentor. He has taught me so many great things in my lifetime.

I remember when I was young that we didn't have a lot of money growing up. If we wanted our allowance, we

really had to work for it. It just wasn't given to us on a silver platter. We had chores to do, like clean the doghouse, and walk the dogs. Do dishes and make beds were a daily routine as well. All these responsibly gave us a sense of values. Values even for the least of dollar amount. If we walked out of a store with a piece of candy in our hand without realizing it was not paid for, my father would drive all the way back to the store to return it or pay for it no matter how out of the way it took him or how much time was wasted going back. He would never cheat anybody!

My father Douglas would stop in the middle of nowhere if he saw a wounded pet, injured bird, anything that needed care and love to nurse it back to health. He has a heart of gold for any living being, not only human. I always remember him taking care of theses pets before he took care of himself. All theses animals got fed before he opened his own mouth. He is one of a kind. A true gentle man who never puts himself first.

My children as well as all his other grandchildren look up to him and talk about him to their friends and teachers. They even write about him in their essays at school. Their Grandpa Douglas is their favorite "superhero" character. He can take down any villain!

My son Douglas who is named after my father cant wait to move to Washington to be working and learning side by side with his grandpa.

I have spent several weeks in Washington during the trial and I must say my time there was bittersweet. What brought me back there after all these years was for the trial. Yet at the same time, I enjoyed the time spent with my dad after the court was not in session. We had quality time. Walking down the city streets with my dad was an experience. We often made stops along the way so he can pick up the trash along the street that he cares so much about. It's been as if those city streets were the confines of his own home. My nephew shared the same experience. He is fourteen, and came to D.C. to spend some time with his grandpa when he had time off of school. He came home telling his mother "Don't let grandpa fool you. He is a garbage man. He picks up garbage off the streets all day long, everywhere he goes." To all it may seem that he is a successful and determined businessman who earned what he made. However, this maverick is as special as they come. I don't see Donald trump bending down to pick up trash along the streets of New York.

Please Honorable Judge, I plead to you so that you should know that his family needs him to be with us- His wife, his children, and grandchildren, all 18 of them and one more expected in June.

In the final hours of the trial I found out that I was going to have my fifth child, my husbands ninth child. He has four children from another marriage. Being that nine kids is overwhelming to care for in this day and age we were considering our options. When my father heard that there was even this thought in my mind, literally, sitting in the courtroom waiting for his verdict to come in, he pulled me to the side and told me that a child is a gift from God. You cannot take a gift from God for granted he told me. Minutes later the verdict came in and I heard "not guilty, not guilty, not guilty not guilty, not guilty, not guilty, and then, guilty". Shock went through my body. Yet, as selfless as my father is, he was thinking about me when he life and freedom was at stake. I new then at that moment that my true gift in my life is Douglas Jemal, my dad. He is a gift to me as well as the rest of my family. Please don't take our gift away from us. We need him with us and not anywhere else. The sadness that we all felt seeing him in the courtroom for so many days with his back towards against us is not his true character. He is

always straightforward and genuine. We love him and need him desperately.

Regards,
Monette Jemal Mishan

January 30, 2007


The Honorable Ricardo M. Urbina
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001


Dear Honorable Judge Urbina:

My name is Norman Jemal.  I am Douglas Jemal's oldest son at 37 years of age and brother to
five siblings -- four girls and a brother.  I am very sad to be writing this letter to you today as I
am put in the awful position of begging for your leniency on a guilty verdict that has been
handed down to my father for conduct I do not believe was a crime -- but for the purpose of this
letter I will cast that aside and tell you a bit about how my father raised me, and what he has
instilled in me, and his great ethics and his beliefs.

Growing up, my father taught me to respect elders as well as their authority.  He taught me the
importance of responsibility, starting with chores in the house, such as feeding the dog, taking
the dog for a walk and cleaning the cage.  He taught me the value of being truthful; he always
said be straightforward, say what is on your mind, and honest people will stand the test of time,
cheaters will never last.

As I got older and began to work with my father, who had been through many ups and downs
financially, I realized how much I did not know as a young man.  I thought I was much smarter
then I truly was.  Among the things my father does not compromise on is his philosophy that "if
you do the right thing for the property and the community you will be all right – it's not about
getting the last dollar out."

In or about 1991, we purchased a one-story building at 4445 Wisconsin Avenue.  We were
partners with a man by the name of Michael Johns, whose son, Bill Johns, was an appraiser.  Bill
had seen all the good fortune my dad had in buying and developing real estate and had asked my
father if they could become partners, and my father agreed at 50/50.  Michael had used his
retirement money that he had accumulated as a structural engineer; it was basically his whole life
savings.  In or about 1998, his investment was worth less than he had invested.  He needed
money, so my father agreed to buy him out and gave him all his money back (more than the
market at that time).  At the time I was in my mid-20's and I asked my dad, "What are you
doing, that is much more than his share is worth?"  My dad answered me, "we have our whole
lives to make that money back.  That is that man's retirement.  He worked his whole life for that
money, we will be fine."

As you know, I stood trial with my dad side by side, unwavering in any way and the reason is
that I knew we had done nothing wrong.  As you could imagine, we had the opportunity to

Exhibit 4

The Honorable Ricardo M. Urbina
January 30, 2007
Page 2

mitigate our risk by making a deal with the prosecutor and declined. My father said he could not bring himself to confess to things he did not do, it just did not sit right with him.

Now, let me tell you about my dad as a person. He is kind to all people. The less they have, chances are the kinder he is, as he is not at all about money. He brings people up when they are down, he gives it to them straight. He is a loving father and husband - he has been married to my wonderful mother Joyce since 1966 - over 40 years. They have six children: Sally, Monette, Norman, Jennifer, Kim, and Matthew. My sisters are all married, and there are 18 grandchildren, with yet another on the way. My dad is the core of our wonderful family, he keeps us all together. As I always try to focus on the positives, I must say that this trial and these trying times have only brought what was a wonderful, close family even closer and stronger, with a greater bond and a stronger love, a greater appreciation for one another.

There are so many people who are helped day in and day out by my father. Not having him around would be such a great loss, not only to me and my family, but to the community. He views himself as blessed and is always happy to have the ability to help others. His love for people and this City are unsurpassed by anyone. He has been dragged through the mud and beaten down by this process. He is a proud, honest man who brings good to our society, he is not a person who belongs incarcerated and removed from society.

Please do right by my father, as he believes in doing right, and has never wronged anyone.

Thank you for your consideration.

Sincerely,

Norman Jemal

## Friday Nights

The doorbell rings.
Its Friday night.
I open the door to my delight.
He walks right in-
tall and proud.
To reunite with his family-
We are quite the crowd.

He drove in,
five hours, plus
With..his favorite dog in his truck.

He never misses his nights with us....
Even though the commute is brutal and rough.

We cherish these nights we get to spend together
Learning and laughing-
Always forever

These weekends are short
But, so very sweet.
They put a magical halt on our hectic weeks.

*To Honorable Judge Urnina*

*Being able to spend every Friday night with my father is an amazing treat. We all gather, my sisters, brothers their spouses and all the grandkids. We laugh, reminisce and keep our family bond strong. These nights are irreplaceable. They keep us close and united. There is never a Friday night dinner in which we do not spend together as a family. From Mondays we talk about the Friday night to come, which sister is going to host out traditional dinner or if we are going to New Jersey for the weekend to gather in our parents home there. There is no other place in the world that I would rather be than with my parents and siblings on our Friday nights. Being able to have our kids cherish these nights with their grandparents is something I hold dear. I know that these special nights we share are sacred and unique can never imagine what will become of my family if they are taken away from us.*

Jennifer Jemal Sitt 2007

Exhibit 5

January 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue,
N.W. Washington, D.C. 20001

Dear Honorable Judge Urbina,

I would like to introduce myself. My name is Jennifer Jemal Sitt. I am a thirty three year old married mother of four and live in Brooklyn, New York. I am writing you this letter on behalf of my father Douglas Jemal. There is much to say about him but in respect for your time I have decided to keep this letter as brief as possible by picking one distinguishable characteristic about my father that I feel will help you understand him at a greater level.

From early on in my childhood I always understood that my father had tremendous passions in life. It might have taken me years to understand it and our family's tremendous ordeal to accept it and learn that great passion is something that only few can ever really have imbedded deep in their soul. It comes right from ones heart and can be more powerful than any forces that may try to bring it harm. It is a passion that is true, genuine and by virtue the actual soul of that being.

Washington, D.C. How many people do you know that have devotion to a city as if it were one of his own children. When you mention the name of the city his face lights up. It is as though he was derived from the actual earth on which the district stands. Washington, D.C., a city to which he was drawn to or maybe he just came to following god's clear direction. What made him think that this is the greatest city in the world? Why did it bother him that old historic landmarks were left abandoned and dilapidated? Why did he care so much when others did not believe that the city could be revitalized? Why did he bend on his hands and knees picking up trash from the city streets as if he were sweeping his own front porch? How did he know he could help rebuild the City to the bustling glorious place that stands today?

I guess he saw the city like the stray animals we used to have to pull to the side of the road to save when we were in the car with him as kids. The animals that were hurt, neglected and abused. I often wondered why he cared so much. Why did we have to stop and tend to them? Why did we have to divert our day and plans to make sure their broken leg was mended and nursed back to health?

Looking back it seems as simple as the poor dog with the broken leg at the side of the road or the cat that found its way to our doorstep clearly tortured and abused by some heartless individual. He simply cared and wanted to help them. He was always heartfelt and sincere much like his devotion to the District. A City, that in my eyes would in turn

try to destroy him like an animal turning on its master.

In all that my father and my family have been through I still have a hard time understanding how his love for the City still exists and remains strong. How he is still willing to give his life to the City that wants to take his soul.

People say my father is a visionary. I have heard them use the term "maverick developer". They say he has tremendous foresight. I would like to let you know the true composition if Douglas Jemal. My father is pure passion. Passion is what makes him who and what he is. His love and devotion to the District of Columbia are like that of a father and child, pure, real and everlasting- .

With passion comes strength. Having to watch my father stand trial in your courtroom has changed the world in my eyes forever. I am no longer a little girl protected by her Daddy. Today when I look in the mirror I see a grown woman living in a harsh world. During this past year I needed to find a way to cope with my emotions and fears of the possibilities to come, completely frustrated by knowing my father had no cruel intentions. He is a man of honor, integrity and the most selfless soul that I have ever known. This trial has been the timeline of my life. It has put my life before my eyes. It has made me see what a tremendous person my father is. It has shown me all the countless people my father has touched and influenced in this world. It has made me prouder then I ever was. My thoughts go back to my childhood and life lessons my father has taught me. I take this ordeal as an opportunity. An opportunity to give my four children the strength my father has given me. To teach them the values my father has tought me. I will always insist they will stand up for themselves and stay strong in their beliefs no matter who or what tries challenging them in any way. But the greatest thing I will teach my children is the power of love.

I beg and plead to please spare my father in your sentencing. He has done no wrongdoing. He has made this world a better place. We need him and love him.

Yours Truly,

Jennifer Jemal Sitt





Dear Judge,

      I am Kim Jemal Cayre.  Douglas Jemal is my father.  Joe Cayre is my uncle.  I am 26 years old.  I am married to Amin Cayre, Joe Cayre's nephew.  Amin and I have four children and we live in New York City.  I am writing to you to request that the Court consider my father's good character and the man that he is in sentencing him. I ask that you not sentence him to a prison term.     My father is in every sense of the word, a self made man.  He grew up in a small two bedroom apartment in Brooklyn one of eight children.  He left school at the age of 14 to help support his family.  We are all so proud of him and are sometimes humbled by his success.  He is a devoted and loving father, grandfather..and a great story teller. Every Friday night he drives from Washington to New York to be with "his girls".  We spend the evening, all of us , the girls and our husbands and children listening to the stories of the week and feeling his warmth. These are wonderful family times.

      During the trial I and my sisters traveled from New York to Washington to be in the Courtroom every day.  We wanted to be supportive for our father who is so supportive of us. Being in Washington, I was constantly reminded of the man that my father is and how much he means to so many people.  Everywhere we went we were greeted by well wishers; cabdrivers called out to my father, wishing him good luck; employees hugged us and told us of good things that my father had done for all of them and simply could not say enough good things about our father.  One day as I was sitting in the Courtroom, a man walked in and took the seat next to me. He asked me who I was and I told him that Douglas Jemal was my father. He took my hand and told me that Douglas Jemal's family was his family.  He had driven from Atlanta to see my father and be supportive.  He had once worked for my father's company as a construction laborer .

      My father has great vision and the confidence and skill to make his visions become reality.  He foresaw that the downtown area of Washington, then crime ridden and blighted could become a thriving area and set about making it happen. The redevelopment of the downtown area created hundreds if not thousands of jobs and opportunities for many.  My father was instrumental in bringing about  real change in Washington and changing many peoples' lives for the better.                As I noted when I began this letter, I am a Jemal by birth and a Cayre by marriage.  I am the bridge that ties the two families whose lives were the subject of a portion of the trial.  As a result, in plain language, I get it from both ends...meaning that all of the Jemal discussions and the Cayre discussions regarding this case found their way to me.  I can say without any reserve that the Cayres do not feel that Douglas Jemal harmed them in any way. When the verdict was read and my father was acquitted of six of the seven charges against him, Joe Cayre was the first call congratulating him. There was real joy in the Cayre household that Douglas had been acquitted of the most serious charges, and hope that the one conviction would be overturned.  The Cayres do not see themselves as victims of a crime.

              My father is a good man. He is honest, straight forward and caring. He treats people fairly and the outpouring of support for him through this ordeal is in a real sense a response to his relationships with so many people who have come to love and respect him. Please consider these aspects of my father's character in determining his sentence. I thank you for your consideration of my request and my love for my father.

Respectfully,

Kim Jemal Cayre

Exhibit 6

**From:** Matthew Jemal [mjemal@douglasdev.com]
**Sent:** Thursday, February 01, 2007 3:25 PM
**To:** Heberlig, Brian
**Cc:** momomish@aol.com
**Subject:** My Letter

January 31, 2007

To the honorable Judge Urbina

My name is Matthew Jemal I am Douglas's youngest child. I am deeply saddened to be writing you this letter, begging for your leniency during my fathers sentencing. I believe that everybody is put on this earth for a reason and with that being said, I can not see the world being the same with out Douglas Jemal in action. He has touched many people, and picked people up when they were down. My father is the most caring, selfless and honest man to ever step foot on this earth. Not only is it my opinion but during the last couple of months I can not get thru a day without hearing anything but great things and wonderful attributions that Douglas Jemal has done, not just for this city but for people. During the trial I could not get over the friends and support that stood behind my father. Walking to court everyday was very encouraging, it might have been the homeless guys on the street chanting "go get them Doug we are all pulling for ya", or the endless calls and emails my family receive promising everything is going to be fine.  That support was their because they know Douglas Jemal's character. They know he's giving, considerate, and honest.

My father is truly my best friend. I could not begin to imagine what life would be like without him by my side every second. Who will I eat breakfast with every day? Who will I drive to work with? Who will I go to when I am feeling down? Who will I work out with? Who will feed the birds every morning that sit outside the local coffee shop? Who is going to bring my lonely grand mother flowers every weekend? Who is going to keep my mother company? Who is going to put as much heart as Douglas Jemal put into this city?

**Matthew Jemal**
**Douglas Development**
**702 H Street, NW**
**Suite 400**
**Washington DC 20001**
**Phone (202) 638-6300**
**Fax (202) 638-0303**

Exhibit 7

January 16, 2007

Lawrence Jemal
417 Avenue T,
Brooklyn, NY 11223

**Honorable Ricardo M. Urbina**
**United States District Court for**
**The District of Columbia**
333 Constitution Avenue NW,
Washington, DC 20001

Dear Most Honorable Judge Urbina,

My name is Lawrence Jemal, Douglas Jemal's younger brother. Douglas is the second of eight children born to my parents, Norman and Sally Jemal. I am the fourth. Douglas is three years my senior.

We came to this world in humble surroundings from parents who were comparably well off before we were born. However, my father lost all his possessions and business before we were born. My father would peddle door to door or store to store to support his wife and eight children.

Douglas is the patron son of our family. From the time he could shovel snow or polish shoes, he was always out to work to bring money home to his father and mother. Douglas did not have the ability to have the education most of us have enjoyed because he always worked first to support his father, mother and all their children.

Douglas and his wife gave birth to their first child, Sally on Washington's birthday and had a premonition to go to Washington, DC in 1965.

He came to see a building for rent on the corner of Seventh and F St. NW (which is now the MCI Center). He asked me to join him there, be his partner and I did. We opened the store in April 1966. I lived and worked with him until 1971. By then, I grew homesick and decided to come back to New York.

Douglas loved Washington, DC and still does. He stayed there and eventually turned into one of Washington, DC's consummate developers, as he is now.

I have always used Douglas as an inspiration and have learned from him integrity, hard work and business ethics. He has taught me to be compassionate to those less privileged and to value their struggle. Its that struggle that made him the man he is today.

Exhibit 8

In many ways, Douglas supports his mother, brothers and myself with his generosity, time and good sense. I know it is not for me to express the judgment of the court. I do know that Douglas would not and could not ever take advantage of someone financially. He has a very strong feeling of justice and fair play.

I have been in your courtroom for most of the days that Douglas stood trial and was most impressed with your integral fair play in the courtroom.

I plead with you to please give my brother the best benefit of the cloud of any doubt that could have been advised or not advised to the jury before the verdict was brought concerning the wire fraud verdict brought back by the jury.

Douglas needs to be able to continue the marvelous work he is doing to the district that he is so in love with and would not ever leave.

I would like to thank you for the time you have given to read this letter.

Sincerely yours,

Lawrence Jemal

January 29, 2007

Francine Benun
1123 East 8th Street
Brooklyn, NY 11230

**Honorable Ricardo M. Urbina**
**United States District Court for**
**The District of Columbia**
333 Constitution Avenue NW,
Washington, DC 20001

Dear Most Honorable Judge Urbina,

My name is Francine Benun. I am Douglas Jemal's sister. I was the fifth child born from a family of eight. Douglas is and has been my brother, soul mate, guiding light, shining star and friend. My fervent prayer is to become a little like him. There is no one quite like him. He is what poets write about when they write about character, honesty, sense of self, righteousness. He takes "the road less traveled." His integrity and devotion to people and my entire family is what we all aspire towards and never quite achieve. I shall try my best to describe to you, Your Honor, a man that is indescribable.

Douglas was born ten months after my eldest brother, Joseph. From a young age, he was a unique person – an individual. We come from a close community. Most in the community are followers, not my brother Douglas.

From boyhood, he had dogs. Not fancy pedigree dogs, but dogs from the pound. He loved and took wonderful care of them. Till this very day, he has devoted loving pets whom he lavishes with love and long beach walks. Douglas also raised chickens at home. He would have their fresh eggs for breakfast everyday!

As children growing up, we experienced financial hardship. My father had lost all of his money and was financially ruined. Douglas shared a closeness and love for him that never faltered. Subsequently, he quit school at fourteen years of age and accompanied my father to Puerto Rico to open a store. He helped support my mother and seven siblings.

Your Honor, Douglas has been doing just that magnificently and beautifully since then.

Twenty four years ago, my father passed on. As I have stated earlier, theirs was a unique relationship. My brother nursed my father throughout his illness. He accompanied him to every doctor's visit and to all the hospitals. He supported him with his undying love and devotion until the day he died.

Exhibit 9

My father's death left my family and mom bereft. Douglas had lost his best friend and mentor. But survive he did for our sakes.

Douglas is my mom's sole means of support. My mom lives beautifully. He is constantly fixing her home. She never needs to ask - a new driveway because she will like it; a roof because she needs it; a waterfall because she will enjoy it, flowers every week just because. He is the only one of six sons who calls her everyday!

My brothers are also beneficiaries to Douglas's generosity. He has helped finance their homes. Douglas supports them as well as their children, so that they can continue to live with dignity, complete college and become successful individuals.

Douglas has been generous to countless others. Here is just one of many kind deeds that Douglas has done that stands out in my mind. My spinster aunt who recently passed on did not only benefit financially. When she suffered a nervous breakdown and was sent to live in a home, he was one of the few who visited her regularly although she no longer recognized him.

Your Honor, there are so many others. I fear I run the risk of overstating.

My brother Douglas has always been charitable. He supports many organizations – organizations for the poor, the chemically dependent, the elderly and numerous others.

In closing, I would like to say: Your Honor, I sat in your courtroom for many arduous weeks. I witnessed the way in which you commanded the courtroom. I saw a fair and just judge. A man who missed nothing. Knowing this, I know you saw my brother surrounded by a loving family, loyal friends and colleagues. All of us realizing the severity of this charge. I beseech you to see Douglas Jemal had no mal intent. Never would he do a dishonorable deed. His objective is to build, create and accomplish what most men dream of.

Please exonerate him of this charge. Let Douglas Jemal continue his wonderful work in Washington's great city. Allow him to continue to be the loving son, husband, father, grandfather, brother and friend that he is. May he continue to enjoy the wonderful beauty of nature he so loves. See the truth and beauty that live in this man, revered by all who know him.

I thank you, Your Honor, for taking the time to read my letter.

Respectfully yours,

Francine Benun

Dear Honorable Judge Urbina,

I am writing this letter on behalf of Douglas Jemal. Douglas Jemal is my brother and having to write about his character is a pleasure.

Douglas has a heart of pure good and shows respect for everyone. He is a self taught man who has always been independent. He has a softness about him and is always there for anyone in need.

I look up to him with the utmost respect. He is a superb father, husband, brother, and friend. He is a person to emulate. His generosity and help is like no one you know.

One example of many of my brothers kind acts is housing my daughter, Stacey, for two years and making her feel at home. "What is family for?", he said. When you speak of someones character, he epitomizes a flawless character.

When our father was ill, he said to me, "I'm alive because of my son Douglas."

I remain Sincerely
Jacqueline J Anzarouth

Exhibit 10

January 29, 2007

Jack M. Benun
1123 East 8th Street
Brooklyn, NY 11230

**Honorable Ricardo M. Urbina**
**United States District Court for**
**The District of Columbia**
333 Constitution Avenue NW,
Washington, DC 20001

Dear Most Honorable Judge Urbina,

My name is Jack Benun. I am Douglas Jemal's brother-in-law and friend. Although I have been married for forty one years, I have had the honor to be Douglas's friend for over fifty five years. I sat in your courtroom for most of the trial with a heavy heart, watching a man I have respected and loved for most of my life go through this most difficult time of his life. I have watched Douglas start in the most humble of beginnings and build this amazing real estate company.

But Your Honor, Douglas's greatest accomplishment is not that. His love of his fellow men; the way he has helped all of us in our time of need, no matter what it is.

I do not believe at the end of our life we will be remembered for how much money we have made, but for our good deeds whether for family, friends or religious organizations. Douglas always stands out as number one in helping. I personally have had my own tough times. Douglas would always be the first to make sure I got through with the highest of dignity.

I remember about eighteen months ago, one of our religious leaders went to Douglas for some help in building a new school. Your Honor, only in the way Douglas Jemal knows, without any fanfare or acknowledgments, he took on the project single handedly. Of course, he built the whole project never seeking or wanting any accolades for his good deeds.

Unfortunately, at the end of the trial, Douglas was found guilty of a single charge. Your Honor, I respectfully request that you exonerate Douglas of this charge. Please allow him to continue to do the wonderful work he does. Let him continue help his

Exhibit 11

fellow man in his humble manner and continue to help support members of his family, continue his wonderful charity work; most of all enjoy his lovely wife, children and grandchildren.     And finally, Your Honor, allow him to continue with his passion, his wonderful work for the great city of Washington, DC.  I pray that my letter has given you some insight into the soul of this wonderful man that I care so much about.

Respectfully yours,

Jack M. Benun

Dear Honorable Judge Urbina,

Douglas Jemal has been my brother-in law for 32 years. Since I first met him, Douglas has exemplified a strong yet caring character. I remember telling my then fiancée Jacqueline, Douglas's younger of 2 sisters, "wow, he tells it like it is." Whether it's politics, business or sports, Douglas Jemal has always been a straight, honest shooter. He is a family man first and foremost, a trait he inherited from his father, Norman Jemal. He is also a community and business leader who wants no extra recognition or accolades for his numerous accomplishments in life. When you look Douglas Jemal in the eyes, he looks you back straight in your eyes and you just know his attention is focused on you alone. His patience and understanding in all his endeavors in life should one day earn him a special award, not only in Washington DC which he helped revitalize, but also for his family and community contributions. May G-d always bless him and his beautiful family in every way.

Sincerely,

Edward Anzarouth

Exhibit 12

# PAMELA JEMAL

## INTERIOR DESIGN

230 Corlies Avenue
Allenhurst, New Jersey 07711
Phone/Fax 732-531-5417

January 19, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge Ricardo M. Urbina,

Douglas Jemal has been my brother-in-law for the past 36 years. I am fully aware of a recent conviction of fraud related to a private business transaction.

When my husband was suddenly unemployed five years ago, Douglas with his charitable efforts, came to our rescue. His caring ways and his generous spirit make him someone very special. Douglas's thoughtfulness at my family's bleakest moment created a bit of hope to go on. Every time he offers a helping hand, showing he cares and understands, he helps find beauty in this difficult life we live. My life would never be the same without Douglas Jemal involved so. His honesty for the past 36 years has proved to me that this man has a golden heart that reaches only outward to help those in need. He is my hero.

Respectfully yours,

Pamela Jemal

Pamela Jemal

Exhibit 13

Dear Honorable Judge Urbina,

I write this letter on behalf of my esteemed brother-in-law Douglas Jemal. I have had the good fortune of being related to Douglas for 32 years. I would like to preface anything stated in this letter with the understanding that it is written strictly from my own observations and opinions. Nothing has been referenced or corrected by any other party. I hope that I am able to properly express myself in a fair and just manner to Douglas and to the purpose at hand.

Douglas is the second of eight siblings born to Sally and Norman Jemal and my husband Ronald is the third. Being raised in an extremely tight knit family, Douglas and Ronald formed a bond that has grown, developed and lasted a lifetime. My first impression of Douglas when I was a young girl of nineteen was that he was intelligent, handsome and very independent. These traits proved to be absolutely correct, however, over the years I have come to know a more complex and multi-faceted man with a most outstanding character.

I believe that Douglas' first and true love is to his family. Initially to his parents, his five brothers and two sisters, later to his wife and six children and then his grandchildren. Much of his drive and determination to succeed in business derived from his desire to afford them as much as possible. The Jemal family came from humble beginnings and the boys of the family set out to work and share the financial burden from their early teenage years.

Douglas was extremely close with his father and followed his dream to start a business in the Washington D.C. area. They moved away from their home and

Exhibit 14

community in Brooklyn N.Y. and pioneered their way into unfamiliar territory. Slowly, Douglas, Ronald and Lawrence built a retail business that was the foundation of their future success.

Although Douglas was the second born son in the Jemal family, he naturally took on the responsibility of being the leader. He watched over and protected all of his brothers and sisters, provided for his parents and has never shirked away from responsibility no matter how great the burden. After my father-in-law passed away in 1983, Douglas became somewhat like a second father to the family. In today's society, it is almost unusual to find a man so committed to the welfare of his family. But the fact is that Douglas has been there for each and every member of his family, through countless problems and difficult situations with his positive attitude, sound advice and financial support. He has never neglected to help one in need in a most gracious and respectful manner.

If one had to pinpoint one specific quality that would define Douglas' personality, I think generosity would be the unanimous answer. This generosity extends far beyond family, friends, relatives or mere acquaintances. He is an avid supporter of religious institutions, educational facilities and those less fortunate. His attention to those in need is unconditional. It knows no bounds and has no strings attached. The only requirement being that he has a feeling deep in his gut and even deeper in his heart to help.

The "Douglas Jemal style" has often been questioned and even written about. What's the deal with a guy that's quite wealthy and rubs elbows with real estate moguls, politicians and superstars but dresses in jeans and drives a pickup truck?

Quite simply, Douglas is a regular guy with likes and dislikes that are true to himself. He loves nature, old cars and dogs. He loves his country and all things American. He values old things and takes pride in restoring them back to their authentic state. He is honest no matter what the circumstances or the consequences. He loves a good time with a friend. He is not partial to dressing up and is most at home in jeans and a tee shirt even when meeting with bankers. His smile is contagious and overall appearance is dynamic. He loves to work hard and enjoy the rewards of success. He is a most wonderful son, husband, father, brother and friend. He is an example that all of the young members of the Jemal family aspire to be. I am proud and honored to be a close relative to Douglas.

In closing, I respectfully ask Honorable Judge Urbina that when considering the charge against Douglas Jemal, you will reflect kindly upon his exceptional character and that your decision will be a favorable one.

Sincerely,

Paulette Jemal

January 29, 2007

JAMES SHALOM
920 PARK AVENUE
APT # 14C
NEW YORK, N.Y. 10021


January 31, 2007


The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue
NW Washington DC 20001


Dear Honorable Judge Urbina,

My name is James Shalom and Douglas Jemal is my grandfather. I've always been proud to say that. I am fifteen years old and one of his many grandchildren. I admire his strong devotion to his work and family. His job is very important to him, he is a very hard worker. However he never forgets about his family. This is why I love my grandfather.

Every Saturday of the summer he pulls up in his pick up truck with doughnuts and coffee. I run downstairs to talk to him because everything he says is important and when he talks, everybody listens.

His character cannot be described in a couple of words. He is straight forward, he would never tell a lie. If he doesn't like something he will speak up. I remember one Saturday morning when he came over and a kitchen cabinet wouldn't close. He asked what happened and my mother told him not to worry, knowing that he would attempt to fix it. He went outside ripped off a piece of grass, licked it , folded it and placed it in the screw and the cabinet started working again. He then sat down and had a conversation with all of us.

He is a man of his word. Once he said he will fix the cabinet, he fixed it. He is a working man. More important, he is a family man. He has a love for his grandchildren. You can see it in his smile when he tickles the little one's toes. When he plays with everyone. When he tells stories, and when he teaches me things I'll never forget.


Sincerely,

*James Shalom*

James Shalom


Exhibit 15

HANK SHALOM
4250 KNOX ROAD
APT 2208-C
COLLEGE PARK, MD 20740

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue
NW Washington DC 20001

Dear Honorable Judge Urbina,

I am writing to you regarding a recommendation of character for my grandfather, Douglas Jemal.
You have heard a lot about my grandfather's professional career so I would like to fill you in on
his personal side. Douglas has six kids, four girls and two boys. He has 18 grandchildren. I am
his oldest grandchild. My grandfather is a man who is true to his word. In the nineteen years
I've known him, he has never lied to me. He has never failed to deliver on a promise, and he has
always been there for me. He has never changed his simple ways. He is a humble man that talks
the same way to a businessman in his office as he does to a homeless man on the street.

Just the other day I was on the phone with my grandpa as he was walking down the street, I heard
him say "take care brother" following immediately by a shout of "G-d bless you, G-d bless you"
from another man. I say "grandpa, what was that?" and he replies "nothing". While it was
obvious that he just given a poor man something, he would never tell me that. That is the kind of
man my grandpa is. He does not turn a blind eye to those in need. He does the right thing
because it is the right thing to do, regardless of recognition or awards. A couple of weeks ago, as
the trial was beginning, my grandpa took a poor man of the street and walked him into the
District Chophouse. He told him to order whatever he wanted, then walked away and instructed
the manager to put it on his tab. With all that was on his mind, my grandfather went out of his
way to help this man. There are merely recent instances that demonstrate the attitude that my
grandpa walks around with each and every day. My grandpa has dedicated his life to the
Washington D.C. area. Since he arrived in D.C. from New York, he has been proud of the town
he lives in. We joke around in the family about how my grandfather says everything is "better in
Washington."

When I was seventeen, he insisted on me coming to visit the University of Maryland, where I
later enrolled as an undergraduate student. The first night I arrived in the area, I met a small
restaurant owner who told me how twenty years ago, a young student out of the University of
Maryland ., he wanted to open up a restaurant. However, with no credit and not a dollar to his
name, no one would talk to him. He described meeting with my grandfather, and how my

Exhibit 16

grandfather merely looked into his eyes and asked if he was an honest man and would pay him on time. "Yes", the man responded. "Mr.J", as he called him, "just gave me the keys". Today, this man owns a successful restaurant and nightclub; he claims he owes it all to my grandpa.

My grandpa is the kind of man that gives people no one else would talk to, a chance to succeed. He judges people based on their character, something that's rare nowadays. Since I was a little kid, my grandfather has encouraged this mentality in me. He would often take my uncle and I to the pound, where he frequently rescued dogs.

Not only would he rescued these dogs, but he would love and care for them, treating them like family. Not a lot of people know my grandfather as well as I do. He works extremely hard and is not one for vacation or holidays. What they so know is that he gave Washington D. C. a chance when no one else would. They know that he is very much responsible for the economic boom that downtown Washington D.C. has enjoyed. While he may work long, extensive hours, I would not refer to my grandpa as a "workaholic". After all, to my grandpa it is not work , it is his passion. My grandpa's delight lies in the restoration of historic buildings, but if you step into his office and talk to him he may sound more like a historian. His office is decorated with priceless relics he has collected from his buildings over the years. If you point to any object, he can immediately give you the story behind it. My grandfather is my role model. He is an honest, hard- working man who's professional accomplishments speak for themselves. He is a family man who is loved dearly by those that know him, and he is man who is respected for his undertakings by those that do not. I do not know if there is a man with stronger character traits than my grandpa, and that is why he is my role model.


Sincerely,

Hank Shalom
Hank Shalom

1/29/07

Grandpa Douglas

My Grandpa Douglas is cool. He thinks like a kid sometimes. When you go to work you mean buisness, right? Well he has things in his office that are diffrent. He has a bar, a shoe shine, lots of old pictures and a lot more. All these stuff are from the olden days.

Grandpa also loves me. He dosent talk in a loud voice. He only says good things to me. Grandpa always keeps me laughing by saying jokes and unusall things. Grandpa always gives me a blessing on friday night and is always there for shabot. Grandpa is also speacial to me because my other Grandpa Jack died. I was very sad but I know I have Grandpa Douglas. I love Grandpa Douglas.

From Jack Sitt age 10

Exhibit 17

Grandpa,    Douglas

I    love    him.    He    is    very    funny.
Somtimes    I    go    for    cookies    with    him.
I    come    his to    house    some    on    friday
nights.    He    has    alot    of    things
but    they    are    very    old.    I
love    him    so    much    that    I
want    to    grow    up    and    work    with
him.    I    love    to
be    named    after    him.
I    love    the    name
Douglas.    I    love
him.    He    is    my
favorite.



Douglas Sitt
Age    9.

Exhibit 18

Douglas Mishan

4-332

October 17, 2006



*ALL ABOUT ME*

I am special because I am named after my grandfather. I want to be a real-estate person when I grow up. I want to work with my grandfather in Washington D.C. I would like to build a thirty-story building with him. My birthday is March 13.

I am  different from other people because I am good at skateboarding. Some people do not like skateboarding and golf but I do. I also like baseball. My favorite sport however is skateboarding. I like to skateboard with my friends. I've learned a lot of tricks on my skateboard. The tricks that I have not yet learned are very hard tricks like a heal flip. I have had three broken bones and a sprained arm. None of the injuries happened from sports.

Exhibit 19

Granpa Douglus

I want to tell you about My Granpa He. picks me up every Saterday morning and takes me to the cookie store. I ~~one Day~~ I love to go in his truck with him. I love my granpa so much. He is the best granpa in the world. Louise sitt age six 6



Exhibit 20

DEAR CUDGE URBINA

1-29-07

I AM A YEARS OLD

I LOVE MY GRANDPA

DOUGLAS SO MUCH

HE ALWAYS BUYS ME

SPRINKLE COOKIES

HE LOST ALL HIS HAIR

HE HUGS ME,

LOVE

VIVIENNE

SHALOM

Exhibit 21

Dear Judge Urbia

I am 4 years old. I love my grandpa Douglas so much, he always buys me sprinkle cookies.  He lost all his hair.  He hugs me.

Love

Vivienne Shalom

Douglas Shalom
920 Park Avenue
New York, NY 10028

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue
NW Washington DC 20001

Dear Judge Urbina,

This letter pertains to the character of my grandfather: Douglas Jemal. A few years back I was playing with a toy gun that was authentic in appearance. When my grandfather saw me with it, he quickly snatched the gun from me and threw it in the garbage. I was extremely upset at the time – I was a kid who lost his toy. As time progressed my feelings changed and I look back at that incident with a different lens. My grandfather is a very caring person who has always put the safety and best interest of my siblings and I at the top of his priorities.

Sincerely,

Douglas Shalom

Exhibit 22

February 1, 2007

The Honorable Ricardo M. Urbina
United States District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Honorable Ricardo M. Urbina,

I hope you read my letter with an open heart.  I am Mark J. Benun, Douglas's nephew.
(My mother, Francine and Douglas are sister and brother.)

It is fair to say I have known Douglas or as I refer to him Big Doug for 40 years.  That is
how old I am.  His is a second father, great friend, and mentor to me.  We never had the
typical uncle/nephew relationship.  We took to each other from when I could talk & walk.
I will share just a few personal experiences with you to help you understand my Big
Doug as you only know him through the court & yes I attended a lot of days and weeks
there.

My Mom's family has 8 brothers and sisters.  My grandfather and  Douglas were the
closest, and of all the grandkids, me and my grandfather  (The Great Pasha) were the
closest of the grandkids.  That gave Douglas & me a special bond forever.  Douglas
taught me how to swim,  ride a bike and always gave me confidence, taking me for long
walk, with Barron ( His first dog I can remember) and yes, I have a loving father but in
reality, I have two dad's.

When jumping as a kid on my grandma's bed on a Friday night when the family got
together, I fell and hit my head.  I was maybe 8 or 9 years old, Douglas came upstairs as
did the entire family, but he picked me up and said with a gentle smile it is ketchup
coming out of your head.  He then came with me and my dad to the hospital to get
stitches and held my other hand (my 2 dads).

We often played backgammon together as that was my grandfather's specialty and passed
it on to all that could learn.

When I finished high school (no diploma) I was lost what to do and was telling Big Doug
how confused I was.  I did not want to go to college and did not want to go to my dad's
import business.  Douglas told me without hesitation come live with me in Washington
for a while until you figure things out.  That's what I did.  He brought this hard to handle,
outspoken punk (me) with him to all his meetings, appointments and dinners the works.  I
knew I was a little in the way but he always said I was a pleasure to have around.  At the
end of 6 months, he asked me how I was doing. I said what do you think?  He responded
"You are ready to go back to NY and you belong with you dad."   As usual, I listened and
went to my dad's office in NY and said "I am here and ready".

Exhibit 23

That was over 20 years ago!!! My dad & I are best friends today. We have built our business to over $150,000,000, went public in 1998, have been very successful in a lot of ways and had lots of ups and downs together. All because of Douglas's advice to me and his help raising me from a child to a man.

Like I said earlier, I am 40 years old, getting a divorce and have 2 great kids. I raise them and have patience because Douglas had it for me. That makes me a better man. Douglas even taught my son, Jack this summer to ride a golf cart on his own – my son is 6.

Before I stop writing, because I could go on forever, one last story – When I was in my early 20's, I got hepatitis. I was in China and Mexico in the same month. I moved back home with my parents and my mother would leave my meals outside my door as no one wanted to get sick like me. Douglas as you know, goes to Washington on Sunday night or Monday morning till Friday then back to NY or NJ. During the 3 months I was home and lost 30 plus pounds. Douglas would visit me twice a week, bringing me a bagel with cream cheese, sat with me, hugged me and made sure I ate it. He was not afraid to get sick like me. He said "We love each other too much, you could never get me sick."

Now that I am getting divorced, who do you think calls me and is asking me how I'm doing and where I am eating Friday nights - Douglas, his wife and his kids, my second maybe first family. I beg of you, your honor, you seem like a fair, just man.

We have all had pain in our lives. Sometimes we need doctors and hospitals, sometimes they can't help, but on this one we need you, please give me Big Doug back in my life.


Yours Truly & Best Regards,

Mark J. Benun

p.s. Please take the time to Google me – Mark J. Benun. My proudest business accomplishment is being on the Board of Directors of K.I.D.S. It stands for Kids In Distressed Situations. Last year we gave away over $40,000,000.00 worth of clothing, shoes, books, toys, etc. – 85% domestic & 15% international. Website for K.I.D.S. : www.kidsdonations.org. I promise you won't be disappointed. Please check it out, so you have a reference on who is asking you for the help, or a background on people writing you for your Mercy on Douglas Jemal. Thanks again.

January 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

To The Honorable Ricardo M. Urbina,

Being his nephew, I have known Douglas Jemal for my entire life of twenty three years. I am very aware of the current conviction against him related towards a private business transaction. I must say that my life would not be the same if Douglas was not part of it. He is not only an uncle to me, but a friend, a mentor, an inspiration, a teacher, and a role model.

Coming from a rather large family of ten uncles and aunts, he is who I feel the closest to whenever I have a question or need guidance. No matter how busy he is, I know that he is just a phone call away with words of wisdom from his own experiences.

His lessons of determination for working hard and working honestly were handed down to me a few summers ago in New Jersey. At the time, I was studying at University and didn't yet score a summer job. He knew I was strenuously searching for something for weeks but had no success. Being the kind and generous individual that he is, of course Douglas lent out his hand to me. He offered to set me up shop in Seaside Heights, NJ and operate a summer tourist shop on the beachfront with his youngest son. Weekend after weekend, after his long working week was complete in Washington, he would drive four to five hours in his car straight to Seaside to check up on us and make sure we were operating the store correctly. He taught us every skill we needed to know, from buying goods to marketing product to inventory analysis. I must say that during that summer, I feel that I have learnt some of the most valuable skills and experiences that I use in everyday life occurrences.

About ten years ago, my fathers business had some trouble and had to close down. Douglas was there help out a lending hand, both financially and for guidance. Douglas's commitment to his family, community, and friends is unparalleled to any other human being I have ever met or have even read about. I can only hope that I grow up to expunge half the character traits like this great man does. I can go on for pages about how he has had a great impact on my life, but I want to end off by saying that he is truly someone who I look up to with great admiration.

Thank you for your time,

Gregory M. Jemal

Exhibit 24

February 2, 2007

Sarah Gindi
1123 East 8th Street
Brooklyn, NY 11230

**Honorable Ricardo M. Urbina**
**United States District Court for**
**The District of Columbia**
333 Constitution Avenue NW,
Washington, DC 20001

Dear Most Honorable Judge Urbina,

I am Sarah Gindi and I am Douglas Jemal's niece. I spent many nights up with insomnia during the time of my uncle's trial. When he was freed of all those charges, my heart was filled with gratitude, and now I will tell you why.

Douglas Jemal is the most honorable, charitable, warmest and loving man I know. When I was a child, he made me feel like I was his daughter. I have six cousins from my uncle's family. In our family, we have thirty two cousins. My closest ones are my six cousins from my uncle. Douglas help raised my brother Mark. My father traveled to China most of my childhood and my uncle took over. He made Mark his own son.

Mark went to Washington many weekends with Douglas. He was a role model. He taught both of us how to love and care for animals, how being a man doesn't mean you can't be gentle. In fact, Douglas Jemal is the most gentle man I know. He loves the outdoors and appreciates the simpler things in life. My uncle does not believe in dressing expensively, even though he can. Jeans and a simple t-shirt or no name brand suit is his preferred attire. He taught my brother Mark and I to be simple, not showy; to be kind to animals, children and the elderly.

Douglas treats my grandmother like a queen. He phones her daily. He visits her weekly with flowers. Anybody that meets my uncle wants to be his friend, as well as emulate his way of life. Simple, kind, warm and caring – this is the essence of my uncle Douglas Jemal.

Respectfully yours,

Sarah Gindi

Sarah Gindi

Exhibit 25

Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue
N.W., Washington DC 20001

I am very proud to say that Douglas Jemal is my father-in-law and I have known him for over 13 years. I have found him to be a man of the utmost integrity. I had the opportunity to see him up close in his business dealings a few years back. When my own father died very suddenly in 1999 I could not bring myself to immediately return to our family business which I ran together with my father. Douglas welcomed me in to his business and for a period of several months in late 1999 and early 2000 I was an "intern" at Douglas Development Corporation. I learned an incredible amount about life and business in that period of time from Douglas.

I have never seen an individual more dedicated to his city then Douglas. He had and still has a singular focus on making Washington DC the best it can be. It pained Douglas to see the city fall on hard times years ago and he made it his life's mission to bring the city back to its full glory. He has always done this in an extraordinarily straight forward and honest way. This style is so rare in today's business world that people lined up out the door for the opportunity to do business with Douglas. In late '99, we would look down on the street in front of his offices at 702 H Street at the end of a long day's work and he explained to me how those empty streets would one day be bustling again. He was willing to take the enormous financial risks to make this happen. When I returned to the city for Douglas' trial I was amazed at the transformation he had helped engineer in downtown DC.

Douglas was and is willing to endure enormous personal sacrifice in order to make this dream come true. He has a large adoring family that all live in New York (other then his son Norman). He loves his family and spending time with them but he spends the vast majority of his time with his "other family," the city and residents of Washington DC. The drive behind this was never the money but the dream of creating a better place to work and live for the people of the city. I saw many first hand examples of Douglas ignoring the opportunity to make a "quick buck" in order to do what was right for the city as a whole.

Somehow, he has still always made the time to be an incredible father, grandfather, husband and friend to so many. He is always there to lend a hand to friends or family in need. His easy going and honest style are unique and the results of this are the love of all who know him. Thank you.

Isaac J. Sitt

Thor Equities, LLC
139 Fifth Ave.
New York, NY 10010
Office- 212-432-3040

Exhibit 26

ELLIOT SHALOM
920 PARK AVENUE
APT 14C
NEW YORK, N.Y. 10021

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue
NW Washington DC 20001

Dear Honorable Judge Urbina,

I have know Douglas Jemal for twenty four years, twenty two of those years as his son in law. I am married to his eldest daughter Sally, together we have six children. I have always said I am proud to be a member of the Jemal family. It is easy to feel this way because they possess terrific character traits and excellent values and morals. Douglas is the patriarch and guiding light of this wonderful family that includes his mother, wife, six children, four son in laws and eighteen grandchildren, as well as his seven brothers and sisters and their respective families. We are very fortunate to have Douglas as our leader, for there is never a time his advice and counsel is without merit. As you must know by now, Douglas is a very hard worker, puts in long hours and is not one for idle time, yet he always has time for his family. He is always available for us and more importantly, Douglas will always make you feel that whatever you are asking or doing is of importance to him. His unwavering commitment to his family is astounding, particularly when you consider the size of our family and the scope of his professional career.

When friends of mine ask me to describe my father in law, I immediately tell them of a man that is larger than life, a man with a huge capacity to give and take little in return, a man who champions the small man and treats all alike. If it appears I am in awe of him, this is true, perhaps because I have seen this selfless man achieve so much in the years I have known him.

Douglas has truly succeeded in his life, with both his family and in his real estate business. Yet, it would be inappropriate not to discuss his good deeds as another of his achievements. While he has never spoke of these acts of kindness and generosity to me, I have learned from others that he regularly gives financial assistance to friends and family in need without hesitation and always in a manner to preserve the recipients dignity. On a larger scale, he has given both his time and substantial money to the construction of a synagogue in his summer home town of Elberon, New Jersey and additionally to the rebuilding of an historic temple on F Street in his beloved Washington D.C.

My wife, Sally and I and our family reside in New York City and over the years we have taken

Exhibit 27

many family trips to visit Douglas in Washington D.C. I have never seen a man so proud of his city as is Douglas' bond to Washington D.C. His commitment to historic preservation is a benefit to all citizens and visitors of our national capital.

During my visits, I am always impressed by his many friends he has introduced to me. Interestingly, these friends are from all walks of life and different classes of society. At times, it be the coat check at the Capitol Grill, with whom he will discuss her mothers pending health situation or in the same evening, a real estate tycoon with whom he will offer advice on a competing development. It is these contrasts that convey the singular belief of Douglas Jemal that all people deserve the same respect and kindness irregardless of their social background. This simple principle is one of the many character traits of Douglas Jemal, and for these reasons I have chosen him as a role model for myself and my children.


Sincerely yours,

Elliot Shalom

**Mr. Joseph J. Sitt**
**449 Avenue T**
**Brooklyn, NY 11223**


January 17, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Justice Urbina,

I am writing to you in an effort to make public my sentiments regarding Mr. Douglas Jemal. In the interest of full disclosure, Mr. Jemal is someone whom I have known indirectly for many years since we both live within a few blocks of each other. I subsequently got to know him better when my younger brother, Isaac Sitt, began a friendship with his daughter and eventually married her. Since that time, I have gone through my own ups and downs – notably, the loss of my father. Additionally, my business, which had brought me much success at a very early age, no longer prospered. Soon, I found myself, a formerly wealthy man in his early 30's, having a complete reversal of fortune. It was at this juncture in my life that Mr. Jemal made himself available to me as a helper and a friend.

It was Mr. Jemal who encouraged me to enter the then fledgling field of Urban Real Estate. Mr. Jemal encouraged me to invest in these communities by supporting area charities in those neighborhoods. When "the chips were down", Mr. Jemal offered me his time and encouragement. He gave me hope that allowed me to see each day as a new opportunity. Today, thank G-d, I'm a successful real estate developer specializing in the revitalization of African American and Hispanic Urban neighborhoods throughout the United States. Due to Mr. Jemal's influence, I've taken a socially responsible approach including the Pro-Bono redevelopment of the Bedford Stuyvesant Corporation -- the First African American Community Development Corporation – where we enriched the community with vital quality of life resources. I've also served as Chairman of the Downtown Brooklyn Fulton Street Business Improvement District and finally I'm a Liaison and Auxiliary Police Officer for the New York Police Department. I must give credit for my career success and social advocacy work to Mr. Jemal who served as a motivating force and inspiration.

I believe that all of one's character traits can be channeled toward positive endeavors. While I acknowledge Mr. Jemal's conviction, I ask that you afford him the opportunity to channel his character traits towards positive endeavors such as I experienced first hand.


Sincerely,

Joseph J. Sitt

Exhibit 28

HENRY SHALOM
625 BROADWAY
11TH FLOOR
NEW YORK, N.Y. 10012
TEL (212)473-1700
FAX (212)473-4773

January 17, 2007

The Honorable Ricardo M. Urbina
United States District for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

I am proud to have known Douglas Jemal for over 40 years. I can honestly say that I always had great respect for him, his integrity and his dedication to good deeds and good living.

My son Elliot married his wonderful daughter Sally 22 years ago, and she is surely an example of a wonderful childhood, and being brought up by a carrying family. Douglas has always been a devoted father and giving his children great direction and lots of time.

Since his daughter joined our family I have found Douglas to be very involved with Sally and Elliot and has contributed a great deal of time and helped financially when called upon.

I have personally asked him to contribute to charitable causes and he has contributed immediately. I was very concerned when Douglas had to go to trial because I have such admiration and love for this person. I was elated by the courts favorable decision on his behalf and do hope that this last problem will be dealt with quickly and favorably.

It is a pleasure to write a letter about Douglas character because he is a stand up and good person.

Sincerely,

Henry Shalom

Exhibit 29

Billy & Alice Shalom

January 27, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

To the Honorable Ricardo M. Urbina,

Certain impressions never leave your mind and certain personalities stand firm, connecting you to the real values of this world. Mr. Douglas Jemal lives this attribute.

We are aware of the conviction of Douglas. We have known him for eighteen years, as long as we are married, for he is our sister in law's father. Together we have traveled, dined, laughed, and reflected. We are witness to Douglas' patience, to his kindness, to his generosity, to his foresight, and to his uncomplicated way. Everyone who knows Douglas appreciates his honesty under all circumstances.

We live in Deal, New Jersey. Here, Douglas is a benefactor and a friend to the entire community of the Jersey Shore, where he has devoted hundreds of hours planning and building the Sephardic Learning Center. He has not merely constructed a building for us to learn and grow. Douglas has shown each one of us how to give. In a world of mostly takers, who can afford to lose a true giver?

Respectfully yours,

Billy + Alice Shalom

Billy and Alice Shalom

Exhibit 30

**ISAAC G. SHALOM**
**625 BROADWAY**
**NEW YORK, NEW YORK 10012**
**(212) 473-1700**

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC

Dear Honorable Judge Urbina,

Douglas Jemal is my brother Elliot's father in law and has been a respected member of our community for as long as I can remember. Since his oldest daughter Sally married my brother in 1985 I have had the opportunity to know Douglas and his wife Joyce on closer and more personal level.

I have found Douglas to be an extraordinary parent and grandparent who cherishes family more than anything else. He always makes a point of visiting all of his married children on a regular basis and when he can't be there in person, he never forgets to stay in touch by phone. During the last few years, Douglas has not allowed his legal case to diminish the time he spends with his family. With 5 married children, this can require more effort than one might imagine.

Douglas has also been very generous to friends and family members who have been less successful than himself financially. What is most impressive about this is that it is always done in a most discreet, if not anonymous, manner so as not to call attention to his generosity nor embarrass the recipient of his largess.

Douglas's unique personality has endeared him to many in both our community and the business world. He began his venture into the real estate world of Washington long before it was as popular as it is today. He ventured into areas that others had shunned, but as a visionary he had confidence in himself and the people of Washington to realize that his efforts would be rewarded. Douglas is truly a leader in all walks of life.

Sincerely,

Isaac G. Shalom

Exhibit 31



## JOSEPH J. CAYRE

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor,

As you may recall I have known Doug Jemal for a very long time as I testified to in your courtroom, however I did not have the opportunity to explain to you what a warm, caring and charitable person Doug Jemal really is.

Doug is a champion of the underprivileged helping them <u>DAILY</u>. No one, probably not even you, with all due respect, could believe the daily acts of kindness including feeding and giving financial help to those who need it with <u>DIGNITY</u>. This is a hard to find very special quality which Dough Jemal has.

As for his family, friends, and community he has single-handedly built religious institutions and has lent money to many, many, many families who came upon bad times knowing well they would never repay him. This man, Doug Jemal is a very special human being that we all need on the streets helping people and not behind bars.

Your Honor, there are literally hundreds of people like myself who can tell you wonderful stories of how they have been helped by Doug or know of his good deeds.

Please consider all of his good deeds. He is truly a uniquely charitable and loving human being.

Sincerely,

Joe Cayre

Exhibit 32

417 FIFTH AVENUE 9TH FLOOR, NEW YORK, NY 10016
TEL: 212-726-0755 • FAX: 212-726-0742 • cayrejoe@meqs.com • cayrejoe@aol.com

**Robert F. Leibner**
**3224 Cathedral Avenue, N.W.**
**Washington, D.C. 20008**

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for
    the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  **Douglas Jemal**

Dear Judge Urbina:

I had the distinct privilege of appearing before this Court on
the Court's initial day of service as an Associate Judge in the
Superior Court of the District of Columbia in April of 1981.  At
that time, I was representing a juvenile in his Disposition
Hearing.  I have never forgotten the Court's admonishment to my
teen-age client to "find your passion in life and make that
passion your life's work" because by doing so his life could and
would become productive, positive and meaningful.  Little did I
know that some twenty-five years later, those words would
continue to echo loudly in my ears every time I think of Douglas
Jemal, who will appear before this Court for sentencing on April
16, 2007.

When Douglas Jemal first walked into the offices of a newly
formed two man law firm (Leibner & Potkin, P.C.) in the mid-
1980's he unwittingly personified this Court's earlier advice.
Despite his terribly humble background and lack of formal
education, Mr. Jemal had finally managed to identify his passion
in life -- the creation of a real estate development company
("Douglas Development Company") designed to make the District of
Columbia a better place to live and work for citizens from every
walk of life.  Over the next twenty years I had a bird's eye view
of a man who consistently defied conventional wisdom, and did so
not because he wanted to prove others wrong, but because pursuit
of his passion meant seeing things which others could not see,
and dreaming of things which others deemed unachievable.  During
the twenty-odd years I represented Mr. Jemal, I also represented
many of the largest developers in this city and many have asked
about or otherwise tried to analyze Mr. Jemal's success.  I can
state with absolute certainty that what distinguished Douglas
Jemal from his competitors was actually very simple -- while
Douglas Jemal was pursuing his passion, my other clients were
pursuing money.  The foregoing is not intended as a criticism of

Exhibit 33

The Honorable Ricardo M. Urbina
Page Two
February 1, 2007

my former clients, it is offered simply as a heartfelt observation based upon my personal experience. It is the ultimately irony that Mr. Jemal stands convicted of an offense involving money, as a result of a prosecution premised upon allegations of corruption of a public official.

The Court will be advised by others far more competent than I, as to the terribly detrimental effect Mr. Jemal's incarceration would have upon his company, Douglas Development Company ("DDC"). The reality is that Douglas Jemal *is* DDC, and despite the genuine efforts of others in his company, I fear for DDC's continued viability in his absence. DDC provides a multitude of jobs in this region, and many, many families are dependent upon DDC for their economic survival. Lenders have extended significant loans to DDC premised upon Mr. Jemal's personal guarantee, as well as his unfettered record of performance. It was made clear at Trial that DDC's infrastructure has struggled to keep pace with its own geometric growth in the last few years. DDC is desperately in need of Mr. Jemal's continued presence and leadership.

I am painfully aware of Mr. Jemal's conviction, and I am mindful of the many factors the Court will have to consider prior to his sentencing. Because I too (belatedly) heeded this Court's advice to pursue one's passion in life, I retired form the practice of law in 2004. However, the personal relationship I had previously enjoyed with Douglas Jemal during my many previous years of representation has grown even stronger. I attended every single day of his Trial, and while I fully appreciate the issues and strategies which controlled the Trial, I would be remiss if I failed to try to communicate to the Court what I believe to be the true "essence" of Douglas Jemal. Efforts to portray him as greedy or, more shockingly, as a "common thief" are so unfettered from the truth as to defy description.

The Douglas Jemal I have known for more than twenty years is the antithesis of the greedy developer alleged at Trial. He is a man who in the months immediately preceding his Trial would regularly find the time to stop into a retail cheese store on F Street in order to "check-up" on my younger son, who was employed there for the summer. Douglas would openly embrace my son, quickly remind him of the need to "treat the customers correctly and sell some cheese", put in a good word with the store's owner, refuse a free sample of any product, and quickly leave the store so that he could call me and report on my son's performance. Douglas is a man who taught me, through acts – not words, that it is far more

The Honorable Ricardo M. Urbina
Page Three
February 1, 2007

important to treat the busboy in a restaurant with respect and
dignity than to know the name the manager of the restaurant.  He
is a man who methodically drives his own pick-up truck to New
York every Friday in order to conduct Friday evening Shabbat
dinner with his family, and although clearly capable of
alternative means of transportation, he continues to drive
because that is what he did before enjoying financial success and
he sees no reason to alter his behavior.  On Sunday evening he
gets back in the truck, stops for gas at the identical station so
that he can spend a few minutes talking to the attendant, and
then drives back to Washington where he typically visits one of
his properties and inspects the exterior for cleanliness,
literally picking up cigarette butts from the sidewalk and
parking lots until he is satisfied that when his tenants arrive
in the morning the premises will be suitable for their occupancy.
I have been privileged to share Friday night dinner with Douglas
and his family, and I can only say that I have never felt the
sense of warmth, family and spiritual comfort anywhere else that
I have felt when I am in his home.  He has too many grandchildren
to count, and despite having endured a full week of work and a
five hour drive home, there is no limit to the patience and
attention he shows to every member of his family before leading
the family in prayer.  He is a man who anonymously delivers a pie
to the Nuns in a nearby monastery every Saturday afternoon,
simply because he thinks they are deserving of it because of "the
work" they do.  He is a man who bought a taxi driver a pair of
cowboy boots because the driver was waiting while Douglas bought
my partner and myself identical boots while we were celebrating a
birthday --- approximately twelve years before he first met Mr.
Larusso.  I am continually amazed when I walk with him downtown
and see how he knows the name of every parking lot attendant
along the way, and how he engages in conversation with them.  He
is truly, a man of the people, a man who lives and demonstrates
the ideals many of us aspire to, without concern for attention or
notice.  This is the Douglas Jemal I know, have known, and will
always know.

I fully understand and appreciate the severity of Mr. Jemal's
conviction.  I do not offer the previous statements in an effort
to sanitize his life or to minimize the seriousness of his
conviction; nor do my meager examples accurately summarize the
infinite good deeds and heart and soul of this man. However
ineffective, I feel compelled to attempt to inform the Court of
instances I have personally witnessed which more accurately
demonstrate Mr. Jemal's true character and integrity than may

The Honorable Ricardo M. Urbina
Page Four
February 1, 2007

have been elucidated to date.  I sincerely believe Douglas
Jemal's passion to make the District of Columbia a better place
to live has bestowed enormous benefits to its citizens and has in
turn made their lives more productive and meaningful.  I offer
these comments with the hope the Court will gain a better
understanding of his true character and nature.

I respectfully urge the Court to demonstrate compassion and
understanding for Douglas Jemal.  I truly believe he is deserving
of such treatment, and I believe the citizens of this city and
the true interests of justice are best served by demonstrating
such compassion.

Thank you for considering these comments.

Sincerely,

Robert F. Leibner

LEIBNER & POTKIN, P.C.
ATTORNEYS AT LAW

4725 WISCONSIN AVENUE, N.W., SUITE 250
WASHINGTON, D.C. 20016
————
(202) 244-0600
FACSIMILE # (202) 244-8930

ROBERT F. LEIBNER
LANE H. POTKIN
JOHN E. ARNESS, II
JACLYN E. OCHS*

*Admitted in MD only

MARYLAND OFFICE
51 MONROE STREET, SUITE 603
ROCKVILLE, MD 20850

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court
  for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

RE:  Douglas Jemal

Dear Judge Urbina:

Over the last twenty years, I have had the privilege and pleasure to work with and
represent Douglas Jemal and his company, Douglas Development Corporation ("DDC").
During that period I have witnessed the growth of DDC from a small real estate company
owning less than ten properties to one of the largest and most recognizable development
companies in this region, with upwards of 180 properties in Maryland, the District and
Virginia.  Despite my obvious biases, I wholeheartedly believe that the incarceration of
Mr. Jemal would be a disservice to our community, have dire consequences for his
company and the local real estate community as a whole, and would unnecessarily punish
a truly decent person.

Mr. Jemal, as I am certain you are aware, is  a unique developer whose willingness to
take considerable risks in previously underdeveloped areas of our city, and to preserve
the rich historical fabric manifested in the architecture of  our city's buildings, has
contributed significantly to the rebirth and revitalization of this city and many of its
formerly neglected neighborhoods.  Starting with his purchase and redevelopment,
consistent with the wishes of the surrounding neighborhood, of the Park 'n Shop on
Connecticut Ave. in the early 1990's and continuing with his purchase, renovation and
preservation of many of the historical buildings on 7th Street in Chinatown and along the
old downtown portion of F Street, N.W., including the Woodward and Lothrop building,
Mr. Jemal has exhibited the rare ability to address and satisfy the competing interests of
residents, preservationists, urban planners, lenders and other disparate groups, while still
achieving substantial success with his projects.

Exhibit 34

The Honorable Ricardo M. Urbina
Page 2
February 1, 2007

Mr. Jemal's style is anything but traditional. Relying on his keen instincts rather than spread sheets and detailed studies and projections, he often jumps in where others more formally educated, sophisticated or conventional developers would not even consider going. It is highly unlikely, as I often tell him, that the professors at Wharton business school will embrace his methodology, but naysayers have never deterred Mr. Jemal, and his magnetic personality, infectious optimism, and obvious sincerity have paved the way for many successful ventures by him and his company. Currently, he is poised to pursue, in addition to his downtown projects, new developments in Anacostia, Hyattsville and other parts of Prince Georges County, Maryland, and, as before, it is highly likely that his efforts will be the harbinger of positive changes for these areas.

Mr. Jemal has been, and remains, the heart and soul of DDC. He always has taken a hands-on approach to the running of his business, and, for better or worse, the company's infrastructure has not grown along with the growth in the company's holdings. Lenders, brokers, sellers, purchasers and others essential to the continued viability of his company are accustomed to dealing directly with Mr. Jemal, and his absence from the company would in essence leave the ship rudderless, making it nearly impossible for the company to continue its development projects effectively. While his conviction has undoubtedly had a negative impact on the company, his continued presence has enabled it to maintain its course. Unfortunately, given human nature, I have little doubt that if Mr. Jemal is incarcerated those who have stood behind him and his company during these trying times may be inclined to jump ship, resulting in many of his planned projects being placed on hold, or scuttled completely, to the detriment of all.

More significantly, Mr. Jemal, consistent with his continued belief in and commitment to his development work, has guaranteed personally a large percentage of loans made to his related companies. I have been involved in reviewing the loan documents for almost all of these outstanding loans (which I estimate to be in excess of 150), and many contain provisions which would permit the lenders to declare, or attempt to declare, a default upon his incarceration. To date, his conviction has not caused this result, but there is a significant likelihood that his incarceration will compel some lenders to reconsider their exposure and take pre-emptive action. This, in turn, could result in a herd mentality among lenders, with potentially calamitous consequences, not only to Mr. Jemal and his companies, but to lenders, vendors, tenants and other parties who would be impacted. The mere possibility that these events might occur, and the resulting collateral damage that would be inflicted on many innocent parties, weighs heavily in favor of considering sentencing alternatives which would permit Mr. Jemal to remain actively involved with his company's day to day operations.

Finally, on a more personal note, during my twenty year association with Mr. Jemal I have watched with pride, and sometimes in amazement, awe or disbelief, as he, armed with an 8th grade education, an optimistic outlook on life, and a genuine interest in all people, rich or poor, famous or unknown, has pursued his unique vision for the city, grown his company to where it is today, and befriended almost all who he comes in

The Honorable Ricardo M. Urbina
Page 3
February 1, 2007

contact with. Contrary to what the prosecutors would have you believe, Mr. Jemal is
anything but a greedy man. I often tell friends that what distinguishes him and fuels his
success is his lack of concern with accumulating wealth and its accoutrements. Greed is
not in his vocabulary and having represented many developers in this city, few, if any, are
as truly compassionate, selfless and decent as he.

Mr. Jemal loves what he does, the people he meets, and the challenges that he confronts,
and our city and its residents have been greatly benefited by his efforts. While I cannot
begin to chronicle for you all the numerous good deeds he has done for those less
fortunate, I can ask and hope that you would show the same compassion for him as he has
shown for so many whose lives he has touched and exercise your discretion to sentence
Mr. Jemal to a term of probation.

Sincerely,

Lane Potkin



# OHEL YAACOB CONGREGATION

4-6 Ocean Avenue    p.o. box 225    Deal, New Jersey 07723
tel: (732) 531-0217        (732) 531-2405
fax: (732) 531-6116        email: E-BENHEAIM@COMCAST.NET

January 24, 2007

The Honorable Ricardo M. Urbina
United States District Court
  for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I have known Mr. Douglas Jemal and his family for most of my lifetime. My father, who has passed away the past two years, had known the Jemal family for over 60 years. They have been members of our community for that period of time and have worked very hard in business to bring themselves to the successful state that they are in today. In that period of time, they have given of themselves financially as well as in advice to the extended community to which they belong. In light of these facts, and in the particular fact that they have contributed to the needy and downtrodden and have built institutions to benefit thousands of people, any lenience that can be granted them will be greatly appreciated.

Yours truly,

Rabbi Eli Ben-Haim

Exhibit 35



# CHRIST
# CHURCH

118 North Washington Street, Alexandria, VA 22314

703.549.1450 www.HistoricChristChurch.org

January 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

I write to characterize and assess the impact Mr. Douglas Jemal has effected on the Washington metropolitan area. I have known Mr. Jemal for eight years and have found him to be of high integrity, professionally direct and a community builder. He has a special passion for the poor who, through no fault of their own, are separated from getting a good chance to make a living, have a family and contribute to the common good. Mr. Jemal has helped me, my congregation and the community to be an asset to those we serve and to confront the obstacles that keep people from thriving.

Mr. Jemal is someone I have counted on when needing advice to make difficult decisions. I hope you will clear his name so he can continue the good works he has begun in so many places in the metropolitan area.

Sincerely yours,

Father Pierce Klemmt

Exhibit 36

*Christ Church embodies God's unbounded love by embracing, liberating, and empowering people,*
*whoever they are and wherever they find themselves on their journeys of faith.*



# DeMATHA CATHOLIC HIGH SCHOOL



*Order of the Most Holy Trinity*

UNITED STATES DEPARTMENT OF EDUCATION
TWICE RECOGNIZED SCHOOL OF EXCELLENCE

*Office of Development*

December 23, 2006

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC  20001

Dear Judge Urbina:

We write this letter today in support of our friend and most generous benefactor, Mr. Douglas Jemal.  We are aware of his conviction but wanted to let you know just what a tremendous positive force he has been in the DeMatha community.

We first met Mr. Jemal two years ago when he negotiated the purchase of the former Washington Suburban Sanitary Commission (WSSC) building in Hyattsville, MD.  In negotiating that purchase, Mr. Jemal outbid a DeMatha alumnus who had been on the record as stating that should he (the alumnus) actually buy the property, that one of the building's parking lots would be donated to DeMatha to refurbish as a playing field for its sports teams.  Upon earning the right to purchase the property, Mr. Jemal offered to donate that same parcel of land to DeMatha.

For a number of reasons, it became apparent that the actual demolition of this parking lot would be years away from happening.  Because of that delay and because he knew of DeMatha's desperate need to find additional practice space, last year Mr. Jemal decided to contribute substantially to the school in its efforts to address its athletic needs.

In just a very short period of time, Mr. Jemal has become the single largest donor to the school, even though he had no prior relationship to DeMatha.  With his funds, we are planning to install artificial turf on two fields we presently use.  The artificial surface will enable multiple uses by a variety of teams (and the local community as well) without worry about weather conditions such as excess rain or drought.

Mr. Jemal's contributions will also help us construct our $12 million Convocation Center, an edifice we plan to start building this spring.  This building, which we are extremely excited about, will include classrooms, a weight room, a wrestling room, and a 1,200 seat gym.  You should also know that our construction project is timed very nicely with the other construction/re-development efforts taking place here in the city of Hyattsville, a municipality which is experiencing a renaissance.

We are indebted to Mr. Jemal.  He gave us his word and stuck to it, even when he easily could have backed off his promises without anybody knowing.  Everything we know about Mr. Jemal is positive and his willingness to help a school and its 1,000 young men deserves praise.  We hope that he can continue to be such a positive force in the future, not only with DeMatha, but with the other many charities and organizations that he holds close to his heart.

Thank you so much for your time and consideration.  If you have any further questions, feel free to contact us anytime about the character of Mr. Douglas Jemal.

Sincerely,

Mr. Thomas Ponton '78
Director of Development

Mr. Bill McGregor
Head Football Coach

Exhibit 37

Rebuilding Neighborhoods and Preserving
Diversity Through Affordable Housing

A 501 (c)(3) nonprofit organization.

# MANNA®

Honorable Ricardo M. Urbana                                                1/29/07
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C.  20001

Dear Judge Urbana,

    My name is Rev Jim Dickerson, Founder and Chairman of Manna Inc., a 25 year
old and highly successful non-profit affordable housing and community development
organization in D.C., and Pastor of New Community Church at 614 S St. N.W.
Washington D.C.

    I am writing in support of Mr. Douglas Jamal whom you will be sentencing soon. I
have known Doug for the past 10 years through his involvement in and service to the
community in the Shaw neighborhood and as a friend. His company owns the historic
Wonder Bread building across the street from our church on S St. where he has been very
generous in allowing one of our programs, a non-profit neighborhood bike shop, to use
storage space free of charge. Doug has also been a great community partner in several
other instances where he has generously contributed time, space and money to help
various good causes in the community.

    I have the utmost respect and admiration for Doug and all he has tried and is trying to
do to make Washington D.C. a great place for everyone, including those of low and
modest incomes. I feel that it would be far better to 'sentence" him to do even more good,
than to incarcerate him which would not serve anyone's best interest. If he must be
sentenced, please consider more community service and benevolent contributions in
addition to the significant amount he is already making. We need to keep Doug and his
good work in the community at this critical time in the life of our city, its neighborhoods
and people. He and his contribution is an asset we cannot afford to lose or have taken
away even for a short period of time.

Sincerely,

*Rev James M. Dickerson*

Rev James M. Dickerson
Founder/Chair Manna Inc.
Pastor, New Community Church

Exhibit 38



The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

Your Honor,

I have been an employee of Douglas Development Corporation since August 2005. I began as the receptionist for the company and had little knowledge of Douglas Jemal other that seeing his name on numerous buildings around the city. Although I have known Douglas for only a relatively short time I have had many chances to work closely with him and learn from him. Shortly after I began as a receptionist I was asked to fill the position of Construction Administrative Assistant and finally Assistant Project Manager. The more I got involved with the workings behind the creative and compassionate mind of Douglas Jemal I really began to appreciate him and all the work he has done in and around this city. I represented Douglas Jemal at local job fairs and spoke to construction students about him and his company at a vocational school in PG County. I witnessed many checks that Douglas happily offered to schools and neighborhood groups in the areas where we are building, and have taken letters from his dictation showing his support for such groups as the National Center for Missing and Exploited Children. He is always willing to help the community and foster the education of young people. When the trial began, although I was disheartened, I never doubted that all Douglas' hard work and determination to continue to better the community would work in his favor. He still has a lot planned for the future of this city.

One day I had the pleasure of accompanying Douglas and his five top executives, that he holds so dear to his heart, on site of the demolition of 1199 F St, NW, soon to be another amazing addition to downtown. As he stood there on the rubble of the old Lerner building, with the dust from the wrecking crane looming over him, he smiled and said this is what I am all about, I have been waiting 20 years to see this happen. I was moved by the passion Douglas Jemal has for his work and this city, and very proud to be working and learning from such a man.

Sincerely,

Kimberly Cappelli

Exhibit 39



February 1st, 2007

The Honorable Ricardo M Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: Douglas Jemal

Dear Honorable Judge Urbina:

I am an employee of Douglas Development Corporation and personal assistant to Douglas Jemal for the last three (3) years. I am fully aware of the conviction and have been sharing this horrible ordeal with Douglas for the last few years. There are no words that can truly explain what an honorable and kind man he is, not to mention giving. Douglas would give his shirt off of his back to anyone.

On a personal note, I have been in financial need and went to Douglas to request a loan. he helped me without any questions. On several occasions I have brought my eight (8) year old daughter to work if needed (which is extremely helpful), not to mention other employees have as well. He is "Uncle Douglas" to all the kids. You cannot find too many people or companies who would allow this. Douglas is like an old wise man that I have learned a lot from. He does not judge anyone, no matter what race or creed you are.

He is a major player in the revitalization and redevelopment of Washington, DC, this is not just a job or a way of living to him this is a dream. A dream to revitalize the Metropolitan area to attract visitors and make it a better place for everyone to visit weather and live. Anyone who talks to Douglas can see in his eyes that this is real, that it is a major passion something that excites him. I feel honored to work for him and to see Douglas Development plastered everywhere in the city.

With all that being said please consider all the noble things Douglas Jemal has done for Washington and will continue to do. Please exercise your judgment to be compassionate in your decision.

Respectfully Yours,

Jolie Figueroa

Exhibit 40

January 11, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re : Douglas Jemal

Dear Honorable Urbina:

I am a current, yet fairly new, employee at the Douglas Development Corporation. I have 16+ years of experience reporting to and maintaining daily communication with presidents, owners, board of directors and executive level personnel from abroad. However, it is extremely rare that you encounter someone of Douglas Jemal's stature to be as generous, caring and kind-hearted as I have found him to be.

Being a single parent of three daughters, 2 which lost their father to a senseless act of violence in the District, and a native Washingtonian, having witnessed the revitalization of the District and its surrounding areas by a company that Douglas Jemal built from scratch is truly an accomplishment and, in my opinion, one that should not be overlooked. Every time I pass a property or a redeveloped community that has the Douglas Development logo, I feel proud to be a part of the great things Douglas Jemal has envisioned for this area in addition to having a great place to raise my beautiful children.

I have witnessed him providing employment opportunities to people whom others may write off. I think that he views it as everyone deserves an opportunity as long as you are willing to work hard. In addition, employees of Douglas Development, including myself, have had the opportunity to bring their children to work due to school closing, illness, etc. and it amazes me how children naturally adhere to him and how receptive, caring, uplifting and supportive he is in return. I am a firm believer that children have an excellent sense of sincerity, sometimes better than adults.

I think that Douglas Jemal is a wonderful human being and an excellent leader. Hopefully, you will grant him the opportunity to continue to do wonderful things for the Washington D.C Metropolitan Area, community services, employees, friends and family.

Sincerely,

Felicia Apollon
Executive Assistant to the
V.P. of Construction

Exhibit 41

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor,

It is a pleasure to submit this letter of support to you on behalf of Douglas Jemal. I'm aware of the guilty verdict handed down to Mr. Douglas Jemal on the fraud charge. I have been an employee at Douglas Development Corp. for 6 years. In my 6 years at Douglas Development, I have seen some amazing things happen in DC because of the work and effort of Douglas Jemal.

Mr. Jemal is a standup guy who is very family oriented and always willing to help the next person. Through his constant donating and charitable contributions, Douglas is funneling the money back into the community giving someone else the opportunity to become successful. His honesty and lovable personality is a major reason for his success as a person and businessman. I can honestly say that I enjoy working for Mr. Jemal. He is hands on, always willing to listen and give advice be it personal or professional. Since I've been at Douglas Development, I've been given the opportunity to grow as an Accountant while learning the Commercial Real Estate Industry.

Mr. Jemal's projects has helped revitalize the District and helped it become a place where big businesses would want to call home. His creative genius has sparked a major turnaround in Downtown D.C. with projects like The Woodies Building, The Atlantic Building and The Historic Row on 7th Street. The District of Columbia could use more people like Mr. Jemal both as a businessman and a person.

Respectfully,

Samuel Lewis

Samuel Lewis

Exhibit 42

January 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Ricardo M. Urbina,

I have been an employee of Douglas Jemal for almost six years now and within these years I have never seen or worked with anyone in Mr. Jemal's capacity who is more compassionate about his work, his community, family, friends and employees. I am aware of the conviction and find myself in disbelief for it is completely inconsistent with Douglas's character.

Douglas is a friendly casual man who treats all individuals in a fair and respectable manner, he will hire the less advantaged person or a person who has taken a wrong turn in life and give them a chance to work towards a new way of life.

He is always available to his employees, whether it is financially, where I have seen him take money out of his own pocket or work out some kind of a loan to get them through their time of need. His door is always open for anyone to stop in and talk to him.

Douglas's charitable contributions speak for them selves when it comes to caring about the people and the communities that he lives or works in.

He is dedicated and passionate about reviving the Washington, D.C. area, when he speaks of the things he is doing you can see the passion and excitement and this in turn motivates others.

I hope this letter will help you see the type of person Douglas Jemal is and all he has accomplished.

Sincerely,

Darlene Brown

Exhibit 43

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: Douglas Jemal

Dear Judge Urbina,

I'm an employee of Douglas Development Corporation and know Mr. Jemal personally. Despite the verdict, Douglas is an honest, loyal, and trusting employer and person. He's a prominent Washington DC business man who's Love for people and this city are greater than words can express. He has put so much unparalleled passion and hard work towards the vitalization and redevelopment of DC's metropolitan area; and aside from that, he's truly a sincere person that promotes nothing other than positivity and encouragement through words and actions. To assure you of his character, I would have undoubtedly accepted all charges in lieu of him being in this unfortunate circumstance. Please accept this letter as a humble plea for leniency.

Respectfully,

Jeremiah Matthew Allen

Exhibit 44

January 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Honorable Ricardo M. Urbina,

I have been working with Douglas Development for more then 4 years now. To this day, I have never forgotten the day Douglas interviewed me. He reviewed my resume and asked, "What do you do?". I answered, "I don't do anything. I just graduated from school. I'm looking for a start and I'm here to live the American dream. I need a sponsorship". I had no real job experience at all at that time. I sensed that Douglas was a little hesitant. I immediately said; "I'm a warrior and I work hard. I can make it here". Douglas offered me a job that day. I would like to think that Douglas saw the hunger, and the passion in me. He had no reason to hire me. He trusted his gut feeling and he put his belief in me. I appreciate this everyday of my life! Just the fact that I know what Douglas believes in me, I enjoy myself at work and I love ever part of my job every single day.

I remember I was getting ready to visit my family back home in Istanbul few summers ago. Just before I left for the Dulles Airport, Douglas caught me at the elevator and he personally gave me some money. I thought he wanted me to bring him something from Istanbul. He said "You have blast with your family. Go and spend this money and do things that you enjoy in Istanbul". Douglas is a man with a big heart, and a man who foresees the future, lives in the future, acts for the future... He is a man who does well for his community and for the others. We live in a world where things are extremely materialistic, people are fake, and obsessions cause harm to others ... Whereas Douglas shakes your hand, looks at you right in the eye when he makes a deal with you and you have his word. His words are his signatures and he is a promise keeper. He is an honest and noble businessman. I'm proud of him. He is a great example of being self-made!

I have the biggest respect for people who have passion for what they do, who can enjoy themselves at work and who always plans for the future. Douglas has accomplished an outstanding job for his community. I'm aware of the conviction and I find it extremely hard to believe considering what kind of person Douglas truly is. I hope he continues doing what he really loves in life, continues giving back to his community and continues his great career in Real Estate. My prayers are with him.

Sincerely,

Zeynep F. Ulusu

Exhibit 45

Jerome Robinson
928 Summit Ave,
Greensboro, NC 27405
Tel: 336-574-3600
Fax: 336-574-2460

January 23, 2007

Horonable Ricardo M. Urbina:

      I have known Douglas Jemal for thirtytwo years. When I first met him I was sixteen. He gave me my first job working as a sales person at his store, Douglas Records. When I was eighteen, he purchased my first car and charged nothing for it. Growing up in a low income housing, Douglas was there for me. My parents could not afford to buy me clothes and shoes but Douglas did. There were times when Douglas took me shopping and told me to buy whatever I wanted. On one occasion, he bought me three pairs of shoes, I kept one pair and gave the rest to my brothers. And this is something that he know but did not say anthing about it because he cared about me and my family's happiness. I also remember a time when my parents were behind in paying their rent which was 1600 dollars and I went to Douglas for a loan. He told me to go to the secetary for whatever I needed. I agreed to pay him back twenty dollars a week but he told me whatever that I could afford. Within that same week, my father crashed my car and I came to Douglas again worried and sad. Douglas once again came through for me. He gave me the money and told me not to worry about the other loan. He also stated that the incident was apart of life. Everyone has to go through things in order to be sucessful.

      Douglas treated me like the father that I never had. He is someone that I respect and I look up to. Growning up the way that I did, I was told that "white men" would not help "black people", but Douglas gave me a different perspective. Douglas treats all races the same. When I became older, Dougals allowed me to stay in one of his houses free of charge. I stayed there for six months. The mortage on the house was 1400 dollars a month but he did not charge me a dime. This is another way that impacted my life. If everyone who grew up the way that I grew up, had a Douglas in their life, they would be as successful as I am. I am currenty the owner of a music store, J&B Music Connection. Douglas is the person that inspired me to own a music store. I often justify my success with all my employees in hopes of impacting their lives as Douglas has impacted mine.

I am aware of the charges that are being brought upon Dougals, but I believe that he should be given a second chance because he is a believer of second chances and he has provided this in a number of occaptions.

Yours faithfully,

Jerome Robinson

Exhibit 46

January 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Dear Honorable Ricardo M. Urbina,

I have known Douglas Jemal since November 2000 when I met him and other executives of Douglas Development Corporation (DDC) at the urging of David Reznick of the Reznick Group. Douglas' organization needed help and direction in the accounting department and I provide these services to companies that have a need to straighten out their accounting records and supplement the accounting staff. Since that initial meeting I have worked approximately 6,500 hours in the DDC Accounting Department helping to ensure that all transactions are recorded on the correct entity in the correct accounts. This is no small task given the growth of the number of properties Douglas manages in the Metropolitan area.

During the six plus years I have been associated with Douglas Jemal, I have been impressed with his commitment to the DC Community and I have witnessed the changes that taken place outside of the DDC offices at 7th and H Streets. Douglas has been one of the moving forces in revitalizing a number of areas in DC and he will continue to provide this service to the people and business community of the District if Columbia. In all of the time I have known Douglas, I have witnessed his commitment to his family, employees, friends, and the community at large. He is a giving individual who does not turn away those seeking help or contributions, whether large or small. One contribution that stands out is the $500,000 Douglas contributed with a like amount being given by each of two other distinguished businessmen in DC so that the building at 6th and I Streets could once again be a synagogue providing religion to the community.

Given all of the above, I was saddened at his conviction during 2006. I was prepared to testify at Douglas' trial about his honesty and character but was not called to do so. My only appearance as a witness at the trial was to provide some background related to monies receive by the entity (Jemal's Darth Vader, LLC), which was a part of the case. What I was going to briefly say at the trial, if given the chance, was that:

1) Douglas wanted me to work as many hours as I could to in order to help the accounting department record and maintain accurate records.

2) He never objected or overrode me on anything that I said we should do in our recording transactions to make things correct, and

Exhibit 47

3) He never directed me to do anything in accounting or in the business that was improper.

In closing, I ask your honor to have leniency on Douglas Jemal in sentencing based on his past, present and future services provided and to be provided to the District of Columbia.

Sincerely.

Jan Peterson, CPA

January 25, 2007

The Honorable Richardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I'm writing this to you because I was shocked when I learned that on October 26, 2006, Mr. Douglas Jemal was convicted of a single, stand-alone fraud charge related to a private business transaction. I sensationally could not get it over even until now. Because of his kindness, his great contribution to the charities, his commitment to community and society, the conviction just wouldn't have matched his good character and image.

In January 2000, I was hired by Mr. Douglas Jemal as the account payable to the company. Since then, I have been working with him daily through good time and hard time in the real business world. As a new employee at that time, I was still a new immigrant, in the new country and with the new language. Mr. Douglas Jemal was an excellent mentor with patience. Not only has he taught and guided me the way to do the job, but also the kindness way he cared about employees, family and society. I wouldn't even have the chance to learn and to be successful somewhere else but this company.

As I know, Mr. Douglas Jemal has also the great concerns about the poor and the children's educations. Therefore, from time to time he has donated money and goods to the charities for that purpose. He has often asked employees if their family is in good shape financially and the children are in good progress educationally.

Everyone could make mistakes sometimes – no one is perfect! Sometimes someone just accidentally or unwillingly stands on the wrong side of the fence. I certainly hope Mr. Douglas Jemal has learned his lessons, and will stay kind and care for the society as well as being successful in his business.

Sincerely,

Liyan Jiang

Exhibit 48



**Branch Banking & Trust Co.
of Virginia**

Commerical Real Estate Lending

8200 Greensboro Dr., Suite 1475
McLean, VA 22102

January 23, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

      I have known Doug Jemal for over 20 years, having worked as a commercial real estate lender for various banks during that time. I have been involved in making millions of dollars of commercial real estate loans to Mr. Jemal. He is presently indebted to Branch Banking and Trust Company, my present employer, on several loans. I am his account officer at the bank. All loans, past and present, have been paid as agreed.

      I have closely watched the legal proceeding in which he was unfortunately convicted of one of several counts for which he was tried. With this letter I want to tell you about my dealings with Doug Jemal. He has always been honest and forthright in each transaction. He has always fulfilled every commitment he has made. He has never defaulted on any loan made to him. There is no question he is also a tough negotiator and I respect him for that.

      I am also aware of some of his good works, including his purchase, with partners, of the 6th and Eye Street Synagogue to keep it from being turned into a nightclub. I understand he and his partners continue to absorb some of the operating expenses to help the synagogue survive.

      I have always respected Doug Jemal's down to earth way of doing business. He believes in developing strong relationships, as I do. Doug Jemal has my utmost respect, personally and professionally. In my opinion, his character is beyond reproach. I would be pleased to do more business with him. Please take his long history of fulfilling his obligations and his good works into consideration in his sentencing.

Yours,

Howard Dymond
Senior Vice President
Branch Banking and Trust

Exhibit 49



# ROYAL BANK
## ——— AMERICA ———

January 24, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I have known Douglas Jamal for over six years, both as a customer and a friend. In my capacity as Chief Lending Officer of Royal Bank America, I have the good fortune to meet many interesting and successful people. Douglas stands out among them.

His vision and passion have transformed the once blighted areas of the city into vital centers of activity. One of the Cardinal Rules of banking is to evaluate character of the borrower. Douglas Jamal has always met our high standards.

Although I am aware of the conviction, I am hopeful that this will be resolved so he can continue his efforts to enhance the city of Washington in positive ways.

Very truly yours,
**ROYAL BANK AMERICA**

Murray Stempel, III
Chief Lending Officer

MS/lal

Exhibit 50



Executive Offices ▪ 732 Montgomery Avenue ▪ Narberth, PA 19072 ▪ 610.668.4700
NASDAQ: RBPAA                      www.RoyalBankAmerica.com



# ROYAL BANK
### AMERICA
**1230 Walnut Street**
**Philadelphia, PA 19107**
**Phone 215-735-6200**
**Fax 215-790-1111**

January 22, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:    Douglas Jemal

Dear Honorable Ricardo M. Urbina:

Douglas Jemal has been known to me and senior management at Royal Bank America for the past 5 years.  We have done a number of commercial loans for buildings and properties purchased by him and/or his company.

Through these various transactions our dealings with Mr. Jemal, his company and his colleagues have been very professional.  Mr. Jemal has done everything that he agreed to do regarding our transactions.

We believe Doug Jemal's character is strong and he is a good business person who has given much back to the community in the way of his developments of neglected urban areas as well as charitable endeavors.  We are aware of his recent conviction and I hope you will consider this as you deliberate.

Sincerely,

ROYAL BANCSHARES OF PENNSYLVANIA

Robert R. Tabas
Chairman

RRT:lv

Exhibit 51

# THE ADAMS
## NATIONAL BANK

1130 Connecticut Avenue, NW Suite 200
Washington, D.C. 20036
www.adamsbank.com
p: 202-772-3600
f: 202-659-3719

January 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

The Honorable Ricardo M. Urbina:

I have known Douglas Jemal nearly 13 years. During that time, our business relationship has included an estimated 20 loan transactions from four different financial institutions in which I was the bank's loan officer. During these negotiations, I had direct contact with Douglas Jemal and his representatives. I am aware of the conviction against Mr. Jemal issued by a jury in the United States District Court for the District of Columbia and wish to offer supportive comments to the Court.

My first contract with Mr. Jemal came in 1994. At the time, I was an asset manager for a local bank that had foreclosed on a small shopping center located on Bladensburg Road in the District of Columbia. The property had been mismanaged for many years and, during the bank's ownership, a murder occurred on the property. Douglas Jemal purchased the property from the bank and, using his own funds, immediately began making improvements. Within six months, the shopping center had been completely renovated and repositioned and has since been an attraction to the local community. This scenario has been repeated time and again by Mr. Jemal and is the primary reason why he is considered by many; including me, to be, not only a visionary, but also a "can do" developer willing to put his financial resources at risk.

In every interaction, Mr. Jemal has handled himself with the utmost professionalism. His personal integrity and character is unmatched in the business community.

In my position as the Real Estate Group Head at The Adams National Bank, I currently manage 8 real estate secured loans personally guaranteed by Mr. Jemal. Douglas Development related entities have nearly 20 deposit accounts at The Adams National Bank. All of these loan and deposit accounts have been and continue to be handled as agreed, in a manner that every banker would expect from their best customer. Despite the felony conviction, I continue to seek new loan and deposit business from Douglas Jemal. This is a relationship that I treasure, am immensely proud of and will strive to maintain throughout my banking career.

Sincerely

Mark T. Palmer
Vice President

Exhibit 52

January 29, 2007


The Honorable Ricardo M. Urbana
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC   20001

Dear Judge Urbana,

I am writing to make you aware of my support for Douglas Jemal.

I am aware of the result of the recent jury verdict and that while he is appealing that decision, he stands before you for sentencing.

I have known Douglas since the late 1980's as a regional player in the Washington real estate development trade.  My role, as a lender to Douglas and many of his peers, has been to evaluate the economic sustainability of proposed or existing real estate ventures.  While this certainly involves exhaustive diligence on the strength of markets, creditworthiness of tenants, on-going and stressed determinations of collateral values etc., my experience shows that the most important factor in determining a credit decision is examining the character of the sponsor leading the transaction.

It is my assessment that Douglas' character is that of a visionary who has spotted opportunities and in markets that others have avoided.  He has taken risks that have resulted in blighted areas being revitalized.  He is and has always been, in my view, a person with high integrity and a passion to see his adopted city be a better place.  When I have looked across the table discussing a transaction, I have always believed word to be true and his heart is in the right place.  In my personal experience I have not been proven wrong.

I would hope that when reaching your decision you recognize that what Douglas has been found guilty of is inconsistent with the business associate I have known for nearly 20 years.  I would also hope you allow Douglas to continue to help the city and remain an active participant in the Washington business community.


Thank you for your time.

Sincerely yours,

Douglas L Cooper
6124 Overlea Road
Bethesda, MD  20816


Exhibit 53

UNION
BANK OF
CALIFORNIA

REAL ESTATE INDUSTRIES GROUP

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I have been following the criminal proceeding involving Douglas Jemal from its beginning. I was pleased, but not surprised, at his being acquitted on the six fraud charges concerning the District of Columbia. I was disappointed to learn of his conviction on the seventh count. I understand that sentencing is scheduled to take place on April 16, 2007. I am writing to let you know of my support for Mr. Jemal.

As the head of the commercial real estate lending group in Washington, DC for KeyBank and, more recently, Union Bank of California, I have known Douglas Jemal and done business with him for over seven years. In this capacity, I have been intimately involved in providing financing to Mr. Jemal for a retail renovation project on 7th Street, a multi-family residential site on Massachusetts Avenue, construction of a condominium project on F Street, and a bridge financing for a portfolio of office and retail properties in the metro Washington area. In aggregate, these transactions totaled in excess of $70 million. In every instance, I found Douglas and his team to be completely reliable.

Douglas Jemal is an honest man and a true friend. He is committed to his family, loyal to his business partners, and a great advocate of Washington, DC. In my view, Mr. Jemal has done more than any other single individual to promote the revitalization of the so-called East End of Washington, DC.

I suppose the days have long since passed when substantial commercial transactions would be concluded without detailed legal documentation. However, I would have no hesitation closing a deal with Douglas, of any size, based on his handshake. I have found him to be a man of his word. I trust him. I know of no higher compliment.

Judge Urbina, I appreciate your taking the time to read this letter. I hope you will take my comments, and similar ones from others, into full consideration on April 16th.

Yours truly,

Douglas L. Davidson
Senior Vice President

Exhibit 54

**H. L. Ward**
**118 Hart Road**
**Gaithersburg, MD 20878**
**(301) 519-3480**

January 25, 2007

The Honorable Ricardo M. Urbina
The United States District Court for
the District of Columbia
333 Constitution Ave., NW
Washington DC 20001

Dear Judge Urbina:

Please permit me to tell something of my relationship with Mr. Douglas Jemal and my business dealings with him over the last several years.

I am the primary founding organizer and director of Monument Bank, located in Bethesda, Maryland and I currently serve as its President and Chief Executive Officer. In this capacity and in similar capacities at two prior banks, I have benefited from banking relationships with Mr. Jemal which date back to 1992. The banks that I have been associated with have made numerous loans to entities formed by him totaling millions of dollars, the proceeds of which have been used to purchase and/or rehabilitate local properties. Financed by local banks such as mine, I have witnessed the rehabilitation of distressed real estate properties by Mr. Jemal which has aided several neglected and blighted communities in our area.

When I learned some years ago of the legal issues faced by Mr. Jemal, I could have decided to sever this business relationship. Rather, I relied upon my experience and intuition and continue to this day to support him in his real estate activities. I have not been disappointed. In all my dealings with Mr. Jemal, he has always been forthright, fair and honorable.

Thank you for allowing me to convey these thoughts.

Sincerely,

H.L. Ward

Exhibit 55

Wachovia Bank, N.A.
Real Estate Financial Services
VA1992
1753 Pinnacle Drive
5th Floor, South Tower
McLean, VA 22102



**WACHOVIA**

January 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,
Douglas Jemal has been a valued client of ours and of Wachovia Bank, NA for over five years. During that time we have conducted significant business with Douglas and with Douglas Development Corporation. Our relationship has grown and is a large and important one for Wachovia.

Douglas has always conducted his business affairs with us in an honest, straightforward manner, and he has honored all of his commitments and agreements with Wachovia. During this time we have gotten to know Douglas well, and we believe him to be a person of integrity, honesty and high character.

We value our relationship with Douglas Jemal very much, and we look forward to continuing to work with him in the months and years to come.

Respectfully submitted,

Timothy L. Leon
Senior Vice President
DC/Baltimore Market Executive
(703) 760-6285
Fax: (703) 760-6290
E-mail: tim.leon@wachovia.com

Douglas B. Cochrane
Senior Vice President
Senior Relationship Manager
(703) 760-6176
Fax: (703) 760-5554
E-mail: doug.cochrane@wachovia.com

TLL/clm

Exhibit 56



**Getting Things Done.**    2002 11th Street, NW, Washington, DC 20001  202-722-2000  Fax: 202-722-2096  www.industrial-bank.com

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue N. W.
Washington, D.C. 20001

Judge Urbina:

I am writing to you in support of Douglas Jemal.  Mr. Jemal and his company have been customers of our Bank for approximately 13 years. During that time, the Bank has financed many projects for him. Most times we were disappointed when the projects were paid off. In fact, we are currently financing several projects for Mr. Jemal. Mr. Jemal has always operated in good faith and a professional manner. We have sincerely enjoyed the relationship over the years and it is our desire to continue our banking relationship with him.

Sincerely,

*Patricia Mitchell*

Patricia A. Mitchell
Senior Vice President
Director of Retail Sales & Operations

Exhibit 57

# ⬤ PNCREALESTATEFINANCE

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

As a real estate lender in the Washington, D.C. metropolitan area since 1994, I have
worked with numerous developers, including Douglas Jemal. I have worked with Mr.
Jemal's firm, Douglas Development, since 2002 when PNC Bank first provided an
acquisition loan for the financing of the Atlantic Building.

While I am aware of his conviction, all of my dealings with Mr. Jemal have been handled
in a professional manner and all of the loans that PNC has made to entities under the
control of Mr. Jemal have been handled as agreed.

As a long standing participant in the commercial real estate industry in the Washington,
D.C. metropolitan area, Mr. Jemal is known for his focus on those areas that are most in
need of redevelopment. An example of this is his significant role in the revitalization of
the 7th Street retail corridor. He is a recognized leader within the local real estate
community and in my opinion, an asset to the city.

If you have any questions regarding the contents of this letter, please do not hesitate to
call me at 202-835-4513.

Very truly yours,

William R. Lynch, III
Senior Vice President

A member of The PNC Financial Services Group

808 17th Street NW   Washington DC   20006 3944

Exhibit 58

1025 Connecticut Ave., N.W.
Washington, D.C. 20036
202.296.5588
202.296.5236 FAX

# Washington**FIRST**BANK

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Douglas Jemal

Dear Judge Urbina,

I am writing this letter to you on behalf of Mr. Douglas Jemal. I was sad to hear of Mr. Jemal's conviction for fraud related to a private business transaction. I am a local banker that has been in a number of lending transactions over the last decade where Mr. Jemal was a guarantor on loans at my banks.

Over approximately a ten year period I have found the communication with Mr. Jemal in all the banking transactions to be honest. I would also note, to my knowledge, all the loans made were handled in a satisfactory manner.

Doug Jemal's real estate accomplishments have helped rejuvenate and rehabilitate many of the beautiful old buildings in Washington, D.C. where others might have been quick to demolish those same properties. He has a commitment to making properties be more useful to the local community. Mr. Jemal has done this by working closely with a dedicated and loyal group of employees, local bankers and other real estate professionals that share his vision for the city and beyond.

It is my hope that you will take into consideration the many good works Douglas Jemal has performed for the Washington community in your sentencing.

Sincerely,

Bruce J. Wilmarth
Senior Vice President – Real Estate Lending

Exhibit 59



**UNITED BANK**

February 5, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Douglas Jemal

Dear Judge Urbina:

Since 1998, Douglas Jemal and several of his real estate business entities have maintained a very satisfactory commercial deposit and lending relationship with United Bank, Virginia. Mr. Jemal has demonstrated excellent creditworthiness and we trust his character as a borrower and as loan guarantor. United Bank, Virginia operates 35 full service retail branches within the Washington Metropolitan area and we are a subsidiary of United Bankshares, Inc., a regional bank holding company having $6.5 billion in total assets.

During calendar 2006, United Bank, Virginia was acutely aware of the criminal charges against Douglas Jemal and his trial, which resulted in the acquittal of six of the seven charges. Also, United Bank continued to believe Douglas Jemal would fulfill his responsibilities and obligations as a borrower and guarantor while he experienced the strain of serious legal problems. Therefore, between May and August 2007, United Bank closed two commercial real estate loans having aggregate loan funding of 7,825,000 involving two single purpose entities owned by Douglas Jemal. Douglas Jemal personally guaranteed both loans. Moreover, during January 2007, United Bank approved and closed a $3,100,000 real estate acquisition loan partially guaranteed by Douglas Jemal to a limited liability company controlled by Mr. Jemal.

Thus, during calendar 2006 until the present time, United Bank's decisions to provide significant real estate financing to Douglas Jemal was based heavily on his demonstrated integrity and character, which United Bank believes will not waiver even under the worst of conditions.

Please contact me at 703-442-7157, if you have any questions. Thank you.

Sincerely,

UNITED BANK

Kurtis J. Marx
Executive Vice President

Exhibit 60

# Kate Walsh Carr

January 25, 2007

The Honorable Ricardo M. Urbina
United States Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am a native Washingtonian and a banker with over 34 years of
lending and management experience. Currently, I am the President of
Cardinal Bank/Washington and I am writing on behalf of Douglas
Jemal.

For more than twenty-five of years,   I have had a professional
relationship with Doug Jemal, primarily providing financing for his
business and real estate investments.  He has always been honest,
hardworking and responsible.   There have been periods of difficult
economic times in this market and there are businessmen and real
estate developers, on our streets today, who took advantage of banks
and others during them. During those periods of difficulty, not once
did Doug Jemal try to manipulate, discount, or walk away from an
obligation with anyone or any institution.  He sacrificed in order to
keep the reputation he earned.

For a quarter of a century,  Doug Jemal, while being a character, has
shown nothing but character and honor.  In addition to real estate
development, he has worked for local charities, quietly and behind the
scene, without public pronouncements or recognition.  He has opened
doors and provided opportunities to minorities and small businesses.
He has cared passionately about our community, and has contributed
significantly to its rebirth and revitalization.

And so, I find the conviction of wire fraud on October 26, 2006 very
difficult to comprehend.  Never once, in the many years of working
with Doug Jemal has there ever been any issue with his integrity. Your
Honor, Doug Jemal is a good, kind person who is very important to the
District of Columbia.

Very sincerely,

**2500 Massachusetts Avenue, N.W. Washington, D.C. 20008**

Exhibit 61

# John Scheurer

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Douglas Jemal

February 1, 2007

Dear Judge Urbina:

I am writing you to appeal for leniency for Douglas Jemal. I am aware of his conviction and have watched carefully his entire trial. I have had the pleasure of knowing Douglas well for 3 plus years and have watched him and known of him for more than 20 years primarily viewing him from the standpoint of commercial real estate. While I have not closed any transactions with Douglas directly, I have evaluated many of his transactions from the perspective of the debt holder. During that time I spent many hours with Douglas and his staff discussing their properties, the management of the properties and the related financings. I do not have any direct or indirect interest in any investments related to Douglas Jemal. Here are my conclusions on Douglas:

1. He is a straightforward individual that does what he says and will do business on a hand shake. He is a tough negotiator but strives for mutually beneficial transactions.
2. He is generous with his time and money to many charities.
3. He is a hands-on manager who personally oversees many details himself.
4. He is well liked by his staff and most everyone that knows him. If you tour a building with him, he gets hugs from janitors and engineers and the same from business leaders, restaurant owners and others. It is common to go somewhere with Douglas and have someone come up to him and thank him for something he did for them years ago.
5. He is a visionary risk taker that has helped transform downtown Washington, DC, whether it be 64 New York Avenue, the Woodward and Lothrop Building or the area around the Verizon Center. These are just a few of the projects that were too risky for institutional investors and because of Douglas's vision and persistence; they literally changed the face of the city. He helped create thousands of jobs and forever changed our city for the better.

Most importantly, Douglas is a true asset to the city of Washington and I would say that each day he helps make it a better place and touches someone's life in a positive way.

Sincerely,

John Scheurer

Exhibit 62

4106 Rosemary Street • Chevy Chase, Maryland 20815



LABOR-MANAGEMENT FUND ADVISORS

The Honorable Ricardo M. Urbina
United States District Court of the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


Judge Urbina,

     I have had the honor and pleasure of knowing Mr. Douglas Jemal for over ten years. During that time, I have been involved with Douglas in numerous business transactions and found him to be a man of the utmost honesty and integrity and just a really good guy.

I first met Douglas when I was representing a lender during a very complicated real estate transaction. As the closing date approached, several critical issues had not been resolved. In order to move the transaction forward, I asked for a meeting with Douglas. I had heard many stories about Mr. Jemal and prepared myself for the worst. To my surprise, however, I found myself sitting with a reasonable, thoughtful, yet shrewd businessman. We resolved all of the issues within an hour's time and funded the loan the next day. I realized that Douglas was more concerned with big picture, doing things right than sucking every dollar out of the deal. Since then, I have represented financial institutions that have lent Douglas hundreds of millions of dollars with every single dollar paid back as agreed.

I was the lender for Mr. Jemal's Chinatown project. I was amazed at Douglas' attention to detail when he described how he planned to restore the blighted store fronts along 7th Street to their original condition circa the early 1900's. He had gone through the trouble of digging up the original plans and old photographs. The bank for which I worked at the time became concerned about the burgeoning budget and suggested that Douglas cut back on some of the esthetic aspects of the plans and focus more on the practical. Douglas refused stating that the project needed to be done right since it was across the street from the new MCI Center (now known as the Verizon Center) and it would help stimulate growth in a blighted area of the City. The bank, still concerned about the final loan to value, revised the budget and reduced the loan amount. This did not deter Douglas. He stuck to his original plans and budget and paid for the additional costs not funded by the loan out of his own pocket, right down to the decorative urns that sit atop the buildings that he had hand made in England. Today, Jemal's Chinatown is one the most beautiful and successful real estate projects in the City.

Exhibit 63

The Honorable Ricardo N. Urbina
January 30, 2007
Page 2 of 2

In 2002, Douglas approached me with another opportunity: the renovation of the historic 6th and I Synagogue in the heart of the City that was to become a night club. Douglas rallied some of his developer friends and put together a plan to buy the synagogue and restore it to its original glory. There was no profit motive involved. In fact, Douglas devoted immeasurable amounts of time, money and energy in the project without taking a cent. When I asked him why he went to such trouble to save this building he said that he did not want to see another of the City's important landmarks demolished to make way for another office building.

I can share many other similar stories, but that would take hours of your time and lots of paper. Suffice to say that the same themes would become apparent: honesty, integrity, attention to detail yet always focusing on the big picture and the desire to create something for the betterment of the community. Don't get me wrong Your Honor, Douglas is a shrewd and hard driving business man. However, he is one of the rare such men with a soul and a conscience. I know that he gives generously to charity, in many cases anonymously. His family is the main focus of his life. He considers relationships much more important that any business deal. It is for these reasons that I am proud to call Douglas my friend. I consider him a mentor and I am a much better person for knowing him.

Sincerely,

Jameson Cahill
Vice President and Director of Capital Market
Labor Management Fund Advisors

*Krooth & Altman LLP*

*1850 M Street, N.W., Washington, D.C. 20036-5803*

*Telephone: (202) 293-8200*

*Telecopier: (202) 872-0145*

*(202) 775-5872*

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20036

      Re: Mr. Douglas Jemal

Dear Judge Urbina:

      I offer this letter to you on behalf of Mr. Douglas Jemal for your consideration in your sentencing deliberations as regards Mr. Jemal's recent conviction in your Court of one count of fraud in a private business transaction.

      I have known Mr. Jemal for over ten years. During this time, I have represented different lenders that have made loans to several of Mr. Jemal's business entities for land acquisition, development, and construction. I am not counsel to Mr. Jemal, nor to his entities.

      I have found Mr. Jemal consistently to be candid, direct, loyal, and bright. He is caring of others, and endearingly eccentric, in a manner that places him invariably in leadership roles in the business community and in civic matters. I have experienced nothing that causes me to question Mr. Jemal's honesty, or character.

      I am an eighth generation Washingtonian. Yes, eighth. I find Mr. Jemal's commitment and contributions to Metropolitan Washington and its people unqualified, tangible, almost incomparable, and of incalculable value economically and civically.

      I believe that any period of incarceration of Mr. Jemal would not serve the interests of society, of Mr. Jemal, or of justice.

      Thank you for your consideration of my comments.

Patrick J. Clancy

Exhibit 64

# ERIC S. KASSOFF

SUITE 400

1150 18TH STREET, N.W.

WASHINGTON, D.C. 20036-3841

January 30, 2007

The Honorable Ricardo M. Urbina
US District Court Judge
United States District Court For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

My firm has represented Douglas Development on its real estate tax matters throughout the Washington region for the past 16 years. During that time I have enjoyed the distinct privilege and pleasure of becoming friends with Douglas Jemal. I can therefore state without hesitation that he is one of the most generous and kind people I have ever had the good fortune to know. I was stunned to hear of the fraud conviction, and I offer this letter in support of my belief that this verdict is completely at odds with my many experiences with Douglas.

Douglas' civic and charitable contributions are well known and widely respected, so I would like to focus on my personal experiences with Douglas. Two in particular come to mind. The first was on a cold day in the winter of 1999 when Douglas and I toured a property together in a rather tough part of town. On our way in to the property, two homeless women could be seen bundled up in an alcove nearby. Douglas excused himself from our conversation and walked directly over to the women and handed them what had to be, based on their reaction, a sizable amount of cash.

The second example of Douglas' generous and compassionate nature is the fact that upon the birth of each of my three children, a wonderful basket of food from Douglas always awaited my wife and I upon our return home.

While these are small examples of a big heart, I believe that they are representative of a man who truly cares about others. Someone who acts based on his desire to make others lives more comfortable without regard to the way these actions may benefit him. His loyalty and commitment to his friends is laudable, but his compassion for two destitute strangers is extraordinary.

I thank you in advance for your consideration of my personal observations of a friend who's well being is important to me and many, many others.

Sincerely,

Eric S. Kassoff

ESK:nea
#292878

Exhibit 65



# SCHAEFER INSURANCE SERVICES, L.C.
## *All Forms of Insurance*

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C.  20001

January 29, 2007

Dear Judge Urbina:

I am writing to you regarding my long time friend and business associate, Douglas Jemal, and his recent wire fraud conviction.

My association with Douglas began thirteen years ago, when he first contacted me for insurance.  Since then, he has been an outstanding client with an exemplary claims history.   In all the years that I have known him, he has always presented himself with honesty and integrity, and he has been a pleasure to do business with.

The contribution that Douglas and the Douglas Development Corporation have had on the D.C. area cannot be denied.    From his work on the 800 F Street Historic Row properties, to his practice of creating value in underdeveloped neighborhoods, Douglas has created such a positive impact on the Washington metropolitan area, that he has received numerous awards from various professional organizations.

I am very proud to call Douglas Jemal not only a business colleague, but also a friend.  It is not the least bit surprising to me to learn that both Joe Cayre and Morgan Stanley have stated that they would not hesitate to work with him again.

Thank you very much for your attention.  If you have any questions, or if I may be of any further assistance, please do not hesitate to contact me at the number shown below.

Sincerely,

Joel Schaefer LUTCF
Member, Schaefer Insurance Services

13208 EXECUTIVE PARK TERRACE • GERMANTOWN, MD 20874
BUS: (301) 428-0282 • FAX: (301) 972-9352

Exhibit 66

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am an employee of the District of Columbia government, Office of Property
Management (OPM). My agency handles real estate, both owned and leased property,
for the District of Columbia. I have known Doug Jemal for approximately five years
through my employment in this agency. I began my employment in OPM as a Special
Assistant to the Director. After a little over two years when my former Director, Tim
Dimond, and former Deputy Director, Michael LoRusso, left OPM, I began negotiating
leases on behalf of the District government. I have since been in this role at OPM.

Since Douglas owns a significant amount of property in the District, I have negotiated
several deals with his company, Douglas Development. I have dealt with Blake Esherick
on an ongoing basis because he is one of the leasing agents at Douglas Development. I
have a very good relationship with them and it is very easy to communicate with them. I
have always felt that we came away from the table with, at the very least, a fair deal.
Douglas has contributed significantly to real estate development in the District. He has
always had a vision that not many could see. I attribute much of the development
downtown and in this city to him.

As long as I am in the real estate field, I will always enjoy working with Douglas. He is a
very smart person with a great sense of humor. I can simply say, without reservation,
that Douglas is a real good guy; I can only hope to continue our relationship throughout
the years.

Sincerely,

Aimee Occhetti, Esq.

Exhibit 67



COUNCIL OF THE DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVENUE, SUITE 106
WASHINGTON, D.C. 20004

**JACK EVANS**

Chair, Pro-Tempore
Councilmember, Ward 2
Chair, Committee on Finance & Revenue

Office: (202) 724-8058
Fax: (202) 724-8023
jackevans@dccouncil.us

February 1, 2007

The Honorable Ricardo M. Urbina
United Stated District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Urbina:

I am writing this letter on behalf of Douglas Jemal. I am Jack Evans, a member of the City Council of Washington, DC representing Ward 2. I have served in that capacity since 1991. Ward 2 encompasses the entire downtown of DC and includes the neighborhoods of Shaw, Logan Circle, Dupont Circle, Georgetown, Sheridan-Kalorama, Foggy Bottom and the monument grounds including the White House and the US Capital. I currently serve as the Chairman Pro Tempore (Vice Chair) of the Council and the chair of the Finance and Revenue Committee.

I have had the pleasure of knowing Doug Jemal for many years and my ward has benefitted greatly from Doug's extensive downtown redevelopment. Doug has been a key player in the revitalization of our city and was a pioneer - investing in areas we now know to be prosperous, when no other developer would dare. Gallery Place and the 7th Street corridor is the "Times Square" of DC and Doug was there well before the glory days.

Doug has also been very focused on historic preservation and in making sure the retailers and others using his property are appropriate for our city. His commitment to the civic good of Washington has greatly benefitted all of us who live and work here.

This is the Douglas Jemal I know - the pioneer, the civic minded individual. I urge you to take these characteristics into consideration in determining your sentence.

Thank you for your consideration.

Sincerely,

Jack Evans
Councilmember, Ward 2

Exhibit 68

**Al Hajj Mahdi Leroy J. Thorpe, Jr., LGSW., LPC**
**Executive Assistant to the Advisory Neighborhood Commission**
**2C Chairman**
**1704 5ᵗʰ Street, NW**
**Washington, DC**
**(202) 387-1596**
**MLThorpe2C02@AOL.Com**

January 27, 2007

Re: Letter of Support for
Douglas Jemal

Judge Ricardo M. Urbina
United States District Court
For the District of Columbia
Washington, DC

Dear Judge Urbina:

I am a Muslim born to grandparents who were immigrants to the United States from the West Indies on my father side of the family which makes me a second generation Thorpe to be born in the United States. I have also served 18 years as an elected Advisory Neighborhood Commissioner on the ANC 2C Commission having served 4 years as its chairman. I am employed by the District of Columbia Government for over 23 years as a juvenile justice licensed social worker and licensed professional counselor. I had to work hard to overcome the competition, racism and obstacles as a minority in this country.

I admire and support Douglas Jemal and ask you to judge him with mercy before your court during his sentencing on April 16, 2007. My wife whom I married in Senegal her native country in 2005, along with two African-American women leaders from the Shaw community and I attended Mr. Jemals trial before you last year to support him.

I want to share something with you about Mr. Jemal background which you may not be aware of. Douglas started out with humble beginnings in America overcoming discrimination as a Jew whose people you know suffered horrific genocide in Germany by Hitler and are still discriminated against today in all corners of the earth including America. Douglas is a self made man who beat the competition and never retaliated against those whom are jealous of him and want what he has. What you may not know is that Mr. Jemals front office staff looks like the United Nations. He has given employment to those who are poor, neglected by society because of human errors that they made in life or just needs an opportunity for another chance at life to make it.

Exhibit 69

-2-

 Mr. Jemal gives thousands of dollars away to the disadvantaged in the Ward 2
Shaw community each year when he doe's not have to.  He gives a lot and I can't
think of anybody in DC that has the heart of passion for the poor, the down and out
individual or people that nobody cares about.

Douglas is a good man that earns a lot and balances his earnings while giving back
to the diverse communities in this city that are in need or needs help without strings
attached.

The Jemal family and Douglas suffered during the trail. Weeks of testimony and
weekly media coverage was enough for anyone to feel beaten down?

Judge please have mercy on Mr. Jemal. I don't know you but you seemed to be a
fair and wise judge when I looked at you in court.

Thank you.

Respectfully,

Al Hajj Mahdi Leroy J. Thorpe, Jr., LGSW., LPC
Executive Assistant to Advisory Neighborhood Commission 2C

**DISTRICT OF COLUMBIA
BUILDING INDUSTRY
ASSOCIATION**

**2007 Board of Directors**

**Executive Committee**
**Charles K. Barber**
*DCBIA President*
The George Washington University
**Gretchen M. Dudney**
*DCBIA Vice President*
Development Consultant
**N. Linda Goldstein**
*DCBIA Vice President*
Goulston & Storrs
**Merrick T. Malone**
*DCBIA Vice President*
Metropolis Development Company
**W. Christopher Smith, Jr.**
*DCBIA Secretary*
William C. Smith & Co., Inc.
**Kelly P. Toole**
*DCBIA Treasurer*
Beers & Cutler
**James S. Williams**
*DCBIA Immediate Past President*
The Carlyle Group
**David W. Briggs**
Holland & Knight LLP
**Jeffrey H. Gelman**
Greenstein DeLorme & Luchs, P.C.
**Ernest Drew Jarvis**
CB Richard Ellis
**Jerry A. Moore III**
Venable LLP

**Directors**
**James J. Abdo**
Abdo Development
**Freddie Lewis Archer**
Lewis Real Estate Services
**Mark Baughman**
SKB Architecture & Design
**Maybelle Taylor Bennett**
Howard University Community Association
**Robert S. Brams**
Patton Boggs LLP
**Kenneth W. Broussard**
KeyBank Real Estate Capital
**Pamela D. Bundy**
Bundy Development Corporation
**James A. Butz**
JPI
**Christopher R. Clarke**
Terra Nova Title & Settlement Services
**Brian P. Coulter**
The JBG Companies
**Michael J. Darby**
Monument Realty LLC
**Barry DePauw**
Clark Construction Group
**Paul S. Devrouax, Jr.**
Devrouax & Purnell Architects/Planners
**Christopher J. Donatelli**
Donatelli Development
**L. Henry Gifford**
Gifford Corporation
**Thomas H. Graham**
Pepco Region
**Rebecca K. Greenspan**
Bank of America
**Cheryl P. Hamilton**
Adaoha Properties LLC
**Lamont H. Hoffman**
PN Hoffman, Inc.
**Michael D. Huke**
CIH Properties, Inc.
**Gary E. Humes**
Arnold & Porter
**Douglas N. Jemal**
Douglas Development Corp.
**Geoffrey M. Kieffer**
Woodmark Commercial Services
**Matthew J. Klein**
Akridge
**E. Randall Lennon**
Vornado/Charles E. Smith
**Jair K. Lynch**
The Jair Lynch Companies
**Carey C. Majeski**
DRI Development Services, LLC
**Deryl McKissack**
McKissack & McKissack
**Matthew L. Richardson**
Host Hotels & Resorts
**Howard J. Riker**
Hines
**Deborah Ratner Salzberg**
Forest City Washington
**Michael L. Seitz**
Volunteers of America, Inc.
**Berkeley M. Shervin**
The Wilkes Company
**Suman Sorg**
Sorg & Associates, P.C.
**Debra D. Yogodzinski**
Nixon Peabody LLP

**Counsel**
**Christopher H. Collins**
Holland & Knight LLP

January 19, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I am writing as President of the District of Columbia Building Industry
Association (DCBIA) to express the high regard which I and my fellow
members hold for Douglas Jemal, both as a person and a valued colleague.

Douglas has volunteered his time and energy to serve as a Director of our
association, representing over 400 professional member firms engaged in all
aspects of real estate development in the nation's capital. In 2004, DCBIA
awarded Doug its Building Industry *Achievement* Award for his outstanding
contributions to the social and economic renewal of our city's now thriving
East End.

As a leading figure in the local business community, Douglas has acquired
over the years a well earned reputation as a visionary and straightforward
development professional. For the many of us who have had the opportunity
to work with him, and despite the result of his trial before your court, that
reputation remains firmly intact. Douglas has made substantial contributions
to the welfare of the District of Columbia and, if permitted, could continue to
make important contributions in the future.

Thank you for your attention.

Sincerely yours,

**District of Columbia Building Industry Association**

*Charles K. Barber*

Charles K. Barber
President

**Past Presidents Council**
**William B. Alsup III**
Hines
**Neal B. Blen**
Bien/Paul Ventures, Inc.
**Robert H. Braunohler**
Louis Dreyfus Property Group
**Gregory W. Fazakerley**
CG Investments
**Steven A. Grigg**
Republic Property Trust

**Albert R. "Butch" Hopkins, Jr.**
Anacostia Holding Company, Inc.
**Joseph F. Horning, Jr.**
Horning Brothers, Inc.
**Philip R. Miller**
MDC Land, Inc.
**William O. Vose**
Business Consultant
**Thomas W. Wilbur**
Akridge

**Executive Council**
**Tanja H. Castro**
Holland & Knight LLP
**Peter G. Gartlan**
The Donohoe Companies, Inc.
**Maughan Anthony Gould**
Newmark
**Abraham J. Greenstein**
Greenstein DeLorme & Luchs, P.C.
**Michele V. Hagans**
Fort Lincoln New Town Corporation
**Dennis M. Horn**
Holland & Knight LLP
**Philip M. Horowitz**
Venable LLP
**Harold M. "Harry" Johnson**
HRH

**Peter J. McKenna**
Beer & Cutler
**Robert L. Moore**
Development Corporation of
Columbia Heights
**William H. Norton**
Northwestern Mutual Life Insurance
Company
**Darrel D. Rippeteau**
Rippeteau Architects, P.C.
**Raymond A. Ritchey**
Boston Properties, Inc.
**Fred L. Valentine**
Business Consultant

**Advisory Committee**
**J. Henry Ambrose**
Verizon Communications, Inc.
**Vera L. Fontana**
Washington Gas
**Joseph D. Schall**
Pepco

**Executive Vice President**
**Gail Edwards**

Exhibit 70

# CAREY C. MAJESKI

*2409 Fairfax Drive, Arlington, VA 22201-2712*

January 19, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:    **Sentencing Hearing of Mr. Douglas Jemal**
          **April 16, 2007**

Dear Judge Urbina:

I would like to take this opportunity to voice my sentiments about Douglas Jemal's character and contribution to the community.

I have known Douglas for over 15 years. We have served together on the Board of Directors for the District of Columbia Building Industry Association; we have been involved in adjacent real estate development projects in the District; and we have had the common pleasure of employing some of the same well-respected individuals.

From my business and personal vantage point, and from my interaction with his former employees, I believe that Douglas Jemal's character is completely inconsistent with his recent conviction. Consequently, my hope is that you will consider these positive experiences and perceptions of Douglas in the course of making your decision.

Judge Urbina, thank you for your time.

Sincerely,

Carey C. Majeski

Exhibit 71

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

January 12, 2007

Dear Sir:

I am a returning resident of Washington, DC after 15 years living in Montgomery County thanks to Douglas Jemal.

I first met Douglas Jemal several years ago when I attended a meeting focused on the growth plans for the city. At the time, I was the Director of Marketing & Communications for the Golden Triangle Business Improvement District. I later had the good fortune of having lunch with him and one of his colleagues in Penn Quarter.

After lunch Mr. Jemal gave us a tour of the developing area which included a residential building he was constructing. I expressed how wonderful it would be to once again live in Washington and in such a great part of town. Little did I know then that months later I would decide to meet with a residential sales representative and purchase one of the units in the Ventana.

I am aware of Mr. Jemal's conviction and am writing this letter in support of him. Douglas has done much for this city. He is an asset to this community in so many ways. Mr. Jemal's contribution to the Sixth & I Street Synagogue is only one of many very wonderful projects Douglas and his company has been involved with over the years. Douglas is also a very caring family man loved deeply by his family members. Please remember all the good this man has done.

Thank you for your time.

Sincerely,

Pamela Kahn
912 F St, NW
Washington, DC 20004

Exhibit 72



**DOWNTOWN DC**
Business Improvement District

January 30, 2007

To Whom It May Concern:

RE:  Douglas Jemal

Douglas Jemal has been, and continues to be,  one of the preeminent civic and business leaders in the District of Columbia.  As a result of his vision, pioneering investments, and contributions to city organizations,  he enjoys the respect and admiration not only of the staff and Board of Directors of the Downtown Business Improvement District but also of many other organizations and associations in the city.

The resurgence of the economy and fiscal health of the city has been led by the redevelopment of downtown Washington.  Douglas demonstrated his leadership by being one of the first to reinvest in downtown Washington.  More importantly he reinvested in projects which reflected the city's historic character and value and therefore helped to preserve our past as well as invest in the future.  He also invested in buildings, like the Woodies building, which he saved for retail purposes.  He, along with Abe Polin, the owner of the Verizon Center and the Washington Wizards basketball team, and Shelton Zuckerman jointly saved and reinvested in the oldest synagogue in downtown.

It is a testament to Doug's character that not only individuals like Abe Polin but other respected members of the business community as well  have worked jointly with him.  He was recently in a joint venture with Carr America, whose local division was headed by Robert Carr, son of Oliver D. Carr.  The Carr family has worked for more than forty years to transform the city.

But it is not just major figures in the city with whom Doug has relationships.  Many of the staff here at the Downtown Business Improvement District know Douglas and when he sees them on the street he stops and greets them warmly.

All of us who know Douglas value not only doing business with him, but also value his friendship.

Sincerely,

Richard H. Bradley
Executive Director

Exhibit 73

1250 H STREET, NW, SUITE 1000,  WASHINGTON, DC  20005   phone (202) 638-3232   fax (202) 661-7599
email asksam@downtowndc.org   website www.downtowndc.org

Ellen M. McCarthy
3905 Morrison Street, NW
Washington, DC 20015

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I have known Douglas Jemal for close to 10 years, initially through various task forces and activities relating to historic preservation and development in the District of Columbia. For the past seven years, I dealt with Mr. Jemal frequently at the D.C. Office of Planning, first through my position as Deputy Director for Development Review and Historic Preservation, and then, as the Director.

During the time I have known him, I have always found Mr. Jemal to be ethical and above-board in his dealings. In particular, Mr. Jemal has been exemplary in the lengths to which he's gone to preserve the architectural heritage of our city. There are many projects for which Mr. Jemal has provided so much more than other developers would have been willing to do. One example is the Atlantic Building, one of Mr. Jemal's most recent projects at the southeast corner of 10th and F Streets, NW. The previous owner of the building had demolished all but the façade, and then left it, braced but open to the elements, for over a year, endangering its structural integrity. That developer was seeking to be released from commitments made earlier to the Mayor's Agent for Historic Preservation concerning the inclusion of retail and arts space in the building, commitments on which the Mayor's Agent had relied when granting permission for demolition of the rest of the building. The developer was seeking to use the precarious condition of the remaining façade, and our desire to see the building completed, as a form of "blackmail" to gain our support in getting that commitment modified. Mr. Jemal stepped in and purchased the building. Not only did he immediately agree to abide by all the Mayor's Agent's previous conditions, he offered to preserve three charming smaller buildings right at the corner which he had also purchased, allowing the new building to make an appropriate and respectful gateway into the section of Tenth Street where Ford's Theater and the Peterson House across the street, where Lincoln died, are located.

There are many similar stories about how Mr. Jemal has gone beyond what would have been required of him, on projects such as the 7th Street row of buildings across from the Verizon Center, the old Woodies building, the Park and Shop on Connecticut Avenue, among many others. His actions have directly increased his costs and reduced his profits on these buildings, but he took them because he felt it was the right thing to do. And, of course, his joint purchase, along with Abe Pollin and Shelton Zuckerman, of the 6th and I Street Synagogue, former home of Adas Israel, and its restoration as a center for Jewish culture, has been a great gift to the District.

Exhibit 74

I hope you can take these important contributions to the city into account when making your sentencing decision. Douglas Jemal has been a true friend to the District.

Thank you.

*Ellen M. McCarthy*

Ellen M. McCarthy

# THE WILKES COMPANY

5101 WISCONSIN AVENUE, NW • SUITE 200 • WASHINGTON, DC 20016
TELEPHONE: (202) 882-1100 • FAX: (202) 882-1101

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: Douglas Jemal

Dear Judge Urbina:

I have known Douglas Jemal for over ten years. We are both founding members of The Developer Roundtable and have served together on many panels and committees focusing on economic development in the District of Columbia. We're also friendly competitors in a business where the words "friendly" and "competitor" aren't often used in the same sentence.

It is my deepest hope that, at the time of sentencing, Mr. Jemal's outstanding personal qualities might be weighed by the court and taken into consideration. First and foremost, Mr. Jemal is a man of deep faith and consummate integrity. He can always be counted on to make morally sound decisions that reflect good judgment and excellent character. I don't think that he would ever take unfair advantage of anyone in any circumstances. And, as a self-made man, his reputation means everything to him. I've often felt that, if Mr. Jemal were to make inadvertent mistakes in life, they would be the result of having too many competing demands on his time and attention, and inadequate systems to keep it all organized and in focus. They would not stem from a lapse in personal ethics or a betrayal of his values.

Further, Mr. Jemal's generosity is almost legendary. He never says no to any worthwhile cause. But it's the hundreds of unreported acts of kindness and help given to individuals down on their luck, fighting through health issues or otherwise going through hard times that speak volumes about who Douglas Jemal really is. And so, Your Honor, I am grateful for this opportunity to share these thoughts and observations about a remarkable person who has done so much good and will give even more to our community in the years ahead.

Sincerely yours,

Charles C. Wilkes
Chairman

Exhibit 75



Washington, DC
Economic Partnership

*Housing • Retail • Office*

January 31, 2006

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC   20001

Honorable Judge Urbina,

Thank you for the opportunity to write a letter of support for Doug Jemal.  Doug is a Board Member of the Washington DC Economic Partnership, a trusted advisor and friend of this organization.

Doug has supported our work to ensure that DC has a healthy and vibrant retail economy.  Through his company, he has pioneered the attraction of destination retailers like H&M and West Elm which serves to create industry wide confidence in the District as a location for national retailers looking to expand their businesses. Without his efforts much of the retail renaissance that the city now enjoys would be slower and more difficult.

Personally I have worked with Doug on a number of community projects including, The National Cherry Blossom Festival, The Washington Ballet and the DCFringe. He is always willing to support community events and programs and his support and counsel is always greatly appreciated.

Sincerely,

Steve Moore
President & CEO

Exhibit 76

**FRANK SPINGLER**
**9125 FERNWOOD ROAD**
**BETHESDA, MARYLAND  20817**


February 1, 2007


The Honorable Ricardo Urbina
United States District Court for the District of
    Columbia
333 Constitution Avenue, NW
Washington, D.C.  20001

RE:    Douglas Jemal Sentencing

Dear Judge Urbina:

On April 16 you shall render the sentence for Douglas Jemal related to his recent
conviction in the United States District Court.  I would like to take this opportunity to offer
some personal insight into Mr. Jemal that will, hopefully, be taken into account in your
consideration of his sentence,.

I have known Douglas Jemal for more than twelve years.  During that time, we have both
been deeply involved in the planning and development of real estate in the District of
Columbia and Maryland.  While we have never done any business together directly, we
have sought to do so on several occasions, and have also had common interests in the
redevelopment of several areas within the District of Columbia.

I can think of no person other than perhaps Abe Pollin, who has done more to foster the
economic revitalization of the District of Columbia over the past twenty years.  Douglas
has assumed tremendous economic risks in an effort to rejuvenate segments of the city
that have been spurned by others since the riots of 1968.  His civic mindedness has led
him to preserve properties of historic and community significance that other developers
shunned, such as the Shopping Center in Cleveland Park, the Avalon Theater in
Northwest Washington, the venerable Woodward & Lothrop building, and the historic
facades across from Verizon Center on 7th Street on the edge of Chinatown.

Douglas has always possessed a vision shared by very few other real estate developers
and, consequently, has been a true pioneer in areas of the city that have long been in
dire need of economic stimulus.  Personal profit has often not been the driving force
behind his investments.  He has a true love of the District of Columbia  and its history
and its future. I remember discussing with him his purchase of the historic Uline Arena in
Northeast.  He had absolutely no specific plans for the building.  He had purchased it
purely because he felt it needed to be preserved.

Exhibit 77

On a more personal level, Douglas Jemal is truly one of the more memorable people that one could encounter in a lifetime. One is always greeted by Douglas with a huge smile and a warm embrace. He is a truly giving person, whether it be of his time, his knowledge, his advice or his resources. There is never a request too small or too insignificant to merit his attention. And there is never anything expected in return.

Douglas is perpetually upbeat, enthusiastic, and prepared to embrace any situation. While others may perceive his demeanor to be at times irreverent, it is simply Doug being Doug. That's who Douglas Jemal is and who Douglas Jemal will always be. He is unique. He is refreshing. He is sincere. He is without pretense. And I truly value his friendship.

I hope you shall take into account Mr. Jemal's positive attributes and his everlasting contributions to the District of Columbia when you are deliberating his sentence.

Respectfully yours,

Frank Spingler

FS/js

Jemal

To Whom It May Concern:

My name is Cherita Whiting; I am the Chair of ANC 4B and the Commissioner for 4B08. I am also on the Board of Directors for DCPTA, in which I oversee all the PTA's in DC. I am also on the Commission for Women of the District of Columbia, and there are many other civic positions that I serve on as well.

I have known Douglas Jemal since I was in the 9th grade, and I am now 41yrs old….my first job was working for Douglas at Douglas Stereo…I worked after school and on Saturday's…back then working in his record store was more fun than work or maybe that was because I was young….

I started as a cashier, then Douglas moved me to his officer and that is where I was introduced to accounting, and 23 years later I am now a Payroll / Human Resources Mgr.

I grew up around Douglas and his sons….and I have seen over the years how Douglas has helped fellow co-wworkers when the fell on hard times…even when I was not working for a time, I called Douglas and said I was in between jobs and asked if he could hire me…the only thing he asked me was "how long before you can get here to the office".

My experience with Douglas has always been positive, he has always treated me with respect always said hello "cookie" (that is my nickname) when he came into the store and I was working never made you feel like you needed to treat him any different than anybody else, now that, I have always remembered.

I would like to ask the Judge presiding over Douglas's case to understand that this is a fine man and who probably helped define who I am now. I am very concerned that Douglas is being viewed in the wrong manner and not as the person who has helped so many. Being friendly is what Douglas does…I don't think he knows anything else or any other way to act. I mean I know a co-worker who he actually moved into his house and let him stay there with him until he was able to get on his own two feet…now considering the size of Douglas house at the time I wished it were me….but I mean really how many people do something like that?

I have not worked for Douglas since my mid twenties but to still have contact, to be able to call his office and ask for him and be put through says something about his character to me and hopefully to you as well.

I would be heart broken if a man like Douglas Jemal who I know of to be a really nice guy was for the wrong reason convicted for being the nice and kinda of guy that he has always been since I was in the 9th grade (1979), so I ask that you please know the man, and understand the facts because knowing the man means knowing that to do for or to help someone, anyone out is that of Douglas Jemal.

Thank you,

Cherita Whiting

Exhibit 78



February 8, 2007


THE HONORABLE RICARDO M URBINA
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE NW
WASHINGTON DC 20001

Dear Judge Urbina:

I am writing to ask you to demonstrate leniency in the sentencing of Douglas Jemal. Mr. Jemal has long been a friend to the Shaw neighborhood, which I have represented as an Advisory Neighborhood Commissioner for the past seven years.

In that time, I have had numerous opportunities to interact with Mr. Jemal, who is a major property owner in Shaw, and have on many occasions, asked for his support of activities in our neighborhood. There has not been a single instance when I have asked Mr. Jemal to support an effort to improve Shaw's appearance or to serve and support low income youth and seniors and had him decline participation. Whether it was funding to support commercial revitalization and historic preservation efforts, or providing backpacks to children of needy families or influenza vaccinations to seniors, Mr. Jemal has always been ready and willing to help improve the quality of life of the less fortunate members of our community.

Mr. Jemal made the first donation to a fund to purchase new uniforms for the Shaw Junior High School Band, whose uniforms are nearly three decades old. The District of Columbia government provides no financial support for the band, one of the last in the city. Mr. Jemal was so impressed at how well the band played at an event he attended that he knew these young people could not possibly be involved in drugs or gang activity, and was moved to make his very generous contribution on the spot.

Mr. Jemal has also been the major sponsor of the Washington, DC chapter of the American Classic Woman of the Year Pageant, which holds an annual citywide event that celebrates the accomplishments and talents of senior ladies. The pageant is now held in Shaw each May.

1519 8TH STREET, NW, WASHINGTON, DC 20001-3205 • 202-518-3794
E-MAIL: PADROANC2C@AOL.COM • WEBSITE: WWW.MEMBERS.AOL.COM/PADROANC2C

Exhibit 79

...2

Many of the neighborhood initiatives that Mr. Jemal supports would not be possible without his commitment to supporting the neighborhoods where his company is active. And Shaw is by no means the only neighborhood where Douglas Development has a presence. I have heard from colleagues in other parts of the city that Mr. Jemal is a great supporter of neighborhood activities citywide.

When Mr. Jemal makes a commitment to a community, he keeps it. When the redevelopment of a row of some of the oldest buildings in Shaw lagged several years behind schedule because of historic preservation, zoning, and permitting delays, Mr. Jemal could easily have sold the project to another developer and wiped his hands of it. The costs incurred by these delays ran into the millions of dollars. But this project, directly north of the new Washington Convention Center, was viewed by our community as a catalyst for capitalizing on the presence of the convention center in our neighborhood, and Mr. Jemal had made a promise to us that he would see the project through. Any other developer would have walked away, but Mr. Jemal is a man of his word. He has earned our community's trust, as well as mine.

But Mr. Jemal's generosity does not end with his checkbook. When our neighborhood conducts annual cleanup and planting efforts, he provides employees and equipment to help make these events a success. This is a tradition that dates back to the earliest days of my service to the community, and extends to many days before each event as materials are collected from around the DC metropolitan area and are put into place. Mr. Jemal provides members of his staff to serve on the boards of neighborhood nonprofits so that their leadership can be strengthened and to ensure that every possible form of assistance that he can provide will benefit the community.

Douglas Jemal is a true friend to the Shaw community. It is my hope that you will see your way clear to grant Mr. Jemal a lenient sentence, perhaps providing community service in some of the neighborhoods where he has long been recognized as a force for good.

Please do not hesitate to contact me if you have any questions about my opinion of Mr. Jemal and my plea for leniency in his sentencing.

Sincerely,

Alexander M. Padro
Commissioner, ANC 2C01

January 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Urbina,

I am writing on behalf of Douglas Jemal. I am aware of his fraud conviction and his upcoming sentencing by you. Having known Douglas for 20 years as a colleague in the commercial real estate business, and having observed him for 35 years as a resident of the District of Columbia, I feel that I am qualified to offer you my input on his character.

To give you some context, I am a member of the DC Bar. I attended Georgetown University Law Center and was an early graduate of its Criminal Justice Clinic. I clerked two years for the Honorable Joseph Waddy of the same court where you sit today. Thereafter, I was a senior enforcement attorney for two federal agencies over 10 years prior to entering the commercial real estate business, where I was a principal for nearly 20 years in a public REIT that is active in the DC region and nationally. I am now on my own. During the past 15 years, my principal focus has been on development of mixed-use projects in urban environments. Among other projects, I am a consultant on the retail portion of the Old Convention Center site downtown, a part of the city largely and positively influenced by the work of Douglas Jemal.

Rarely have I seen another real estate developer with the vision, determination and sense of purpose possessed by Douglas Jemal. For far too long, I watched with disgust and anxiety as downtown DC deteriorated, and its outlying areas went to waste. Often I drove from the Baltimore-Washington Parkway down New York Avenue and wondered how a city, let alone a nation, could allow this face at its front door. At the least, it was damning evidence of the failure of our planners, politicians and business community to preserve our heritage.

It took the vision, courage and sheer will of Douglas Jemal to understand the business and social opportunity, and to undertake the substantial financial and personal credibility risks associated with investing in neglected urban districts such as downtown DC and New York Avenue. I've learned that it takes a champion to spearhead such causes, and Douglas was the champion for the District of Columbia. He took action to improve our city long before it became popular (or profitable) and while others were still bemoaning the situation and wringing their hands.

Unlike so many owners of underdeveloped property, Douglas prominently put his name on every building he bought to show his pride in his purpose and his responsibility for that building. Moreover, Douglas was often not content to settle on just any tenant that showed up to lease his property; instead, Douglas waited for a tenant to suit his vision of creating a better place. This is certainly an unorthodox practice in our industry, where lenders demand immediate results, but characteristic of Douglas' nature to do the right thing. He worked hard and long to make good

Exhibit 80

things happen for troubled areas of DC, and only now are we (and he) seeing the results of the seeds he planted.

Beyond his vision and courage, Douglas is a man of responsibility and principle. He works hard, always has. He is trusted and he is trustworthy. I am old enough to remember when a handshake was enough to strike a deal, when our business was still very much personal and not corporate. This is the way of Douglas Jemal, a man of his word. With Douglas, what you see is what you get. And while his words sometimes can sound harsh and rough, he says what he means and he stands by his words. What a better world it would be were this the norm and not the exception.

Above all, Douglas is a caring family man. His business is a family business and he ran it that way. His love for and devotion to his children is preeminent in his life, and an example for us all. Perhaps the best way to describe the depth of my respect for Douglas is to say that he is a man to whom I would trust the care of my son and the model of a man I would want my son to emulate.

Judge, in my prior career I saw and pursued some really bad people with really bad motives. Even now, in my current business, bad motives too often belie good words. These bad actions are intentional and without consideration for the welfare of others. Such people deserve to be punished. In no way, shape or form is this Douglas Jemal. While I do not know the quantity or quality of the evidence that the jury weighed to convict Douglas, I can be certain that Douglas meant harm to no one.

Douglas Jemal is a good man and a good citizen. I submit to you that his family, his friends and the community are much better for his devotion to them, and that he deserves maximum leniency in your sentencing.

Thank you for the opportunity to address you and your consideration of my comments.

Very Truly Yours,

Nathan Fishkin



**SHAKESPEARE
THEATRE COMPANY**

February 6, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Urbin,

We at the Shakespeare Theatre Company are pleased to write a letter in support of our good friend Doug Jemal. Doug has been one of our community partners in the redevelopment of the Penn Quarter Neighborhood. His leadership and commitment to the East End of Downtown has played a significant role in making Penn Quarter one of the city's most vibrant districts. While we believe our Company has played a significant role in the renaissance of Downtown, the miracle of Penn Quarter could not have been accomplished without Doug's willingness to take the risks to develop properties that could be transformed into retail, restaurants and commercial office space.

Beyond taking risks, Doug has demonstrated his love for Washington D.C. and his passion for architecture by incorporating real estate development into the existing historic fabric of this part of the city. It is the combination of entertainment, retail, and restaurants with interesting historic architecture that has made Penn Quarter so successful.

Doug Jemal has also supported the Shakespeare Theatre Company's education and outreach programs in the community and he has earned the respect of our Company and our neighbors and friends in Penn Quarter.

Sincerely,

Nicholas T. Goldsborough
Managing Director

Exhibit 81

*Michael S. Devine*
*129 Countryside Drive*
*Broadview Hts, OH 44147*

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Urbina:

My name is Michael S. Devine.  I am the President of the Malrite Company, developer of
The International Spy Museum in Washington D.C.  I am writing in support of Douglas
Jemal, who I have known since 1999 when we first entered into our real estate search for
a primary spot in the nation's capital.  Douglas and his company where introduced to me
from our real estate broker in Washington however from day one through the
development of our project and to this day I have dealt directly with Douglas and his
team.

I am aware of the wire fraud conviction but believe this conviction is inconsistent with
the Douglas Jemal I have known.

Douglas and I first met on the loading dock of the Woodies Building and from our first
meeting through today; Douglas has been professional, direct, upfront and business-like
in our interactions.  Our negotiations have been straight-forward and fair and his word
has been stronger than the contract in place between our landlord/tenant relationships.

Douglas and his company have been a leader in the revitalization of Washington D.C.
and they took a chance in the city when no one else had the courage to do so.  While
Douglas Development has enjoyed the benefits of Washington's resurgence, they
continue to give back to the nation's capital in other revitalization projects.

Upon review his sentencing, I hope you look favorably on the significant amount of good
Douglas has done for his family, friends and business relationships.  He has been a
positive presence in Washington D.C. and has done many great things for the community.


Very truly yours,


Michael S. Devine

Exhibit 82



## AVALON
# THEATRE

January 30, 2007

**Board of Directors**

Debra Yogodzinski,
*Chair*

Susan Linsky,
*Vice Chair*

Paul Browne,
*Treasurer*

Bob Wrin,
*Secretary*

Donetta George

Ray Turner

Alan Zich

Juliet Zucker

**Executive Director**

Bill Oberdorfer

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: Douglas Jemal

Dear Judge Urbina:

I am writing to you as Chair of the Board of the Directors of the Avalon Theater Project, Inc., the non-profit corporation (ATP) that restored and operates the historic Avalon Theater, located on Connecticut Avenue, NW in Chevy Chase, DC. The Board is aware of the jury's recent conviction of Mr. Jemal on one fraud charge related to a private business transaction, and we are writing to you to support the most lenient sentence possible for Mr. Jemal with respect to this conviction, in light of his extraordinary commitment to the DC community, and his charitable activities, both of which ATP has experienced first hand.

As you may be aware, after Loews Cineplex Odeon closed the Avalon in 2001, a group of Chevy Chase neighbors (who later formed ATP) came together to try to re-open the theater. Shortly thereafter, Mr. Jemal acquired control of the property in which the theater is located. ATP entered into negotiations with Mr. Jemal to lease the theater from him, and Mr. Jemal generously gave ATP six (6) months within which to raise the necessary funds. He extended that deadline more than once, and ultimately ATP and Mr. Jemal signed a lease of the building in which the Avalon Theater is located.

Renovation of the theater commenced immediately, with Mr. Jemal and ATP jointly financing the costs associated therewith in accordance with the terms of the lease. The restored theater re-opened in April 2003 to great fanfare, bringing renewed economic vitality to the commercial area of upper Connecticut Avenue in Chevy Chase, DC. While the Board of ATP thought that the worst of our struggle was behind us, we were wrong... getting control of the building and renovating it was the easy part. Operating a two screen independent movie theater in a chain-dominated film market is a huge challenge. Mr. Jemal assisted us in a number of different ways during the first few years of ATP's operations, including most notably by simply accruing the rent in the months (of which there were more than a few) in which we operated at a deficit.

5505 Connecticut Ave. NW #226, Washington, DC 20015 ▪ 202.966.2149 ▪ boberdorfer@theavalon.org
The Avalon Theatre Project is a tax-deductible 501(c)(3) organization
10279771.1

Exhibit 83

The Honorable Ricardo M. Urbina
January 30, 2007
Page 2

As if that assistance were not enough, in July 2006, when ATP received grants from the District of
Columbia and a bank loan sufficient to allow it to purchase the theater building from Mr. Jemal, he agreed
not to collect any of the accrued unpaid rent and other costs owed to him by ATP and discounted the
purchase price for the building by $50,000, thus facilitating even further ATP's  purchase of the building.
Without Mr. Jemal's support throughout the process of ATP's renovation of the theater building and its
initial years of operation, this neighborhood treasure would have never been saved.

Throughout the entire process, Mr. Jemal was truly a pleasure to work with.  His generosity to ATP, both
financially and otherwise, was extraordinary.  He had nothing to gain financially from assisting a group of
Chevy Chase residents, who were totally inexperienced in the renovation of an old building and the
operation of a movie theater, to acquire control of the property.  And he had a lot to lose, as ATP had
nothing to give him in the way of assurances that we could raise the funds necessary to pay our share of
the building renovation costs, or that we would be successful in operating the theater.  His love of historic
buildings and his desire to help a small neighborhood group led him to act against his own economic
interests and without that assistance from him the Avalon Theater would still be closed, or worse.

The Board of ATP has experienced first hand Mr. Jemal's commitment to us and to the Chevy Chase
community and cannot urge you strongly enough to take that commitment into account when sentencing
Mr. Jemal.

Sincerely.
Board of Directors of the Avalon Theater Project. Inc.

Debra D. Yogodzinski
Chair

# The Booker T. Washington Public Charter School For Technical Arts

February 1, 2007

The Honorable Ricardo M. Urbina
United States Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

For more than twenty years, I have had the privilege of knowing and doing business with Douglas Jemal.

This twenty-year period has given me valuable insights and perspective about this man of modest upbringing, who grew up in the District of Columbia, doing business with his parents in the Chinatown, lower 7th Street area.

This part of town was his playground and gave him a love of this city, its architectural and historical legacy, which he has endeavored to conserve as a businessman, dedicated to historic preservation of the neighborhood in which he grew up. This feel for the city has informed his expansion and acquisition of properties in diverse neighborhoods.

I first met Mr. Jemal when I directed the Howard University Foundation. The university wanted to acquire the Wonder Plaza property, then owned by Mr. Jemal. The negotiation period was both friendly and informative. We both liked Jazz. I learned about his upbringing and his love of the city. He was eclectic in his taste for people and property. His office reflected eclectic styles of furniture from multiple periods, simply because he liked them and could afford to acquire them.

The university eventually acquired Wonder Plaza and at the closing, one of Mr. Jemal's team members was his five-year-old son, who sat at the table observing and listening to the negotiations. This was his father's way of introducing him to the family business. Now at age 19, Matthew his son, is a member of the Douglas Development firm, steeped in the business tradition from an early age. This gesture earned my respect for Mr. Jemal as a family man who would consider his young son as part of his development team.

Douglas is non-traditional in so many ways. He shaved his head when few men of his age and station would venture to do so. His generosity and thoughtfulness to friends is the stuff of legend.

Your Honor, as you take this man's measure, please consider his ups and downs while maintaining a vision in this city, unparalleled in the annals of real estate development.

Exhibit 84

1346 Florida Avenue NW
Washington, DC  20009

Tel: 202-232-6090
Fax: 202-232-6282

The Seventh Street Chinatown corridor is testimony to his vision.  To borrow a line from Lorraine Hansberry's play *A Raisin in the Sun*, "when you start to measure a man, make sure you measure him right."

While these very serious legal matters have been draining, both legally and financially, Douglas Jemal remains faithful to his vision and mission.

Sincerely,

Edward Pinkard
Founder and Executive Director
Booker T. Washington Public Charter School



Celebrating **Sephardic**
25 **Community**
years **Center** ☆
★ 1982 - 2007

SAM HAFIF
*President*
JOSEPH JEROME
*Immediate Past President*
MORRIS BAILEY
*President Emeritus*
EDDIE CATTON A"H
*Honorary Past President*
HY "BUNNY" ESCAVA
*Honorary Past President*
DR. IRWIN L. AZAR
*Honorary Past President*
GITTA SULTAN
*Chairman of the Board Emeritus*
CHARLES AZAR
*Chairman of the Board*
SHEILA SCHWEKY
*Program Chairperson*
FRANCINE DWECK
*Vice-President Emeritus*
ALICE ADJMI
*Vice-President*
JOY CABASSO
*Vice-President*
SHIFRA HANON
*Vice-President*
EZRA "BILLY" HIDARY
*Vice-President*
JOSEPH D. TAWIL
*Vice-President*
ALBERT TOBIAS
*Vice-President*
ELY COHEN
*Treasurer*

**Board of Directors**
DAVID IRWIN AZAR
MARK BENUN
MICHAEL BE'TESH
RENEE BRAHA
EILEEN CABASSO
JACK CAYRE
SARAH HADDAD CHENEY
NORMA COHEN
MANEY DOUEK
ROCHELLE DWECK
LINDA EBANI
CANDECE GABBAY
DEBBI GINDI
GLADYS HADDAD
MONIQUE HADDAD
ADELAIDE KHEZRIE
IRENE MAMIYE
JOSEPH SALAMA
MARGIE SARWAY
NADINE SHALOM
HELEN SHAMAH
JOSEPH SHAMIE
RICHARD SUTTON
MICHELLE TERZI
ROCHELLE TERZI
TALIA TOUSSIE
MORRIS ZEITOUNE

*Honorary Board of Directors*
SAM CATTON
JOE CAYRE
STANLEY CHERA
JACK D. COHEN
HAIM DABAH
SEYMOUR ESCAVA
ROBERT HEDAYA
DAVID HIDARY
EZRA "EDDIE" SAFDIE
EDMOND SAFRA A"H
THEODORE M. SERURE
NORMAN SHABOT

*Administrative Staff*
MICHAEL G. WITKES, M.S.W.
*Executive Director*
JOEL D. KATZ, L.S.W.
*Assistant Executive Director*
MARK KRANCZER
*Assistant Executive Director*
LEA LEVY
*Administrative Director*
NORMAN MANDEL
*Financial Resources Director*

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Ricardo Urbina,

Please let this letter serve as a reference attesting to both the character and caliber of Douglas Jemal. I am aware of his conviction on a single, stand-alone fraud charge related to a private business transaction.

Mr. Jemal was a founding member of the Sephardic community Center in 1982 and I first met him when I was appointed as the Executive Director of the Center in 1985.

Well before I came to the Center Mr. Jemal had already established a reputation of being charitable and dedicated in his support of our Community Center. Not only has Mr. Jemal been a Benefactor member of the Center but he also hosted a fund-raiser in his home, in Deal, NJ to benefit day camp scholarship recipients. Whenever called upon to make donations of goods and services to support holiday celebrations, carnivals and raffles, he always responded in a magnanimous fashion.

In conclusion, Mr. Jemal has totally aligned himself with the mission and working objectives of our institution which is a non-profit social service, educational, cultural and recreational agency serving the needs of the community's 75,000 children, teens, adults and senior citizens. As a dedicated family member with a host of friends and supporters, Mr. Jemal has always been seen as an upstanding member of the Sephardic community.

In light of the above information, I hope and trust that you will be lenient in passing judgment on Douglas Jemal. Should you need any further information, please do not hesitate to contact me.

Sincerely,

Michael Witkes
Executive Director

Exhibit 85





*Hope Village*

2840 Langston Place, S.E.
Washington, D.C. 20020
(202) 678-1077/678-1551
Fax (202) 678-0161

To: The Honorable Ricardo M. Urbina

From: Frances Phillips, Vocational Counselor

RE: Douglas Jemal

Date: January 28, 2007


I am writing this letter in order to express support for Mr. Douglas Jemal. I am a Vocational Counselor for Hope Village, and I am pleased to say that I have been working with Mr. Jemal since December 1, 2006. Mr. Jemal has hired 6 residents from the facility since this time. We are a reentry and work release program. We are pleased that Mr. Jemal has given a second chance to individuals who are being released from the Bureau of Prisons and the Department of Corrections. As a Vocational Counselor, it would be a joy to see other individuals express the same compassion and dedication to persons trying to rehabilitate themselves.

Exhibit 86

BEERS & CUTLER PLLC
8219 LEESBURG PIKE
SUITE 800
VIENNA VIRGINIA 22182
TEL 703 923 8300
FAX 703 923 8330
WWW.BEERSANDCUTLER.COM

**Beers&Cutler**

January 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am writing this letter to support Douglas Jemal in the upcoming sentencing proceedings to take place on April 16, 2007.

I have known Douglas for approximately five years. I have sat on a board with Douglas, as well as provided consulting services to him and his company related to organizational issues.

In all of my dealings with Douglas, he has been honest, forthcoming, and an absolute pleasure to do business with. I find him to be articulate, intelligent, and a very good businessman.

It goes without saying that Douglas has been a major force in both the charitable as well as the business community. He is not your traditional businessman. However those I have talked with feel that he maintains the highest levels of integrity and he is someone they would want to do business with.

It is unfortunate that a person as good as Douglas is facing these potential difficulties. There are many people who need Douglas, including all of his employees, charitable organizations in the city, and most of all, the city itself. I hope your decision related to his sentencing will be favorable for Douglas.

Very truly yours,

BEERS & CUTLER PLLC

*John A. Cutler*

John A. Cutler

Direct Dial 202 449 4219
jcutler@beersandcutler.com

JAC/bam

Exhibit 87

INDEPENDENT MEMBER OF
BAKER TILLY INTERNATIONAL



# *Animal Resource Foundation, Inc*

**P.O. Box 396**
**Chester, MD 21619**
**Phone: 410-643-8700 Fax: 410-643-8626**
**Email: info@arfusa.org Website: www.arfusa.org**

January 26, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Honorable Ricardo M. Urbina:

We are writing to you so we can provide some insight into the compassionate and caring nature of Douglas Jemal. We have known Douglas for only the past 3 years. We came to know him as we are a non-profit animal rescue organization in Queen Anne's County and we were interested in leasing retail space to use as an adoption center. As with all volunteer non-profit organizations, the funds that we use go mainly to our mission which is saving and improve the lives of animals. In our dealings with Douglas we found that he is very compassionate and supportive of an organization like ours, which supports and improves the community. We have been able to continue our mission thanks to Douglas's support, direction and compassion. Every time we have had a conversation with Douglas, we always walk away with encouragement to continue this mission of providing a service to the community. He provides us with not only financial support, in the form of donations, but always has words of wisdom and support to help us succeed.

We deal with a lot of volunteers, supporters and donors and I am proud to say that Douglas meets all of that criteria. When you are considering his sentencing please remember the Douglas is a big part of the community here in Queen Anne's County, especially through his support of community organizations like ours.

The Board of Directors of ARF

Wayne A. Beall
President

Exhibit 88

**AEDC**

| | | |
|---|---|---|
| **Anacostia** | 2021 Martin Luther King, Jr. Avenue, SE | "Serving the Community Since 1969" |
| **Economic** | Washington, D.C. 20020 | |
| **Development** | (202) 889-5100 | |
| **Corporation** | FAX (202) 889-9508 | |

January 23, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20036

Dear Judge Urbina:

I am writing this letter to provide you with my personal insight to Mr. Douglas Jemal, who is scheduled to be sentenced in your court on April 16, 2007. I first met Mr. Jemal in December of 2002 as we began negotiating a joint venture to develop property in the Anacostia area of Washington, DC. As you may know, Mr. Jemal's insight into the development of distressed areas has been the catalyst for bringing vitality and growth to areas of our city that were previously designated too depressed to develop.

Mr. Jemal's insight and patience in approaching the development process was the primary reason the Anacostia Economic Development Corporation (AEDC) wanted to partner with him to hasten the development of this neglected quadrant of the city. During our negotiations I was personally impressed with Mr. Jemal's honesty, integrity and candor in working with our organization to achieve the goals of economic development in Anacostia. Mr. Jemal's word was his bond and when we suggested to him to purchase a piece of property contiguous to AEDC property, he stepped up and did what he said he would do and bought the property. Mr. Jemal, also committed to work with the Anacostia community, and joined the Board of Directors of Main Street Anacostia to be hands on developer to ensure the communities' goals and objectives were met.

Exhibit 89

During the past five years, Mr. Jemal has had ample opportunity to sell the land he purchased to participate in our joint development at a significant profit, however, he proved he was not looking for the quick profit and has continued to work with AEDC to see our project to fruition. Mr. Jemal was not and is not in this business for the quick buck.  His history and commitment to this city is apparent by his deeds. His character in my opinion cannot be questioned, and I respectfully ask the court to take these facts into consideration when passing sentence in April.

Sincerely,

Michael D. Wallach
Vice President & COO



**Anacostia**    2021 Martin Luther King, Jr. Avenue, SE          "Serving the Community Since 1969"
**Economic**    Washington, D.C. 20020
**Development**    (202) 889-5100
**Corporation**    FAX (202) 889-9508

January 22, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I am writing this letter on behalf of Douglas Jemal who is scheduled to be sentenced in
your court on April 16, 2007.  I have known Douglas over forty years beginning when he
owned a record store on H Street, NW in Washington, D.C. to his current position as
President of Douglas Development.  Over these past forty years, Douglas has been a
friend, a confidante, a counselor and a business associate.  I have sought his advice and
guidance on a number of issues and he has always willingly provided me with wise
counsel.

In 2000 and 2001, I had the honor of being elected President of the DC Building Industry
Association (DCBIA).  One of my first nominations to serve on DCBIA's Board of
Directors was Douglas Jemal.  Douglas was unanimously approved by the Board of
Directors and the membership of DCBIA to serve as a director.  Douglas has served with
distinction on DCBIA's Board of Directors and in 2004 he was awarded its annual
achievement award for outstanding contributions to the social and economic renewal of
the city's downtown East End.

As President and CEO of the Anacostia Economic Development Corporation (AEDC), a
mom-profit community development corporation (CDC) charged with revitalizing the
Anacostia/Far Southwest community, I requested Douglas' assistance in acquiring a large
parcel of land that would assist AEDC in developing the square that contained that
particular parcel and others.  Without hesitation Douglas' company agreed to assist
AEDC in assembling the land within the square and completed the purchase of the parcel.
I also requested Douglas to become a Board member of the Main Street Anacostia, Inc., a
non-profit community main street program organized to attract, retain and develop retail
business on the commercial corridors of historic Anacostia.  Again Douglas agreed to
serve without hesitation.  He has offered his unique insights in how to revitalize
distressed and underserved neighborhoods to AEDC and Main Street Anacostia, and the
community is very appreciative of his contribution.

Exhibit 90

The Honorable Richardo Urbina
January 22, 2007
Page 2 continued


Over the years that I have known Douglas, he has been very giving of his time, energy
and resources to many charitable causes and events.  He has proven himself to be a
valuable and trustworthy friend to his cohorts and to the city of Washington, D.C.  I
respectfully request that you take the totality of  Douglas' good work over the past forty
years into consideration when you pass sentence in April 2007.

Cordially,

Albert R. Hopkins, Jr.
President & CEO

HARRY I. FRANCO
12 WOODFORD ROAD
DEAL, NEW JERSEY 07723

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court
District of Columbia
333 – Constitution Avenue, N.W.
Washington, DC  20001

Dear Judge Urbina:

Allow me to introduce myself, my name is Harry I. Franco.  I reside in the Borough of Deal, Monmouth County, New Jersey where I hold the office of Mayor.

I am writing to request your leniency in sentencing Douglas Jemal and to share with you my experience with him as being a caring and trustworthy citizen.

I have known Douglas for over 30 years both as a family friend and community member.  I have found him to be straightforward, a man of character and above all, a kind, loving, and devoted husband, father, and grandfather.  He has always taken a keen interest in the welfare of his friends and neighbors.

Because of his keen interest in the education of our children, Mr. Jemal took it upon himself to spearhead the renovation of a facility which today houses hundreds of students and focuses on religious education.  He is a fundraiser who generously contributes to many charitable and religious organizations, as well as helping the needy and under-privileged; he is an inspiring role model and mentor whose willingness to get involved sets an example for others to follow.

Should Douglas be incarcerated, the negative impact will be significant.  He is a highly respected and well-regarded member of our community.  We will be weakened by the absence of his wise counsel and selfless energy.

I ask for your consideration and your leniency in sentencing Douglas Jemal.  Please give him the opportunity to continue serving his family and community in an active manner.  I appreciate your thoughtful consideration.

Sincerely,

Harry I. Franco

Exhibit 91



THE DEPARTMENT OF PARKS AND RECREATION
OF QUEEN ANNE'S COUNTY
1945 4-H PARK ROAD - P.O. BOX 37
CENTREVILLE, MARYLAND 21617
410-758-0835 / 410-778-4430
FAX: 410-758-0566

COUNTY COMMISSIONERS
ERIC S. WARGOTZ, M.D. - COMMISSION PRESIDENT
COURTNEY M. BILLUPS - DISTRICT 1
PAUL L. GUNTHER - DISTRICT 2
GENE M. RANSOM, III - DISTRICT 3
CAROL R. FORDONSKI - DISTRICT 4

STEVEN D. DAVIS
DIRECTOR

January 25, 2007

The Honorable Ricardo M. Urbina
The United States District Court for the District of Columbia
333 Constitution Ave.

Dear Judge Urdina,

Our Department has been receiving in-kind donations from Douglas Jemal for the last seven years. He donates the use of commercial building spaces to provide public services to the community members of Queen Anne's County. He allows our Recreation Department to utilize vacant store space at the Kent Narrows Outlets in Chester, Maryland to hold public recreation programs for the citizens of Queen Anne's County.

We offer youth and adult classes for over 200 residents of Queen Anne's County. Such programs would not be possible without Douglas Jemal's support. We also host a Thanksgiving Food Drive at his center to collect food to feed over 200 needy families. He allows us to utilize the parking lot for Public parking for our annual Fourth of July Event and others Special Events. He allows the Animal Resource Foundation, the Piranhas Football Club and several other non-profit organizations to borrow space for community programs and activities.

Please consider Mr. Jemal's generosity to the community as you determine his sentence. Thank you for your consideration.

Sincerely,

Gregg Todd, Deputy Director

Terri Paddy, Enterprise Operations Manager

Sandra Dove, Recreation Coordinator

TDD#: 410-758-2126

Exhibit 92



**U. S. Department of Justice**
Drug Enforcement Administration

_www.dea.gov_

Mr. Douglas Jemal
Douglas Development Corporation
702 H. Street, NW #400
Washington, D.C. 20001

    Members of the Drug Enforcement Administration Metro Area Task Force Group 34 want to extend our sincere appreciation and gratitude for your assistance and cooperation in allowing the use of facility and storage locations. These locations, to include the property located at 9111 Edmonston Road Greenbelt, Maryland and 4800 Addison Road Capitol Heights, Maryland, played a key role in operations conducted by the Task Force. You are an example of how citizens can work together with Law Enforcement Agencies to successfully combat the war on crime and drug in our community. Again accept our sincere thanks and appreciation.

Sincerely, G/S PS M wh ———— 1-26-2007

G/S Patrick Musselman
Group Supervisor
DEA / MATF / Group 34

Exhibit 93

**John Henry King**
**14401 Secretariat Drive**
**Bowie, Maryland 20721-1288**

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am writing in strong support of Mr. Douglas Jemal who will appear before you for
sentencing on a single fraud conviction.

I have known Doug since 2001. I met him in my capacity as the Economic Development
Director for the City of Bowie in his capacity as the new owner of a major retail center in
Bowie. I saw him at work at shopping center and real estate industry gatherings as he
endeavored to find and negotiate tenant deals to restore his Bowie property to economic
productivity. I also saw first hand how he met with and answered questions for, and was
appropriately hospitable to our Mayor and a member of the City Council. I find him to
be a straight talker and an honest man of his word. I value him as a friend and as a
business associate.

Doug Jemal has a strong history of personal and business investment in our region. He
needs to be free to continue to conduct business, earn profits, and continue to make these
personal and business investments.

Sincerely,

John Henry King

Exhibit 94

**M. ANTHONY GOULD**
4100 CATHEDRAL AVENUE
WASHINGTON, DC 20016

January 11, 2007


The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Sir:                          Re: Douglas Jemal

In assessing Mr. Jemal's punishment for the singe guilty charge rendered by the jury on October 26, 2006, I hope you will bear in mind the good Mr. Jemal has done for the citizens of the District of Columbia.

I can make that statement for I have not only sat on boards with Mr. Jemal and watched him champion programs that would benefit the city's hard core unemployed, I have seen him get his hands dirty by making that happen.

His development projects go out of their way to employ Hispanic and African American workers. They are paid fairly and taught skills that lead to trade and career advancement. And many of his future endeavors will be ground breaking initiatives in the poorest parts of the District, Anacostia for example. In many respects, he is a pioneer. Not surprising, for he is only one generation removed from the same economic status.

One of the prices you pay for being ebullient and visible in both personality and dress is that you're an easy target for the press. They enjoy highlighting a man's failures. Success stories don't sell papers of air times. Mr. Jemal has faults to be sure for, like every developer in his fraternity, he can push the envelope. But I have never felt that Douglas was anything but a tough negotiator and a man with a big heart.

I might add that this is a totally personal letter, so much so that I am using my personal, not business, letterhead. In fact, I have never concluded a fee based transaction with Mr. Jemal so I owe him nothing. Except for this letter of support which I hope you will take into consideration. Thank you.

M. Anthony Gould

Exhibit 95



January 12, 2007

The Honorable Ricardo M. Urbina
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I have had the pleasure of knowing and doing business with Douglas Jemal for more than six years. I am aware of the conviction, however, I have known Mr. Jemal to always conduct himself with great integrity and character. I know him to be a very generous and honorable man. Mr. Jemal has done so much for the community and for those less fortunate. I am proud to call him a friend and business associate. Thank you.

Sincerely,

Robert H. Plante, Jr.

RPH/imc

26215 Ridge Road ■ P.O. Box 480 ■ Damascus, Maryland 20872
(301) 253-2116 ■ Metro (301) 428-0007 ■ (888) 843-3743 ■ Fax (301) 253-2255
www.insurancefirstinc.com

Exhibit 96



**WINKLER AUTOMOTIVE, Inc.**
401 East Diamond Avenue
Gaithersburg, MD 20877

(301) 258-2774

January 30, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Urbina,

     I have personally known Douglas Jemal since 1982 when he owned Douglas TV, HiFi and Stereo in Washington, D.C. Our service center (Winkler Automotive Service Center) restored classic cars for Douglas. Over time, our friendship grew to a personal level. We took our children on yearly camping trips for over ten years. Douglas always wanted to include the children. When Douglas was first getting started in real estate, he wanted to buy a building that was in foreclosure and asked me if he could borrow $100,000.00 for the deposit. Without hesitation I loaned him the money on a handshake. Four or five weeks later, he paid me back with interest.

     In 1992, our business was having difficulty with our landlord and we needed to relocate close by. I asked Douglas to look at a building with me. Although he did not like the first building we looked at, he did like another nearby building; a run-down feed mill. I did not have the money but Douglas said he would be my partner and he helped me buy and renovate the building in which we are located today. Our partnership continues both personally and professionally with mutual respect and honesty. I am aware of the charges and accusations made against Douglas. I must say that this is not the Douglas Jemal I have known for the past 25 years. In my experience, Douglas has always been the most honest, caring individual I have ever met. Douglas is a smart, self-made man with unbelievable vision and has put his heart and soul into his buildings. He always puts money aside and would prefer to do a project right and preserve the history or design of a historic property, such as our building here in Gaithersburg, Granary Row, rather than save money.

     Please consider the above for a man who has done so much for other people and for the city of Washington, D.C.

Sincerely,

George Winkler

Exhibit 97

# NEW YORK ⬥ OBSERVER

915 Broadway, 9th Floor • New York, NY 10010 • (212) 407-9300
Fax: (212) 980-2087

January 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina,

My name is Jared Kushner and I am writing you on behalf of Douglas Jemal, a friend for whom I have the greatest admiration. I am 26 years old and am currently in my last semester of my JD/MBA at NYU. In addition, I actively invest in real estate and recently entered the publishing business with the purchase of the New York Observer.

My family has lived across the street from Mr. Jemal in Elberon, N.J. for the past 11 years. I have had the good fortune to spend time with Mr. Jemal and his family and have been impressed with each member. Mr. Jemal is an extraordinary, unique and special person. In some ways he is a recluse; he is a man who finds happiness simply by spending time with his family. Mr. Jemal, however, is also a vibrant leader who has devoted countless time, energy and finances towards many thankless causes.

A few years ago my family went through a tough situation when my father made a grave mistake, pleaded guilty, and went to prison. At the lowest point in his life, when my father realized that he would be leaving his family, he called Mr. Jemal and said, "Doug, I am going to be leaving my family for a while and I would feel more comfortable if I left my wife with German Shepherd. I need a dog that is protective but also great with my grandchildren. Where do you suggest I look?" Mr. Jemal called my father back a few days later and said, "I have been thinking about your situation and I know exactly what you need. I have dog, Maggie, who has come to work with me every day for the past five years. I cannot imagine having to endure the pain of being separated from your family and if it will help give you peace of mind, I want you to have my dog." My father was blown away by this gesture of kindness; Mr. Jemal adamantly refused my father's offers to buy the dog or pay for her hip surgery. Several years later, the dog has become welded to my mother and we consider her a family member to this day.

I share this story with you to try and give you some color into two aspects of the psyche of man you are sentencing. The first aspect is Mr. Jemal's great capacity for generosity. To Mr. Jemal, Maggie was like a child; parting with her was truly a great sacrifice to him. The second aspect worth highlighting is Mr. Jemal's capacity for compassion. At the lowest point in my father's life, it meant an incredible amount to him to know that a man he knew only as a neighbor was willing to make such a beautiful gesture without passing judgment.

Your honor, while Mr. Jemal was found not guilty on the majority of the counts brought against him, I understand the seriousness of being found guilty on this last charge. When sentencing Mr. Jemal I strongly

Exhibit 98

# NEW YORK ✦ OBSERVER

915 Broadway, 9th Floor • New York, NY 10010 • (212) 407-9300
Fax: (212) 980-2087

petition you to appeal to your truest instincts for justice. Know that this is a man who has spent the past few years of his life being unpleasantly probed by the government and has spent considerable time and money defending himself and his colleagues who were wrongly accused. He had to spend nights thinking about the fact that his son could potentially be found guilty of crimes he did not commit, and I know that this grave possibility has already caused Mr. Jemal serious aggravation, discomfort and pain.

Going through an experience like this will undoubtedly alter a person, and I have seen substantial changes in Mr. Jemal over the course of this process. Mr. Jemal feels that he now has a new lease on life. He feels blessed to have a great family and substantial resources, and we have already started to have conversations about how to start channeling those resources to help those less fortunate.

Not to digress into judicial philosophy, but there has obviously been a longstanding debate over whether the purpose of prison is more retributive or reformative. Either way, neither of these arguments can justify sentencing Mr. Jemal to prison. As far as retribution goes, you can say that the duress and great expense of defending himself against the many charges that were proven to be false is more punishment than Mr. Jemal deserves. As far as reformation goes, I know that Mr. Jemal is devoted to making this world a better place. I can give you a guarantee that Mr. Jemal will not engage in activities that could even be construed as criminal. Thus, I hope that I can appeal to your truest sense of justice and have helped convince you that no further penalties are needed and that the world will be a better place if Mr. Jemal is empowered by this court to live his life.

Finally, I remind you that the man that will stand before you on the day of sentencing is a good man. He has handled these past few difficult years with tremendous dignity and respect. He has shown great respect for the judicial system and has not asked for anyone's pity despite the fact that he and his son were victims of many false accusations.

These past few years are but a chapter in Mr. Jemal's life. While deeply unpleasant, they have also been deeply reflective and I have no doubt that Mr. Jemal is a stronger person with an enhanced perspective on life, love and family. I urge you to close this chapter as soon as possible and in doing so, propel Mr. Jemal into the next chapter of his life which will make this court proud. I am eagerly awaiting to see what Mr. Jemal, a man who has great vision and creativity, can and will accomplish in the charitable arena once he has completely put this mess behind him.

I thank you for your time and I pray that God gives you the wisdom and courage to bring true justice.

Sincerely,

Jared Kushner

MICHAEL JAMES WEAVER
PRESIDENT, NETWORK DESIGN TEAM
ARLINGTON, VIRGINIA

January 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W., Washington, D.C. 20001.

Dear Judge Urbina:

I am writing to share my experiences and impressions of Mr. Douglas Jemal, whom I first met at my health club in the early 90's. At this time I was in graduate school and supporting myself doing computer consulting. I got to know Douglas and his Norman during our workouts together. During this time Doug was unstintingly generous with his time and advice; and very generously offered my numerous business leads; he also took the time to invite me to his office several times and looked over and advised me on some business ideas I had. He went out of his way to informally mentor me. I was a graduate student who had nothing to offer him except gratitude. I believe it is an indication of Mr. Jemal's generosity that he would take to time from his busy schedule to take an interest in a young man who was just starting in business.

I have found Mr. Jemal to be a generous, honest and straightforward individual. I am aware of Mr. Jemal's recent legal issues and believe that he is focused on doing everything in his power to continue to lead an ethical and productive company that has added much to the economy and landscape of Washington, DC.

Respectfully,

Michael Weaver

Exhibit 99



# Sesto Senso Ristorante

1214 18th St NW Washington, DC 20036
202.785.9525   202.785.9522 fax

1/19/2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Urbina,

      I have known Douglas Jemal for over 14 years on a business and personal level. We first met when I leased my restaurant space from him; on a handshake he gave me a chance and opportunity when no one else would. I realize that he has been convicted of a crime but I hope that you will take into consideration the many opportunities and things that he has done for this city and its residents.

      He is a very eccentric man with a heart of gold and the man I know would help me if I ever need it. He is someone that I know I could call and he would be there for me and my family. His commitment to his family and this city is like no one I know, especially during a time when everyone was moving to the suburbs he poured his hear and soul into this city and had a vision for downtown DC when no one else did!
If you drive around DC you can't help but notice all the things he's done and help make the city that I live in a better place.

      Please have lenience on his sentence; he would serve the city better if he was in his office making DC a more beautiful place!

Sincerely-

Fabio Beggiato
Lugano, Inc.
President

Exhibit 100

January 29, 2007

Gary Block
2002 Birthday Court
Brookeville, MD 20833
301 260-1958

The Honorable Ricardo M. Urbina
United Sates District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Dear Judge Urbina,

I have known Douglas for over 25 plus years.  Over the years Douglas has been very generous in so many ways to my entire family. My wife and four girls.

Douglas helped me secure our first family house which my girls where born and raised.

Without his encouragement I would not have been able to buy this house many years ago.

Douglas also provided the girls with the family dog which was one of the center points for the family raising our children.

I have learned many life lessons from Douglas as he has invested his time and heart into my life as well as my children's.  Because of his actions, I am a more self confident person in life.

Douglas was always there for me to listen and advise. His strong commitment to family and friends has molded me over the years into the person I am today.
I take very seriously my responsibilities to my family, friends and my business.

I know you have a decision to make regarding Douglas and his sentencing.

Douglas is a very warm, giving and caring person who I owe more than I can ever repay. Not from a financial point but from friendship and guidance.

My family, especially my four girls is far better off today because of Douglas.

Please take these comments into consideration when making your decision as it relates to Douglas and our future.

Sincerely

Gary Block

Exhibit 101

# JOSEPH L. JEROME

January 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Dear Honorable Ricardo Urbina,

I am writing this letter on behalf of my dear friend, Douglas Jemal.  I have been following his case and am aware that he was found not guilty on all of the charges except for one charge relating to a private business transaction.  I have personally known Douglas for over thirty years and have found him to be an upright, honest and good-hearted person. His honesty and candor is something not found too often, and his handshake is all that one would need to know that what he says, he will actually do.

Douglas has demonstrated his true character in so many ways that have benefited so many people.  He has opened his home to numerous charitable events that I have personally attended.   He has contributed to many institutions in our community that have helped the less fortunate.  He, and his family, have been actively involved in many charitable organizations that continue to serve our community.  Finding someone that gives of himself, and his money, are qualities that are synonymous with the Jemal name.

I hope this letter will give you some insight into Douglas' character and background and hope that you will take it into consideration in passing, what I hope, is a lenient sentence on him.

I remain

Joseph Jerome

Exhibit 102

**Mitchell E. Levy**
**9404 Sunnyfield Court**
**Potomac, Maryland 20854**
**301.793.8188**


**January 31, 2007**


The Honarable Ricardo M. Urbina
United States District Court for
The District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001


Dear Honarable Ricardo M. Urbina,

I am writing this letter in support of Douglas Jemal. I am aware of Douglas being convicted of a single fraud charge. This charge is way out of character for Douglas Jemal. I have known Douglas for 34 years. When Douglas first moved to the Washington area, he lived 10 houses from my family, where I was growing up in Silver Spring, Maryland. My family became fast friends with Douglas and his wife Joyce.My mother was a very close friend of Doug's wife Joyce and they spent much time together, I was always around their family, I was just 10 years old and I remember Douglas was in the TV/Radio business near F, Street, NW and he would drive a white work van to the store everyday and open and close this business. As I got older and saw Douglas's many successes, I would always remember those days when he first got started and how he worked very hard to build and provide for his wonderful family. At that time, he was nowhere near his success of today. I was always around their family, Douglas is a wonderful father and husband to his family. Both families eventually moved from the neighborhhood. I would occassionally see Douglas out at a restaurant and we would reminise, he always picked up my tab, even though I would fight him against it, he would never let me pay. He is a sport. If I ever had a question for any reason concerning any situation that I felt Douglas could help, I would call him, Douglas always took my call, no matter how busy he was. Douglas never let his success get to his head and he never forgot the people he had known thruout his life.

I am a Washingtonian, having watched Douglas's commitment to this city is unthinkable, he was commited to better this city in many different areas. As we all know, he committed and followed through, His vision and commitment is a major reason the city is as vibrant as it is today. Many developers looked out for

Exhibit 103

their pockets before the concern of the city, Douglas looked out for the city first and it has shown true. He is now continuing his vision in areas around the new baseball stadium, showing his true support for the people and this city.

His committment to charity and community is shown in many ways, thruout several organizations. One that sticks at the top of my mind is the old D.C synagogue that he revitalized. What a wonderful place of worship for today's people.

I can't say enough good things about Douglas Jemal, he is a visionary, smart businessman, fair, charitable and committed to his family and friends for always, no matter what your status in life is. A true Friend of mine.


Sincerely,


Mitchell Levy

Robert B. Young Jr.
611 Queen St.
Alexandria, Va. 22314

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court, for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Sir:

Please grant me the privilege of addressing you and behalf of Douglas Jemal.
I wish to appeal to you to exercise as much leniency as legally possible when he is sentenced in
the near future by the Court.

As a way of introduction, I was born in Washington, D.C. and have lived in the region
my entire life. Professionally, as President of a large regional Homebuilding and Development
company, I have worked in Maryland, Virginia, and the District. Along with my professional
pursuits I have had the obligation and the privilege to serve our community. I served on our
regional Washington Metropolitan Airports Authority Board of Directors for 10 years, three of
which I served as Vice Chairman, and I have served on many non-profit community boards
and State Commissions throughout my career.

Over these 30 or so years I have had the opportunity to know, work and be associated
with many of our regions business leaders including Doug Jemal, political leaders and many
others who have given of themselves tirelessly, to make our region a better place.

The Renaissance which the City of Washington, D.C. enjoys today; the safer streets, the
lower crime, the re-emergence of economic prosperity and the diversity of this community are
in large part a direct result of those people who saw a city beset with troubles and went about
to change it.

Doug Jemal is one of those people who has helped shape our Community. Like Abe
Polin, who went into a decayed neighborhood to build the Verizon Center and thus changed
part of downtown, Doug Jemal has gone into many areas of the city, invested his money and
his heart to bring about change. The outcome is a thriving community, jobs and a significantly
"Better Place". In the end, like many of our other leaders, Doug has simply, quietly given of
himself, to advance the notion that 'Something better can come of this'.

Doug has been intimately known to me as a business competitor, a friend, and as a
generous vigorous supporter of Washington D.C. for many years. I sincerely believe and
respectfully submit that he is entitled to have his exemplary past deeds recognized in
connection with his present unfortunate position. I can guarantee to you that he will give more
in return to his city and region if permitted.

Respectfully yours,

Robert B. Young Jr.

Exhibit 104

# RICHARD S. COHEN

February 1, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor:

I have the distinction of probably knowing Douglas Jemal longer than anyone in the city who currently does business with him.  I first met Douglas in 1970 when he had a record store in an office building that I had built at the corner of 11th & F Street, N.W.  I was Doug's landlord.

At that time, both of us were in our late 20's, early 30's, young and just starting on our career paths.

As a young man starting in business he was full of energy and had the entrepreneurial spirit and was always looking for ways to better his retail business, and he did.  I used to spend a lot of time in the office building, and subsequently a great deal of time in Doug's store.  I got to know him very well.  I would watch him with customers, sales people and friends and observed him to be genuine and respectful to all, especially to his customers.  Doug was a good salesman, but a sincere salesman.  Many times I would observe him taking merchandise in return from people that had no receipts or the period of return had expired.  Doug always treated his customers with a smile and respect.

As the years rolled on, Doug and I became closer as friends and we even did some business together.  As a friend, you couldn't ask for a better more sincere friend.  He would literally give you the shirt off his back without your asking for it.  He could read his friends and when somebody needed something Doug was always there without a question.

In business Doug is tough, but fair.  His bark is much greater than his bite.

I know that Doug has been convicted in your courtroom in a fair jury trial.  The feelings I expressed in this letter, hopefully will be taken in to consideration when you render your judgment, for this is the real Douglas Jemal.

Exhibit 105

The Honorable Ricardo M. Urbina
February 1, 2007
Page 2


I thank you for considering my letter and appreciate the opportunity to relate to you my, and many others, view of Doug.

Respectfully,

Richard S. Cohen

January 31, 2007


Timothy B. Roberts
4205 Bar Harbor Place
Olney, MD 20832

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Dear Judge Urbina:

I have known Douglas Jemal for 17 years. The first time I met him I was working as a
laborer at 1726 20th Street, NW doing demolition work in January 1990. Soon after I
graduated from college in May 1990 I ran into Douglas again at the gym, Maryland
Athletic Club in Beltsville, MD. He remembered me and asked me to come in for an
interview; I did and was offered the job.

When I first started working for Douglas in April 1991 he was running the Wiz record
stores in DC and just getting started on the real estate development side. We worked out
of warehouse in Beltsville, Md.  While working in Beltsville, I remember Douglas had a
program set up to provide disabled adults with jobs sorting CDs and tapes.  Throughout
the 16 years I have worked for him, this trait of helping the less fortunate has been
consistent.  Even when monies were not available he could never turn down a request for
a worthy cause.

During the time I have been with Douglas there have been many business ups and downs
but the one consistent thing was Douglas' optimism and belief in what he was doing. He
loves to bring old buildings back to life, preserve the history of a building and believes in
parts of the city other builders don't. Douglas is the rarest of breeds, a visionary with the
ability to actually get things done. He makes decisions quickly and sometimes makes
mistakes, but ultimately the project gets built, tenants move in and we roll onto the next
one.

Douglas is the heart and soul of the entire organization.  I am in constant contact with our
tenants every day and this sentiment is universal.  I honestly believe that without
Douglas' commitment to customer service and the guidance he provides to the entire
staff, there would not be tenants in many of our properties and our tenants are the

Exhibit 106

DOUGLAS DEVELOPMENT CORP   ☑003/003

lifeblood of this company. Douglas' passion and energy is the reason I get up everyday and go to work.

The trait I admire the most about Douglas is the way he treats people. He treats the porter cleaning the street with same respect he treats the banker, lawyer, millionaire, etc. He's always willing to give anybody a chance at a job. Douglas has even given some employees 2nd, 3rd and 4th chances. He can never say no to somebody who wants to work and better themselves. He judges people on their work ethic and character only.

When my brother, Tom Roberts, a Montgomery County Police officer who is currently working for a DEA task force, was in a bind and they couldn't find space to run their operations, Douglas stepped up and allowed them to use 9111 Edmonston Road, Greenbelt, MD for storage and 4800 Addison Road, Capital Heights, MD for an operation, free of charge. There are not many building owners who would take this risk for their community.

The best thing I know about Douglas is that his character has not changed with his success. He's the same person I met 17 years ago. He's a father figure to me and a friend for life. Someone I can always go to for help or advice and someone who always has my best interests in mind.

Sincerely,

Timothy B. Roberts

Magic Kayhan
18626 Foggy Bottom Road
Bluemont, Virginia 20132


January 31, 2007


The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am writing this letter on behalf of a very dear friend of mine, Douglas Jemal. I have
followed the government's case against Douglas closely and I am aware he has been
convicted of a stand-alone fraud charge related to a private business transaction. It is
important for me to share with you my friendship with Douglas and what it means to me.
Hopefully it may help you to see, through the eyes of others, the kind of man Douglas
Jemal is and how much he gives and continues to give to countless others.

I have known Douglas for nine years. We met through a mutual friend, Mike Rowe. At
the time, I owned a small health club in Riverdale Maryland. Business was slow and I
had to close my gym. I had little money and nowhere to store the 30,000 square feet of
fitness equipment I owned. Mike knew Douglas had available space and he knew
Douglas was always willing to help someone in need. Douglas called me and offered me
the use of 30,000 square feet of warehouse space free of charge for as long as it took me
to get back on my feet. He didn't even know me. All he knew was I needed help. He
asked for nothing from me nor did he expect anything in return. I used the space free of
charge for several years until I was able to open a new health club, which led to my
ability to buy a building of my own.

The use of Douglas' warehouse gave me the opportunity to start again. Without my
inventory, I would not have had the funds needed to open a new business. I will never
forget Douglas' generosity and his unconditional friendship. He is the most generous,
giving, goodhearted, loyal, person I have ever met. He helped me find financing for my
property when no one else would. I referred friends to him that were in desperate need of
a job and he hired them. I often ran into childhood friends of mine at Douglas' office
who worked independently for him. They would always share with me kind stories about
Douglas and what a great guy he is to work with.

Douglas also extended his generosity to me on a more personal level. For my son's 12th
birthday party, Douglas gave me his entire suite at the MCI Center to see the Wizards
play. He has invited me, my family and any friends I wish to bring to countless social

Exhibit 107

The Honorable Ricardo M. Urbina
January 31, 2007
Page 2

events he holds for his employees such as Christmas parties, boxing events, basketball, concerts, wrestling. Douglas treats everyone like they are family especially his employees. I know this because I have seen it first hand. He is a loving father and a devoted son. There is nothing he would not do for his family and there is no distance he would not travel to be with them on a weekly basis. He gives in every way he can, not only to his family, his employees and his friends, but also to his community. He has personally donated a large amount of money to DeMatha Catholic High School's athletic department so the students may have an opportunity to play sports.

Over the years, Douglas has taught me about business, about real estate and about friendship. He has been a role model for me. I am now able to employee 30 people in the town where I live, and I am active in community service. I sponsor the annual Pride of Purcellville 4th of July Festival for our community where all proceeds go to the Purcellville Fire and Rescue and the Purcellville teen center. If someone asked me to describe Douglas Jemal, I would say he is an unwavering humanitarian with a heart of gold. Anything less would be inconceivable.

Very truly yours,

Magic Kayhan

January 31, 2007

To whom it may concern:

My family business in Alexandria Virginia is now closed (Morris Katz & sons car Radio and seated car upholstery center) and I've been retired for the last three years. Although Mr. Jamal may have known of our business he probably would not know me if we passed on the street. But I know of Mr. Jamal and his many accomplishments he has had both in Alexandria and in Washington D.C. In the past Mr. Jamal has taken depressed property where others have failed and made a commercial success of them. He has made them clean well lighted places where people feel safe and comfortable to work and to shop.

As part of the Jewish community, I know as Mr. Jamal knows that our actions reflect on the whole community. We can raise or lower the reputation of our people by our deeds.

I encourage you to give Mr. Jamal his freedom to redeem his name and that of his people. Mr. Jamal is smart. If given this chance he cannot, I should say dare not do anything but the right kind of business that will not only make the community proud but will make the world better for his being here. This is our main purpose in life and I'm confident, this time, given the chance, Mr. Jamal will make us all thankful for his having lived.

Sincerely,
Marshall Katz

Exhibit 108

Marvin Fabrikant
5149 Tilden St. N.W.
Washington, D.C. 20016

February 1, 2007

The Honorable Richard M. Urbina
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave. N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I'm writing on behalf of and in support of my friend Douglas Jemal.

Each of us in only the product of our own experiences. My experience in dealing with Douglas is that he has always been there in times of personal need, honest, and a champion in dealing fairly with all. I have maintained my personal friendship with Douglas over the past 30 years.

In passing judgment on Douglas I would ask that you take into account all the good and positive that he has generated in this city.

I would like to add my voice to those who would urge you to be as kind and lenient as possible in light of the overwhelmingly generous and beneficial affect his efforts have had on our community.

His willingness to take financial risk has surely resulted in his being prosperous. However, many neighborhoods, our city's residents, the employment sector, tourists and the business community, in general, have all been touched by Douglas' efforts.

I make no case that these factors excuse his transgression, only that you take them into account. On balance, my hope is that you would agree that these help to tip the scale in his favor.

His vision and his legacy have added enjoyment and prosperity for this and future generations of Washingtonians.

Sincerely yours,

Marvin Fabrikant

MF:pc

Exhibit 109

# TOPPS SHOES, INC.
# P.O. Box 34847
# Bethesda, Maryland 20827
# (202) 258-1850
## www.toppsshoes.com

January 11, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue N.W
Washington, D.C. 20001

RE:  Douglas Jemal

   I was a longtime neighbor of Douglas Jemal when he had retail stores in
the Washington area. Douglas was always willing to lend a helping hand
weather it was a business or family matter. As Douglas entered into the real
estate business he always had a vision of making Washington DC a retail
friendly environment, in which he has accomplished.

   I am aware of Douglas's fraud conviction and can't seem to believe that
Douglas conducted business in that matter, as he has always been a
"STRAIGHT TO THE POINT" businessman. Meaning, you can count on
his word.

   If you have any questions regarding Douglas, please feel free to contact
me at once,

Sincerely,

Jerome D Postal, President
TOPPS SHOES, INC.

Exhibit 110