Bill 16-339
Act 16-140

1 of 1 DOCUMENT

DISTRICT OF COLUMBIA REGISTER

ISSUE: Volume 52, Number 34

ISSUE DATE: August 26, 2005

SUBJECT: D.C. ACTS

*52 D.C. REG. 8107*

---

Star pagination is in accord with DCRGST hardcopy pagination.
To view the next page, type .np* and ENTER
To view a specific page, enter p* and the page number. E.G. p*1.

---

D.C. ACT 16-140

IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

JULY 14, 2005

To authorize, on an emergency basis, the use of the District's available general fund surplus and reserve funds.

BE IT ENACTED BY THE COUNCIL OF THE DISTRICT OF COLUMBIA, That this act may be cited as the "Omnibus Reserve Funds and Fund Balance Allocation Emergency Act of 2005".

Sec. 2.(a) Pursuant to section 331(3) of the District of Columbia Appropriations Act, 2005, approved October 18, 2004 (Pub. L. No. 108-335; 118 Stat. 1345) and section 202(j) of the District of Columbia Financial Responsibility and Management Assistance Act of 1995, approved April 17, 1995 (Pub. L. No. 104-8; D.C. Official Code 47-392.02(j), the Council authorizes the use of $ 53.32 million, of which:

(1) The amount of $ 31.22 million shall be from funds identified in the 2004 Comprehensive Annual Financial Report as the District's General Fund Surplus;

(2) An amount of $ 15.2 million shall be from the 2005 Operating Cash Reserve fund; and

(3) An amount of $ 6.9 million shall be from funds available from the Budget Reserve.

(b) The Council authorizes the funds described in subsection (a) of this section to be allocated for the following purposes:

(1) An amount not to exceed $ 5.4 million shall be for the Department of Mental Health, of which:

(A) The amount of $ 750,000 shall be to fund capital improvements at Greater Southeast Hospital;

(B) The amount of $ 1.9 million shall be to cover the increased costs associated with psychotropic drugs;

(C) The amount of $ 2 million shall be to cover the increased cost for staffing and nursing services; and

(D) The amount of $ 750,000 shall be to fund prison diversion services; [*8108]

(2) An amount not to exceed $ 6 million shall be for the Office of the Chief Financial Officer who shall allocate the funds as necessary to cover anticipated increases in citywide fixed costs;

(3) An amount not to exceed $ 100,000 shall be for the Office of Property Management for the relocation of the office of the Statehood Delegation;

(4) An amount not to exceed $ 8.3 million shall be for the Office of the Chief Technology Officer, of which:

(A) The amount of $ 6 million shall for the implementation and enhancement of the Administrative Services Modernization Program; and

(B) The amount of $ 2.3 million shall be for a Microsoft Licensing Agreement;

(5) An amount not to exceed $ 1.2 million shall be for the Washington Metropolitan Area Transit Authority to provide funding for the Metro Matters Program;

(6) An amount not to exceed $ 2.8 million shall be for the D.C. Public Library to establish storefront library facilities;

(7) An amount not to exceed $ 400,000 shall be for the Office of the Secretary to provide funds for storage and printing;

(8) An amount not to exceed $ 100,000 shall be for the Mayor to provide a grant to the Commission on Women;

(9) An amount not to exceed $ 2 million shall be for the Department of Youth Rehabilitation Services to fund costs associated with implementation of recommendations from a staffing report by the Special Arbiter;

(10) An amount not to exceed $ 10 million shall be for the Anacostia Waterfront Corporation, of which:

(A) The amount of $ 2 million shall be for improvements to the canal block park; and

(B) The amount of $ 8 million shall be to fund site preparation for a health facility on Reservation 13, of which an amount not to exceed $ 2 million shall be for the development of the ER ONE facility at the Washington Hospital Center;

(11) An amount not to exceed $ 7.3 million shall be for the Office on Aging to provide funding for three senior wellness centers;

(12) An amount not to exceed $ 4 million shall be for the D.C. Housing Authority; provided, that the funds shall be used only to enhance the ability of the Authority to provide housing for low income and very low income residents, of which an amount up to $ 200,000 shall be used expressly for the purpose of enhancing monitoring activities to ensure compliance with HCVP rules on family participation and landlord contractual obligations;

(13) An amount not to exceed $ 200,000 shall fund a competitive grant from the Child and Family Services Agency to organizations providing court-appointed special advocates for children; [*8109]

(14) An amount not to exceed $ 200,000 shall be for the Department of Parks and Recreation, of which:

(A) The amount of $ 100,000 is for capital improvements to the Fort Dupont Ice Rink; and

(B) The amount of $ 100,000 is to fund the re-opening of the recreation center at Douglas Jr. High School.

(15) An amount not to exceed $ 4.3 million shall be for the Deputy Mayor for Planning and Economic Development, of which:

(A) The amount of $ 300,000 shall be for a grant for the African American Civil War Memorial;

(B) The amount of $ 400,000 shall be for a grant to promote cultural tourism;

(C) The amount of $ 700,000 shall be to fund advisory services associated with the conducting a Headquarters' Hotel study;

(D) The amount of $ 400,000 shall be to fund advisory services associated with conducting an Old Convention Center study;

(E) The amount of $ 500,000 shall be for capital improvements at the Lincoln Theatre;

(F) The amount of $ 1.5 million shall be for a grant to the **Avalon Theatre** Project; and

(G) The amount of $ 500,000 shall be for a grant to the National Council of Negro Women's Building to fund historic preservation, restoration, and maintenance;

(16) An amount not to exceed $ 200,000 shall be for the Office of Campaign Finance for costs associated with implementing the Office Of Campaign Finance Exploratory Committee Reporting Reform Amendment Act of 2005, as introduced on March 1, 2005 (D.C. Bill 16-179);

(17) An amount not to exceed $ 270,000 shall be for the Office of Latino Affairs for the following projects and programs:

(A) The Hispanic Tenant Forum 2005;

(B) The Certified Bilingual Nurse Aide Training Program;

(C) The Anti-Gang Awareness Campaign and Results Showcase;

(D) The D.C. Hispanic Festival (celebrating Hispanic Heritage Month 2005);

(E) The updated research paper on Latinos in the District of Columbia; and

(F) The 2 mural projects celebrating the Latino community;

(18) An amount not to exceed $ 250,000 for the University of the District of Columbia to fund a 3.5% salary increase for non-union employees; and [*8110]

(19) An amount not to exceed $ 300,000 for capital improvements for Parks and Recreation.

Sec. 3. The Mayor may promulgate any rules necessary to implement the provisions of this act.

Sec. 4. Fiscal impact statement.

The use of the general fund surplus and the reserve fund is already incorporated into the District's budget and financial plan and, therefore, the enactment of this legislation has no fiscal impact.

Sec. 5. Effective date.

This act shall take effect following approval by the Mayor (or in the event of veto by the Mayor, action by the Council to override the veto), and shall remain in effect for no longer than 90 days, as provided for emergency acts of the Council of the District of Columbia in section 412(a) of the District of Columbia Home Rule Act, approved December 24, 1973 (87 Stat. 788; D.C. Official Code § 1-204.12(a)).

LINDA W. CROPP

Chairman

Council of the District of Columbia

ANTHONY A. WILLIAMS
Mayor
District of Columbia
APPROVED
July 14, 2005