

# WASHINGTON BUSINESS JOURNAL

Members: Log in
Not Registered? Register for free extra services.

Subscribe Now

HOME | ONLINE EDITION | PRINT EDITION | SUBSCRIBE | MARKETPLACE | BUSINESS RESOURCES

Search [Keywords] GO  Search Archive

→ News by C

**EXCLUSIVE REPORTS**

Washington, D.C. > Print Edition > Industries > Real Estate - Commercial

**BUSINESS PULSE SURVEY:** Should D.C. give Abe Pollin $50 million to upgrade Verizon Center?

BUSINE
Entrepr
Sponsore
The cor
from ba

Real Estate

# Jemal collects 5 more buildings on F St. near Woodies

Sales P
Sponsore
Saying
can't gi
they wa

Washington Business Journal - May 19, 2006 by Sean Madigan Senior Staff Reporter

Print this Article    Email this Article    Reprints    RSS Feeds    Most Viewed    Most Emailed

Franch
Powered
Browse
director
growing
opportu

Doug Jemal's F Street empire is growing.

The eccentric D.C. developer has a deal to buy five buildings on the southwest corner of 10th and F streets NW, across from his Woodward & Lothrop building and between two major projects he's building with CarrAmerica Realty.



Jemal declined to disclose what he's paying for the buildings. He plans to tear down most of the structures and build an 80,000-square-foot office building.

bizwom
Suppor
a great
women.

"I'm rolling, brother," Jemal says.

Biz Fin;
Taking
grant is

Lenny Greenberg, CEO of Bethesda-based Greenhill Capital, which currently owns the buildings, says he expects to close on the deal in August.

WASHIN
TEAMS

MLB - V
NBA - V
NFL - W
NHL - V
More S|

The buildings' tenants might be missed by some Downtown shoppers, but boosters of more sophisticated retail won't mind losing them.

EMAIL /
Get the
news de
Sign up

The occupants include a waffle house, a T-shirt and souvenir shop and a newsstand that sells throwing stars and bongs and charges $1 to enter a back room with pornographic materials.

The deal also involves a two-story building used by the Downtown Business Improvement District

to store street sweepers.

Jemal's latest undertaking is just one of four projects he has in the same block.

Last month, city officials awarded West Elm, a California-based furniture store, nearly $5 million in tax increment financing (TIF) to open a flagship store in the Woodies building.

Contact the Editor | Need Assistance? | More Latest News →    Pages: 1 2 Continue Reading →

Subscribe or renew online

**RELATED INDUSTRY STORIES**
- Triad representatives head to Charlotte [Greensboro/Winston-Salem]
- Mohagen Hansen designs new Minnetonka digs, doubles space [Minneapolis / St. Paul]
- Community opinion sought on Onizuka Station reuse plans [San Jose]
- UnitedHealth unit leases 70,000 s.f. in Bloomington [Minneapolis / St. Paul]
- A Bigger Profile [Washington, D.C.]

**TODAY'S LATEST NEWS STORIES**
- Artel scores $70 million in satellite services contracts
- Lockheed Martin realigns business areas
- Orbital Sciences locates $6.2 million contract
- New CEO named at Catcher Holdings
- CEO of Global Telecom & Technology resigns
- → Most Viewed Stories
- → Most Emailed Stories
- → People in the News

**WASHINGTON, D.C. JOBS** powered by onTargetjobs
- Commercial Litigation Associates - Shulman Rogers
- Corporate Associates - Shulman Rogers
- Land Use/Zoning Associate - Shulman Rogers
- Government Contracts Associate - Shulman Rogers
- Business Development Manager - Bayshore Solutions

Search Jobs | Post Resume | View More

Employers - Post a Job Today

**FEATURED JOB**

**ARE YOU AN EXTRAORDINARY PERSON?**

The Defense Intelligence Agency (DIA), a Department of Defense combat support agency with over 7500 military and civilian employees worldwide, has immediate need for Accountants and Financial Resources Managers at entry, mid and senior levels.
View current openings at DIA.

**SEARCH PRESS RELEASES**
- View all Washington, D.C. Press Releases
- View ALL Press Releases

Search by Company, Organization, or Keyword
[ GO ]

Content provided by PR Newswire. Learn more about this service.

SALES
Free H
→ Pre
→ Ho
→ Le\

BIZJ
Find
- F
- (
- F
- F
- \
- S
Mo

» Sign up for breaking news alerts.    Brought to you by Cingular