UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No.: 05-0359 (RMU) |
| v. : | |
| : | Document Nos.:   306, 307 |
| DOUGLAS JEMAL and : | |
| BLAKE C. ESHERICK, : | |
| : | |
| Defendants. : | |

**FILED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

### DENYING THE DEFENDANTS' MOTION FOR A NEW TRIAL; DENYING THE DEFENDANTS' MOTION FOR JUDGMENT OF ACQUITTAL

For the reasons stated in the accompanying Memorandum Opinion, it is this 12th day of March, 2007,

**ORDERED** that the defendants' motion for a new trial is **DENIED**; and it is

**FURTHER ORDERED** that the defendants' motion for judgment of acquittal is **DENIED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge