UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | **FILED** |
| : | |
| Defendant. : | MAR 3 0 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**GRANTING THE DEFENDANT'S REQUEST TO PRESENT 60 MINUTES OF WITNESS
TESTIMONY AT SENTENCING AND GRANTING THE GOVERNMENT'S REQUEST
FOR ADVANCE NOTICE OF NON-CHARACTER TESTIMONY**

On March 27, 2007 the court received a letter from defense counsel, requesting that the defendant be allowed 60 minutes for the presentation of witnesses at the sentencing hearing. The government informally responded that it did not consent to the request. The government further requested notice of the substance of any testimony dealing with "specific facts that the defendant intends to elicit to buttress his sentencing contentions."

Having considered the defendant's request and the government's response, the court concludes that it is in the interest of both the government and the defendant to grant the government's request. In particular, the court notes that the defendant may benefit if his witnesses' testimony is not rebutted. Accordingly, it is this 30th day of March, 2007, hereby

**ORDERED** that the defendant may present witnesses at the sentencing hearing; and it is

**FURTHER ORDERED** that the defendant is allotted 60 minutes for the presentation of witness testimony; and it is

**ORDERED** that if the defendant intends to present any non-character testimony, the defendant shall provide the government notice of the substance of the testimony no less than a week prior to the hearing.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge