UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| v. | ) ) | Crim. No.  05-0359-1 (RMU) |
| DOUGLAS JEMAL, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT DOUGLAS JEMAL'S NOTICE OF NON-CHARACTER
TESTIMONY TO BE ELICITED AT SENTENCING**

The Court's March 30, 2007 Order requires the Defendant Douglas Jemal to provide notice to the government of the substance of potential non-character testimony that Mr. Jemal may elicit at sentencing.  Pursuant to that Order, Mr. Jemal hereby respectfully provides this notice to the Court and to counsel for the government that, during the sixty minutes the Court has allotted for witness testimony, Mr. Jemal may call certain of the witnesses set forth below and may elicit character and non-character related testimony, time permitting, as follows:

1. Jackson Prentice, Jackson Prentice Real Estate Services, or Rev. Walker, may testify about Mr. Jemal's involvement with the purchase of the building that is now the Synagogue at 8th and I Streets, as described in Mr. Prentice's letter to the Court dated January 16, 2007.

2. Ramon Rivera, of Arlington, Virginia, a former employee of Douglas Jemal, may testify about Mr. Jemal's various personal acts of kindness and generosity, including encouraging Mr. Rivera to establish his own business.

3. Wayne Beall, President, Animal Resource Foundation, Inc, may testify in further detail about what he set forth in his letter to the Court dated January 26, 2007.

4. Alexander M. Padro, Commissioner, ANC 2C01, may testify in further detail about Mr. Jemal's charitable acts, community involvement, commitment, and generosity as set forth in his letter to the Court dated February 8, 2007.

5. Robert Dorsey, Wilson-Epes Printing Co., Inc., may testify in further detail about Mr. Jemal's charitable acts as set forth in his letter to the Court dated January 30, 2007.

6. Anthony C. Ramdass may testify about his history as a tenant of Douglas Jemal/Douglas Development Corporation and his experience as it relates to Mr. Jemal's character, specifically including occasions where Mr. Jemal waived varying amounts of rent.

7. Jerome Robinson, former employee of Douglas Stereo, may testify about his experience as an employee of Mr. Jemal in the 1970s and 1980s, including Mr. Jemal's work ethic and various acts of kindness and generosity toward Mr. Robinson and his family, and Mr. Jemal's support and encouragement of Mr. Robinson when Mr. Robinson opened a business thereafter.

8. George Koch, founder, Art-O-Matic, may testify about Mr. Jemal's charitable support of the Art-O-Matic artists' public expo.

9. John Depola, Long Fence, may testify about civil lawsuits/claims, settlement thereof, and the underlying work that was the subject of the claims, between Long Fence and Douglas Development Corporation.

10. Chuck Rendlman, proprietor, Up Against The Wall clothing retail chain, may testify about his personal friendship with Mr. Jemal ongoing since the 1970s, his experience as a tenant of Mr. Jemal, including an occasion where Mr. Jemal waived rent, and observations about Mr. Jemal as a business owner in the 1970s.

11. Shirley Gibson, founding member of the Washington DC Chapter of Concerns Of Police Survivors, may testify about Mr. Jemal's history of charitable acts and support of this organization.

12. Eric Price, Abdo Development, may testify in further detail about the subjects set forth in his letter to the Court on February 6, 2007.

13. Vincent Orange, former District of Columbia Councilmember, may testify about Mr. Jemal's revitalization of 7th Street and the NOMA district, specifically the area in which 77 P Street is situated.

14. Lane Potkin, Leibner & Potkin, P.C., may testifying further detail about the subjects set forth in his letter to the Court on February 1, 2007.

Additionally, Mr. Jemal's counsel intends to ask Jeffrey McFadden, a partner in the law firm Steptoe & Johnson LLP, to briefly summarize for the Court the comprehensive series of recommendations regarding organizational controls for Douglas Development

Corporation that KPMG, LLP is developing.[1]  Mr. McFadden has overseen that effort.  In addition, Lester Myers, a Director in KPMG's forensic division, will be available to the Court to answer any questions regarding the KPMG report, if necessary.

Finally, counsel for Mr. Jemal recently received five additional letters addressed to the Court in support of Mr. Jemal regarding sentencing.  Those letters and an accompanying affidavit are attached hereto as Exhibit 1.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Michele A. Roberts (D.C. Bar #337998)
Jeffrey M. King (D.C. Bar #461644)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 887-4306

Counsel for Douglas Jemal

Dated:  April 9, 2007.

---

[1] KPMG is in the process of completing the compliance report for Douglas Development Corp. and counsel for Mr. Jemal will provide a copy of the report in the immediate future.