UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 05-359-1 (RMU) |
| | ) |
| DOUGLAS JEMAL, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT
OF DEFENDANT DOUGLAS JEMAL'S SENTENCING MEMORANDUM**

Pursuant to 28 U.S.C. § 1746, I, Brian M. Heberlig, hereby declare:

1. I am an attorney representing the Defendant, Douglas Jemal, in this case.

2. I am submitting this supplemental declaration in support of Defendant Douglas Jemal's Sentencing Memorandum.

3. Attached as Exhibit 1 is a copy of a letter from Karen Williams Gooden to the Honorable Ricardo M. Urbina, dated February 20, 2007.

4. Attached as Exhibit 2 is a copy of a letter from James C. McReady, III, to the Honorable Ricardo M. Urbina, dated February 22, 2007.

5. Attached as Exhibit 3 is a copy of a letter from Ellyn R. Weiss to the Honorable Ricardo M. Urbina, dated February 24, 2007.

6. Attached as Exhibit 4 is a copy of a letter from Kevin Clark to the Honorable Ricardo M. Urbina, dated February 24, 2007.

- 2 -

7. Attached as Exhibit 5 is a copy of a letter from Earven Thompson to the Honorable Ricardo M. Urbina, undated.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2007.

_____
Brian M. Heberlig



Annapolis ■ La Plata ■ Upper Marlboro ■ Washington, DC

February 20, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Douglas Jemal

Dear Judge Urbina:

Words cannot adequately express the depth of our gratitude to Mr. Douglas Jemal for his support of our young people and his vote of confidence in the Kiamsha Youth Empowerment Organization, Inc. Our young leaders have been notified of Mr. Douglas Jemal's generosity and have responded in kind with numerous assurances that they appreciate and honor his faith in the good work that they have done and will continue to do. Goals will be reached and dreams realized, because people such as Douglas Jemal have decided to believe in them and provide them with this new opportunity.

Douglas Jemal's corporate decision to provide Kiamsha with office space in-kind for a year is a phenomenal blessing! This will give these young people an opportunity to raise funds towards financial independence, and move them closer to their ultimate goal of owning property elsewhere in fee.

Rest assured that Kiamsha already has a business and sustainability plan in place to assist the organization in achieving fiscal autonomy. The organization's goal of doing so would be impossible without this major and substantial show of support from Douglas Development. Plans for a public display of the organization's gratitude toward Douglas Development are already underway.

Again, thank you, and we wish you much success in all of your future endeavors.

Sincerely,

Karen Williams Gooden, Esquire
on behalf of the Kiamsha Youth Empowerment Organization, Inc.

14408 Old Mill Road ■ Suite 201 ■ Upper Marlboro, MD 20772
Phone: (301) 952-8885 ■ Fax: (301) 952-0290 ■ Email: gsproctor@aol.com ■ Website: www.gsproctor.com

Exhibit 1



301 C PRINCE GEORGE'S BOULEVARD

UPPER MARLBORO, MARYLAND

20774

TEL 301.390.5500

FAX 301.390.5510

February 22, 2007

United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

ATTN: The Honorable Ricardo M. Urbina

REFF:  Letter of Support

I, James C. McReady II, President and CEO of JCM Associates have personally known Douglas Jemal for four years through our business relationship. In those years we have established a very strong business relationship and I have always known Douglas to follow through on his commitments.

I am also aware of the recent jury conviction in the U. S. District Court for the District of Columbia and felt it necessary at this time to support Douglas. I believe the guilty verdict is completely inconsistent with Douglas's character.

Douglas has always maintained a professional relationship with JCM and myself and I can say I enjoy doing business with he and his company. Outside of the business aspect we are also aware of the commitment Douglas has to his family and friends, his community service work and his involvement with charitable organizations.

Sincerely,

James C. McReady III
President
jcmiii@jcmassoc.com
301-390-5500 ext 241
301-390-5510 fax

*mechanical industry leader*

Exhibit 2

Ellyn R. Weiss
5 Avalon Court
Bethesda, MD. 20816

The Honorable Ricardo M. Urbino
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001                                     Feb. 24, 2007

Re: Sentencing of Douglas Jemal

Dear Judge Urbino,

    I am writing in support of Douglas Jemal. I have known Mr. Jemal and his son, Norman, for about 8 years. I am an artist and first met them as the owners of a building in DC that is one of the very few remaining affordable artist studio spaces in the area. The Jemals were and continue to be commited to working with local artists in order to provide reasonable space that is affordable and I can assure you that that is an extremely unusual attitude among the real estate community in this town.
    Later, I worked with the Jemals in organizing the first Artomatic in 1999. Artomatic, a biannual month-long visual and performing arts event, has since become a Washington institution, but it would never have happened without Douglas Jemal. Mr. Jemal gave the local arts community the full use of a wonderful building for four months at no charge. He took a tremendous risk on the first Artomatic and asked for absolutely nothing in return.
    Douglas Jemal has been very generous and supportive of the local arts community and he has done so quietly and without seeking credit.
    I have followed the trial closely and I hope that you will bear in mind Mr. Jemal's many contributions to our community as you weigh sentencing.

Sincerely,

Ellyn R. Weiss

Exhibit 3

JAMES G. DAVIS CONSTRUCTION CORPORATION



1420 K Street NW  7th Floor
Washington, DC  20005
202/589-0855
202/589-0693 FAX

February 24, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Sir;

I am writing to you as a character witness for Mr. Douglas Jemal.

As a Project Manager and Construction Executive for Davis Construction Corporation, I have known and worked with Douglas Jemal for the past seven years. We have worked together on many projects in the District of Columbia including the renovation of the Peoples Warehouse, the Woodies Building and 1900 Half Street.

Douglas Jemal has impressed me with his vision for positive change. The properties that Mr. Jemal stepped up to revitalize were usually in poor and often abandoned condition. Many of the renovation projects we have worked on together were in locations that other developers did not consider as viable sites.

In my time working with Mr. Jemal, I have found that he consistently looks to the potential greatness these neighborhoods have to offer. He applies his heart and soul into restoring his properties and revitalizing the neighborhoods. His development projects have provided many residents of the District with better places to work and live. I also have tremendous respect for the financial risks Mr. Jemal has undertaken to reconstruct the many historic buildings and preserve their history and value to the community.

My business dealings with Douglas have been professionally inspiring. He has proven to be a true mentor and leader. He consistently strives to do great things in the District and he surrounds himself with motivated people to get the job done. Following his example, Mr. Jemal's employees and associates often work tirelessly to bring his vision for revitalization to life for the city.

Douglas Development and Davis Construction have shared a great working relationship. We have performed many jobs for Douglas never requiring more than a handshake

Exhibit 4

JAMES G. DAVIS CONSTRUCTION CORPORATION

agreement. Douglas has been both fair and loyal in dealing with our company. In the performance of millions of dollars worth of work, no issue has ever been encountered that couldn't be resolved with all parties believing that they were treated fairly.

I hope that you will consider the many contributions that Douglas has made to the District. I truly believe that his body of work has made a lasting positive impact on both the neighborhoods and business community of this great city.

I thank you for your time and consideration.

Sincerely,

Kevin Clark
Project Executive
James G. Davis Construction Corporation

To whom it may concern,

My name is Earwin Thompson. I'm writing this letter in hopes that you would "Please" grant Mr. Jamal Mercy. I first met him last year on H st. I was a Homeless alcoholice. it was only a chance encounter on the street, between a couple of people who were living in two different world's. But Mr. Jamal talked to me. not down to me. he treated me like a person. he even bought me and two of my friend's some food to eat. I truly thank "God" for that food. However it was the way that he treated me that day. He may not even remember me. like I said. it was just a chance encounter. I was-Not panhandling. I did not even ask for his help.. he in turn did not ask for this letter. I would just like it to be known to you just what type of Person this man is. that encounter helped me decide to change my life. I entered this treatment center on 10/16/06. I have not had a drink since then, and god willing, on 4/16/07, I will

Exhibit 5

celebrate 6 months of sobriety. My goal is to go back to school to be a treatment counselor. I want to help other's, the same way that I was helped. Mr. Douglas Jamal, had a lot to do with that decision. I ask that Mr. Jamal be given Probation, so that he can continue to help people like me, and be able to keep building nice places in the city. He is a very special person.

Respectfully
Earwen Thompson

P.S.
Should you need to contact me:

Earwen Thompson
Clean + Sober Streets
425 2nd Street, N.W. (2 north)
Washington, D.C. 20001
(202) 783-7343