UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) |  |
| v. | ) ) | Crim. No. 05-0359-1 (RMU) |
| **DOUGLAS JEMAL,** *et al.*, | ) ) ) |  |
| **Defendants.** | ) ) |  |

**DEFENDANT DOUGLAS JEMAL'S SUPPLEMENTAL SENTENCING
MEMORANDUM REGARDING CORPORATE COMPLIANCE PROGRAM**

On February 21, 2007, Defendant Douglas Jemal moved for a downward departure from the Sentencing Guidelines based on, among other things, his extraordinary post-offense rehabilitation efforts to commission a leading accounting firm, KPMG, to prepare a comprehensive report and recommendation regarding corporate compliance measures to be implemented by Mr. Jemal's business, Douglas Development Corporation ("Douglas Development" or "the Company"). At the time that Mr. Jemal filed this motion and his Sentencing Memorandum, KPMG was in the process of studying the operations of DDC and preparing its report, and Mr. Jemal promised to supplement his Sentencing Memorandum before sentencing with additional information.

Mr. Jemal submits as Exhibit A to this memorandum KPMG's Report to Douglas Development Corporation Concerning Recommendations For Organizational Controls ("the KPMG Report"). See Exhibit A. The KPMG Report contains a detailed series of recommendations to Douglas Development regarding internal accounting controls, antifraud programs and controls, and personnel and processes to support these controls. KPMG tailored

these recommendations to the specific needs of Douglas Development after conducting a comprehensive review of the Company's existing business operations, accounting functions, and current personnel. Among other things, KPMG makes specific recommendations for the hiring of additional key personnel, training that personnel to follow detailed accounting procedures, adopting a code of ethical conduct, creating procedures for employees to report fraud or misconduct, and ensuring that allegations of such conduct are responded to effectively without retaliation against any employee.

The KPMG Report was prepared at the direction of Steptoe & Johnson partner Jeffrey McFadden, who played no role in the representation of Mr. Jemal at trial. Mr. Jemal respectfully requests that the Court permit Mr. McFadden to address the Court at sentencing regarding the significant features of the KPMG Report. In addition, KPMG Engagement Director, Lester A. Myers, will be present at sentencing to address any questions or concerns that the Court may have regarding the KPMG Report.

As noted in the KPMG Report, the recommendations made by KPMG have not yet been implemented by Douglas Development. It took KPMG several months to complete its review and formulate its recommendation. Douglas Development received the final KPMG Report yesterday. However, as set forth in Mr. Jemal's Sentencing Memorandum, Mr. Jemal respectfully requests that the Court depart downward from the Sentencing Guidelines to sentence him to a term of probation, with a special condition requiring Mr. Jemal to implement the recommendations in the KPMG Report at Douglas Development. To ensure compliance with this special condition, Mr. Jemal would commit to retaining KPMG or another independent outside monitor to help Douglas Development implement its recommendations, and KPMG or

that monitor could provide annual or semi-annual status reports to the Court for the duration of Mr. Jemal's term of probation.

We respectfully submit that such a sentence would be fair and just, and would permit Mr. Jemal to continue to work for the benefit of his employees, contractors and the District of Columbia, while at the same time ensuring that Douglas Development is run in an ethical and professional manner to avoid any future problems similar to those that gave rise to the Indictment in this case.

                Respectfully submitted,

                /s/

                Reid H. Weingarten (D.C. Bar #365893)
                Brian M. Heberlig (D.C. Bar #455381)
                Steptoe & Johnson LLP
                1330 Connecticut Avenue, N.W.
                Washington, D.C.  20036-1795
                (202) 429-3000

                Michele A. Roberts
                Jeffrey M. King
                Akin Gump Strauss Hauer & Feld LLP
                1333 New Hampshire Avenue, N.W.
                Washington, D.C.  20036
                (202) 887-4306

                Christopher B. Mead
                London & Mead
                1225 19th Street, N.W.
                Suite 320
                Washington, D.C.  20036
                (202) 331-3334

                Counsel for Douglas Jemal

Dated:  April 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, a copy of the foregoing Defendant Douglas Jemal's Supplemental Sentencing Memorandum Regarding Corporate Compliance Program was served on the government by the ECF filing system, and to Probation Officer Renee Moses-Gregory by email at: Renee_Moses-Gregory@dcp.uscourts.gov.

_____
Brian M. Heberlig