UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| : | **FILED** |
| Defendant. : | |
| | APR 1 6 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 16th day of April 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for April 16, 2007 is hereby **VACATED** and **RESCHEDULED** for Tuesday, April 17, 2007 at 10:00 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge