UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | Crim. No. 05-0359-1 (RMU) |
| **DOUGLAS JEMAL,** | ) ) ) | |
| **Defendant.** | ) ) | |

# ORDER

Upon consideration of Defendant Douglas Jemal's Motion For Clarification Of Conditions Of Probation And Permission To Travel, it is HEREBY ORDERED that the Government's request that the Court impose the standard condition of probation that "defendant shall not associate . . . with any person convicted of a felony . . . " is DENIED, and Defendant's request to travel to New Jersey on April 20, 2007, and return to the District of Columbia Metropolitan area on April 22, 2007, is GRANTED.

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795