UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 05-359 (RMU) |
| | : | |
| **DOUGLAS JEMAL** | : | |

**GOVERNMENT'S REPLY TO
DEFENDANT JEMAL'S MOTION FOR CLARIFICATION OF
CONDITIONS OF PROBATION AND PERMISSION TO TRAVEL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Response to Defendant Jemal's Motion for Clarification of Conditions of Probation and Permission to Travel.

I. TRAVEL

The Government has no objections to the defendant's proposed travel plans.

II. CONDITION OF PROBATION

The Government maintains that Mr. Jemal should be treated no differently than any other person convicted of a serious felony, and that he should be prohibited from associating with known felons. This is a standard condition of probation. The fact that the known felons with whom he seeks to associate include employees who have committed crimes for his benefit makes this condition more appropriate, not less so.

WHEREFORE, the Government requests the defendant's Motion be Granted in part, Denied in part.

                                                    Respectfully submitted,

                                                   JEFFREY A. TAYLOR
                                                   UNITED STATES ATTORNEY

By:        _____/s/_____
            Mark H. Dubester, D.C. Bar No. 339655
            Assistant United States Attorneys
            555 4th Street, NW
            Room 5917
            Washington, D.C. 20530
            (202) 514-7986