UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | Crim. No. 05-0359-1 (RMU) |
| **DOUGLAS JEMAL,** | ) ) ) | |
| **Defendant.** | ) ) | |

### DEFENDANT DOUGLAS JEMAL'S UNOPPOSED MOTION FOR RELIEF FROM THE PROBATION OFFICE'S STANDARD DISALLOWANCE OF TRAVEL DURING FIRST SIXTY DAYS OF PROBATION

Defendant Douglas Jemal, through counsel, hereby moves this Court for permission to travel during the first sixty days of his probation period. Counsel for Mr. Jemal was advised by Mr. Jemal's assigned Probation Officer that the Court's permission is needed, because the Probation Office's standard policy is not to permit travel during the first sixty days of a probation period without an order from the Court.

On April 17, 2007, the Court sentenced Mr. Jemal to, among other things, five years of probation. On the same day, following the Court's sentencing, Mr. Jemal met with a representative of the Probation Office, who instructed Mr. Jemal both to contact Wendy Knight in the Probation Office on April 19, 2007 in order to receive his Probation Officer assignment and to then contact the assigned officer. In the interim, on April 18, 2007, undersigned counsel filed a motion, which in part sought the Court's permission for Mr. Jemal to travel on the weekend of April 20th. The Court granted that interim travel request.

On April 19, 2007, Mr. Jemal contacted his assigned Probation Officer by telephone, as required, and left a message. The next day, counsel for Mr. Jemal spoke with the

assigned Probation Officer and advised the officer that the Court had granted Mr. Jemal permission to travel that weekend. Counsel further advised the Probation Officer that Mr. Jemal would direct all future requests for travel to the Probation Officer, and specifically that Mr. Jemal would be asking the Probation Officer for permission to travel outside the District of Columbia Metropolitan area each weekend in order to be with his family in the New York and New Jersey area and to attend both synagogue services and family meals in observance of the Sabbath.[1]

       The assigned Probation Officer advised counsel that while she would permit Mr. Jemal to travel during his probation after the initial sixty days (as long as he in compliance with all other probation requirements), she is not permitted by the Probation Office's procedures to permit any travel during the first sixty days of a probation period unless the Court so orders it.

       Accordingly, Mr. Jemal now respectfully requests the Court's permission to continue traveling each weekend to be with his family during the first sixty days of his probation. Counsel has conferred with the government, and the government has represented to counsel that it does not oppose this travel request.

       Additionally, for approximately the past three or four years, Mr. Jemal has traveled once a week (sometimes only once every other week) to Richmond, Virginia, where he has a number of significant real estate development projects similar to the work he has done for decades in the District of Columbia. During these day trips (he does not stay overnight), Mr. Jemal inspects properties, meets with his local property-management representatives, tenants, and prospective tenants, including the Commonwealth of Virginia, meets with local and state

---

[1] As the Court has previously noted, Mr. Jemal also provides emotional and financial support to his entire family and his weekly visits are integral to the Jemal family bond.

government representatives regarding development projects, and makes on-site development decisions.

Mr. Jemal thus respectfully requests that he also be permitted to continue traveling to Richmond, Virginia, for these purposes once a week, as needed, during the first sixty days of his probation period. The government has represented that it is not opposed to this travel request either.

Therefore, Mr. Jemal respectfully requests permission from the Court to travel during the first sixty days of his probation to the New York and New Jersey areas on weekends and to Richmond, Virginia, for day-long business trips no more than once a week. A proposed order is attached.

        Respectfully submitted,

            /s/ Jeffrey M. King
        Michele A. Roberts
        Jeffrey M. King
        Akin Gump Strauss Hauer & Feld LLP
        1333 New Hampshire Avenue, N.W.
        Washington, D.C. 20036
        (202) 887-4306

        Reid H. Weingarten
        Brian M. Heberlig
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036-1795
        (202) 429-3000

        Christopher B. Mead
        London & Mead
        1225 19th Street, N.W., Suite 320
        Washington, D.C. 20036
        (202) 331-3334

        Counsel for Douglas Jemal

Dated: April 23, 2007