UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Crim. No. 05-0359-1 (RMU) |
| ) | |
| **DOUGLAS JEMAL,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

Upon consideration of Defendant Douglas Jemal's Unopposed Motion For Relief From The Probation Office's Standard Disallowance Of Travel During The First Sixty Days Of Probation, it is HEREBY ORDERED that the Defendant's request to travel during the first sixty days of his probation period to the New York and New Jersey area on weekends, and to travel to Richmond, Virginia, for non-overnight business no more than once per week, is GRANTED.

SO ORDERED.

                                                                                      _____
                                                                                      Ricardo M. Urbina
                                                                                      UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795