UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Case No. 05-0359-01 (RMU) |
| v. : | |
| #1: DOUGLAS JEMAL : | |

## ORDER AMENDING SENTENCING JUDGMENT FILED APRIL 23, 2007

It is this 30th day of April 2007,

ORDERED that page one (1) of the Sentencing Judgment and the last page of the Statement of Reasons be AMENDED to reflect that the Date of Imposition of Judgment should have read April 17, 2007 instead of April 16, 2007.

_____
Ricardo M. Urbina
United States District Court Judge

Reid H. Weingarten, Esquuire
Erik L. Kitchen, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N. W.
Washington, D. C. 20036-1795

Christopher B. Mead, Esquire
1225 19th Street, N. W.
Suite #320
Washington, D. C. 20036

Michelle Roberts, Esquire
Jeffrey M. King Esquire
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Avenue, N. W.
Washington, D. C. 20036

Brian M. Heberlig, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N. W.
Washington, D. C. 20036-1795

Mark Dubester, Esquire
Timothy Lynch, Esquire
Assistant U. S. Attorneys
555 4th Street, N. W.
Washington, D. C. 20001

Renee Moses-Gregory
United States Probation Officer

United States Marshal's Office
U. S. Courthouse