# United States District Court for the District of Columbia

UNITED STATES OF AMERICA   )
                          )
       vs.                )   Criminal No. 05-0359-1 (RMU)
                          )
DOUGLAS JEMAL             )

## NOTICE OF APPEAL

Name and address of appellant:

Douglas Jemal
Douglas Development Corporation
702 H Street, NW, Suite 400
Washington, DC  20001

Name and address of appellant's attorney:

Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Offense:  Wire Fraud

Concise statement of judgment or order, giving date, and any sentence:

On October 26, 2006, Defendant was found guilty on Count Four (Wire Fraud) of Indictment, and on April 17, 2007, was sentenced to five years probation, fined $175,000, and $100 special assessment. The written Order entering the judgment and sentence is dated April 23, 2007.

Name and institution where now confined, if not on bail:  N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

4/27/07
DATE

Douglas Jemal (by BMH)
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [✓]
PAID USCA FEE          [✓]

Does counsel wish to appear on appeal?                          YES [✓]   NO [ ]
Has counsel ordered transcripts?                                YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES [ ]   NO [✓]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 05-0359-1 (RMU) |
| ) | |
| DOUGLAS JEMAL, ) | |
| ) | |
| Defendant. ) | |

## CONTINUATION PAGE FOR NOTICE OF APPEAL

**Additional Names and Addresses of Appellant's Attorneys:**

    Michele A. Roberts
    Jeffrey M. King
    Akin Gump Strauss Hauer & Feld LLP
    1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    (202) 887-4306

    Christopher B. Mead
    London & Mead
    1225 19th Street, N.W.
    Suite 320
    Washington, D.C. 20036
    (202) 331-3334