```
Notice of Appeal Criminal                                    CO-290
                                                             Rev. 3/88
```

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 05-359-01 (RMU) |
| ) | |
| DOUGLAS JEMAL ) | |
| ) | |

**NOTICE OF APPEAL**

Name and address of appellant       United States of America

Name and address of appellant's attorney       Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 1343

Concise statement of judgment or order, giving date, and any sentence

By Judgment of April 23, 2007, entered on the docket on April 27, 2007, defendant sentenced to 5 years probation with conditions; a special assessment of $100.00; and a fine of $175,000.00.

Name and institution where now confined, if not on bail: N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____     _____
DATE                                                       APPELLANT

CJA, NO FEE _____        ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No

```
Notice of Appeal Criminal                                    CO-290
                                                             Rev. 3/88
```

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 16th day of May, 2007, one copy of the foregoing Notice of Appeal was sent by first-class U.S. Mail to counsel for Douglas Jemal:

                      **Reid H. Weingarten, Esq.**
                      **Brian M. Heberlig, Esq.**
                      **Steptoe & Johnson, LLP**
                      **1330 Connecticut Avenue, NW**
                      **Washington, DC 20036-1795**


                      _____
                      **THOMAS J. TOURISH, JR.**
                      **Assistant United States Attorney**
                      **555 4th Street, NW, Room 8104**
                      **Washington, DC 20530**
                      **(202) 514-7088**